**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>iMedia Brands, Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10852 (___)<br><br>(Joint Administration Requested)<br><br>**Related Docket No. 6** |

**NOTICE OF FILING OF EXHIBIT C TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO PAY CERTAIN PREPETITION TAXES AND FEES AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that attached hereto is Exhibit C to the *Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 6] (the "Tax Motion"). Exhibit C to the Tax Motion was inadvertently omitted from the original filing.

| | |
|---|---|
| Dated:  June 29, 2023<br>　　　　Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>Email:  ljones@pszjlaw.com<br>　　　　　tcairns@pszjlaw.com<br><br>-and- |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**ROPES & GRAY LLP**
Ryan Preston Dahl (*pro hac vice* admission pending)
Cristine Pirro Schwarzman (*pro hac vice* admission pending)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail:  ryan.dahl@ropesgray.com
             cristine.schwarzman@ropesgray.com

-and-

**ROPES & GRAY LLP**
Stephen L. Iacovo (*pro hac vice* admission pending)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (212) 845-5500
E-mail:  stephen.iacovo@ropesgray.com

*Proposed Counsel to the Debtors and Debtors in Possession*

# EXHIBIT C[1]

## Authorities

| Authority | Address | Type of Tax |
|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS | MASSACHUSETTS DEPT OF REVENUE PO BOX 7025 BOSTON, MA 02204 | INCOME/FRANCHISE TAX |
| KENTUCKY STATE TREASURER | 501 HIGH ST FRANKFORT, KY 40621 | INCOME/FRANCHISE TAX |
| MINNESOTA DEPARTMENT OF REVENUE | MINNESOTA REVENUE MAIL STATION 1250 ST PAUL, MN 55145 | INCOME/FRANCHISE TAX |
| NEW YORK STATE CORP TAX | PO BOX 1909 ALBANY, NY 12201 | INCOME/FRANCHISE TAX |
| NEW YORK STATE SALES TAX | PO BOX 15172 ALBANY, NY 12212 | INCOME/FRANCHISE TAX |
| NYC DEPARTMENT OF FINANCE | PO BOX 3646 NEW YORK, NY 10008 | INCOME/FRANCHISE TAX |
| OREGON DEPARTMENT OF REVENUE | PO BOX 14950 SALEM, OR 97309 | INCOME/FRANCHISE TAX |
| STATE OF NEW JERSEY | PO BOX 999 TRENTON, NJ 08646 | INCOME/FRANCHISE TAX |
| STATE OF TENNESSEE | 500 DEADERICK ST NASHVILLE, TN 37242 | INCOME/FRANCHISE TAX |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 149348 AUSTIN, TX 78714 | INCOME/FRANCHISE TAX |
| HENNEPIN COUNTY | A-600 GOVERNMENT CENTER; 300 S. SIXTH STREET MINNEAPOLIS, MN 55487 | PROPERTY |
| ADP INC | PO BOX 842875 BOSTON, MA 02284-2875 | REGISTRATION/LICENSE/FEES |
| AON RISK SERVICES CENTRAL INC | 5600 WEST 83RD 8200 TOWER, SUITE 1100 MINNEAPOLIS, MN 55437 | REGISTRATION/LICENSE/FEES |
| CITY OF AURORA | PO BOX 913200 DENVER, CO 80291-3200 | REGISTRATION/LICENSE/FEES |
| CITY OF BRANSON MISSOURI | 110 W MADDUX ST, SUITE 200 BRANSON, MO 65616 | REGISTRATION/LICENSE/FEES |
| CITY OF FRANKLIN | PO BOX 2805 FRANKIN, KY 42135-2805 | REGISTRATION/LICENSE/FEES |
| COLORADO DEPT OF REVENUE | COLORADO DEPT OF REVENUE DENVER, CO 80261-0013 | REGISTRATION/LICENSE/FEES |
| LICENSELOGIX LLC | 140 GRAND ST., SUITE 300 WHITE PLAINS, NY 10601 | REGISTRATION/LICENSE/FEES |
| MINNESOTA SECRETARY OF STATE | 180 STATE OFFICE BLDG 100 DR MARTIN LUTHER KING JR BLVDST PAUL, MN 55155 | REGISTRATION/LICENSE/FEES |

---

[1] Although **Exhibit C** is intended to be comprehensive, the Debtors may have inadvertently omitted Authorities from **Exhibit C**. By this Motion, the Debtors request relief with respect to Taxes and Fees payable to all Authorities, regardless of whether an Authority is specifically identified on **Exhibit C**.

| Authority | Address | Type of Tax |
|---|---|---|
| MONA COPE | PO BOX 278 FORSYTH, MO 65653 | REGISTRATION/LICENSE/FEES |
| WESTMORELAND COUNTY | 2 NORTH MAIN STREET GREENSBURG, PA 15601 | REGISTRATION/LICENSE/FEES |
| ALABAMA DEPT OF REVENUE | PO BOX 327790, MONTGOMERY AL 36132-7790 | SALES AND USE |
| ARIZONA DEPARTMENT OF REVENUE | P.O. BOX 29086, PHOENIX, AZ 85038-9086 | SALES AND USE |
| ARKANSAS DEPT OF REVENUE | PO BOX 2485, LITTLE ROCK, AR 72203 | SALES AND USE |
| CALIFORNIA DEPT OF TAX & FEE ADMIN | P.O. BOX 942879, SACRAMENTO, CA 94279 | SALES AND USE |
| CITY & COUNTY OF DENVER | P.O BOX 660860, DALLAS, TEXAS 75266 | SALES AND USE |
| CITY OF AURORA | P.O. BOX 913200, DENVER 80291 | SALES AND USE |
| CITY OF COLORADO SPRINGS | 30 S NEVADA AVE STE 203 COLORADO SPRINGS, CO 80903 | SALES AND USE |
| COLORADO DEPT OF REVENUE | COLORADO DEPARTMENT OF REVENUE DENVER, CO 80261-0004 | SALES AND USE |
| DISTRICT OF COLUMBIA | PO BOX 96384, WASHINGTON, DC 20090-6384 | SALES AND USE |
| FLORIDA DEPARTMENT OF REVENUE | 5050 W TENNESSEE ST TALLAHASSEE, FL 32399 | SALES AND USE |
| GEORGIA DEPARTMENT OF REVENUE | PO BOX 105408, ATLANTA, GEORGIA 30348-5408 | SALES AND USE |
| HAWAII DEPARTMENT OF TAXATION | P.O. BOX 1425, HONOLULU, HI 96806-1425 | SALES AND USE |
| IDAHO STATE TAX COMMISSION | PO BOX 76, BOISE, IDAHO 83707 | SALES AND USE |
| ILLINOIS DEPARTMENT OF REVENUE | ILLINOIS DEPARTMENT OF REVENUE RETAILER'S OCCUPATION TAX SPRINGFIELD IL 62796-0001 | SALES AND USE |
| INDIANA DEPT OF REVENUE | P.O. BOX 7218 INDIANAPOLIS, IN 46207-7218 | SALES AND USE |
| IOWA DEPARTMENT OF REVENUE | PO BOX 10412, DES MOINES, IA 50306-0412 | SALES AND USE |
| KANSAS DEPARTMENT OF REVENUE | PO BOX 3506, TOPEKA, KS 66625-3506 | SALES AND USE |
| KENTUCKY SALES TAX PAYABLE | KENTUCKY REVENUE CABINET FRANKFORT, KY 40620-0003 | SALES AND USE |
| KENTUCKY USE TAX PAYABLE | KENTUCKY REVENUE CABINET  FRANKFORT, KY 40620-0003 | SALES AND USE |
| LOUISIANA DEPT OF REVENUE | POST OFFICE BOX 201 BATON ROUGE, LA 70821-0201 | SALES AND USE |
| MAINE REVENUE SERVICES | PO BOX 1065, AUGUSTA, ME 04332-1065 | SALES AND USE |
| MARYLAND DEPT OF REVENUE | 110 CARROLL STREET ANNAPOLIS, MD 21411-0001 | SALES AND USE |
| MASSACHUSETTS DEPT OF REVENUE | PO BOX 7000, BOSTON, MA 02204 | SALES AND USE |
| MICHIGAN DEPT OF TREASURY | P.O. BOX 30324, LANSING, MI 48909-7824 | SALES AND USE |

| Authority | Address | Type of Tax |
|---|---|---|
| MINNESOTA SALES TAX PAYABLE | 600 ROBERT ST N, SAINT PAUL, MN 55146 | SALES AND USE |
| MINNESOTA USE TAX PAYABLE | 600 ROBERT ST N, SAINT PAUL, MN 55146 | SALES AND USE |
| MISSISSIPPI DEPT OF REVENUE | P.O. BOX 1033, JACKSON, MS 39215-1033 | SALES AND USE |
| MISSOURI SALES TAX PAYABLE | P.O. BOX 840, JEFFERSON CITY, MO 65105-0840 | SALES AND USE |
| NEBRASKA DEPT OF REVENUE | PO BOX 98923, LINCOLN, NE 68509-8923 | SALES AND USE |
| NEVADA DEPARTMENT OF TAXATION | PO BOX 51107, LOS ANGELES, CA 90051-5407 | SALES AND USE |
| NEW JERSEY SALES TAX | PO BOX 999, TRENTON, NJ 08646-0999 | SALES AND USE |
| NEW YORK STATE SALES TAX PAYABLE | W A HARRIMAN CAMPUS, ALBANY, NY 12227 | SALES AND USE |
| NM TAXATION AND REVENUE DEPT | PO BOX 25128, SANTA FE, NM 87504-5128 | SALES AND USE |
| NORTH CAROLINA DEPT OF REVENUE | PO BOX 25000, RALEIGH, NC 27640-0700 | SALES AND USE |
| NORTH DAKOTA DEPT OF REVENUE | PO BOX 5623, BISMARCK ND 58506-5623 | SALES AND USE |
| OHIO DEPARTMENT OF TAXATION | P.O. BOX 16560, COLUMBUS, OH 43216-6560 | SALES AND USE/CAT TAX |
| OKLAHOMA SALES TAX | PO BOX 26860, OKLAHOMA CITY, OK 73126-0860 | SALES AND USE |
| PENNSYLVANIA DEPT OF REVENUE | PO BOX 280905, HARRISBURG PA 17128-0905 | SALES AND USE |
| SOUTH CAROLINA DEPT OF REVENUE | PO BOX 100193, COLUMBIA, SC 29202 | SALES AND USE |
| SOUTH DAKOTA DEPT OF REVENUE | 445 E. CAPITOL AVE. PIERRE, SD 57501-3100 | SALES AND USE |
| STATE OF CONNECTICUT | P.O. BOX 15047, HARTFORD, CT 06115-0470 | SALES AND USE |
| STATE OF RHODE ISLAND | ONE CAPITOL HILL, PROVIDENCE RI, 02908 | SALES AND USE |
| STATE OF VERMONT | PO BOX 547, MONTPELIER, VT 05601-0547 | SALES AND USE |
| TENNESSEE SALES TAX | 500 DEADERICK STREET, NASHVILLE, TN 37242 | SALES AND USE |
| TEXAS DEPT OF REVENUE | P.O. BOX 149354, AUSTIN, TX 78714-9354 | SALES AND USE |
| UTAH STATE TAX COMMISSION | 210 N 1950 W SLC UT 84134-0400 | SALES AND USE |
| VIRGINIA DEPT OF TAXATION | P.O. BOX 26627, RICHMOND, VA 23261-6627 | SALES AND USE |
| WASHINGTON STATE DEPT OF REVENUE | PO BOX 47464, OLYMPIA WA 98504-7464 | SALES AND USE |
| WEST VIRGINIA STATE TAX DEPT | P.O. BOX 1826, CHARLESTON, WV 25327-1826 | SALES AND USE |
| WISCONSIN DEPT OF REVENUE | PO BOX 8921, MADISON WI 53708-8921 | SALES AND USE |

4

| **Authority** | **Address** | **Type of Tax** |
|---|---|---|
| WYOMING DEPARTMENT OF REVENUE | 122 W 25TH ST, SUITE E301, CHEYENNE, WY 82002 | SALES AND USE |