# EXHIBIT C[1]

## Utility Providers List

| Utility Provider | Account Number | Type of Service | Debtor Entity | Monthly Average[2] | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| OPTIMUM | 07704-105157-02-0 | INTERNET | CB & JWH | $258 | $129 |
| AT&T MOBILITY | 318428875 | INTERNET/PHONE | CB & JWH | $2,940 | $1,470 |
| DOMINION ENERGY OHIO | 0-1800-1734-9828 | GAS | CB & JWH; SHOPHQ | $109 | $55 |
| AMERICAN ELECTRIC POWER | 073-454-430-8-4 | ELECTRIC | CB & JWH; SHOPHQ | $676 | $338 |
| COMCAST | 8772-1051-4101-2985; 8993-20-759-0763044; 939801993 | INTERNET | CB & JWH; ERVINE LIVE | $12,012 | $6,006 |
| CENTERPOINT ENERGY | 6402776997-1; 11568452-4; 7292924-3; 5533345-4; 8000016564-9 | GAS | CB & JWH; SHOPHQ | $6,232 | $3,116 |
| CONNEXUS ENERGY | 856542-261504; 856542-261505 | ELECTRIC | CB & JWH; SHOPHQ | $1,095 | $548 |
| BP ENVIROMENTAL SERVICES INC | N/A | GARBAGE | CB & JWH | $1,412 | $706 |

---

[1] The inclusion of any entity on, or the omission of any entity from, this Utility Providers List is not an admission by the Debtors that such entity is, or is not, a utility within the meaning of section 366 of the Bankruptcy Code, and the Debtors reserve all rights with respect to any such determination. Additionally, although **Exhibit C** is intended to be comprehensive, the Debtors may have inadvertently omitted one or more Utility Providers. By this motion, the Debtors request relief applicable to all Utility Providers, regardless of whether such Utility Provider is specifically identified on **Exhibit C**.

[2] Note that the average monthly amount reflects amounts paid to a Utility Provider in aggregate and does not reflect amounts paid under each account associated with such Utility Provider.

| Utility Provider | Account Number | Type of Service | Debtor Entity | Monthly Average[2] | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| NIPSCO | 9555880018 | GAS | CB & JWH | $117 | $59 |
| INDIANA MICHIGAN POWER | 042-518-712-5-9 | ELECTRIC | CB & JWH; SHOPHQ | $843 | $421 |
| WEST PENN POWER | 100147759748 | ELECTRIC | CB & JWH; SHOPHQ | $833 | $416 |
| WESTMORELAND COUNTY | 10624407 | WATER | CB & JWH | $72 | $36 |
| COX COMMUNICATIONS DBA COX BUSINESS | 0011001083888802; 17210052398301 | INTERNET | CB & JWH | $212 | $106 |
| BLACK HILLS ENERGY | 7766 0251 66 | GAS | CB & JWH | $209 | $104 |
| EVERGY | 0540809566 | ELECTRIC | CB & JWH | $496 | $248 |
| METROPOLITAN UTILITIES DISTRICT | 110-000-584-600 | GAS | CB & JWH | $544 | $272 |
| OMAHA PUBLIC POWER DISTRICT | 245-689-2703 | ELECTRIC | CB & JWH | $143 | $71 |
| MEDIACOM | 8384930020104037 MC-560581 | INTERNET | CB & JWH | $72,296 | $36,148 |
| MIDAMERICAN ENERGY COMPANY | 25640-91108 | GAS/ELECTRIC | CB & JWH | $2,631 | $1,315 |

| Utility Provider | Account Number | Type of Service | Debtor Entity | Monthly Average[2] | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| XCEL ENERGY | 51-0012552844-4; 51-6438029-6; 51-5722048-1 | ELECTRIC | CB & JWH | $39,723 | $19,862 |
| VERIZON | 942407419-00001; 942407419-00002 | INTERNET | IMEDIA BRANDS, INC | $2,076 | $1,038 |
| COLOGIX INC | 332104 | TELECOMMUNICATIONS | VALUEVISION MEDIA, INC. DBA SHOPHQ | $698 | $349 |
| RING CENTRAL INC | 62937831028 | PHONE | IMEDIA BRANDS, INC DBA CHRISTOPHER & BANKS | $10,431 | $5,215 |
| LUMEN-CENTURYLINK | 5-DYCFL5BX-A; 612E068630498; 612E082298742; 612E084576812; 612E092634755; 612E150060030; 79360570-LATIS; 85405577-LATIS; 9528260022331; 9528294099027; 9528299371188; 9529418016516; 9529418923354 | TELECOMMUNICATIONS/ PHONE | IMEDIA BRANDS INC DBA SHOPHQ | $52,688 | $26,344 |
| US INTERNET | 189414 | INTERNET | IMEDIA BRANDS, INC | $109,995 | $54,997 |
| ATMOS ENERGY INC | 4009967402; 4045505324; 3005072805 | ELECTRIC | SHOPHQ | $4,957 | $2,478 |
| BOWLING GREEN MUNICIPAL UTILITIES | 306434 | ELECTRIC/WATER | SHOPHQ | $268 | $134 |

| Utility Provider | Account Number | Type of Service | Debtor Entity | Monthly Average[2] | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| CITY OF EDEN PRAIRIE | 13490119; 13470111; 13400118 | WATER | SHOPHQ | $2,531 | $1,265 |
| JUNO ONE LLC | 34774-66431 | ELECTRIC | CB & JWH | $11,373 | $5,687 |
| LIBERTY UTILITIES | 501068-98-5;501068-98-5 | ELECTRIC/WATER | CB & JWH; SHOPHQ | $1,464 | $732 |
| WARREN CO WATER DISTRICT | 82860; 82868; 185100 | WATER | SHOPHQ | $1,366 | $683 |
| WARREN RECC | 411000003; 411000002; 411000001 | ELECTRIC | SHOPHQ | $47,067 | $23,533 |