**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>iMedia Brands, Inc., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Joint Administration Requested)<br><br>**Related Docket No. 18**<br><br>Hearing Date:  June 30, 2023, at 2:00 p.m. (ET) |

**NOTICE OF HEARING[2] ON DEBTORS' MOTION FOR ENTRY OF INTERIM ORDER (I) AUTHORIZING POSTPETITION USE OF CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION TO CERTAIN PREPETITION SECURED PARTIES AND C&B NEWCO; (III) SCHEDULING A SECOND INTERIM HEARING; AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on June 29, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties and C&B Newco; (III) Scheduling a Second Interim Hearing; and (IV) Granting Related Relief* [Docket No. 18] (the "Cash Collateral Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors attached to the Cash Collateral Motion the proposed *Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties and C&B*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] The hearing will be conducted via Zoom videoconference.  You may register to monitor or appear at the hearing by following this link:
https://debuscourts.zoomgov.com/meeting/register/vJItdOGopzgqG6jJXE8xCFDpa06g5Zhflz8.

1

*Newco; (III) Scheduling a Second Interim Hearing; and (IV) Granting Related Relief* (the "Proposed Interim Order"). A copy of the Proposed Interim Order is attached hereto as **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the Cash Collateral Motion and entry of the Proposed Interim Order in substantially the form attached hereto at a hearing by video conference (the "Interim Hearing") before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801, on **June 30, 2023, at 2:00 p.m. (Eastern time)**. A copy of the Cash Collateral Motion may be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 23-10852 (KBO), or may be obtained for free by accessing the Debtors' restructuring website at https://cases.stretto.com/iMediaBrands.

**PLEASE TAKE FURTHER NOTICE** that after the Interim Hearing, the Debtors will serve upon you a complete copy of (a) the Cash Collateral Motion, (b) any Interim Order entered by the Court at the Interim Hearing, and (c) notice of the final hearing on the Cash Collateral Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Proposed Interim Order before or at the Interim Hearing.

| | |
|---|---|
| Dated: June 29, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile: 302-652-4400 |
| | Email: ljones@pszjlaw.com |
| | tcairns@pszjlaw.com |

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Cristine Pirro Schwarzman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: ryan.dahl@ropesgray.com
cristine.schwarzman@ropesgray.com

-and-

**ROPES & GRAY LLP**
Stephen L. Iacovo (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (212) 845-5500
E-mail: stephen.iacovo@ropesgray.com

*Proposed Counsel to the Debtors and Debtors in Possession*

3