**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>iMedia Brands, Inc., *et al.*,<br>　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 23-10852 (KBO)<br>(Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JOHN E. LUCIAN**

　　Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John E. Lucian of the law firm Blank Rome LLP to represent Siena Lending Group LLC in the above-captioned cases and any related adversary proceedings.

Dated:  June 29, 2023　　　　　　　　　　　　　*/s/ Regina Stango Kelbon*
　　　　Wilmington, Delaware　　　　　　　　　Regina Stango Kelbon (DE No. 5444)
　　　　　　　　　　　　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　　　　　　　　　　　　1201 Market Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　　(302) 425-6400
　　　　　　　　　　　　　　　　　　　　　　　regina.kelbon@blankrome.com
　　　　　　　　　　　　　　　　　　　　　　　*Counsel to Siena Lending Group LLC*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealths of Pennsylvania and Virginia, the States of Maryland and Florida and the District of Columbia, the United States Bankruptcy Court for the Eastern District of Virginia, the United States District Courts for the Eastern District of Pennsylvania, the District of Maryland, the Northern and Southern Districts of Florida and the District of Columbia, and the United States Court of Appeals for the Third and Fourth Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases and any related adversary proceedings. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ John E. Lucian*
　　　　　　　　　　　　　　　　　　　　　　　John E. Lucian
　　　　　　　　　　　　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　　　　　　　　　　　　One Logan Square
　　　　　　　　　　　　　　　　　　　　　　　130 North 18th Street
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19103
　　　　　　　　　　　　　　　　　　　　　　　(215) 569-5500
　　　　　　　　　　　　　　　　　　　　　　　john.lucian@blankrome.com

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.