# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 30, 2023 AT 2:00 P.M. (EASTERN TIME)[3]

**The hearing will be conducted via Zoom only.**

**Please see below for the connection and registration information.**
**Please Note:  All individuals participating by video must register at least 2 hours prior to the hearing at the provided link.  After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.  You must use your full name when registering and logging into**
**Zoom or you will not be granted access to the hearing.**

**Registration Link:**

**https://debuscourts.zoomgov.com/meeting/register/vJItdOGopzgqG6jJXE8xCFDpa06g5Zhflz8**

1.  Voluntary Petitions:

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2]  **Amended items appear in bold.**

[3]  This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

A. ValueVision Media Acquisitions, Inc. [Case No. 23-10851, Docket No. 1]

B. iMedia Brands, Inc. [Case No. 23-10852, Docket No. 1]

C. ValueVision Interactive, Inc. [Case No. 23-10853, Docket No. 1]

D. Portal Acquisition Company [Case No. 23-10854, Docket No. 1]

E. VVI Fulfillment Center, Inc. [Case No. 23-10855, Docket No. 1]

F. ValueVision Retail Inc. [Case No. 23-10856, Docket No. 1]

G. JWH Acquisition Company [Case No. 23-10857, Docket No. 1]

H. PW Acquisition Company, LLC [Case No. 23-10858, Docket No. 1]

I. EP Properties, LLC [Case No. 23-10859, Docket No. 1]

J. FL Acquisition Company [Case No. 23-10860, Docket No. 1]

K. Norwell Television, LLC [Case No. 23-10861, Docket No. 1]

L. 867 Grand Avenue, LLC [Case No. 23-10862, Docket No. 1]

**First Day Declaration**

2. Declaration of James Alt, Chief Transformation Officer of iMedia Brands, Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Filed 6/29/2023, Docket No. 17]

   Status: The Debtors will ask the Court to admit the Declaration into evidence. To the extent the Court or any party in interest have questions regarding the Declaration or the factual bases for the first-day relief the Debtors seek, Mr. Alt will be available on the Zoom platform.

**Administrative Motions**

3. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief [Filed 6/28/2023, Docket No. 4]

   **Related Documents:**

   a. **Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief [Filed 6/30/2023, Docket No. 51]**

   Status: **The order has been entered. No hearing will be necessary.**

4. Debtors' Application for Appointment of Stretto, Inc. as Claims and Noticing Agent [Filed 6/29/2023, Docket No. 5]

   Status: This matter is going forward.

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, (III) Modifying the Requirement to File a List of Equity Security Holders of iMedia Brands, Inc. and Modifying Notice Thereto, and (IV) Granting Related Relief [Filed 6/29/2023, Docket No. 12]

   Status: This matter is going forward with respect to an interim order.

**Motion for Use of Cash Collateral**

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties and C&B Newco; (III) Scheduling a Second Interim Hearing; and (IV) Granting Related Relief [Filed 6/29/2023, Docket No. 18]

   **Related Documents:**

   a. **Notice of Hearing on Debtors' Motion for Entry of Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties and C&B Newco; (III) Scheduling a Second Interim Hearing; and (IV) Granting Related Relief [Filed 6/29/2023, Docket No. 42]**

   b. **Notice of Filing of Revised Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties and C&B Newco; (III) Scheduling a Second Interim Hearing; and (IV) Granting Related Relief [Filed 6/30/2023, Docket No. 53]**

   **Responses Filed:**

   c. **Statement of Siena Lending Group, LLC Regarding Debtors' Requested First-Day Relief [Filed 6/30/2023, Docket No. 54]**

   Status: This matter is going forward with respect to an interim order. The Debtors will ask the Court to admit the Declaration into evidence. To the extent the Court or any party in interest have questions regarding the Declaration or the factual bases for the first-day relief the Debtors seek, Mr. Alt will be available on the Zoom platform.

7. Declaration of James Alt in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties and C&B Newco; (III) Scheduling a Second Interim Hearing; and (IV) Granting Related Relief [Filed 6/29/2023, Docket No. 19]

Status: The Debtors will ask the Court to admit the Declaration into evidence. To the extent the Court or any party in interest have questions regarding the Declaration, Mr. Alt will be available on the Zoom platform.

**First Day Motions Pertaining to Operations**

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief [Filed 6/29/2023, Docket No. 8]

   Status: This matter is going forward with respect to an interim order.

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed 6/29/2023, Docket No. 6]

   a. Notice of Filing Exhibit C to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed 6/29/2023, Docket No. 14]

   Status: This matter is going forward with respect to an interim order.

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (II) Authorizing Continuation of Insurance Premium Financing Agreement, (III) Authorizing Continuation and Renewal of Surety Bond Program, and (IV) Granting Related Relief [Filed 6/29/2023, Docket No. 10]

    Status: This matter is going forward with respect to an interim order.

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations and (II) Granting Related Relief [Filed 6/29/2023, Docket No. 9]

    Status: This matter is going forward with respect to an interim order.

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Filed 6/29/2023, Docket No. 11]

    Status: This matter is going forward with respect to an interim order.

13. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed 6/29/2023, Docket No. 15]

    Status: This matter is going forward with respect to an interim order.

14. Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief [Filed 6/29/2023, Docket No. 16]

    Status: This matter will be scheduled for a later hearing.

15. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed 6/29/2023, Docket No. 13]

    Status: This matter will be scheduled for a later hearing.

| | |
|---|---|
| Dated:  June 30, 2023<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Timothy P. Cairns*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>E-mail:  ljones@pszjlaw.com<br>            tcairns@pszjlaw.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Cristine Pirro Schwarzman (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-mail:  ryan.dahl@ropesgray.com<br>            cristine.schwarzman@ropesgray.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Stephen L. Iacovo (admitted *pro hac vice*)<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (212) 845-5500<br>E-mail:  stephen.iacovo@ropesgray.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |