# ANNEX A

**Interim Budget**

**iMedia, Inc.**

Cash Collateral Budget Summary (in 000s of USD)

| | -1 | 0 | 1 | 1 | 2 | |
|---|---|---|---|---|---|---|
| **Month** | Jun | Jun | Jul | Jul | Jul | **Total** |
| **Period Ending** | FY2023-P5 | FY2023-P5 | FY2023-P5 | FY2023-P5 | FY2023-P6 | **2-Week** |
| **Actual/Forecast** | Pre-Petition | Pre-Petition | Pre-Petition | Post-Petition | Post-Petition | **Forecast** |
| **Week Ending** | 06/17/23 | 06/24/23 | 07/01/23 | 07/01/23 | 07/08/23 | |
| **Cash Receipts** | $ 4,550 | $ 4,534 | $ 2,582 | $ 1,703 | $ 4,532 | $ 6,234 |
| Vendor Payments | 69 | 962 | 7 | 175 | 2,454 | 2,629 |
| Payroll/Benefits | 52 | 1,677 | 3 | 148 | 280 | 428 |
| Freight | 912 | 606 | 15 | - | 418 | 418 |
| Taxes | 2 | 582 | 490 | 450 | 1,850 | 2,300 |
| Rent | - | 378 | - | 378 | 150 | 528 |
| Insurance | 0 | 255 | 19 | 732 | - | 732 |
| **Total Disbursements** | 1,036 | 4,460 | 533 | 1,883 | 5,152 | 7,034 |
| **Net Cash Flow** | $ 3,514 | $ 75 | $ 2,048 | $ (180) | $ (620) | (800) |
| | | | | | | |
| **Pre-Petition ABL Revolver** | | | | | | |
| Beginning Revolver | $ 20,777 | $ 18,300 | $ 19,449 | $ 19,465 | $ 19,465 | $ 19,465 |
| Account Sweep | (4,157) | (4,787) | (2,582) | - | - | - |
| Repayment | - | - | - | - | - | - |
| Weekly Revolver Advances, Incl. Inte | 1,680 | 5,936 | 2,598 | - | - | - |
| **Ending ABL Revolver Balance*** | $ 18,300 | $ 19,449 | $ 19,465 | $ 19,465 | $ 19,465 | $ 19,465 |

| | | |
|---|---|---|
| ABL Balance | $ 19,465 | 19,465 |
| Gross AR | 26,333 | 26,396 |
| Gross Inventory | 67,856 | 65,661 |
| Gross Collateral | 94,189 | 92,057 |
| BBC Eligible Collateral | 29,645 | 28,489 |
| | | |
| *% Cushion* | *20%* | *20%* |
| Implied 20% Equity Cushion to BBC | | |
| Eligible Collateral | 23,358 | 23,358 |
| Balance in Excess of Cushion | 6,286 | 5,131 |

* ABL Revolver Balance inclusive of disputed fees and expenses