# EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>iMedia Brands, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. ___** |

**ORDER SHORTENING NOTICE**
**RELATED TO DEBTORS' MOTION FOR**
**ENTRY OF AN ORDER SHORTENING NOTICE**
**RELATED TO DEBTORS' MOTION FOR ENTRY OF INTERIM**
**AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN**
**POST-PETITION FINANCING, (B) GRANT LIENS AND SUPERPRIORITY**
**ADMINISTRATIVE EXPENSE CLAIMS TO POST-PETITION LENDERS AND**
**(C) UTILIZE CASH COLLATERAL, (II) PROVIDING ADEQUATE PROTECTION TO**
**PRE-PETITION SECURED PARTIES, (III) MODIFYING THE AUTOMATIC STAY,**
**(IV) GRANTING RELATED RELIEF, PURSUANT TO 11 U.S.C. SECTIONS 105, 361,**
**362, 363, 364, 503, 506, 507 AND 552, AND (V) SCHEDULING A FINAL HEARING**
**PURSUANT TO BANKRUPTCY RULE 4001 AND LOCAL RULE 4001-2**

Upon the Debtors' motion (the "Motion to Shorten")[2] for entry of an order shortening

notice of the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors*

*to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense*

*Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate*

*Protection to Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting*

*Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, 506, 507 and 552,*

*and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2]    Capitalized terms used but not defined herein are defined in the Motion to Shorten.

(the "<u>Motion</u>"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT**:**

1.    The Motion to Shorten is GRANTED as set forth herein.

2.    The DIP Motion shall be considered at a hearing scheduled for **July 5, 2023, at 2:00 p.m. (ET)** (the "<u>Hearing</u>").

3.    Objections, if any, to the relief requested in the DIP Motions **must be made at or before the Hearing.**

2