**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 5, 2023 AT 2:00 P.M. (EASTERN TIME)[3]**

> **The hearing will be conducted via Zoom only.**
>
> **Please see below for the connection and registration information.**
> **Please Note: All individuals participating by video must register at least 2 hours prior to the hearing at the provided link. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing. You must use your full name when registering and logging into Zoom or you will not be granted access to the hearing.**
>
> **Registration Link:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItdOGopzgqG6jJXE8xCFDpa06g5Zhflz8**

**MATTERS GOING FORWARD**

1.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] Amended items are presented in **BOLD**.

[3] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

and C&B Newco; (III) Scheduling a Second Interim Hearing; and (IV) Granting Related Relief [Filed 6/29/2023, Docket No. 18]

Response Deadline:  At the hearing

Responses Received:

a. Statement of Siena Lending Group, LLC Regarding Debtors' Requested First-Day Relief [Filed 6/30/2023, Docket No. 57]

Related Documents:

a. Declaration of James Alt in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties and C&B Newco; (III) Scheduling a Second Interim Hearing; and (IV) Granting Related Relief [Filed 6/29/2023, Docket No. 19]

b. Notice of Hearing on Debtors' Motion for Entry of Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties and C&B Newco; (III) Scheduling a Second Interim Hearing; and (IV) Granting Related Relief [Filed 6/29/2023, Docket No. 42]

c. Notice of Filing of Revised Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties and C&B Newco; (III) Scheduling a Second Interim Hearing; and (IV) Granting Related Relief [Filed 6/30/2023, Docket No. 53]

d. Interim Order (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties and C&B Newco; (III) Scheduling a Second Interim Hearing; and (IV) Granting Related Relief [Entered 6/30/2023, Docket No. 61]

e. Notice of Entry of Interim Order and Further Interim Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties and C&B Newco; (III) Scheduling a Second Interim Hearing; and (IV) Granting Related Relief [Filed 6/30/2023, Docket No. 68]

**Status:  Subject to approval of the motion to shorten related to Agenda Item No. 2 below, this matter will not go forward.  The Debtors will seek use of cash collateral in connection with their motion to approve debtor in possession financing.**

**MATTERS PRESENTED SUBJECT TO MOTION TO SHORTEN NOTICE**

2. **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate Protection to Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, 506, 507 and 552, and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2 [Filed 7/3/2023, Docket No. 88]**

    Response Deadline:  At the hearing

    Related Documents:

    a. **Debtors' Motion for Entry of an Order Shortening Notice Related to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate Protection to Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, 506, 507 and 552, and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2 [Filed 7/3/2023, Docket No. 91]**

    b. **Declaration of James Alt in Support of Debtors' Motion to Obtain Postpetition Debtor in Possession Financing [Filed 7/3/2023, Docket No. 89]**

    c. **Declaration of Eugene Lee in Support of Debtors' Motion to Obtain Postpetition Debtor in Possession Financing [Filed 7/3/2023, Docket No. 90]**

    **Status:  This matter will go forward with respect to an interim order if the Court grants the motion to shorten notice.**

3. **Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief [Filed 6/29/2023, Docket No. 16]**

    Response Deadline:  At the hearing

    Related Documents:

    a. **Debtors' Motion for Entry of an Order Shortening Notice Related to: (A) Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving**

    **Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief; and (B) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed 7/3/2023, Docket No. 92]**

  <u>Status</u>:  This matter will go forward with respect to an interim order if the Court grants the motion to shorten notice.

4.  **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed 6/29/2023, Docket No. 13]**

  <u>Response Deadline</u>:  At the hearing

  <u>Related Documents</u>:

  a.  **Debtors' Motion for Entry of an Order Shortening Notice Related to: (A) Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief; and (B) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed 7/3/2023, Docket No. 92]**

  <u>Status</u>:  This matter will go forward with respect to an interim order if the Court grants the motion to shorten notice.

| | |
|---|---|
| Dated:  **July 4**, 2023<br>        Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Timothy P. Cairns*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>E-mail:  ljones@pszjlaw.com<br>            tcairns@pszjlaw.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Cristine Pirro Schwarzman (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-mail:  ryan.dahl@ropesgray.com<br>            cristine.schwarzman@ropesgray.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Stephen L. Iacovo (admitted *pro hac vice*)<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (212) 845-5500<br>E-mail:  stephen.iacovo@ropesgray.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |