**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 N. KING STREET, ROOM 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**(302) 573-6491      FAX (302) 573-6497**

| | |
|---|---|
| **ANDREW T. VARA** | **JOSEPH J. MCMAHON, JR.** |
| UNITED STATES TRUSTEE | ASSISTANT U.S. TRUSTEE |

---

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

---

**ATTENTION: SECTION 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Sec. 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following case:

**DEBTORS:**   iMedia Brands, Inc., e*t al.,*

**CASE NOS:**   23-10852-KBO; 23-10851; 23-10853 thru 23-10862.

**DATE:**   Wednesday, August 9, 2023

**TIME:**   10:00 a.m. (ET)

**LOCATION:**   The meeting shall be held telephonically by calling 1-866-621-1355 - Passcode 7178157# and such meeting may be continued/adjourned to a later date. If so, such additional information will appear on the docket of the U.S. Bankruptcy Court.

By:   */s/Richard L. Schepacarter*
       Richard L. Schepacarter
       Trial Attorney

Dated:  July 7, 2023

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF THE BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**