# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JULY 19, 2023 AT 12:00 P.M. (EASTERN TIME)[2]

> This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.
>
> This hearing will be conducted in person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances:  (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.[3]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2]  This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov, or the documents may be obtained for free by accessing the Debtors' restructuring website at https://cases.stretto.com/imediabrands/.

[3]  See Chambers Procedures of the Honorable Karen B. Owens dated October 3, 2022.  https://www.deb.uscourts.gov/content/judge-karen-b-owens.

**If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom. All individuals participating by video must register at least two (2) hours prior to the hearing. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

https://debuscourts.zoomgov.com/meeting/register/vJItceuvqDorGUGhB0KCA1dVpg1MwZvL7_4

**Topic: iMedia Brands, Inc.,** *et al***. – Case No. 23-10852 (KBO)**
**When: July 19, 2023 at 12:00 p.m. (Prevailing Eastern Time)**

**You must use your full name when registering and logging into**
**Zoom or you will not be granted access to the hearing.**
**CourtCall will NOT be used for this hearing.**

## UNCONTESTED MATTERS GOING FORWARD

1.    **Customer Programs Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 6/29/23] (Docket No. 11).

Response Deadline:  July 12, 2023 at 4:00 p.m. (Eastern Time). Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

Responses Received:  None.

Related Documents:

a.    Certification of Counsel Submitting Revised Interim Order (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 6/30/23] (Docket No. 71).

b.    [Signed] Interim Order (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 7/3/23] (Docket No. 73).

c.    Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 7/3/23] (Docket No. 81).

Status:  This matter will go forward.

2.     **<u>Creditor Matrix Motion</u>** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, (III) Modifying the Requirement to File a List of All Equity Security Holders of iMedia Brands, Inc. and Modifying Notice Thereto, and (IV) Granting Related Relief [Filed: 6/29/23] (Docket No. 12).

<u>Response Deadline</u>:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

a.   Certification of Counsel Submitting Revised Interim Order (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, (III) Modifying the Requirement to File a List of Equity Security Holders of iMedia Brands, Inc. and Modifying Notice Thereto, and (IV) Granting Related Relief [Filed: 6/30/23] (Docket No. 69).

b.   [Signed] Interim Order (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, (III) Modifying the Requirement to File a List of Equity Security Holders of iMedia Brands, Inc. and Modifying Notice Thereto, and (IV) Granting Related Relief [Filed: 7/3/23] (Docket No. 75).

c.   Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, (III) Modifying the Requirement to File a List of All Equity Security Holders of iMedia Brands, Inc. and Modifying Notice Thereto, and (IV) Granting Related Relief [Filed: 7/3/23] (Docket No. 85).

<u>Status</u>:  This matter will go forward.

3.     **<u>NOL Motion</u>** – Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 6/29/23] (Docket No. 15).

<u>Response Deadline</u>:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

<u>Responses Received</u>:  None.

Related Documents:

    a.  Certification of Counsel Submitting Revised Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 6/30/23] ([Docket No. 70](#)).

    b.  [Signed] Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 7/3/23] ([Docket No. 77](#)).

    c.  Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 7/3/23] ([Docket No. 87](#)).

Status:  This matter will go forward.

4.    **Utilities Motion** – Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief [Filed: 6/29/23] ([Docket No. 16](#)).

Response Deadline:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

Responses Received:  None.

Related Documents:

    a.  Debtors' Motion for Entry of an Order Shortening Notice Related to: (A) Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief; and (B) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 7/3/23] ([Docket No. 92](#)).

    b.  [Signed] Order Shortening Notice Related to: (A) Debtors' Motion for Entry of Interim and Final Orders (I) (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief; and (B) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors

to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 7/5/23] (Docket No. 98).

c.  [Signed] Interim Order (I)(A) Approving the Debtors Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief [Filed: 7/5/23] (Docket No. 111).

d.  Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief [Filed: 7/5/23] (Docket No. 113).

Status:  This matter will go forward.

## CONTESTED MATTERS GOING FORWARD

5.  **Tax Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: 6/29/23] (Docket No. 6).

Response Deadline:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Official Committee of Unsecured Creditors (the "Committee").

Responses Received:

a.  Omnibus Objection of the Official Committee of Unsecured Creditors to Certain First Day Motions and Entry of Final Orders Granting the Same [Filed: 7/17/23] (Docket No. 158).

Related Documents:

a.  Notice of Filing of Exhibit C to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: 6/29/23] (Docket No. 14).

b.  [Signed] Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: 6/30/23] (Docket No. 64).

c.  Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: 7/3/23] (Docket No. 79).

Status:  This matter will go forward.

6.    **Cash Management Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief [Filed: 6/29/23] (Docket No. 8).

Response Deadline:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

Responses Received:

a.    Omnibus Reservation of Rights of the Official Committee of Unsecured Creditors to Certain First Day Motions and Entry of Final Orders Granting the Same [Filed: 7/17/23] (Docket No. 159).

Related Documents:

a.    Certification of Counsel Submitting Revised Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Certain Intercompany Transactions, and (II) Granting Related Relief [Filed: 6/30/23] (Docket No. 62).

b.    [Signed] Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Certain Intercompany Transactions, and (II) Granting Related Relief [Filed: 6/30/23] (Docket No. 67).

c.    Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief [Filed: 7/3/23] (Docket No. 76).

Status:  This matter will go forward.

7.    **Wages Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations and (II) Granting Related Relief [Filed: 6/29/23] (Docket No. 9).

Response Deadline:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 14, 2023 at 4:00 p.m. (Eastern Time) for the Chubb Companies.  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

Responses Received:

a. Omnibus Reservation of Rights of the Official Committee of Unsecured Creditors to Certain First Day Motions and Entry of Final Orders Granting the Same [Filed: 7/17/23] (Docket No. 159).

Related Documents:

a. Certification of Counsel Submitting Revised Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations and (II) Granting Related Relief [Filed: 6/30/23] (Docket No. 65).

b. [Signed] Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations and (II) Granting Related Relief [Filed: 6/30/23] (Docket No. 66).

c. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations and (II) Granting Related Relief [Filed: 7/3/23] (Docket No. 78).

Status:  This matter will go forward.

8. **Insurance Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (II) Authorizing Continuation of Insurance Premium Financing Agreement, (III) Authorizing Continuation and Renewal of Surety Bond Program, and (IV) Granting Related Relief [Filed: 6/29/23] (Docket No. 10).

Response Deadline:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 14, 2023 at 4:00 p.m. (Eastern Time) for the Chubb Companies.  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

Responses Received:

a. Omnibus Reservation of Rights of the Official Committee of Unsecured Creditors to Certain First Day Motions and Entry of Final Orders Granting the Same [Filed: 7/17/23] (Docket No. 159).

Related Documents:

a. [Signed] Interim Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (II) Authorizing Continuation

of Insurance Premium Financing Agreement, (III) Authorizing Continuation and Renewal of Surety Bond Program and (IV) Granting Related Relief [Filed: 7/3/23] (Docket No. 74).

b.  Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (II) Authorizing Continuation of Insurance Premium Financing Agreement, (III) Authorizing Continuation and Renewal of Surety Bond Program, and (IV) Granting Related Relief [Filed: 7/3/23] (Docket No. 86).

Status:  This matter will go forward.

9.  **Lien Claimants Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 6/29/23] (Docket No. 13).

Response Deadline:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

Responses Received:

a.  Omnibus Objection of the Official Committee of Unsecured Creditors to Certain First Day Motions and Entry of Final Orders Granting the Same [Filed: 7/17/23] (Docket No. 158).

Related Documents:

a.  Debtors' Motion for Entry of an Order Shortening Notice Related to: (A) Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief; and (B) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 7/3/23] (Docket No. 92).

b.  [Signed] Order Shortening Notice Related to: (A) Debtors' Motion for Entry of Interim and Final Orders (I) (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief; and (B) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II)

Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 7/5/23] (Docket No. 98).

c.    [Signed] Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 7/5/23] (Docket No. 110).

d.    Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 7/5/23] (Docket No. 112).

Status:  This matter will go forward.


*[Remainder of Page Intentionally Left Blank]*

Dated:  July 17, 2023
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail:  ljones@pszjlaw.com
            tcairns@pszjlaw.com

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Cristine Pirro Schwarzman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail:  ryan.dahl@ropesgray.com
            cristine.schwarzman@ropesgray.com

-and-

**ROPES & GRAY LLP**
Stephen L. Iacovo (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (212) 845-5500
E-mail:  stephen.iacovo@ropesgray.com

*Proposed Counsel to the Debtors and Debtors in Possession*