**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>iMedia Brands, Inc. *et al.,*<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b) and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Curtis L. Tuggle, Esq. of Thompson Hine LLP to represent Synacor, Inc. in the above-referenced matter.

Dated: July 17, 2023　　　　　　　　　　　　　*/s/ Chantelle D. McClamb*
　　　　　　　　　　　　　　　　　　　　　　　Chantelle D. McClamb (No. 5978)
　　　　　　　　　　　　　　　　　　　　　　　Gibbons P.C.
　　　　　　　　　　　　　　　　　　　　　　　300 Delaware Ave., Suite 1015
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　　Tel: (302) 518-6300
　　　　　　　　　　　　　　　　　　　　　　　Email: cmcclamb@gibbonslaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing, and a member in good standing of the Bar of the State of Ohio, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Curtis L. Tuggle*
　　　　　　　　　　　　　　　　　　　　　　　Curtis L. Tuggle, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Thompson Hine LLP
　　　　　　　　　　　　　　　　　　　　　　　3900 Key Center
　　　　　　　　　　　　　　　　　　　　　　　127 Public Square
　　　　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (216) 566-5904
　　　　　　　　　　　　　　　　　　　　　　　Email: curtis.tuggle@thompsonhine.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.