# Exhibit A

VXI

**Invoice No: VXISHQD0423**

**INVOICE DATE:** 5/12/2023

VXI Global Solutions, LLC
220 West 1st Street, 3rd Floor
Los Angeles, CA 90012 USA

iMedia Brands, Inc. dba ShopHQ
6740 Shady Oak Road
Eden Prairie, MN 55344

ATTN:

**Billing Period: 04/01/23 - 04/30/23**
Terms: Net 30 Days

DUE DATE 6/11/2023

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Apr-2023 ShopHQ - DV | | | |
| Production | | Hours | |
| Production Hours | $ 10.68 | 13,455.45 | $ 143,704.25 |
| Holiday Hours | $ 16.02 | 474.41 | $ 7,600.05 |
| Overtime Hours | $ 16.02 | 38.00 | $ 608.76 |
| **Production Total** | | 13,967.86 | $ 151,913.06 |
| Training | | Hours | |
| New Hire Training Hours | $ 10.00 | - | $ - |
| Nesting - Training Hours | $ 10.00 | - | $ - |
| Nesting - Production Hours | $ 10.68 | - | $ - |
| AER Training | $ 10.00 | - | $ - |
| **Training Total** | | - | $ - |
| Miscellaneous | | | |
| Support OT Hours | $ 10.68 | 3.68 | $ 39.29 |
| **Miscellaneous Total** | | 3.68 | $ 39.29 |
| | **Grand Total** | | **$ 151,952.35** |

VXI

**Invoice No: VXISHQD0523**

**INVOICE DATE:** 6/13/2023

VXI Global Solutions, LLC
220 West 1st Street, 3rd Floor
Los Angeles, CA 90012 USA

iMedia Brands, Inc. dba ShopHQ
6740 Shady Oak Road
Eden Prairie, MN 55344

ATTN:

**Billing Period: 05/01/23 - 05/31/23**
Terms: Net 30 Days

DUE DATE 7/13/2023

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| May-2023 ShopHQ - DV | | | |
| **Production** | | Hours | |
| Production Hours | $ 10.68 | 11,990.13 | $ 128,054.56 |
| Holiday Hours | $ 16.02 | 424.00 | $ 6,792.48 |
| Overtime Hours | $ 16.02 | 40.50 | $ 648.81 |
| **Production Total** | | 12,454.63 | $ 135,495.85 |
| **Training** | | Hours | |
| New Hire Training Hours | $ 10.00 | - | $ - |
| Nesting - Training Hours | $ 10.00 | - | $ - |
| Nesting - Production Hours | $ 10.68 | - | $ - |
| AER Training | $ 10.00 | - | $ - |
| **Training Total** | | - | $ - |
| **Miscellaneous** | | | |
| Support OT Hours | $ 10.68 | 11.50 | $ 122.81 |
| **Miscellaneous Total** | | 11.50 | $ 122.81 |
| **Grand Total** | | | $ 135,618.66 |

VXI

**Invoice No: VXISHQD0223**

INVOICE DATE: 3/14/2023

VXI Global Solutions, LLC
220 West 1st Street, 3rd Floor
Los Angeles, CA 90012 USA

iMedia Brands, Inc. dba ShopHQ
6740 Shady Oak Road
Eden Prairie, MN 55344

ATTN:

Billing Period: 02/01/23 - 02/28/23
Terms: Net 30 Days

DUE DATE 4/13/2023

| Description | | Rate | Quantity | | Amount |
|---|---|---|---|---|---|
| Feb-2023 ShopHQ - DV | | | | | |
| Production | | | Hours | | |
| Production Hours | $ | 10.68 | 15,975.94 | $ | 170,623.07 |
| Holiday Hours | $ | 16.02 | - | $ | - |
| Overtime Hours | $ | 16.02 | 14.60 | $ | 233.89 |
| **Production Total** | | | 15,990.54 | $ | 170,856.97 |
| Training | | | Hours | | |
| New Hire Training Hours | $ | 10.00 | - | $ | - |
| Nesting - Training Hours | $ | 10.00 | - | $ | - |
| Nesting - Production Hours | $ | 10.68 | - | $ | - |
| AER Training | $ | 10.00 | 40.00 | $ | 400.00 |
| **Training Total** | | | 40.00 | $ | 400.00 |
| Miscellaneous | | | | | |
| Support OT Hours | $ | 10.68 | 0.01 | $ | 0.05 |
| **Miscellaneous Total** | | | 0.01 | $ | 0.05 |
| | | Grand Total | | $ | 171,257.02 |

VXI

**Invoice No: VXISHQD0623**

**INVOICE DATE:** 07/13/23

**VXI Global Solutions, LLC**
**220 West 1st Street, 3rd Floor**
**Los Angeles, CA 90012 USA**

**iMedia Brands, Inc. dba ShopHQ**
**6740 Shady Oak Road**
**Eden Prairie, MN 55344**

**ATTN:**

**Billing Period: 06/01/23 - 06/27/23**
**Terms: Net 30 Days**

DUE DATE 08/12/23

| Description | | Rate | Quantity | | Amount |
|---|---|---|---|---|---|
| Jun-2023 ShopHQ - DV | | | | | |
| Production | | | Hours | | |
| Production Hours | $ | 10.68 | 9,734.21 | $ | 103,961.34 |
| Holiday Hours | $ | 16.02 | 409.87 | $ | 6,566.09 |
| Overtime Hours | $ | 16.02 | - | $ | - |
| **Production Total** | | | 10,144.08 | $ | 110,527.43 |
| Training | | | Hours | | |
| New Hire Training Hours | $ | 10.00 | - | $ | - |
| Nesting - Training Hours | $ | 10.00 | - | $ | - |
| Nesting - Production Hours | $ | 10.68 | - | $ | - |
| AER Training | $ | 10.00 | - | $ | - |
| **Training Total** | | | - | $ | - |
| Miscellaneous | | | | | |
| Support OT Hours | $ | 10.68 | 0.49 | $ | 5.27 |
| **Miscellaneous Total** | | | 0.49 | $ | 5.27 |
| **Grand Total** | | | | **$** | **110,532.70** |

VXI

**Invoice No: VXISHQD0323**

INVOICE DATE: 4/20/2023

VXI Global Solutions, LLC
220 West 1st Street, 3rd Floor
Los Angeles, CA 90012 USA

iMedia Brands, Inc. dba ShopHQ
6740 Shady Oak Road
Eden Prairie, MN 55344

ATTN:

Billing Period: 03/01/23 - 03/31/23
Terms: Net 30 Days

DUE DATE 5/20/2023

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Mar-2023 ShopHQ - DV | | | |
| Production | | Hours | |
| Production Hours | $ 10.68 | 15,606.48 | $ 166,677.24 |
| Holiday Hours | $ 16.02 | 380.78 | $ 6,100.15 |
| Overtime Hours | $ 16.02 | 54.80 | $ 877.90 |
| Production Total | | 16,042.07 | $ 173,655.29 |
| Training | | Hours | |
| New Hire Training Hours | $ 10.00 | - | $ - |
| Nesting - Training Hours | $ 10.00 | - | $ - |
| Nesting - Production Hours | $ 10.68 | - | $ - |
| AER Training | $ 10.00 | - | $ - |
| Training Total | | - | $ - |
| Miscellaneous | | | |
| Support OT Hours | $ 10.68 | 0.57 | $ 6.06 |
| Miscellaneous Total | | 0.57 | $ 6.06 |
| Grand Total | | | $ 173,661.35 |

VXI

**Invoice No: VXISHQD0123**

**INVOICE DATE:** 2/14/2023

**VXI Global Solutions, LLC**
**220 West 1st Street, 3rd Floor**
**Los Angeles, CA 90012 USA**

**iMedia Brands, Inc. dba ShopHQ**
**6740 Shady Oak Road**
**Eden Prairie, MN 55344**

**ATTN:**

**Billing Period: 01/01/23 - 01/31/23**
**Terms: Net 30 Days**

DUE DATE 3/16/2023

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Jan-2023 ShopHQ - DV | | | |
| Production | | Hours | |
| Production Hours | $ 10.68 | 18,641.77 | $ 199,094.15 |
| Holiday Hours | $ 16.02 | 600.33 | $ 9,617.36 |
| Overtime Hours | $ 16.02 | 15.00 | $ 240.30 |
| **Production Total** | | 19,257.11 | $ 208,951.80 |
| Training | | Hours | |
| New Hire Training Hours | $ 10.00 | 200.00 | $ 2,000.00 |
| Nesting - Training Hours | $ 10.00 | 60.00 | $ 600.00 |
| Nesting - Production Hours | $ 10.68 | 140.00 | $ 1,495.20 |
| Pace Training | $ 10.00 | 3.00 | $ 30.00 |
| **Training Total** | | 403.00 | $ 4,125.20 |
| Miscellaneous | | | |
| Support OT Hours | $ 10.68 | 1.52 | $ 16.26 |
| **Miscellaneous Total** | | 1.52 | $ 16.26 |
| **Grand Total** | | | **$ 213,093.26** |