UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 19, 2023 AT 12:00 P.M. (EASTERN TIME)[3]**

**THE BELOW LISTED MATTERS HAVE BEEN ADJOURNED.
THE COURT HAS CANCELLED THE HEARING.**

**UNCONTESTED MATTERS GOING FORWARD**

1. **Customer Programs Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 6/29/23] (Docket No. 11).

   Response Deadline:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

   Responses Received:  None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] **Amended items appear in bold.**

[3] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov, or the documents may be obtained for free by accessing the Debtors' restructuring website at https://cases.stretto.com/imediabrands/.

Related Documents:

a. Certification of Counsel Submitting Revised Interim Order (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 6/30/23] (Docket No. 71).

b. [Signed] Interim Order (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 7/3/23] (Docket No. 73).

c. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 7/3/23] (Docket No. 81).

Status: **This matter has been adjourned to the July 28, 2023 hearing at 1:00 p.m. (Eastern Time).**

2. **Creditor Matrix Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, (III) Modifying the Requirement to File a List of All Equity Security Holders of iMedia Brands, Inc. and Modifying Notice Thereto, and (IV) Granting Related Relief [Filed: 6/29/23] (Docket No. 12).

Response Deadline: July 12, 2023 at 4:00 p.m. (Eastern Time). Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

Responses Received: None.

Related Documents:

a. Certification of Counsel Submitting Revised Interim Order (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, (III) Modifying the Requirement to File a List of Equity Security Holders of iMedia Brands, Inc. and Modifying Notice Thereto, and (IV) Granting Related Relief [Filed: 6/30/23] (Docket No. 69).

b. [Signed] Interim Order (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, (III) Modifying the Requirement to File a List of Equity Security Holders of iMedia Brands, Inc. and Modifying Notice Thereto, and (IV) Granting Related Relief [Filed: 7/3/23] (Docket No. 75).

c.  Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to File a Consolidated (A) Creditor Matrix and (B) Top 50 Creditors List, (II) Authorizing Redaction of Certain Personal Identification Information, (III) Modifying the Requirement to File a List of All Equity Security Holders of iMedia Brands, Inc. and Modifying Notice Thereto, and (IV) Granting Related Relief [Filed: 7/3/23] (Docket No. 85).

Status: **This matter has been adjourned to the July 28, 2023 hearing at 1:00 p.m. (Eastern Time).**

3.  **NOL Motion** – Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 6/29/23] (Docket No. 15).

    Response Deadline: July 12, 2023 at 4:00 p.m. (Eastern Time). Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

    Responses Received: None.

    Related Documents:

    a.  Certification of Counsel Submitting Revised Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 6/30/23] (Docket No. 70).

    b.  [Signed] Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 7/3/23] (Docket No. 77).

    c.  Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Filed: 7/3/23] (Docket No. 87).

    Status: **This matter has been adjourned to the July 28, 2023 hearing at 1:00 p.m. (Eastern Time).**

4.  **Utilities Motion** – Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief [Filed: 6/29/23] (Docket No. 16).

    Response Deadline: July 12, 2023 at 4:00 p.m. (Eastern Time). Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

Responses Received:  None.

Related Documents:

a. Debtors' Motion for Entry of an Order Shortening Notice Related to: (A) Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief; and (B) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 7/3/23] (Docket No. 92).

b. [Signed] Order Shortening Notice Related to: (A) Debtors' Motion for Entry of Interim and Final Orders (I) (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief; and (B) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 7/5/23] (Docket No. 98).

c. [Signed] Interim Order (I)(A) Approving the Debtors Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief [Filed: 7/5/23] (Docket No. 111).

d. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief [Filed: 7/5/23] (Docket No. 113).

Status:  **This matter has been adjourned to the July 28, 2023 hearing at 1:00 p.m. (Eastern Time).**

### CONTESTED MATTERS GOING FORWARD

5. **Tax Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: 6/29/23] (Docket No. 6).

Response Deadline:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Official Committee of Unsecured Creditors (the "Committee").

Responses Received:

a. Omnibus Objection of the Official Committee of Unsecured Creditors to Certain First Day Motions and Entry of Final Orders Granting the Same [Filed: 7/17/23] (Docket No. 158).

Related Documents:

a. Notice of Filing of Exhibit C to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: 6/29/23] (Docket No. 14).

b. [Signed] Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: 6/30/23] (Docket No. 64).

c. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Filed: 7/3/23] (Docket No. 79).

Status:  **This matter has been adjourned to the July 28, 2023 hearing at 1:00 p.m. (Eastern Time).**

6. **Cash Management Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief [Filed: 6/29/23] (Docket No. 8).

Response Deadline:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

Responses Received:

a. Omnibus Reservation of Rights of the Official Committee of Unsecured Creditors to Certain First Day Motions and Entry of Final Orders Granting the Same [Filed: 7/17/23] (Docket No. 159).

Related Documents:

a. Certification of Counsel Submitting Revised Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Certain Intercompany Transactions, and (II) Granting Related Relief [Filed: 6/30/23] (Docket No. 62).

b. [Signed] Interim Order (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Certain Intercompany Transactions, and (II) Granting Related Relief [Filed: 6/30/23] ([Docket No. 67](#)).

c. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Certain Intercompany Transactions, and (II) Granting Related Relief [Filed: 7/3/23] ([Docket No. 76](#)).

Status: **This matter has been adjourned to the July 28, 2023 hearing at 1:00 p.m. (Eastern Time).**

7. **Wages Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations and (II) Granting Related Relief [Filed: 6/29/23] ([Docket No. 9](#)).

Response Deadline: July 12, 2023 at 4:00 p.m. (Eastern Time). Extended to July 14, 2023 at 4:00 p.m. (Eastern Time) for the Chubb Companies. Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

Responses Received:

a. Omnibus Reservation of Rights of the Official Committee of Unsecured Creditors to Certain First Day Motions and Entry of Final Orders Granting the Same [Filed: 7/17/23] ([Docket No. 159](#)).

Related Documents:

a. Certification of Counsel Submitting Revised Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations and (II) Granting Related Relief [Filed: 6/30/23] ([Docket No. 65](#)).

b. [Signed] Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations and (II) Granting Related Relief [Filed: 6/30/23] ([Docket No. 66](#)).

c. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Employee Benefits Obligations and Other Compensation, and (B) Continue Employee Benefits Programs and Pay Related Administrative Obligations and (II) Granting Related Relief [Filed: 7/3/23] ([Docket No. 78](#)).

Status:  **This matter has been adjourned to the July 28, 2023 hearing at 1:00 p.m. (Eastern Time).**

8. **Insurance Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (II) Authorizing Continuation of Insurance Premium Financing Agreement, (III) Authorizing Continuation and Renewal of Surety Bond Program, and (IV) Granting Related Relief [Filed: 6/29/23] ([Docket No. 10](#)).

   Response Deadline:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 14, 2023 at 4:00 p.m. (Eastern Time) for the Chubb Companies.  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

   Responses Received:

   a. Omnibus Reservation of Rights of the Official Committee of Unsecured Creditors to Certain First Day Motions and Entry of Final Orders Granting the Same [Filed: 7/17/23] ([Docket No. 159](#)).

   Related Documents:

   a. [Signed] Interim Order (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (II) Authorizing Continuation of Insurance Premium Financing Agreement, (III) Authorizing Continuation and Renewal of Surety Bond Program and (IV) Granting Related Relief [Filed: 7/3/23] ([Docket No. 74](#)).

   b. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (II) Authorizing Continuation of Insurance Premium Financing Agreement, (III) Authorizing Continuation and Renewal of Surety Bond Program, and (IV) Granting Related Relief [Filed: 7/3/23] ([Docket No. 86](#)).

   Status:  **This matter has been adjourned to the July 28, 2023 hearing at 1:00 p.m. (Eastern Time).**

9. **Lien Claimants Motion** – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 6/29/23] ([Docket No. 13](#)).

   Response Deadline:  July 12, 2023 at 4:00 p.m. (Eastern Time).  Extended to July 17, 2023 at 10:00 a.m. (Eastern Time) for the Committee.

Responses Received:

a.  Omnibus Objection of the Official Committee of Unsecured Creditors to Certain First Day Motions and Entry of Final Orders Granting the Same [Filed: 7/17/23] ([Docket No. 158](#)).

Related Documents:

a.  Debtors' Motion for Entry of an Order Shortening Notice Related to: (A) Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief; and (B) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 7/3/23] ([Docket No. 92](#)).

b.  [Signed] Order Shortening Notice Related to: (A) Debtors' Motion for Entry of Interim and Final Orders (I) (A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief; and (B) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 7/5/23] ([Docket No. 98](#)).

c.  [Signed] Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 7/5/23] ([Docket No. 110](#)).

d.  Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Related Obligations, (II) Authorizing Debtors to Pay Certain Prepetition Claims of Certain Section 503(b)(9) Claimants, and (III) Granting Related Relief [Filed: 7/5/23] ([Docket No. 112](#)).

Status:  **This matter has been adjourned to the July 28, 2023 hearing at 1:00 p.m. (Eastern Time).**

| | |
|---|---|
| Dated: July 18, 2023<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Timothy P. Cairns*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>E-mail:  ljones@pszjlaw.com<br>            tcairns@pszjlaw.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Cristine Pirro Schwarzman (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-mail:  ryan.dahl@ropesgray.com<br>            cristine.schwarzman@ropesgray.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Stephen L. Iacovo (admitted *pro hac vice*)<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (212) 845-5500<br>E-mail:  stephen.iacovo@ropesgray.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |