Clerk of The Court  
824 N. Market Street  
3rd Floor  
Wilmington, Delaware 19801

July 14, 2023

FILED  
2023 JUL 20  AM 9:07  
CLERK  
U.S. BANKRUPTCY COURT  
DISTRICT OF DELAWARE

Re: Docket No. 93  
Case No. 23-10852 (KBO)

To Whom It May Concern:

I received a letter on July 13, 2023 from the United States Bankruptcy Court, District of Delaware informing me that I had a Chapter 11 Bankruptcy in reference to a Company carrying the name of iMedia Brands, et al. I have no knowledge of said company. I am not owner nor am I part owner in said company. I don't understand why my name had been attached to said company. And I truly don't understand the purpose of my receiving this letter for bankruptcy.

Yours truly,

*Martha Dunston*  
Martha Dunston



M. Dunston
35-33 64th St, 2G
Woodside, N.Y. 11377

U.S. Bankruptcy Court
District of Delaware
Clerk of The Court
824 N. Market Street
3rd Floor
Wilmington, Delaware 19801