**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                             :
In re                                                        :   Chapter 11
                                                             :
iMedia Brands, Inc., *et al.*,                               :   Case No. 23-10852 (KBO)
                                                             :
        Debtors.     :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| August 15, 2023 | 3:00 p.m. prevailing Eastern Time |

**Dated: July 20th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:243838.1 40543/001