# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SERVICE OF FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEBTORS

PLEASE TAKE NOTICE that on July 20, 2023, a true and correct copy of the First Request for Production of Documents Directed to Debtors was served on the parties on the service list attached hereto as **Exhibit A** via email and first class U.S Mail.

Dated: July 20, 2023
Wilmington, Delaware

*/s/ Chantelle D. McClamb*
Chantelle D. McClamb (No. 5978)
**GIBBONS P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
Tel: (302) 518-6300
Fax: (302) 397-2011
Email: cmcclamb@gibbonslaw.com

and

Curtis L. Tuggle, Esq.
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44144
Telephone: (216) 566-5904
Email: curtis.tuggle@thompsonhine.com

and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

1

Jonathan Hawkins, Esq.
**THOMPSON HINE LLP**
10050 Innovation Drive, #400
Miamisburg, Ohio 45342
Telephone: (937) 443-6860
Email: jonathan.hawkins@thompsonhine.com

*Attorneys for Synacor, Inc.*

2

4885-0419-9537

## EXHIBIT A

## CERTIFICATE OF SERVICE

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones
Timothy P. Cairns
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

**ROPES & GRAY LLP**
Ryan Preston Dahl
Cristine Pirro Schwarzman
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: ryan.dahl@ropesgray.com
cristine.schwarzman@ropesgray.com

**ROPES & GRAY LLP**
Stephen L. Iacovo
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
E-mail: stephen.iacovo@ropesgray.com

4885-0419-9537