IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-10852 (KBO) |
| iMEDIA BRANDS, INC. et. al.[1] | § | Chapter 11 |
| | § | |
| Debtor. | § | (Jointly Administered) |
| | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

NOW COMES Korber Supply Chain US, Inc., a creditor in the above-styled bankruptcy proceeding, and enters this its appearance pursuant to the United States Bankruptcy Code.

Korber Supply Chain US, Inc hereby requests that any and all notices required pursuant to Bankruptcy Rule 2002 or any other applicable law or order of this Court, whether written or oral, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans of reorganization, disclosure statements and any other documents brought before this Court in this case, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, that affect or seek to affect the above case, be served upon William L. Siegel, its attorney of record at the following address:

William L. Siegel
Cowles & Thompson, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2126
(214) 672-2326 facsimile
e-mail:  bsiegel@cowlesthompson.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

NOTICE OF APPEARANCE, Page 1
1628885

Dated: July 20, 2023.

                        Respectfully submitted,

                        **COWLES & THOMPSON, P.C.**

                        By:  */s/ William L. Siegel*
                              **WILLIAM L. SIEGEL**
                              Texas Bar No. 18342480

                        901 Main Street, Suite 3900
                        Dallas, TX 75202
                        (214) 672-2000
                        (214) 672-2020 (Fax)
                        bsiegel@cowlesthompson.com

                        ATTORNEYS FOR KORBER SUPPLY
                        CHAIN US, INC.

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service was served on all parties who have requested notice per ECF on the 20th day of July 2023.

                        */s/ William L. Siegel*
                        William L. Siegel