# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: iMedia Brands, Inc.,  Debtor(s).  
    6740 Shady Oak Road  
    Eden Prairie, MN 55344-3433  
    XXX-XX-

Case No. 23-10852 KBO  
Chapter 11

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:  
TN Dept of Revenue  
c/oTN Attorney General's Office, Bankruptcy Division  
PO Box 20207  
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,  
Jonathan Skrmetti  
Attorney General and Reporter

/s/ Laura L. McCloud  
Laura L. McCloud  
Senior Assistant Attorney General  
BPR No. 016206  
OFFICE OF THE ATTORNEY GENERAL  
BANKRUPTCY DIVISION  
P O BOX 20207  
Nashville,  TN  37202-0207  
Phone: (615) 532-8933     Fax: 615-741-3334  
Email: AGBankDelaware@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on July 21, 2023 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Laura L. McCloud  
Laura L. McCloud  
Senior Assistant Attorney General

Office of the U.S. Trustee  
844 King St., Room 2207  
Lock Box 35  
Wilmington, Delaware  19899-0035

Lucas W. Brown  
Attorney for the Debtor(s)  
1211 Avenue of the Americas  
New York, NY 10036