# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>iMedia Brands, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Benesch, Friedlander, Coplan & Aronoff LLP hereby enters their appearance (the "Notice of Appearance") in the above-captioned case as counsel for Apparel Solutions, Inc. ("ASI"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101-1532, Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. By this Notice of Appearance, ASI requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

Kevin M. Capuzzi, Esq.
Steven L. Walsh, Esq.
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1313 N. Market St., Suite 1201
Wilmington, Delaware 19801
(302) 442-7010
kcapuzzi@beneschlaw.com
swalsh@beneschlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

PLEASE TAKE FURTHER NOTICE that this constitutes not only a request for service of the notices and papers specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, filing, claim, or suit is not intended nor shall be deemed to waive the rights of ASI, or any member thereof, to: (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; (5) maintain any objection to the jurisdiction and/or venue of the Bankruptcy Court or any other court for any purpose; or (6) assert any other rights, claims, actions, defenses, setoffs, or recoupments to which ASI, or any member thereof, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

*[Remainder of page intentionally blank]*

| | |
|---|---|
| Date: July 21, 2023<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br> */s/ Kevin M. Capuzzi*<br>Kevin M. Capuzzi (DE 5462)<br>Steven L. Walsh (DE 6499)<br>1313 N. Market St., Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Email:  kcapuzzi@beneschlaw.com<br>            swalsh@beneschlaw.com<br><br>*Attorneys for Apparel Solutions, Inc.* |

## CERTIFICATE OF SERVICE

    I, Kevin M. Capuzzi, Esq., a partner of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, hereby certify that on July 21, 2023, the foregoing *Notice of Appearance and Demand for Notices and Service of Papers*, was served electronically through the CM/ECF system.

| | |
|---|---|
| Date: July 21, 2023<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER, COPLAN<br> & ARONOFF LLP** |

                                         */s/ Kevin M. Capuzzi*
                                         Kevin M. Capuzzi (DE 5462)
                                         Steven L. Walsh (DE 6499)
                                         1313 N. Market St., Suite 1201
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 442-7010
                                         Email:  kcapuzzi@beneschlaw.com
                                                                 swalsh@beneschlaw.com

                                         *Attorneys for Apparel Solutions, Inc.*