IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*, [1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1, and the attached certification, counsel moves for the admission *pro hac vice* of Amy E. Vulpio of White and Williams LLP to represent creditor Salesforce, Inc. in the above-referenced jointly-administered bankruptcy cases.

**WHITE AND WILLIAMS LLP**

*/s/ Rochelle Gumapac*

**ROCHELLE L. GUMAPAC (#4866)**
600 N. King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 467-4531
Facsimile: (302)467-4559
gumapacr@whiteandwilliams.com

*Counsel to Creditor, Salesforce, Inc.*

Dated: July 26, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

30939544v.1

-2-

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admissions to this Court, am admitted, practicing, and in good standing as a member of the State Bars of Pennsylvania and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: July 26, 2023                                **WHITE AND WILLIAMS LLP**

*/s/ Amy E. Vulpio*
Amy E. Vulpio, Esquire
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, Pennsylvania 19103
Tel: (215) 864-7000
Fax: (215) 864-7123
Email: vulpioa@whiteandwilliams.com

*Counsel to Creditor, Salesforce, Inc.*

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: July 26th, 2023
Wilmington, Delaware

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**

-2-

30939544v.1