## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 304** |
| | Status Conference Time:<br>July 31, 2023 at 1:00 p.m. (ET) |

### AMENDED[2] NOTICE OF STATUS CONFERENCE

> **This status conference will be conducted entirely over Zoom and requires all participants to register in advance.**
>
> **Please register with the Zoom link below no later than July 31, 2023 at 11:00 a.m.**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsfu6pqz8vHRfMFRf6NHIP8LvAT41rAWk
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.  Since the audio will be going over Zoom, no CourtCall information should be added.**

**PLEASE TAKE NOTICE** that a status conference with respect to issues related to (a) the *Debtors' Motion Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code for Entry of an Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities; (II) Approving the Debtors' Entry Into the Asset Purchase Agreement; (III) Authorizing Assumption and Assignment of Certain*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] **This amended notice is filed to provide a corrected Zoom link.**

*Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [Docket No. 93]

and (b) *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A)*

*Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense*

*Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate*

*Protection to Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting*

*Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, 506, 507 and 552,*

*and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2*

[Docket No. 88] has been scheduled for **July 31, 2023 at 1:00 p.m. prevailing Eastern Time** by

video conference before the Honorable Karen B. Owens, United States Bankruptcy Court Judge,

at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor,

Courtroom No. 3, Wilmington, Delaware 19801.

Dated:  July 27, 2023  
        Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*  
Laura Davis Jones (DE Bar No. 2436)  
Timothy P. Cairns (DE Bar No. 4228)  
919 North Market Street, 17th Floor  
P.O. Box 8705  
Wilmington, Delaware 19899-8705 (Courier 19801)  
Telephone: 302-652-4100  
Facsimile: 302-652-4400  
E-mail:  ljones@pszjlaw.com  
        tcairns@pszjlaw.com

-and-

**ROPES & GRAY LLP**  
Ryan Preston Dahl (admitted *pro hac vice*)  
Cristine Pirro Schwarzman (admitted *pro hac vice*)  
1211 Avenue of the Americas  
New York, New York 10036  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
E-mail:  ryan.dahl@ropesgray.com  
        cristine.schwarzman@ropesgray.com

-and-

**ROPES & GRAY LLP**
Stephen L. Iacovo (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (212) 845-5500
E-mail:  stephen.iacovo@ropesgray.com

*Proposed Counsel to the Debtors and Debtors in Possession*