# **EXHIBIT A**

DOCS_DE:244037.2 40543/001

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 312 |

## ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE AND SCHEDULE EXPEDITED HEARING ON BID PROCEDURES MOTION

Upon consideration of the motion (the "<u>Motion to Shorten</u>")[2] for an order pursuant to Del. Bankr. L.R. 9006-1(e) scheduling an expedited hearing and shortening notice of the relief requested in the *Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures, the Form and Manner of Notice Thereof, and (II) Granting Related Relief* [Docket No. 311] (the "<u>Bidding Procedures Motion</u>"), filed by the above captioned debtors and debtors in possession (the "<u>Debtors</u>"); the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334, (b) the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] Capitalized terms not defined herein shall have the meaning attributed in the Motion to Shorten or Motion, as applicable.

DOCS_DE:243991.7 40543/001

1. The Motion to Shorten is GRANTED as modified herein.

2. A hearing to consider the Bidding Procedures Motion shall be held on August 2, 2023 at 1:00 p.m. prevailing Eastern Time (the "Hearing").

3. Objections or responses to the Bidding Procedures Motion, if any, may be filed any time at or before the Hearing.

4. The Debtors shall immediately serve a copy of this Order and a notice for the Hearing on the Bidding Procedures Motion in the manner described in the Motion to Shorten.

5. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

**Dated: July 31st, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

2