# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On or before July 21, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases** (Docket No. 132)

Furthermore, on or before July 25, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit B**:

- **Notice of Sale Hearing** (Docket No. 114)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

Furthermore, on or before July 25, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 129)

Dated: August 1, 2023

*Monica Arellano*

Monica Arellano

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 1st day of August, 2023, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| CHANNELADVISOR CORPORATION | 1010 SYNC ST | STE 600 | MORRISVILLE | NC | 27560-9044 |
| MINISOFT INC | 39120 ARGONAUT WAY | | FREMONT | CA | 94538-1304 |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

# Exhibit B



**Exhibit B**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| ACENDAS | ATTN ACCOUNTING | 6300 GLENWOOD ST | STE 200 | MISSION | KS | 66202-4017 |
| AMY MEEKS | | ADDRESS ON FILE | | | | |
| ANN DEAN | | ADDRESS ON FILE | | | | |
| ASIAN MEDIA RIGHTS LLC | | 2355 WESTWOOD BLVD | | LOS ANGELES | CA | 90064-2109 |
| AUTHER RAMIREZ | | ADDRESS ON FILE | | | | |
| BARBARA COSTELLO | | ADDRESS ON FILE | | | | |
| BARBARA J TERRELL | | ADDRESS ON FILE | | | | |
| BROWNLOW PUBLISHING CO INC | ANGELA RIESS (VP OF SALES), LAUREN GORZ (SALES ASSISTANT) & PAUL BROWNLOW (VP) | 2433 GRAVEL DR | | FORT WORTH | TX | 76118-6937 |
| CALVIN ADAMS SR | | ADDRESS ON FILE | | | | |
| CAROL GRAD | | ADDRESS ON FILE | | | | |
| CAROLYN M CANNON | | ADDRESS ON FILE | | | | |
| CATHY DIFILIPPO | | ADDRESS ON FILE | | | | |
| CHRISLEE STEPHENS | | ADDRESS ON FILE | | | | |
| CYNTHIA LESSING | | ADDRESS ON FILE | | | | |
| DARLENE MCCLURE | | ADDRESS ON FILE | | | | |
| DAVID BOMAR | | ADDRESS ON FILE | | | | |
| DAWNA TERVO | | ADDRESS ON FILE | | | | |
| DIANA KAWABE | | ADDRESS ON FILE | | | | |
| DIANA L RALEY | | ADDRESS ON FILE | | | | |
| DORIS BENNETT | | ADDRESS ON FILE | | | | |
| DYAL, RUTHIE L. | | ADDRESS ON FILE | | | | |
| ELAINE SAWYER | | ADDRESS ON FILE | | | | |
| ELEANOR SWENSON | | ADDRESS ON FILE | | | | |
| ELLEN SABAT | | ADDRESS ON FILE | | | | |
| ELSIE CRAWFORD | | ADDRESS ON FILE | | | | |
| FRANCES SELANDER | | ADDRESS ON FILE | | | | |
| GAETANA SCIANCALEPORE | | ADDRESS ON FILE | | | | |
| GERTRUDE ROBY | | ADDRESS ON FILE | | | | |
| GLORIA WISSMAN | | ADDRESS ON FILE | | | | |
| GORHAM, SAMANTHA | | ADDRESS ON FILE | | | | |
| GUALDA, FERNANDO | | ADDRESS ON FILE | | | | |
| HC2 LPTV HOLDINGS INC | | 295 MADISON AVE | FL 12 | NEW YORK | NY | 10017-6379 |
| IRIS DESILETS | | ADDRESS ON FILE | | | | |
| JEANNE CELIA | | ADDRESS ON FILE | | | | |
| JOHNSON, BRENDA S. | | ADDRESS ON FILE | | | | |
| JOSEPH GRANO | | ADDRESS ON FILE | | | | |
| JOSEPH RIVERA | | ADDRESS ON FILE | | | | |
| JOYCE FOWLEY | | ADDRESS ON FILE | | | | |
| JUAN BROWN | | ADDRESS ON FILE | | | | |
| KIMBERLY HALL | | ADDRESS ON FILE | | | | |
| KLDISCOVERY HOLDINGS INC | | 9023 COLUMBINE RD | | EDEN PRAIRIE | MN | 55347-4182 |
| LANA J DONOHO | | ADDRESS ON FILE | | | | |
| LILLIE W DAUGHETY | | ADDRESS ON FILE | | | | |
| LINDA CROSS | | ADDRESS ON FILE | | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 2



**Exhibit B**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| LISA ANDERSON | | ADDRESS ON FILE | | | | |
| MARCELLA CECICH BELUM | | ADDRESS ON FILE | | | | |
| MARELEN HABHAB | | ADDRESS ON FILE | | | | |
| MARGARET DONOHUE | | ADDRESS ON FILE | | | | |
| MARIA WATSON | | ADDRESS ON FILE | | | | |
| MARIE FILOZOF | | ADDRESS ON FILE | | | | |
| MARY HALE | | ADDRESS ON FILE | | | | |
| MARY HILTON | | ADDRESS ON FILE | | | | |
| MARY WEST | | ADDRESS ON FILE | | | | |
| MARYELLEN MONTON | | ADDRESS ON FILE | | | | |
| MICHAEL CAPASSO | | ADDRESS ON FILE | | | | |
| MICKALEA REYNOLDS | | ADDRESS ON FILE | | | | |
| NANCY KUBICKA | | ADDRESS ON FILE | | | | |
| PEGGY VOLPONI | | ADDRESS ON FILE | | | | |
| RICHARD BALCAR | | ADDRESS ON FILE | | | | |
| RITA PENNEY | | ADDRESS ON FILE | | | | |
| RONALD D DEMIGLIO | | ADDRESS ON FILE | | | | |
| ROSE WARNER | | ADDRESS ON FILE | | | | |
| SANDRA V ESTERSON | | ADDRESS ON FILE | | | | |
| SARAH BEHNEN | | ADDRESS ON FILE | | | | |
| SHARON KELLEY | | ADDRESS ON FILE | | | | |
| STORM, DANIEL D. | | ADDRESS ON FILE | | | | |
| SUSAN ROSS | | ADDRESS ON FILE | | | | |
| VELLA ALLEN | | ADDRESS ON FILE | | | | |
| WULFING, MACKENZIE J. | | ADDRESS ON FILE | | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 2 of 2

# Exhibit C



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| A-TELLING-TIME LLC | ABE WEISS, KRISTINE VANRAALTE, | 199 OLD HARTFORD RD | STE 2 | COLCHESTER | CT | 06415-2739 |
| BRENDA BUNTEN | | ADDRESS ON FILE | | | | |
| HOLLY MENDOZA | | ADDRESS ON FILE | | | | |
| JOHN MURRAY | | ADDRESS ON FILE | | | | |
| JOSEPH DINKINS | | ADDRESS ON FILE | | | | |
| LOIS CONGER-MOLL | | ADDRESS ON FILE | | | | |
| MACE GROUP INC | ANDREW SALDANA, FRED MU, JUSTINE RANGEL, SUNNY SUN | 8620 ROCHESTER AVE | | RCH CUCAMONGA | CA | 91730-4905 |
| MICHAEL KORSAK | | ADDRESS ON FILE | | | | |
| PATRICIA CARR | | ADDRESS ON FILE | | | | |
| RACHEL MAYFIELD | | ADDRESS ON FILE | | | | |
| SALLY VALENTINE | | ADDRESS ON FILE | | | | |
| SOFT-TEX MANUFACTURING CO | MARYANN ROSKO, | PO BOX 1433 | | CLIFTON PARK | NY | 12065-0806 |
| SYLVIA EVANS | | ADDRESS ON FILE | | | | |
| TYRON COOPER | | ADDRESS ON FILE | | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 1