**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>iMedia Brands, Inc., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered)<br><br>**Related Docket No. 311** |

**NOTICE OF FILING OF**
**REVISED PROPOSED BIDDING PROCEDURES ORDER**

**PLEASE TAKE NOTICE** that on July 28, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures, the Form and Manner of Notice Thereof and (II) Granting Related Relief* [Docket No. 311] (the "Bidding Procedures Motion").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed form of order granting the Bidding Procedures Motion (the "Revised Order"). The Debtors intend to present the Revised Order at the hearing scheduled for **August 2, 2023 at 1:00 p.m. (ET)** on the Bidding Procedures Motion (the "Bidding Procedures Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Revised Order incorporates comments received from the Official Committee of Unsecured Creditors (the "Committee"), subject to any further comments the Committee may provide prior to the Bidding Procedures Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**PLEASE TAKE FURTHER NOTICE** that the timeline set forth in the Revised Order has been approved by the Committee and the DIP Revolving Lenders.

**PLEASE TAKE FURTHER NOTICE** that the Revised Order was shared with the United States Trustee and the United States Trustee does not object to the entry of the Revised Order.

**PLEASE TAKE FURTHER NOTICE** that the timeline set forth in the Revised Order was reviewed with counsel for Kinbow, Inc. and counsel for Apparel Solutions, Inc. on August 1, 2023.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a blacklined copy of the Revised Order showing changes made from the form of order filed with the Bidding Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further modify, if necessary, the Revised Order before or at the Bidding Procedures Hearing.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated:  August 2, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>Email:  ljones@pszjlaw.com<br>             tcairns@pszjlaw.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Cristine Pirro Schwarzman (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-mail:  ryan.dahl@ropesgray.com<br>              cristine.schwarzman@ropesgray.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Stephen L. Iacovo (admitted *pro hac vice*)<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (212) 845-5500<br>E-mail:  stephen.iacovo@ropesgray.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

# EXHIBIT A

**Revised Order**

DOCS_DE:244052.1 40543/001

**EXHIBIT B**

**Blackline Order**