**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On August 4, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Order Scheduling Omnibus Hearing Date** (Docket No. 353)

- **Notice of Further Rescheduled Final Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate Protection to Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, 506, 507 and 552, and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2** (Docket No. 359)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

Furthermore, on August 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Further Rescheduled Final Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate Protection to Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, 506, 507 and 552, and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2** (Docket No. 359)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 9, 2023

Serina Tran

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 9th day of August, 2023 by Serina Tran, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

# <u>Exhibit A</u>



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Accertify, Inc | c/o Becket & Lee LLP | Attn: Shraddha Bharatia | PO Box 3002 | Malvern | PA | 19355-0702 | |
| Atlantic Broadband | Pat Bratton | 1 Batterymarch Park | | Quincy | MA | 02169 | |
| Basic Research | Amy Henderson | 5742 Harold Gatty Dr | | Salt Lake City | UT | 84116 | |
| Comcast | | PO Box 1577 | | Newark | NJ | 07101-1577 | |
| Growth Capital Partners, LLC | Scott Brown | 250 E. 200 S. | Floor 16 | Salt Lake City | UT | 84111 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Oracle America Inc. | | PO Box 203448 | | Dallas | TX | 75320-3448 | |
| Presslink Limited | Raysa Chan | Avenida Da Praia Grande | Nos 367-371, Kengou Bldg | | | | Macao |
| RCN Telecom Services Inc | Ashey Holanda | 650 College Rd E | | Princeton | NJ | 08540 | |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 | |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400, Brookfield Place | New York | NY | 10281-1022 | |
| Service Electric Cable TV | Attn Accounts Payable | 2200 Avenue A | | Bethlehem | PA | 18017 | |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| State Of Indiana | Office Of The Attorney General | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| State Of Kansas | Office Of The Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| State Of New Jersey | Office Of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of Ohio | Office Of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State Of South Carolina | Office Of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State Of Wisconsin | Office Of The Attorney General | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| Taboola Inc | | 16 Madison Sq W | | New York | NY | 10010 | |
| U.S. Bank, N.A | Attn: General Counsel | 2800 Tamarack Rd | | Owensboro | KY | 42301 | |
| Ups | | PO Box 34486 | | Louisville | KY | 40232 | |
| US Bank, NA as Trustee For 8.5% Senior Unsecured Notes Due 2026 | Corporate Trust Office | 60 Livingston Avenue | | St. Paul | MN | 55107 | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 1

# Exhibit B



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Altice USA (Cablevision Systems Corp) | Gina Squillante | | gina.squillante@alticeusa.com |
| Aniview Inc | Anna Gurevich | | anna@aniview.com |
| Apparel Solutions, Inc. | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & Steven L. Walsh | kcapuzzi@beneschlaw.com<br>swalsh@beneschlaw.com |
| AT&T | Lois Saucedo | | lmsaucedo@directv.com |
| AT&T U-Verse | Karim Babool | Attn 0511006 | karim.babool@directv.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder, Esq., Melissa M. Hartlipp, Esq. | dklauder@bk-legal.com<br>mhartlipp@bk-legal.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R. Winters, Esq., Brendan M. Scott, Esq | iwinters@klestadt.com<br>bscott@klestadt.com |
| Basic Research | Amy Henderson | | amy.henderson@basicresearch.org |
| Be Beteiligungen Fonds Gmbh & Co. Geschlossene Investmentkommanditgesellschaft | Roland Eschmann | | roland.eschmann@be-invest.de |
| Benjamin Schrag | | | Email Address on File |
| Bsmf LLC | Michael Frishberg | | frish1948@gmail.com |
| C&b Ipco LLC | Jason Devoss | | jdevoss@hilcoglobal.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Riemer & Braunstein LLP | Attn: Steven E. Fox | sfox@riemerlaw.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Douglas D. Herrmann, Marcy J. McLaughlin Smith | douglas.herrmann@troutman.com<br>marcy.smith@troutman.com |
| ChannelAdvisor Corporation | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Charter Communications Inc | Jacqueline King | Attn Accounts Payable | jacqueline.king@charter.com |
| Chromadex Inc | James Lee | | jamesl@chromadex.com |
| Clarus Commerce LLC d/b/a Ebbo | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch, Sally E. Veghte | rlemisch@klehr.com<br>sveghte@klehr.com |
| Clarus Commerce LLC d/b/a ebbo | J Marco & Robert E. Bruenig, Jr. | | jmarco@claruscommerce.com<br>bbreunig@ebbo.com |
| Comcast Cable Communications, LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers, Laurel D. Roglen, Margaret A. Vesper | summersm@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com |
| Commerce Technologies LLC d/b/a CommerceHub | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Cosmetic Changes LLC | Sheldon Sevinor | | ss@drsevinor.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Blank Rome LLP | Attn: Stanley B. Tarr | stanley.tarr@blankrome.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan Lewis & Bockius, LLP | Attn: Julia Frost-Davies | julia.frost-davies@morganlewis.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan, Lewis & Bockius LLP | Attn: T. Charlie Liu | charlie.liu@morganlewis.com |
| Directv, LLC | c/o Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi, David T. Queroli, Emily R. Mathews | defranceschi@rlf.com<br>queroli@rlf.com<br>mathews@rlf.com |
| Dish Network Corporation | Katherine Richter | Attn AR Dept | katherine.richter@dish.com |
| District Of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Donna Salyers Fabulous-Furs | Kathryn Wallace | | kwallace@fabulousfurs.com |
| Emotion Invest Gmbh & Co. KG | Daniel Bachmeier | | bachmeier@arcuscapital.de |
| Exorigos Ltd | Brandin-Shuker & Doron Zulikan | | ina.s@exorigos.com<br>doron.z@predicto.ai |
| Exorigos Ltd. | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Faegre Drinker Biddle & Reath LLP | Papproth, Janet L. | | janet.papproth@faegredrinker.com |
| Famjams Trading LLC | Michael Friedman | | mfriedman@famjamstrading.com |
| Fiskars Living US LLC | Kimberly Gunderson | | kimberly.gunderson@fiskars.com |
| Gemporia Limited | c/o Best & Flanagan, LLC | Attn: Michael A. Stephani | mstephani@bestlaw.com |
| Geo Management Corp Dba Siborg LLC | Donald Troutman | | donald@geomgmt.com |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| GG Software LP d/b/a NitroPay | c/o Carlton Fields, P.A. | Attn: David L. Gay, Esq. | dgay@carltonfields.com namer@carltonfields.com |
| GG Software LP d/b/a NitroPay | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gbblaw.com |
| G-III Apparel Group | Julien Trouchaud | | julien@giii.com.cn |
| Grant Thornton LLP | Anthony Bonaguro | | anthony.bonaguro@us.gt.com |
| Growth Capital Partners, LLC | Scott Brown | | notice@growthcapitalpartnersllc.com |
| Ienjoy LLC | Danette Rose | | danette@ienjoyhome.com |
| Inspire Jewelry Conn dba IJC | Dennis Reed | | dreed@idc-us.com |
| Investstrong LLC | Mark Falthzik | | mfalthzik@gmail.com |
| InvestStrong, LLC | c/o Fineman Krekstein & Harris PC | Attn: Deirdre M. Richards, Esq. | drichards@finemanlawfirm.com |
| InvestStrong, LLC | c/o Levinson Arshonsky Kurtz  & Komsky, LLP | Attn: Steven N. Kurtz, Esq., Ori S. Blumenfeld, Esq. | skurtz@lakklawyers.com oblumenfeld@lakklawyers.com |
| Iris Capital Fund II | Erik De La Riviere | | erik@iris.vc |
| Isomers Labs | Manuela Marcheggiani | | manuela@isomers.ca |
| Korber Supply Chain US, Inc. | c/o Cowles & Thompson, P.C. | Attn: William L. Siegel | bsiegel@cowlesthompson.com |
| Mackenzie-Childs LLC | Amber Gansert | | agansert@auroraholdings.com |
| Mediacom | Kim Stacklum | | kstacklum@mediacomcc.com |
| Milor Group Inc | Loran Klein | Citizens Bank c/o Brian Sweeney | accounting.department@milor.it |
| Ocean Communications, Inc. | c/o Olympusat, LLC | Attn: Amanda Miller & Collen E. Glynn | amiller@olympusat.com colleen@olympusat.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | richard.schepacarter@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman, Kristin Going, Stacy A. Lutkus, Lucas B. Barrett | dazman@mwe.com kgoing@mwe.com salutkus@mwe.com lbarrett@mwe.com |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: David R. Hurst | dhurst@mwe.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Outbrain Inc | Rajaana Jones | | rjones@outbrain.com |
| Pontus IMB Portfolio, LLC | c/o Levene, Neale, Bender, Yoo & Golubchik LLP | Attn: Juliet Y. Oh | jyo@lnbyg.com |
| Pontus IMB Portfolio, LLC | c/o Polsinelli PC | Attn: Christopher A. Ward, Katherine M. Devanney | cward@polsinelli.com kdevanney@polsinelli.com |
| Presslink Limited | Raysa Chan | | raysachn@pvumgroup.com |
| RCN Telecom Services Inc | Ashey Holanda | | ashley.holanda@rcn.net |
| Real Decoy, Inc. | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| RNN-TV Licensing Co. LLC | c/o Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Jennifer Rodburg, Philip Richter, Andrew Minear | jennifer.rodburg@friedfrank.com philip.richter@friedfrank.com andrew.minear@friedfrank.com |
| RNN-TV Licensing Co. LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Andrew R. Remming, Paige N. Topper | rdehney@morrisnichols.com aremming@morrisnichols.com ptopper@morrisnichols.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Amy E. Vulpio | vulpioa@whiteandwilliams.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Rochelle Gumapac | gumapacr@whiteandwilliams.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: John Lucian | john.lucian@blankrome.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley S. Tarr | regina.kelbon@blankrome.com stanley.tarr@blankrome.com |
| State Of Alabama | Office Of The Attorney General | | consumerinterest@alabamaag.com |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 2 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State Of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State Of Arizona | Office Of The Attorney General | | bceintake@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | | dor_tac_bankruptcy@state.co.us |
| State Of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| State Of Florida | Office Of The Attorney General | | ashley.moody@myfloridalegal.com |
| State Of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State Of Idaho | Office Of The Attorney General | | lawrence.wasden@ag.idaho.gov |
| State Of Illinois | Office Of The Attorney General | | michelle@lisamadigan.org |
| State Of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State Of Kansas | Office Of The Attorney General | | derek.schmidt@ag.ks.gov |
| State Of Kentucky | Office Of The Attorney General | | kyoagor@ky.gov |
| State Of Louisiana | Office Of The Attorney General | | constituentservices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State Of Massachusetts | Office Of The Attorney General | | ago@state.ma.us |
| State Of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State Of Minnesota | Office Of The Attorney General | | attorney.general@ag.state.mn.us |
| State Of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State Of New Hampshire | Office Of The Attorney General | Nh Department Of Justice | attorneygeneral@doj.nh.gov |
| State Of New Mexico | Office Of The Attorney General | | hbalderas@nmag.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| State Of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State Of Utah | Office Of The Attorney General | | uag@utah.gov |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State Of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State Of Virginia | Office Of The Attorney General | | mail@oag.state.va.us |
| State Of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| Sterling Apparel Ltd | Winnie Wong | | winnie.wong@sphk.com.hk |
| Sterling Group Holdings Limited dba Sterling Apparel of Hong Kong | c/o Bricker Graydon LLP | Attn: J. Michael Debbeler | mdebbeler@brickergraydon.com |
| Sterling Time dba SLM Trading GRP | Eli Glieberman | | eli@sterlingtimellc.com |
| Synacor, Inc. | c/o Gibbons P.C. | Attn: Chantelle D. McClamb, Esq. | cmcclamb@gibbonslaw.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Curtis L. Tuggle, Esq. | curtis.tuggle@thompsonhine.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Jonathan Hawkins, Esq. | jonathan.hawkins@thompsonhine.com |
| Type A Holdings LTD | c/o Venable LLP | Attn: Andrew J. Currie, Frederick W. H. Carter | ajcurrie@venable.com fwcarter@venable.com |
| Type A Holdings LTD | c/o Venable LLP | Attn: Daniel A. O'Brien, Esq. | daobrien@venable.com |
| U.S. Bank | c/o Dorsey & Whitney LLP | Attn: Alessandra Glorioso, Eric Lopez Schnabel | glorioso.alessandra@dorsey.com schnabel.eric@dorsey.com |
| U.S. Bank Equipment Finance, a division of U.S. Bank, National Association | c/o Morris James LLP | Attn: Eric J. Monzo, Tara C. Pakrouh | emonzo@morrisjames.com tpakrouh@morrisjames.com |
| U.S. Bank Trust Company NA | Attn: Laura L. Moran | MA-Global Corporate Trust | laura.moran@usbank.com |
| U.S. Bank Trust Company National Association | c/o Dorsey & Whitney (Delaware) LLP | Attn: Eric Lopez Schnabel, Alessandra Glorioso | schnabel.eric@dorsey.com glorioso.alessandra@dorsey.com |
| VXI Global Solutions LLC | Mary Poirier | | mary.poirier@vxi.com |
| Wealthy Brand Intl Ltd | Kathy Ng | | kathy.hkcn@gmail.com |
| Wells Fargo Equipment Finance | Michal McAulay | | michal.mcaulay@oracle.com |
| Wrnn-Tv Associates LP | Wilma Rijos | | wrijos@rnntv.com |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 3 of 3

# Exhibit C

 STRETTO

**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ADP Inc | | PO Box 842875 | | Boston | MA | 02284-2875 |
| Alabama Department of Revenue | | 50 North Ripley Street | | Montgomery | AL | 36130 |
| Alabama Department of Revenue | | PO Box 327790 | | Montgomery | AL | 36132-7790 |
| Aon Risk Services Central Inc | | 5600 West 83rd 8200 Tower, Suite 1100 | | Minneapolis | MN | 55437 |
| Arizona Department of Revenue | | 1600 West Monroe Street | | Phoenix | AZ | 85007 |
| Arizona Department of Revenue | | PO Box 29086 | | Phoenix | AZ | 85038-9086 |
| Arkansas Department of Finance & Administraton | | 1515 W 7th St, Ste 600 | | Little Rock | AR | 72201 |
| Arkansas Department of Finance & Administraton | | PO Box 2485 | | Little Rock | AR | 72203 |
| B.H. Multi Color Corp. | | 15 West 46th Street | | New York | NY | 10036 |
| B.H. Multi Com. Corp. | | 15 West 46th Street | | New York | NY | 10036 |
| C&B Newco, LLC | | 5 Revere Dr. | | Northbrook | IL | 60062 |
| California Dept of Tax & Fee Admin | | 4820 Mcgrath St Ste 260 | | Ventura | CA | 93003 |
| California Dept of Tax & Fee Admin | | PO Box 942879 | | Sacramento | CA | 94279 |
| CBL & Associates Management, Inc. | | 2030 Hamilton Place Blvd. | Suite 500 | Chattanooga | TN | 37421 |
| City & County of Denver | Denver Department of Finance | 201 West Colfax Avenue | | Denver | CO | 80202 |
| City & County of Denver | Denver Department of Finance | PO Box 660860 | | Dallas | TX | 75266 |
| City of Aurora | Revenue Division | 15151 E Alameda Pkway | | Aurora | CO | 80012 |
| City of Aurora | Revenue Division | PO Box 913200 | | Denver | CO | 80291-3200 |
| City Of Branson Missouri | | 110 W Maddux St, Suite 200 | | Branson | MO | 65616 |
| City of Colorado Springs | | 30 S Nevada Ave Ste 203 | | Colorado Springs | CO | 80903 |
| City Of Franklin | | PO Box 2805 | | Frankin | KY | 42135-2805 |
| Colorado Department of Revenue | | 1881 Pierce St | | Lakewood | CO | 80214 |
| Commonwealth of Massachusetts | Massachusetts Department of Revenue | 200 Arlington St | | Chelsea | MA | 02150 |
| Commonwealth of Massachusetts | Massachusetts Department of Revenue | PO Box 7025 | | Boston | MA | 02204 |
| Connecticut Department of Revenue Services | | 450 Columbus Boulevard, Suite 1 | | Hartford | CT | 06103 |
| Connecticut Department of Revenue Services | | PO Box 15047 | | Hartford | CT | 06115-0470 |
| District of Columbia | Office of Tax and Revenue | 1101 4th Street SW, Suite W270 | | Washington | DC | 20024 |
| District of Columbia | Office of Tax and Revenue | PO Box 96384 | | Washington | DC | 20090-6384 |
| Florida Department of Revenue | | 5050 W Tennessee St | | Tallahassee | FL | 32399 |
| Georgia Department of Revenue | | 3700 Atlanta Hwy Ste 268 | | Athens | GA | 30606 |
| Georgia Department of Revenue | | PO Box 105408 | | Atlanta | GA | 30348-5408 |
| Greenlake Real Estate Finance, LLC. | | 1416 El Centro Street | Suite 200 | South Pasadena | CA | 91030 |
| Hawaii Department of Taxation | | 830 Punchbowl St Ste 126 | | Honolulu | HI | 96813 |
| Hawaii Department of Taxation | | PO Box 1425 | | Honolulu | HI | 96806-1425 |
| Hennepin County | | A-600 Government Center; 300 S. Sixth Street | | Minneapolis | MN | 55487 |
| Idaho State Tax Commission | | 11321 W Chinden Blvd. | | Boise | ID | 83714 |
| Idaho State Tax Commission | | PO Box 76 | | Boise | ID | 83707 |
| Illinois Department of Revenue | | 9511 Harrison St | | Des Plaines | IL | 60016 |
| Indiana Department of Revenue | | 100 N Senate Ave IGCN Ste N105 | | Indianapolis | IN | 46204 |
| Indiana Department of Revenue | | PO Box 7218 | | Indianapolis | IN | 46207-7218 |
| Iowa Department of Revenue | | 1305 E Walnut St Ste 3000 | | Des Moines | IA | 50319 |
| Iowa Department of Revenue | | PO Box 10412 | | Des Moines | IA | 50306-0412 |
| Kansas Department of Revenue | | 915 SW Harrison St Ste 300 | | Topeka | KS | 66612 |
| Kansas Department of Revenue | | PO Box 3506 | | Topeka | KS | 66625-3506 |
| Kentucky State Treasurer | | 501 High St | | Frankfort | KY | 40601 |
| Licenselogix LLC | | 140 Grand St., Suite 300 | | White Plains | NY | 10601 |
| Louisiana Department of Revenue | | 617 N 3rd St | | Baton Rouge | LA | 70802 |
| Louisiana Department of Revenue | | PO Box 201 | | Baton Rouge | LA | 70821-0201 |



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Maine Revenue Services | | 51 Commerce Dr | | Augusta | ME | 04330 |
| Maine Revenue Services | | PO Box 1065 | | Augusta | ME | 04332-1065 |
| Malakan Diamond Co. | | 1334 W. Herndon Ave. | | Fresno | CA | 93711 |
| Maryland Department of Revenue | | 110 Carroll Street | | Annapolis | MD | 21411-0001 |
| Massachusetts Department of Revenue | | PO Box 7000 | | Boston | MA | 02204 |
| Maxmark, Inc. | | 5 S. Wabash Ave., Suite 1728 | | Chicago | IL | 60603 |
| Michigan Department of Treasury | | 430 W Allegan S | | Lansing | MI | 48933 |
| Michigan Department of Treasury | | PO Box 30324 | | Lansing | MI | 48909-7824 |
| Midwest One Financial Group Inc. | | 102 South Clinton Street | | Iowa City | IA | 52240 |
| Minnesota Department of Revenue | | 600 Robert St N | | Saint Paul | MN | 55146 |
| Minnesota Department of Revenue | | Mail Revenue Station 1250 | | Saint Paul | MN | 55145 |
| Minnesota Secretary Of State | | 180 State Office Bldg | 100 Dr Martin Luther King Jr Blvd | St. Paul | MN | 55155 |
| Mississippi Department of Revenue | | 500 Clinton Center | | Clinton | MS | 39056 |
| Mississippi Department of Revenue | | PO Box 1033 | | Jackson | MS | 39215-1033 |
| Missouri Department of Revenue | | 301 W High St Ste 330 | | Jefferson City | MO | 65101 |
| Missouri Department of Revenue | | PO Box 840 | | Jefferson City | MO | 65105-0840 |
| Mona Cope | | PO Box 278 | | Forsyth | MO | 65653 |
| Nebraska Department of Revenue | | 301 Centennial Mall S | | Lincoln | NE | 68509-4818 |
| Nebraska Department of Revenue | | PO Box 98923 | | Lincoln | NE | 68509-8923 |
| Nevada Department of Taxation | | 4600 Kietzke Ln Ste L235 | | Reno | NV | 89502 |
| Nevada Department of Taxation | | PO Box 51107 | | Los Angeles | CA | 90051-5407 |
| New Mexico Taxation and Revenue Department | | 1220 S Saint Francis Dr Ste 220 | | Santa Fe | NM | 87505 |
| New Mexico Taxation and Revenue Department | | PO Box 25128 | | Santa Fe | NM | 87504-5128 |
| New York Department of Taxation and Finance | | W A Harriman Campus | | Albany | NY | 12227 |
| New York State Corporate Tax | | PO Box 1909 | | Albany | NY | 12201 |
| New York State Sales Tax | | PO Box 15172 | | Albany | NY | 12212 |
| North Carolina Department of Revenue | | 301 Mccullough Dr Ste 300 | | Charlotte | NC | 28262 |
| North Carolina Department of Revenue | | PO Box 25000 | | Raleigh | NC | 27640-0700 |
| North Dakota Department of Revenue | | 600 E Boulevard Ave | | Bismarck | ND | 58505 |
| North Dakota Department of Revenue | | PO Box 5623 | | Bismarck | ND | 58506-5623 |
| NYC Department of Finance | | PO Box 3646 | | New York | NY | 10008 |
| Ohio Department of Taxation | | 313 E Warren St | | Lebanon | OH | 45036 |
| Ohio Department of Taxation | | PO Box 16560 | | Columbus | OH | 43216-6560 |
| Oklahoma Tax Commission | | PO Box 26860 | | Oklahoma City | OK | 73126-0860 |
| Oklaoma Tax Commission | | 2501 N Lincoln Blvd | | Oklahoma City | OK | 73194 |
| Oregon Department of Revenue | | PO Box 14950 | | Salem | OR | 97309 |
| Pennsylvania Department of Revenue | | 555 Union Blvd | | Allentown | PA | 18109-3389 |
| Pennsylvania Department of Revenue | | PO Box 280905 | | Harrisburg | PA | 17128-0905 |
| PNC Bank, NA | Trea Mgmt Client care - Melissa Munger David Levin | One Financial Parkway | | Kalamazoo | MI | 49009 |
| PNC Bank, National Association | Attn: Mark A. Gittelman, Esq. | 1600 Market St, 8th Fl | | Philadelphia | PA | 19103 |
| PNC Bank, National Association, as Agent | | Commercial Loan Service Center/DCC | 500 First Avenue | Pittsburgh | PA | 15219 |
| Rhode Island Division of Taxation | | One Capitol Hill | | Providence | RI | 02908 |
| Siena Lending Group LLC | | 9 W. Broad Street, Suite 540 | | Stamford | CT | 06902 |
| Siena Lending Group LLC, As Agent | | 9 W. Broad Street, Suite 540 | | Stamford | CT | 06902 |
| Socora Village Company | | 727 N. Waco | Suite 400 | Wichita | KS | 67230 |
| South Carolina Department of Revenue | | 300A Outlet Pointe Blvd | | Columbia | SC | 29210 |
| South Carolina Department of Revenue | | PO Box 100193 | | Columbia | SC | 29202 |
| South Dakota Department of Revenue | | 445 E. Capitol Ave. | | Pierre | SD | 57501-3100 |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 2 of 3



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| State of New Jersey | New Jersey Division of Taxation | 3 John Fitch Way, 1st Floor Lobby | | Trenton | NJ | 08695 |
| State of New Jersey | New Jersey Division of Taxation | PO Box 999 | | Trenton | NJ | 08646-0999 |
| State of Tennessee | Tennessee Department of Revenue | 500 Deaderick Street | | Nashville | TN | 37242 |
| Synacor, Inc. | | 40  LaRiviere Dr | Suite 300 | Buffalo | NY | 14202 |
| Texas Comptroller of Public Accounts | | 111 East 17th Street | | Austin | TX | 78774 |
| Texas Comptroller of Public Accounts | | PO Box 149348 | | Austin | TX | 78714 |
| Texas Department of Revenue | | PO Box 149354 | | Austin | TX | 78714-9354 |
| U.S. Bank Equipment Finance, a Division of U.S. Bank National Association | | 1310 Madrid Street | | Marshall | MN | 56258 |
| US Bank, NA | | PO Box 1600 | | Saint Paul | MN | 55101-0800 |
| Utah State Tax Commission | | 210 N 1950 W | | Salt Lake City | UT | 84134-0400 |
| Vermont Department of Taxes | | 133 State Street, 1st Floor | | Montpelier | VT | 05633-1401 |
| Vermont Department of Taxes | | PO Box 547 | | Montpelier | VT | 05601-0547 |
| Virginia Department of Taxation | | 1957 Westmoreland Street | | Richmond | VA | 23230 |
| Virginia Department of Taxation | | PO Box 26627 | | Richmond | VA | 23261-6627 |
| Washington State Department of Revenue | | 2101 4th Ave, Suite 1400 | | Seattle | WA | 98121 |
| Washington State Department of Revenue | | PO Box 47464 | | Olympia | WA | 98504-7464 |
| Wells Fargo Trade Capital Services And Wells Fargo Bank N.A. | Rocco Surrace | 150 E. 42nd Street | | New York | NY | 10017 |
| West Virginia State Tax Department | Tax Account Administration Div | PO Box 1826 | | Charleston | WV | 25327-1826 |
| West Virginia Tax Division | | 1001 Lee Street East | | Charleston | WV | 25301 |
| Westmoreland County | | 2 North Main Street | | Greensburg | PA | 15601 |
| Wisconsin Department of Revenue | | 2135 Rimrock Rd | | Madison | WI | 53713 |
| Wisconsin Department of Revenue | | PO Box 8921 | | Madison | WI | 53708-8921 |
| Wyoming Department of Revenue | | 122 W 25th St, Suite E301 | | Cheyenne | WY | 82002 |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 3 of 3

# Exhibit D



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Bank of America, NA | Cardi Dalla Rosa | | cardi.dallarosa@bofa.com |
| C&B Newco | c/o Riemer Braunstein LLP | Attn: Steven Fox, Esq. | sfox@riemerlaw.com |
| C&B Newco | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Douglas D. Herrmann & Marcy J. McLaughlin Smith | douglas.herrmann@troutman.com marcy.smith@troutman.com |
| Central Bancompany Inc. -Central Bank Of Branson | Attn: Brandi Tipton | | brandi.tipton@centralbank.net |
| Synacor | c/o Thompson Hine, LLP | Attn: Curtis Tuggle and Jonathan Hawkins | curtis.tuggle@thompsonhine.com jonathan.hawkins@thompsonhine.com |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)