## Miscellaneous:

[23-10859-KBO EP Properties, LLC](#)

Type: bk  Chapter: 11 v  Office: 1 (Delaware)
Assets: y  Judge: KBO  Case Flag: CLMSAGNT, JNTADMN

# U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Laura Davis Jones entered on 8/10/2023 at 8:11 AM EDT and filed on 8/10/2023
**Case Name:** EP Properties, LLC
**Case Number:** [23-10859-KBO](#)
**Document Number:** [4](#)

**Docket Text:**
Schedules/Statements filed: , *Stmt of Financial Affairs,. of EP Properties, LLC Filed by EP Properties, LLC. (Jones, Laura Davis)*

*The following document(s) are associated with this transaction:*

**Document description:** Main Document
**Original filename:** EP_Properties_LLC-Full_SOFA-FINAL Global Notes.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=8/10/2023] [FileNumber=18128379-0
] [4fbd29bd13405e08e54bf61a57b361407f210a8d89a6a58fa78e93789f4c62701df
32df5100ed077cd83d21e0f21a0f874df0fe3ec7776538f35a780616d10b5]]

*23-10859-KBO Notice will be electronically mailed to:*

*Laura Davis Jones on behalf of Debtor EP Properties, LLC*
*ljones@pszjlaw.com, efile1@pszjlaw.com*

*U.S. Trustee*
*USTPRegion03.WL.ECF@USDOJ.GOV*

*23-10859-KBO Notice will not be electronically mailed to:*

*Stretto*
*www.stretto.com*
*410 Exchange, Ste 100*
*Irvine, CA 92602*