**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>iMedia Brands, Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 6, 2023 AT 1:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801**

> This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] See Chambers Procedures of the Honorable Karen B. Owens dated October 3, 2022. https://www.deb.uscourts.gov/content/judge-karen-b-owens.

> **If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom. All individuals participating by video must register at least two (2) hours prior to the hearing. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItc-ChqDopH-0Q77fGzgtCw0rczj89Rzw
>
> **Topic: iMedia Brands, Inc., *et al*. – Case No. 23-10852 (KBO)**
> **When: September 6, 2023 at 1:00 p.m. (Prevailing Eastern Time)**
>
> **You must use your full name when registering and logging into Zoom or you will not be granted access to the hearing.**
> **CourtCall will NOT be used for this hearing.**

## CONTINUED MATTER

1.  **PNC Bank Stay Motion** – Motion of PNC Bank, National Association for Relief from the Automatic Stay [Filed: 8/23/23] (Docket No. 478).

    Response Deadline: August 30, 2023 at 4:00 p.m. (Eastern Time). Extended for the Debtors, IV Media, LLC and the Committee until 7-days before the rescheduled hearing.

    Responses Received: None as of the date hereof.

    Related Documents: None as of the date hereof.

    Status: This matter has been continued to the October omnibus hearing in these cases (to be scheduled).

## MATTERS FOR WHICH CNOS/COCS HAVE BEEN FILED

2.  **McDermott Retention Application** – Application of the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al*., to Retain and Employ McDermott Will & Emery LLP as Counsel, Effective July 11, 2023 [Filed: 8/4/23] (Docket No. 354).

    Response Deadline: August 25, 2023 at 4:00 p.m. (Eastern Time).

    Responses Received: Informal comments from the Office of the United States Trustee (the "UST").

    Related Documents:

    a) Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al*., to Retain and Employ McDermott Will & Emery LLP as Counsel, Effective July 11, 2023 [Filed: 8/29/23] (Docket No. 498).

Status: A revised proposed order has been filed under certification of counsel. The Official Committee of Unsecured Creditors (the "Committee") requests entry of the order attached to the certification of counsel. No hearing will be necessary unless the Court has any questions.

3. **AlixPartners Retention Application** – Application of the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al.*, to Retain and Employ AlixPartners, LLP as Financial Advisor, Effective July 12, 2023 [Filed: 8/4/23] (Docket No. 360).

   Response Deadline: August 25, 2023 at 4:00 p.m. (Eastern Time).

   Responses Received: Informal comments from the UST.

   Related Documents:

   a) Supplemental Declaration of David MacGreevey of AlixPartners, LLP [Filed: 8/28/23] (Docket No. 484).

   b) Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al.*, to Retain and Employ AlixPartners, LLP as Financial Advisor, Effective July 12, 2023 [Filed: 8/29/23] (Docket No. 499).

   Status: A revised proposed order has been filed under certification of counsel. The Committee requests entry of the order attached to the certification of counsel. No hearing will be necessary unless the Court has any questions.

4. **Bar Date Motion** – Debtors' Motion for Entry of an Order (I) Establishing Deadlines to File Proofs of Claim and Requests for Payment Procedures Related Thereto; and (II) Granting Related Relief [Filed: 8/14/23] (Docket No. 452).

   Response Deadline: August 30, 2023 at 4:00 p.m. (Eastern Time).

   Responses Received: None.

   Related Documents:

   a) Certification of No Objection Regarding Debtors' Motion for Entry of an Order (I) Establishing Deadlines to File Proofs of Claim and Requests for Payment Procedures Related Thereto; and (II) Granting Related Relief [Filed: 8/31/23] (Docket No. 504).

   Status: A certification of no objection has been filed. The Debtors request entry of the order attached to the certification of no objection. No hearing will be necessary unless the Court has any questions.

5. **GSBB Retention Application** – Application of the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al.*, to Retain and Employ Gellert Scali Busenkell & Brown, LLC as Special Conflicts Counsel, Effective August 4, 2023 [Filed: 8/15/23] (Docket No. 457).

Response Deadline: August 29, 2023 at 4:00 p.m. (Eastern Time).

Responses Received: Informal comments from the UST.

Related Documents:

a) Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al*., to Retain and Employ Gellert Scali Busenkell & Brown, LLC as Special Conflicts Counsel, Effective August 4, 2023 [Filed: 8/30/23] (Docket No. 501).

Status: A revised proposed order has been filed under certification of counsel. The Committee requests entry of the order attached to the certification of counsel. No hearing will be necessary unless the Court has any questions.

6. **Rejection Procedures Motion** – Debtors' Motion Seeking Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Filed: 8/21/23] (Docket No. 474).

Response Deadline: August 30, 2023 at 4:00 p.m. (Eastern Time).

Responses Received: None.

Related Documents:

a) Certification of No Objection Regarding Debtors' Motion Seeking Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Filed: 8/31/23] (Docket No. 505).

Status: A certification of no objection has been filed. The Debtors request entry of the order attached to the certification of no objection. No hearing will be necessary unless the Court has any questions.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 1, 2023
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail: ljones@pszjlaw.com
       tcairns@pszjlaw.com

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Cristine Pirro Schwarzman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: ryan.dahl@ropesgray.com
       cristine.schwarzman@ropesgray.com

-and-

**ROPES & GRAY LLP**
Stephen L. Iacovo (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (212) 845-5500
E-mail: stephen.iacovo@ropesgray.com

*Counsel to the Debtors and Debtors in Possession*