**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>iMedia Brands, Inc., *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 6, 2023 AT 1:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION**

**CONTINUED MATTER**

1. **PNC Bank Stay Motion** – Motion of PNC Bank, National Association for Relief from the Automatic Stay [Filed: 8/23/23] (Docket No. 478).

    Response Deadline: August 30, 2023 at 4:00 p.m. (Eastern Time). **Extended to October 3, 2023 for the Debtors, IV Media, LLC and the Committee.**

    Responses Received: None as of the date hereof.

    Related Documents: None as of the date hereof.

    Status: **This matter has been continued to the omnibus hearing scheduled for October 10, 2023 at 1:00 p.m. (Eastern Time).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] **Amended items appear in bold.**

**MATTERS FOR WHICH CNOS/COCS HAVE BEEN FILED**

2.  **McDermott Retention Application** – Application of the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al*., to Retain and Employ McDermott Will & Emery LLP as Counsel, Effective July 11, 2023 [Filed: 8/4/23] (Docket No. 354).

    Response Deadline:  August 25, 2023 at 4:00 p.m. (Eastern Time).

    Responses Received:  Informal comments from the Office of the United States Trustee (the "UST").

    Related Documents:

    a)  Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al*., to Retain and Employ McDermott Will & Emery LLP as Counsel, Effective July 11, 2023 [Filed: 8/29/23] (Docket No. 498).

    b)  **[Signed] Order Authorizing the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al*., to Retain and Employ McDermott Will & Emery LLP as Counsel, Effective July 11, 2023 [Filed: 9/1/23] (Docket No. 507).**

    Status:  **The order has been entered.  No hearing will be necessary.**

3.  **AlixPartners Retention Application** – Application of the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al*., to Retain and Employ AlixPartners, LLP as Financial Advisor, Effective July 12, 2023 [Filed: 8/4/23] (Docket No. 360).

    Response Deadline:  August 25, 2023 at 4:00 p.m. (Eastern Time).

    Responses Received:  Informal comments from the UST.

    Related Documents:

    a)  Supplemental Declaration of David MacGreevey of AlixPartners, LLP [Filed: 8/28/23] (Docket No. 484).

    b)  Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al*., to Retain and Employ AlixPartners, LLP as Financial Advisor, Effective July 12, 2023 [Filed: 8/29/23] (Docket No. 499).

    c)  **[Signed] Order Authorizing the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al*., to Retain and Employ AlixPartners, LLP as Financial Advisor, Effective July 12, 2023 [Filed: 9/1/23] (Docket No. 508).**

    Status:  **The order has been entered.  No hearing will be necessary.**

4. **Bar Date Motion** – Debtors' Motion for Entry of an Order (I) Establishing Deadlines to File Proofs of Claim and Requests for Payment Procedures Related Thereto; and (II) Granting Related Relief [Filed: 8/14/23] ([Docket No. 452](#)).

    Response Deadline:  August 30, 2023 at 4:00 p.m. (Eastern Time).

    Responses Received:  None.

    Related Documents:

    a) Certification of No Objection Regarding Debtors' Motion for Entry of an Order (I) Establishing Deadlines to File Proofs of Claim and Requests for Payment Procedures Related Thereto; and (II) Granting Related Relief [Filed: 8/31/23] ([Docket No. 504](#)).

    b) **[Signed] Order (I) Establishing Deadlines to File Proofs of Claim and Requests for Payment and Procedures Related Thereto; and (II) Granting Related Relief [Filed: 9/5/23] ([Docket No. 512](#)).**

    Status:  **The order has been entered.  No hearing will be necessary.**

5. **GSBB Retention Application** – Application of the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al*., to Retain and Employ Gellert Scali Busenkell & Brown, LLC as Special Conflicts Counsel, Effective August 4, 2023 [Filed: 8/15/23] ([Docket No. 457](#)).

    Response Deadline:  August 29, 2023 at 4:00 p.m. (Eastern Time).

    Responses Received:  Informal comments from the UST.

    Related Documents:

    a) Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of iMedia Brands, Inc., *et al*., to Retain and Employ Gellert Scali Busenkell & Brown, LLC as Special Conflicts Counsel, Effective August 4, 2023 [Filed: 8/30/23] ([Docket No. 501](#)).

    b) **[Signed] Order Authorizing the Official Committee of Unsecured Creditors of iMedia Brands, Inc.,** *et al***., to Retain and Employ Gellert Scali Busenkell & Brown, LLC as Special Conflicts Counsel, Effective August 4, 2023 [Filed: 9/5/23] ([Docket No. 513](#)).**

    Status:  **The order has been entered.  No hearing will be necessary.**

6. **Rejection Procedures Motion** – Debtors' Motion Seeking Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Filed: 8/21/23] ([Docket No. 474](#)).

    Response Deadline:  August 30, 2023 at 4:00 p.m. (Eastern Time).

Responses Received:  None.

Related Documents:

a) Certification of No Objection Regarding Debtors' Motion Seeking Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Filed: 8/31/23] (Docket No. 505).

b) **Certification of Counsel Submitting Revised Order Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [Filed: 9/5/23] (Docket No. 514).**

c) **[Signed] Order Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases [Filed: 9/6/23] (Docket No. 516).**

Status:  **The order has been entered.  No hearing will be necessary**

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  September **6**, 2023<br>         Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>E-mail:  ljones@pszjlaw.com<br>            tcairns@pszjlaw.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Cristine Pirro Schwarzman (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-mail:  ryan.dahl@ropesgray.com<br>            cristine.schwarzman@ropesgray.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Stephen L. Iacovo (admitted *pro hac vice*)<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (212) 845-5500<br>E-mail:  stephen.iacovo@ropesgray.com<br><br>*Counsel to the Debtors and Debtors in Possession* |