## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>iMedia Brands, Inc., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. \_\_\_** |

**ORDER, PURSUANT TO SECTION 365(d)(4) OF THE**
**BANKRUPTCY CODE, EXTENDING THE DEADLINE FOR THE DEBTORS**
**TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL**
**REAL PROPERTY UNDER WHICH ANY OF THE DEBTORS IS A LESSEE**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order, pursuant to section 365(d)(4) of the Bankruptcy Code, granting the Debtors an extension, through and including January 24, 2024, of the statutory deadline for the Debtors to assume or reject the Real Property Leases; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it

---

[1]　The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (f/k/a iMedia Brands, Inc.) (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2]　Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

appearing that good and sufficient cause exists for the relief set forth in this Order; and after due deliberation, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is granted, as set forth herein.

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, the deadline under section 365(d)(4) of the Bankruptcy Code for the Debtors to assume or reject any Real Property Leases is hereby extended through and including January 24, 2024 (the "Assumption/Rejection Deadline").

3. This Order shall be without prejudice to the Debtors' rights to seek a further extension of the Assumption/Rejection Deadline with the consent of the affected Lessors pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.