# UNITED STATES BANKRUPTCY
# COURT DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On September 21, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Monthly Staffing and Compensation Report of Huron Consulting Services LLC for the Period from June 28, 2023 Through July 31, 2023** (Docket No. 539)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: September 25, 2023

*Serina Tran*
Serina Tran

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Colorado,
County of Denver

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 2023 by Serina Tran, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Kerrie Lynne Darby*

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Accertify, Inc | c/o Becket & Lee LLP | Attn: Shraddha Bharatia | PO Box 3002 | Malvern | PA | 19355-0702 | |
| Atlantic Broadband | Pat Bratton | 1 Batterymarch Park | | Quincy | MA | 02169 | |
| Basic Research | Amy Henderson | 5742 Harold Gatty Dr | | Salt Lake City | UT | 84116 | |
| Comcast | | PO Box 1577 | | Newark | NJ | 07101-1577 | |
| Growth Capital Partners, LLC | Scott Brown | 250 E. 200 S. | Floor 16 | Salt Lake City | UT | 84111 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Oracle America Inc. | | PO Box 203448 | | Dallas | TX | 75320-3448 | |
| Presslink Limited | Raysa Chan | Avenida Da Praia Grande | Nos 367-371, Kengou Bldg | | | | Macao |
| RCN Telecom Services Inc | Ashey Holanda | 650 College Rd E | | Princeton | NJ | 08540 | |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400, Brookfield Place | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 | |
| Service Electric Cable TV | Attn Accounts Payable | 2200 Avenue A | | Bethlehem | PA | 18017 | |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| State Of Indiana | Office Of The Attorney General | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| State Of Kansas | Office Of The Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| State Of New Jersey | Office Of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of Ohio | Office Of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State Of South Carolina | Office Of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State Of Wisconsin | Office Of The Attorney General | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| Taboola Inc | | 16 Madison Sq W | | New York | NY | 10010 | |
| U.S. Bank, N.A | Attn: General Counsel | 2800 Tamarack Rd | | Owensboro | KY | 42301 | |
| Ups | | PO Box 34486 | | Louisville | KY | 40232 | |
| US Bank, NA as Trustee For 8.5% Senior Unsecured Notes Due 2026 | Corporate Trust Office | 60 Livingston Avenue | | St. Paul | MN | 55107 | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Aerofund Holdings, Inc. | Attn: Ginger L. Sotelo, Esq. | | gsotelo@pahl-mccay.com |
| Altice USA (Cablevision Systems Corp) | Gina Squillante | | gina.squillante@alticeusa.com |
| Aniview Inc | Anna Gurevich | | anna@aniview.com |
| Apparel Solutions, Inc. | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & Steven L. Walsh | kcapuzzi@beneschlaw.com swalsh@beneschlaw.com |
| AT&T | Lois Saucedo | | lmsaucedo@directv.com |
| AT&T U-Verse | Karim Babool | Attn 0511006 | karim.babool@directv.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder, Esq., Melissa M. Hartlipp, Esq. | dklauder@bk-legal.com mhartlipp@bk-legal.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R. Winters, Esq., Brendan M. Scott, Esq | iwinters@klestadt.com bscott@klestadt.com |
| Basic Research | Amy Henderson | | amy.henderson@basicresearch.org |
| Be Beteiligungen Fonds Gmbh & Co. Geschlossene Investmentkommanditgesellschaft | Roland Eschmann | | roland.eschmann@be-invest.de |
| Benjamin Schrag | | | Email Address on File |
| Bsmf LLC | Michael Frishberg | | frish1948@gmail.com |
| C&b Ipco LLC | Jason Devoss | | jdevoss@hilcoglobal.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Riemer & Braunstein LLP | Attn: Steven E. Fox | sfox@riemerlaw.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Douglas D. Herrmann, Marcy J. McLaughlin Smith | douglas.herrmann@troutman.com marcy.smith@troutman.com |
| ChannelAdvisor Corporation | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Charter Communications Inc | Jacqueline King | Attn Accounts Payable | jacqueline.king@charter.com |
| Chromadex Inc | James Lee | | jamesl@chromadex.com |
| Clarus Commerce LLC d/b/a Ebbo | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch, Sally E. Veghte | rlemisch@klehr.com sveghte@klehr.com |
| Clarus Commerce LLC d/b/a ebbo | J Marco & Robert E. Bruenig, Jr. | | jmarco@claruscommerce.com bbreunig@ebbo.com |
| Comcast Cable Communications, LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers, Laurel D. Roglen, Margaret A. Vesper | summersm@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| Commerce Technologies LLC d/b/a CommerceHub | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Cosmetic Changes LLC | Sheldon Sevinor | | ss@drsevinor.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Blank Rome LLP | Attn: Stanley B. Tarr | stanley.tarr@blankrome.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan Lewis & Bockius, LLP | Attn: Julia Frost-Davies | julia.frost-davies@morganlewis.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan, Lewis & Bockius LLP | Attn: T. Charlie Liu | charlie.liu@morganlewis.com |
| Directv, LLC | c/o Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi, David T. Queroli, Emily R. Mathews | defranceschi@rlf.com queroli@rlf.com mathews@rlf.com |
| Dish Network Corporation | Katherine Richter | Attn AR Dept | katherine.richter@dish.com |
| District Of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Donna Salyers Fabulous-Furs | Kathryn Wallace | | kwallace@fabulousfurs.com |
| Emotion Invest Gmbh & Co. KG | Daniel Bachmeier | | bachmeier@arcuscapital.de |
| Exorigos Ltd | Brandin-Shuker & Doron Zulikan | | ina.s@exorigos.com doron.z@predicto.ai |
| Exorigos Ltd. | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Faegre Drinker Biddle & Reath LLP | Papproth, Janet L. | | janet.papproth@faegredrinker.com |
| Famjams Trading LLC | Michael Friedman | | mfriedman@famjamstrading.com |
| Fiskars Living US LLC | Kimberly Gunderson | | kimberly.gunderson@fiskars.com |
| Gemporia Limited | c/o Best & Flanagan, LLC | Attn: Michael A. Stephani | mstephani@bestlaw.com |
| Geo Management Corp Dba Siborg LLC | Donald Troutman | | donald@geomgmt.com |
| GG Software LP d/b/a NitroPay | c/o Carlton Fields, P.A. | Attn: David L. Gay, Esq. | dgay@carltonfields.com namer@carltonfields.com |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| GG Software LP d/b/a NitroPay | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gbblaw.com |
| G-III Apparel Group | Julien Trouchaud | | julien@giii.com.cn |
| G-III Leather Fashions, Inc. | c/o Loeb & Loeb LLP | Attn: Daniel B. Besikof | dbesikof@loeb.com |
| G-III Leather Fashions, Inc. | c/o Loeb & Loeb LLP | Attn: Guy Macarol | gmacarol@loeb.com |
| Grant Thornton LLP | Anthony Bonaguro | | anthony.bonaguro@us.gt.com |
| Growth Capital Partners, LLC | Scott Brown | | notice@growthcapitalpartnersllc.com |
| Ienjoy LLC | Danette Rose | | danette@ienjoyhome.com |
| Inspire Jewelry Conn dba IJC | Dennis Reed | | dreed@idc-us.com |
| Investstrong LLC | Mark Falthzik | | mfalthzik@gmail.com |
| Iris Capital Fund II | Erik De La Riviere | | erik@iris.vc |
| Isomers Labs | Manuela Marcheggiani | | manuela@isomers.ca |
| Korber Supply Chain US, Inc. | c/o Cowles & Thompson, P.C. | Attn: William L. Siegel | bsiegel@cowlesthompson.com |
| Mackenzie-Childs LLC | Amber Gansert | | agansert@auroraholdings.com |
| Mediacom | Kim Stacklum, James McKnight | | kstacklum@mediacomcc.com jmcknight@mediacomcc.com |
| Milor Group Inc | Loran Klein | | accounting.department@milor.it |
| Milor S.P.A. and Milor Group | c/o Moses & Singer LLP | Attn: Francesco Di Pietro, Esq., Michael Medved, Esq. | fdipietro@mosessinger.com mmedved@mosessinger.com |
| New York State Department of Taxation and Finance | Attn: Martin A. Mooney, Esq. | | martin.mooney@ag.ny.gov |
| Numaco Packaging, LLC | c/o Cameron & Mittleman LLP | Attn: Bruce W. Gladstone | bgladstone@cm-law.com |
| Numaco Packaging, LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus, Esq. | tlattomus@eckertseamans.com |
| Ocean Communications, Inc. | c/o Olympusat, LLC | Attn: Amanda Miller & Collen E. Glynn | amiller@olympusat.com colleen@olympusat.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | richard.schepacarter@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman, Kristin Going, Stacy A. Lutkus, Lucas B. Barrett | dazman@mwe.com kgoing@mwe.com salutkus@mwe.com lbarrett@mwe.com |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: David R. Hurst | dhurst@mwe.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Outbrain Inc | Rajaana Jones | | rjones@outbrain.com |
| Pontus IMB Portfolio, LLC | c/o Levene, Neale, Bender, Yoo & Golubchik LLP | Attn: Juliet Y. Oh | jyo@lnbyg.com |
| Pontus IMB Portfolio, LLC | c/o Polsinelli PC | Attn: Christopher A. Ward, Katherine M. Devanney | cward@polsinelli.com kdevanney@polsinelli.com |
| Presslink Limited | Raysa Chan | | raysachn@pvumgroup.com |
| RCN Telecom Services Inc | Ashey Holanda | | ashley.holanda@rcn.net |
| Real Decoy, Inc. | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| RNN-TV Licensing Co. LLC | c/o Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Jennifer Rodburg, Philip Richter, Andrew Minear | jennifer.rodburg@friedfrank.com philip.richter@friedfrank.com andrew.minear@friedfrank.com |
| RNN-TV Licensing Co. LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Andrew R. Remming | rdehney@morrisnichols.com aremming@morrisnichols.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Amy E. Vulpio | vulpioa@whiteandwilliams.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Rochelle Gumapac | gumapacr@whiteandwilliams.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: John Lucian | john.lucian@blankrome.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr | regina.kelbon@blankrome.com stanley.tarr@blankrome.com |
| State Of Alabama | Office Of The Attorney General | | consumerinterest@alabamaag.gov |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 2 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State Of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State Of Arizona | Office Of The Attorney General | | bceintake@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | | dor_tac_bankruptcy@state.co.us |
| State Of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| State Of Florida | Office Of The Attorney General | | ashley.moody@myfloridalegal.com |
| State Of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State Of Idaho | Office Of The Attorney General | | lawrence.wasden@ag.idaho.gov |
| State Of Illinois | Office Of The Attorney General | | michelle@lisamadigan.org |
| State Of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State Of Kansas | Office Of The Attorney General | | derek.schmidt@ag.ks.gov |
| State Of Kentucky | Office Of The Attorney General | | kyoagor@ky.gov |
| State Of Louisiana | Office Of The Attorney General | | constituentservices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State Of Massachusetts | Office Of The Attorney General | | ago@state.ma.us |
| State Of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State Of Minnesota | Office Of The Attorney General | | attorney.general@ag.state.mn.us |
| State Of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State Of New Hampshire | Office Of The Attorney General | Nh Department Of Justice | attorneygeneral@doj.nh.gov |
| State Of New Mexico | Office Of The Attorney General | | hbalderas@nmag.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| State Of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State Of Utah | Office Of The Attorney General | | uag@utah.gov |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State Of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State Of Virginia | Office Of The Attorney General | | mail@oag.state.va.us |
| State Of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| Sterling Apparel Ltd | Winnie Wong | | winnie.wong@sphk.com.hk |
| Sterling Group Holdings Limited dba Sterling Apparel of Hong Kong | c/o Bricker Graydon LLP | Attn: J. Michael Debbeler | mdebbeler@brickergraydon.com |
| Sterling Time dba SLM Trading GRP | Eli Glieberman | | eli@sterlingtimellc.com |
| Synacor, Inc. | c/o Gibbons P.C. | Attn: Chantelle D. McClamb, Esq. | cmcclamb@gibbonslaw.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Curtis L. Tuggle, Esq. | curtis.tuggle@thompsonhine.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Jonathan Hawkins, Esq. | jonathan.hawkins@thompsonhine.com |
| Type A Holdings LTD | c/o Venable LLP | Attn: Andrew J. Currie, Frederick W. H. Carter | ajcurrie@venable.com fwcarter@venable.com |
| Type A Holdings LTD | c/o Venable LLP | Attn: Daniel A. O'Brien, Esq. | daobrien@venable.com |
| U.S. Bank | c/o Dorsey & Whitney LLP | Attn: Alessandra Glorioso, Eric Lopez Schnabel | glorioso.alessandra@dorsey.com schnabel.eric@dorsey.com |
| U.S. Bank Equipment Finance, a division of U.S. Bank, National Association | c/o Morris James LLP | Attn: Eric J. Monzo, Tara C. Pakrouh | emonzo@morrisjames.com tpakrouh@morrisjames.com |
| U.S. Bank Trust Company NA | Attn: Laura L. Moran | MA-Global Corporate Trust | laura.moran@usbank.com |
| U.S. Bank Trust Company National Association | c/o Dorsey & Whitney (Delaware) LLP | Attn: Eric Lopez Schnabel, Alessandra Glorioso | schnabel.eric@dorsey.com glorioso.alessandra@dorsey.com |
| VXI Global Solutions LLC | Mary Poirier | | mary.poirier@vxi.com |
| Wealthy Brand Intl Ltd | Kathy Ng | | kathy.hkcn@gmail.com |
| Wells Fargo Equipment Finance | Michal McAulay | | michal.mcaulay@oracle.com |
| Wrnn-Tv Associates LP | Wilma Rijos | | wrijos@rnntv.com |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 3 of 3