UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>iMedia Brands, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On September 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Rejection of Certain Executory Contracts and Unexpired Leases** (Docket No. 541)

Furthermore, on September 22, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Motion of Debtors for an Order Amending Case Caption** (Docket No. 542)

- **Debtors' Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which Any of the Debtors is a Lessee** (Docket No. 543)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

Furthermore, on September 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on the service list attached hereto as **Exhibit F**:

- **Debtors' Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which Any of the Debtors is a Lessee** (Docket No. 543)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: September 25, 2023

*Serina Tran*
Serina Tran

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Colorado,
County of Denver

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 2023 by Serina Tran, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Kerrie Lynne Darby*

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# Exhibit A



# Exhibit A
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Accertify Inc | c/o Becket & Lee LLP | PO Box 3002 | Attn: Shraddha Bharatia | Malvern | PA | 19355-0702 | |
| Adaptv Inc | Attn Legal Dept | 770 Broadway | 9th Floor | New York | NY | 10003 | |
| Adtech US Inc | Attn Legal Dept | 770 Broadway | 9th Floor | New York | NY | 10003 | |
| Advertisingcom LLC | Attn Legal Dept | 770 Broadway | 9th Floor | New York | NY | 10003 | |
| Air Technologies | Attn: Legal Dept | PO Box 73278 | | Cleveland | OH | 44193 | |
| Allegis Grp Hldg dba Teksystems Inc | Attn Legal Dept | PO Box 198568 | | Atlanta | GA | 30384 | |
| Aol | Attn Legal Dept | 770 Broadway | | New York | NY | 10003 | |
| Atlantic Broadband | Pat Bratton | 1 Batterymarch Park | | Quincy | MA | 02169 | |
| Avaya Inc | Attn Legal Dept | 350 Mt Kemble Avenue | | Morristown | NJ | 07960 | |
| Basic Research | Amy Henderson | 5742 Harold Gatty Dr | | Salt Lake City | UT | 84116 | |
| Belden VIllage Mall | Attn: Legal Dept | 4230 Belden VIllage Mall Clr N | | Canton | OH | 44718 | |
| Bmi Audit Services LLC | Attn: Legal Dept. | PO Box 989 | | South Bend | IN | 46601 | |
| Cbl & Associates | Attn Legal Dept | PO Box 8668 | | Carol Stream | IL | 60197 | |
| Comcast | Attn: Legal Dept | PO Box 1577 | | Newark | NJ | 07101-1577 | |
| Conflict Resolution Group LLC | Attn Legal Dept | 2425 Taylor Street Ne | | Minneapolis | MN | 55418 | |
| Connexus Energy | Attn Legal Dept | PO Box 1808 | | Minneapolis | MN | 55418 | |
| Convergent Outsourcing Inc | Attn Legal Dept | 800 SW 39th Street | Suite 100 | Renton | WA | 98057 | |
| Cox Communications dba Cox Buisness | Attn Legal Dept | PO Box 650957 | | Dallas | TX | 75265 | |
| Dc Integration | Attn Legal Dept | 4546 Tom Lunn Road | | Spring Hill | TN | 37174 | |
| Dtv America | Attn Legal Dept | 1671 NW 144 Terrace | Suite 10 | Sunrise | FL | 33323 | |
| Entravision Communicatons Corp | Attn Legal Dept | 2425 Olympic Blvd | Suite 6000 West | Santa Monica | CA | 90404 | |
| Growth Capital Partners LLC | Scott Brown | 250 E. 200 S. | Floor 16 | Salt Lake City | UT | 84111 | |
| Harmonic Inc | Attn: Legal Dept | PO Box 732026 | | Dallas | TX | 75373 | |
| Hazeltine Licensing Corporation | Attn: Legal Dept. | 2123 Pioneer Ave | | Cheyenne | WY | 82001 | |
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Jones Lang Lasalle Rl Est Srvs Inc | Attn Legal Dept | 22 Adelaide Street West | Suite 2600 | Toronto | ON | | Canada |
| Juno One LLC | Attn Antonio Ferreira | 2 Commerce Street | | Branchburg | NJ | 08876 | |
| Lessonly Inc | Attn Legal Dept | 1129 E 16th | | Indianapolis | IN | 46202 | |
| Linkedin Corporation | Attn Legal Dept | 62228 Collections Center Drive | | Chicago | IL | 60693 | |
| Matrix Communications Inc | Attn Legal Dept | 171 Cheshire Lane | Suite 700 | Plymouth | MN | 55441 | |
| Modis Inc | Attn Legal Dept | 4800 Deerwood Campus Pkwy | Bldg 800 | Jacksonville | FL | 32246 | |
| Nedgraphics | Attn Legal Dept | 20 W 37th Street | | New York | NY | 10018 | |
| Odyssey International Services Inc | Attn Legal Dept | 27888 Network Place | | Chicago | IL | 60689 | |
| Optumhealth Financial Services | Attn Legal Dept | 2771 Momentum Place | | Chicago | IL | 60689 | |
| Oracle America Inc | Attn Legal Dept | 500 Oracle Pkwy | | Redwood Shore | CA | 94065 | |
| Oracle America Inc. | Office/Director or Legal Dept | PO Box 203448 | | Dallas | TX | 75320-3448 | |
| Parallel Technologies Inc | Attn Legal Dept | 7667 Equitable Drive | | Eden Prairie | MN | 55344 | |
| Passageways LLC | Attn Legal Dept | PO Box 1647 | | Lafayette | IN | 47902 | |
| Presslink Limited | Raysa Chan | Avenida Da Praia Grande | Nos 367-371, Kengou Bldg | Em Macao | | | Macao |
| Purchase Power | Attn Legal Dept | PO Box 981026 | | Boston | MA | 02298 | |
| RCN Telecom Services Inc | Ashey Holanda | 650 College Rd E | | Princeton | NJ | 08540 | |
| Securities and Exchange Commission | Attn: Andrew Calamari Rd | 200 Vesey St Ste 400 Brookfield Pl | New York Regional Office | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | Office/Director or Legal Dept | 100 F Street, NE | | Washington | DC | 20549 | |
| Service Electric Cable TV | Attn Accounts Payable | 2200 Avenue A | | Bethleham | PA | 18017 | |
| Sierra Automated Systems | Attn: Legal Dept. | 2821 Burton Avenue | | Burbank | CA | 91504 | |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| State Of Indiana | Office Of The Attorney General | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| State Of Kansas | Office Of The Attorney General | 120 Sw 10Th Ave, 2Nd Fl | | Topeka | KS | 66612 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 2



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| State Of New Jersey | Office Of The Attorney General | 25 Market St 8Th Fl, West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol | | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of Ohio | Office Of The Attorney General | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 2903 | |
| State Of South Carolina | Office Of The Attorney General | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State Of Wisconsin | Office Of The Attorney General | 114 E State Capitol | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |
| State Teachers Retirement Sys of Oh | Attn Legal Dept | PO Box 638989 | | CIncinnati | OH | 45263 | |
| Stylitics Inc | Attn Legal Dept | 236 5th Ave | 6th Fl | New York | NY | 10001 | |
| Taboola Inc | Office/Director or Legal Dept | 16 Madison Sq W | | New York | NY | 10010 | |
| Tata | Attn Legal Dept | 379 Thornall Street | | Edison | NJ | 08837 | |
| Tce Strategy LLC | Attn Legal Dept | 18268 Java Trail | | Lakeville | MN | 55044 | |
| Tribune Media Services LLC | Attn Legal Dept | 435 N Michigan Ave | | Chicago | IL | 60611 | |
| U.S. Bank N.A | Attn: General Counsel | 2800 Tamarack Rd | | Owensboro | KY | 42301 | |
| Ups | Office/Director or Legal Dept | PO Box 34486 | | Louisville | KY | 40232 | |
| US Bank NA as Trustee | Corporate Trust Office | 60 Livingston Avenue | | St. Paul | MN | 55107 | |
| Validity Inc | Attn Legal Dept | PO Box 7410469 | | Chicago | IL | 60674 | |
| Vei Communications | Attn Legal Dept | 710 S 13 Street | | VIncennes | IN | 47591 | |
| Verified Credentials | Attn: Legal Dept. | 20890 Kenbridge Court | | Lakeville | MN | 55044 | |
| Verizon | Attn Legal Dept | 500 Technology Drive | Suite 550 | Weldon Spring | MO | 63304 | |
| Vertiv Services Inc | Attn Legal Dept | PO Box 70474 | | Chicago | IL | 60673 | |
| Walk Me | Attn Legal Dept | 71 Stevenson Street | Floor 20 | San Francisco | CA | 94105 | |
| Yahoo | Attn Deputy General Counsel | 22000 Aol Way | | Dullas | VA | 20166 | |
| Ziegler Inc | Attn Legal Dept | PO Box 86 | | Minneapolis | MN | 55486 | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 2 of 2

# Exhibit B



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Aerofund Holdings, Inc. | Attn: Ginger L. Sotelo, Esq. | | gsotelo@pahl-mccay.com |
| Altice USA (Cablevision Systems Corp) | Gina Squillante | | gina.squillante@alticeusa.com |
| Aniview Inc | Anna Gurevich | | anna@aniview.com |
| Apparel Solutions, Inc. | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & Steven L. Walsh | kcapuzzi@beneschlaw.com swalsh@beneschlaw.com |
| AT&T | Lois Saucedo | | lmsaucedo@directv.com |
| AT&T U-Verse | Karim Babool | Attn 0511006 | karim.babool@directv.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder, Esq., Melissa M. Hartlipp, Esq. | dklauder@bk-legal.com mhartlipp@bk-legal.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R. Winters, Esq., Brendan M. Scott, Esq | iwinters@klestadt.com bscott@klestadt.com |
| Basic Research | Amy Henderson | | amy.henderson@basicresearch.org |
| Be Beteiligungen Fonds Gmbh & Co. Geschlossene Investmentkommanditgesellschaft | Roland Eschmann | | roland.eschmann@be-invest.de |
| Benjamin Schrag | | | Email Address on File |
| Bsmf LLC | Michael Frishberg | | frish1948@gmail.com |
| C&b Ipco LLC | Jason Devoss | | jdevoss@hilcoglobal.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Riemer & Braunstein LLP | Attn: Steven E. Fox | sfox@riemerlaw.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Douglas D. Herrmann, Marcy J. McLaughlin Smith | douglas.herrmann@troutman.com marcy.smith@troutman.com |
| ChannelAdvisor Corporation | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Charter Communications Inc | Jacqueline King | Attn Accounts Payable | jacqueline.king@charter.com |
| Chromadex Inc | James Lee | | jamesl@chromadex.com |
| Clarus Commerce LLC d/b/a Ebbo | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch, Sally E. Veghte | rlemisch@klehr.com sveghte@klehr.com |
| Clarus Commerce LLC d/b/a ebbo | J Marco & Robert E. Bruenig, Jr. | | jmarco@claruscommerce.com bbreunig@ebbo.com |
| Comcast Cable Communications, LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers, Laurel D. Roglen, Margaret A. Vesper | summersm@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| Commerce Technologies LLC d/b/a CommerceHub | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Cosmetic Changes LLC | Sheldon Sevinor | | ss@drsevinor.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Blank Rome LLP | Attn: Stanley B. Tarr | stanley.tarr@blankrome.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan Lewis & Bockius, LLP | Attn: Julia Frost-Davies | julia.frost-davies@morganlewis.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan, Lewis & Bockius LLP | Attn: T. Charlie Liu | charlie.liu@morganlewis.com |
| Directv, LLC | c/o Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi, David T. Queroli, Emily R. Mathews | defranceschi@rlf.com queroli@rlf.com mathews@rlf.com |
| Dish Network Corporation | Katherine Richter | Attn AR Dept | katherine.richter@dish.com |
| District Of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Donna Salyers Fabulous-Furs | Kathryn Wallace | | kwallace@fabulousfurs.com |
| Emotion Invest Gmbh & Co. KG | Daniel Bachmeier | | bachmeier@arcuscapital.de |
| Exorigos Ltd | Brandin-Shuker & Doron Zulikan | | ina.s@exorigos.com doron.z@predicto.ai |
| Exorigos Ltd. | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Faegre Drinker Biddle & Reath LLP | Papproth, Janet L. | | janet.papproth@faegredrinker.com |
| Famjams Trading LLC | Michael Friedman | | mfriedman@famjamstrading.com |
| Fiskars Living US LLC | Kimberly Gunderson | | kimberly.gunderson@fiskars.com |
| Gemporia Limited | c/o Best & Flanagan, LLC | Attn: Michael A. Stephani | mstephani@bestlaw.com |
| Geo Management Corp Dba Siborg LLC | Donald Troutman | | donald@geomgmt.com |
| GG Software LP d/b/a NitroPay | c/o Carlton Fields, P.A. | Attn: David L. Gay, Esq. | dgay@carltonfields.com namer@carltonfields.com |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 3



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| GG Software LP d/b/a NitroPay | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gbblaw.com |
| G-III Apparel Group | Julien Trouchaud | | julien@giii.com.cn |
| G-III Leather Fashions, Inc. | c/o Loeb & Loeb LLP | Attn: Daniel B. Besikof | dbesikof@loeb.com |
| G-III Leather Fashions, Inc. | c/o Loeb & Loeb LLP | Attn: Guy Macarol | gmacarol@loeb.com |
| Grant Thornton LLP | Anthony Bonaguro | | anthony.bonaguro@us.gt.com |
| Growth Capital Partners, LLC | Scott Brown | | notice@growthcapitalpartnersllc.com |
| Ienjoy LLC | Danette Rose | | danette@ienjoyhome.com |
| Inspire Jewelry Conn dba IJC | Dennis Reed | | dreed@idc-us.com |
| Investstrong LLC | Mark Falthzik | | mfalthzik@gmail.com |
| Iris Capital Fund II | Erik De La Riviere | | erik@iris.vc |
| Isomers Labs | Manuela Marcheggiani | | manuela@isomers.ca |
| Korber Supply Chain US, Inc. | c/o Cowles & Thompson, P.C. | Attn: William L. Siegel | bsiegel@cowlesthompson.com |
| Mackenzie-Childs LLC | Amber Gansert | | agansert@auroraholdings.com |
| Mediacom | Kim Stacklum, James McKnight | | kstacklum@mediacomcc.com<br>jmcknight@mediacomcc.com |
| Milor Group Inc | Loran Klein | | accounting.department@milor.it |
| Milor S.P.A. and Milor Group | c/o Moses & Singer LLP | Attn: Francesco Di Pietro, Esq., Michael Medved, Esq. | fdipietro@mosessinger.com<br>mmedved@mosessinger.com |
| New York State Department of Taxation and Finance | Attn: Martin A. Mooney, Esq. | | martin.mooney@ag.ny.gov |
| Numaco Packaging, LLC | c/o Cameron & Mittleman LLP | Attn: Bruce W. Gladstone | bgladstone@cm-law.com |
| Numaco Packaging, LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus, Esq. | tlattomus@eckertseamans.com |
| Ocean Communications, Inc. | c/o Olympusat, LLC | Attn: Amanda Miller & Collen E. Glynn | amiller@olympusat.com<br>colleen@olympusat.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | richard.schepacarter@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman, Kristin Going, Stacy A. Lutkus, Lucas B. Barrett | dazman@mwe.com<br>kgoing@mwe.com<br>salutkus@mwe.com<br>lbarrett@mwe.com |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: David R. Hurst | dhurst@mwe.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Outbrain Inc | Rajaana Jones | | rjones@outbrain.com |
| Pontus IMB Portfolio, LLC | c/o Levene, Neale, Bender, Yoo & Golubchik LLP | Attn: Juliet Y. Oh | jyo@lnbyg.com |
| Pontus IMB Portfolio, LLC | c/o Polsinelli PC | Attn: Christopher A. Ward, Katherine M. Devanney | cward@polsinelli.com<br>kdevanney@polsinelli.com |
| Presslink Limited | Raysa Chan | | raysachn@pvumgroup.com |
| RCN Telecom Services Inc | Ashey Holanda | | ashley.holanda@rcn.net |
| Real Decoy, Inc. | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| RNN-TV Licensing Co. LLC | c/o Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Jennifer Rodburg, Philip Richter, Andrew Minear | jennifer.rodburg@friedfrank.com<br>philip.richter@friedfrank.com<br>andrew.minear@friedfrank.com |
| RNN-TV Licensing Co. LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Andrew R. Remming | rdehney@morrisnichols.com<br>aremming@morrisnichols.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Amy E. Vulpio | vulpioa@whiteandwilliams.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Rochelle Gumapac | gumapacr@whiteandwilliams.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: John Lucian | john.lucian@blankrome.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com |
| State Of Alabama | Office Of The Attorney General | | consumerinterest@alabamaag.gov |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 2 of 3



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State Of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State Of Arizona | Office Of The Attorney General | | bceintake@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | | dor_tac_bankruptcy@state.co.us |
| State Of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| State Of Florida | Office Of The Attorney General | | ashley.moody@myfloridalegal.com |
| State Of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State Of Idaho | Office Of The Attorney General | | lawrence.wasden@ag.idaho.gov |
| State Of Illinois | Office Of The Attorney General | | michelle@lisamadigan.org |
| State Of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State Of Kansas | Office Of The Attorney General | | derek.schmidt@ag.ks.gov |
| State Of Kentucky | Office Of The Attorney General | | kyoagor@ky.gov |
| State Of Louisiana | Office Of The Attorney General | | constituentservices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State Of Massachusetts | Office Of The Attorney General | | ago@state.ma.us |
| State Of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State Of Minnesota | Office Of The Attorney General | | attorney.general@ag.state.mn.us |
| State Of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State Of New Hampshire | Office Of The Attorney General | Nh Department Of Justice | attorneygeneral@doj.nh.gov |
| State Of New Mexico | Office Of The Attorney General | | hbalderas@nmag.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| State Of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State Of Utah | Office Of The Attorney General | | uag@utah.gov |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State Of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State Of Virginia | Office Of The Attorney General | | mail@oag.state.va.us |
| State Of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| Sterling Apparel Ltd | Winnie Wong | | winnie.wong@sphk.com.hk |
| Sterling Group Holdings Limited dba Sterling Apparel of Hong Kong | c/o Bricker Graydon LLP | Attn: J. Michael Debbeler | mdebbeler@brickergraydon.com |
| Sterling Time dba SLM Trading GRP | Eli Glieberman | | eli@sterlingtimellc.com |
| Synacor, Inc. | c/o Gibbons P.C. | Attn: Chantelle D. McClamb, Esq. | cmcclamb@gibbonslaw.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Curtis L. Tuggle, Esq. | curtis.tuggle@thompsonhine.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Jonathan Hawkins, Esq. | jonathan.hawkins@thompsonhine.com |
| Type A Holdings LTD | c/o Venable LLP | Attn: Andrew J. Currie, Frederick W. H. Carter | ajcurrie@venable.com fwcarter@venable.com |
| Type A Holdings LTD | c/o Venable LLP | Attn: Daniel A. O'Brien, Esq. | daobrien@venable.com |
| U.S. Bank | c/o Dorsey & Whitney LLP | Attn: Alessandra Glorioso, Eric Lopez Schnabel | glorioso.alessandra@dorsey.com schnabel.eric@dorsey.com |
| U.S. Bank Equipment Finance, a division of U.S. Bank, National Association | c/o Morris James LLP | Attn: Eric J. Monzo, Tara C. Pakrouh | emonzo@morrisjames.com tpakrouh@morrisjames.com |
| U.S. Bank Trust Company NA | Attn: Laura L. Moran | MA-Global Corporate Trust | laura.moran@usbank.com |
| U.S. Bank Trust Company National Association | c/o Dorsey & Whitney (Delaware) LLP | Attn: Eric Lopez Schnabel, Alessandra Glorioso | schnabel.eric@dorsey.com glorioso.alessandra@dorsey.com |
| VXI Global Solutions LLC | Mary Poirier | | mary.poirier@vxi.com |
| Wealthy Brand Intl Ltd | Kathy Ng | | kathy.hkcn@gmail.com |
| Wells Fargo Equipment Finance | Michal McAulay | | michal.mcaulay@oracle.com |
| Wrnn-Tv Associates LP | Wilma Rijos | | wrijos@rnntv.com |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 3 of 3

# Exhibit C



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Accertify, Inc | c/o Becket & Lee LLP | Attn: Shraddha Bharatia | PO Box 3002 | Malvern | PA | 19355-0702 | |
| Atlantic Broadband | Pat Bratton | 1 Batterymarch Park | | Quincy | MA | 02169 | |
| Basic Research | Amy Henderson | 5742 Harold Gatty Dr | | Salt Lake City | UT | 84116 | |
| COMCAST | | PO BOX 1577 | | NEWARK | NJ | 07101-1577 | |
| Growth Capital Partners, LLC | Scott Brown | 250 E. 200 S. | Floor 16 | Salt Lake City | UT | 84111 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Oracle America Inc. | | PO Box 203448 | | Dallas | TX | 75320-3448 | |
| Presslink Limited | Raysa Chan | Avenida Da Praia Grande | Nos 367-371, Kengou Bldg | | | | Macao |
| RCN Telecom Services Inc | Ashey Holanda | 650 College Rd E | | Princeton | NJ | 08540 | |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 | |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400, Brookfield Place | New York | NY | 10281-1022 | |
| Service Electric Cable TV | Attn Accounts Payable | 2200 Avenue A | | Bethlehem | PA | 18017 | |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| State Of Indiana | Office Of The Attorney General | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| State Of Kansas | Office Of The Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| State Of New Jersey | Office Of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of Ohio | Office Of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State Of South Carolina | Office Of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State Of Wisconsin | Office Of The Attorney General | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| Taboola Inc | | 16 Madison Sq W | | New York | NY | 10010 | |
| U.S. Bank, N.A | Attn: General Counsel | 2800 Tamarack Rd | | Owensboro | KY | 42301 | |
| UPS | | PO Box 34486 | | Louisville | KY | 40232 | |
| US Bank, NA as Trustee For 8.5% Senior Unsecured Notes Due 2026 | Corporate Trust Office | 60 Livingston Avenue | | St. Paul | MN | 55107 | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 1

# Exhibit D



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Aerofund Holdings, Inc. | Attn: Ginger L. Sotelo, Esq. | | gsotelo@pahl-mccay.com |
| Altice USA (Cablevision Systems Corp) | Gina Squillante | | gina.squillante@alticeusa.com |
| Aniview Inc | Anna Gurevich | | anna@aniview.com |
| Apparel Solutions, Inc. | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & Steven L. Walsh | kcapuzzi@beneschlaw.com swalsh@beneschlaw.com |
| AT&T | Lois Saucedo | | lmsaucedo@directv.com |
| AT&T U-Verse | Karim Babool | Attn 0511006 | karim.babool@directv.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder, Esq., Melissa M. Hartlipp, Esq. | dklauder@bk-legal.com mhartlipp@bk-legal.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R. Winters, Esq., Brendan M. Scott, Esq | iwinters@klestadt.com bscott@klestadt.com |
| Basic Research | Amy Henderson | | amy.henderson@basicresearch.org |
| Be Beteiligungen Fonds Gmbh & Co. Geschlossene Investmentkommanditgesellschaft | Roland Eschmann | | roland.eschmann@be-invest.de |
| Benjamin Schrag | | | Email Address on File |
| BSMF LLC | Michael Frishberg | | frish1948@gmail.com |
| C&B IPCO LLC | Jason Devoss | | jdevoss@hilcoglobal.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Riemer & Braunstein LLP | Attn: Steven E. Fox | sfox@riemerlaw.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Douglas D. Herrmann, Marcy J. McLaughlin Smith | douglas.herrmann@troutman.com marcy.smith@troutman.com |
| ChannelAdvisor Corporation | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Charter Communications Inc | Jacqueline King | Attn Accounts Payable | jacqueline.king@charter.com |
| Chromadex Inc | James Lee | | jamesl@chromadex.com |
| Clarus Commerce LLC d/b/a Ebbo | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch, Sally E. Veghte | rlemisch@klehr.com sveghte@klehr.com |
| Clarus Commerce LLC d/b/a ebbo | J Marco & Robert E. Bruenig, Jr. | | jmarco@claruscommerce.com bbreunig@ebbo.com |
| Comcast Cable Communications, LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers, Laurel D. Roglen, Margaret A. Vesper | summersm@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| Commerce Technologies LLC d/b/a CommerceHub | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Cosmetic Changes LLC | Sheldon Sevinor | | ss@drsevinor.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Blank Rome LLP | Attn: Stanley B. Tarr | stanley.tarr@blankrome.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan Lewis & Bockius, LLP | Attn: Julia Frost-Davies | julia.frost-davies@morganlewis.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan, Lewis & Bockius LLP | Attn: T. Charlie Liu | charlie.liu@morganlewis.com |
| DIRECTV, LLC | c/o Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi, David T. Queroli, Emily R. Mathews | defranceschi@rlf.com queroli@rlf.com mathews@rlf.com |
| Dish Network Corporation | Katherine Richter | Attn AR Dept | katherine.richter@dish.com |
| District Of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Donna Salyers Fabulous-Furs | Kathryn Wallace | | kwallace@fabulousfurs.com |
| Emotion Invest Gmbh & Co. KG | Daniel Bachmeier | | bachmeier@arcuscapital.de |
| Exorigos Ltd | Brandin-Shuker & Doron Zulikan | | ina.s@exorigos.com doron.z@predicto.ai |
| Exorigos Ltd. | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Faegre Drinker Biddle & Reath LLP | Papproth, Janet L. | | janet.papproth@faegredrinker.com |
| Famjams Trading LLC | Michael Friedman | | mfriedman@famjamstrading.com |
| Fiskars Living US LLC | Kimberly Gunderson | | kimberly.gunderson@fiskars.com |
| Gemporia Limited | c/o Best & Flanagan, LLC | Attn: Michael A. Stephani | mstephani@bestlaw.com |
| Geo Management Corp Dba Siborg LLC | Donald Troutman | | donald@geomgmt.com |
| GG Software LP d/b/a NitroPay | c/o Carlton Fields, P.A. | Attn: David L. Gay, Esq. | dgay@carltonfields.com namer@carltonfields.com |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 3



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| GG Software LP d/b/a NitroPay | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gbblaw.com |
| G-III Apparel Group | Julien Trouchaud | | julien@giii.com.cn |
| G-III Leather Fashions, Inc. | c/o Loeb & Loeb LLP | Attn: Daniel B. Besikof | dbesikof@loeb.com |
| G-III Leather Fashions, Inc. | c/o Loeb & Loeb LLP | Attn: Guy Macarol | gmacarol@loeb.com |
| Grant Thornton LLP | Anthony Bonaguro | | anthony.bonaguro@us.gt.com |
| Growth Capital Partners, LLC | Scott Brown | | notice@growthcapitalpartnersllc.com |
| Ienjoy LLC | Danette Rose | | danette@ienjoyhome.com |
| Inspire Jewelry Conn dba IJC | Dennis Reed | | dreed@idc-us.com |
| Investstrong LLC | Mark Falthzik | | mfalthzik@gmail.com |
| Iris Capital Fund II | Erik De La Riviere | | erik@iris.vc |
| Isomers Labs | Manuela Marcheggiani | | manuela@isomers.ca |
| Korber Supply Chain US, Inc. | c/o Cowles & Thompson, P.C. | Attn: William L. Siegel | bsiegel@cowlesthompson.com |
| Mackenzie-Childs LLC | Amber Gansert | | agansert@auroraholdings.com |
| Mediacom | Kim Stacklum, James McKnight | | kstacklum@mediacomcc.com<br>jmcknight@mediacomcc.com |
| Milor Group Inc | Loran Klein | | accounting.department@milor.it |
| Milor S.P.A. and Milor Group | c/o Moses & Singer LLP | Attn: Francesco Di Pietro, Esq., Michael Medved, Esq. | fdipietro@mosessinger.com<br>mmedved@mosessinger.com |
| New York State Department of Taxation and Finance | Attn: Martin A. Mooney, Esq. | | martin.mooney@ag.ny.gov |
| Numaco Packaging, LLC | c/o Cameron & Mittleman LLP | Attn: Bruce W. Gladstone | bgladstone@cm-law.com |
| Numaco Packaging, LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus, Esq. | tlattomus@eckertseamans.com |
| Ocean Communications, Inc. | c/o Olympusat, LLC | Attn: Amanda Miller & Collen E. Glynn | amiller@olympusat.com<br>colleen@olympusat.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | richard.schepacarter@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman, Kristin Going, Stacy A. Lutkus, Lucas B. Barrett | dazman@mwe.com<br>kgoing@mwe.com<br>salutkus@mwe.com<br>lbarrett@mwe.com |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: David R. Hurst | dhurst@mwe.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Outbrain Inc | Rajaana Jones | | rjones@outbrain.com |
| Pontus IMB Portfolio, LLC | c/o Levene, Neale, Bender, Yoo & Golubchik LLP | Attn: Juliet Y. Oh | jyo@lnbyg.com |
| Pontus IMB Portfolio, LLC | c/o Polsinelli PC | Attn: Christopher A. Ward, Katherine M. Devanney | cward@polsinelli.com<br>kdevanney@polsinelli.com |
| Presslink Limited | Raysa Chan | | raysachn@pvumgroup.com |
| RCN Telecom Services Inc | Ashey Holanda | | ashley.holanda@rcn.net |
| Real Decoy, Inc. | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| RNN-TV Licensing Co. LLC | c/o Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Jennifer Rodburg, Philip Richter, Andrew Minear | jennifer.rodburg@friedfrank.com<br>philip.richter@friedfrank.com<br>andrew.minear@friedfrank.com |
| RNN-TV Licensing Co. LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Andrew R. Remming | rdehney@morrisnichols.com<br>aremming@morrisnichols.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Amy E. Vulpio | vulpioa@whiteandwilliams.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Rochelle Gumapac | gumapacr@whiteandwilliams.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: John Lucian | john.lucian@blankrome.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com |
| State Of Alabama | Office Of The Attorney General | | consumerinterest@alabamaag.gov |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 2 of 3



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State Of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State Of Arizona | Office Of The Attorney General | | bceintake@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | | dor_tac_bankruptcy@state.co.us |
| State Of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| State Of Florida | Office Of The Attorney General | | ashley.moody@myfloridalegal.com |
| State Of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State Of Idaho | Office Of The Attorney General | | lawrence.wasden@ag.idaho.gov |
| State Of Illinois | Office Of The Attorney General | | michelle@lisamadigan.org |
| State Of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State Of Kansas | Office Of The Attorney General | | derek.schmidt@ag.ks.gov |
| State Of Kentucky | Office Of The Attorney General | | kyoagor@ky.gov |
| State Of Louisiana | Office Of The Attorney General | | constituentservices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State Of Massachusetts | Office Of The Attorney General | | ago@state.ma.us |
| State Of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State Of Minnesota | Office Of The Attorney General | | attorney.general@ag.state.mn.us |
| State Of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State Of New Hampshire | Office Of The Attorney General | Nh Department Of Justice | attorneygeneral@doj.nh.gov |
| State Of New Mexico | Office Of The Attorney General | | hbalderas@nmag.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| State Of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State Of Utah | Office Of The Attorney General | | uag@utah.gov |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State Of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State Of Virginia | Office Of The Attorney General | | mail@oag.state.va.us |
| State Of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| Sterling Apparel Ltd | Winnie Wong | | winnie.wong@sphk.com.hk |
| Sterling Group Holdings Limited dba Sterling Apparel of Hong Kong | c/o Bricker Graydon LLP | Attn: J. Michael Debbeler | mdebbeler@brickergraydon.com |
| Sterling Time dba SLM Trading GRP | Eli Glieberman | | eli@sterlingtimellc.com |
| Synacor, Inc. | c/o Gibbons P.C. | Attn: Chantelle D. McClamb, Esq. | cmcclamb@gibbonslaw.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Curtis L. Tuggle, Esq. | curtis.tuggle@thompsonhine.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Jonathan Hawkins, Esq. | jonathan.hawkins@thompsonhine.com |
| Type A Holdings LTD | c/o Venable LLP | Attn: Andrew J. Currie, Frederick W. H. Carter | ajcurrie@venable.com fwcarter@venable.com |
| Type A Holdings LTD | c/o Venable LLP | Attn: Daniel A. O'Brien, Esq. | daobrien@venable.com |
| U.S. Bank | c/o Dorsey & Whitney LLP | Attn: Alessandra Glorioso, Eric Lopez Schnabel | glorioso.alessandra@dorsey.com schnabel.eric@dorsey.com |
| U.S. Bank Equipment Finance, a division of U.S. Bank, National Association | c/o Morris James LLP | Attn: Eric J. Monzo, Tara C. Pakrouh | emonzo@morrisjames.com tpakrouh@morrisjames.com |
| U.S. Bank Trust Company NA | Attn: Laura L. Moran | MA-Global Corporate Trust | laura.moran@usbank.com |
| U.S. Bank Trust Company National Association | c/o Dorsey & Whitney (Delaware) LLP | Attn: Eric Lopez Schnabel, Alessandra Glorioso | schnabel.eric@dorsey.com glorioso.alessandra@dorsey.com |
| VXI Global Solutions LLC | Mary Poirier | | mary.poirier@vxi.com |
| Wealthy Brand Intl Ltd | Kathy Ng | | kathy.hkcn@gmail.com |
| Wells Fargo Equipment Finance | Michal McAulay | | michal.mcaulay@oracle.com |
| Wrnn-Tv Associates LP | Wilma Rijos | | wrijos@rnntv.com |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 3 of 3

# Exhibit E



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 70th Street Properties LLC | | 3033 Excelsior Blvd Ste 345 | Attn 3510 | Minneapolis | MN | 55416 | |
| 70th Street Properties LLC | | 3510 Galleria | | Edina | MN | 55435 | |
| Belden VIllage Mall | | 4230 Belden VIllage Mall Clr N | | Canton | OH | 44718 | |
| Belden VIllage Mall | | Jones Lang Lasalle Real Estate Serv Inc | Itf Manulife Canadian Pool Real Estate | Eden Prairie | MN | 55344 | |
| Cbl & Associates LP | | Cbl/Westmoreland LP #0825, PO Box 955607 | | St Louis | MO | 63195-5607 | |
| Dle Seven LLC | Jeneieve York | PO Box 187 | | Ankeny | IA | 50021 | |
| Fairview Plaza | | PO Box 643724 | | CIncinnati | OH | 45264-3724 | |
| G&i X Montclair On Center LLC | c/o Chase Properties | 3333 Richmond Rd, Ste 320 | | Beachwood | OH | 44122 | |
| Jones Lang Lasalle Real Estate Services Inc | Karen Wood, Project Mgr | Or Itf Manulife Canadian Pool Real Estate Fund | 22 Adelaide Street West Ste 2600 | Toronto | | M5H 4E3 | Canada |
| Manulife Canadian Pooled Real Estate Fund | | Lockbox #T09511C | PO Box 9511 Station A | Toronto | | M5W 2K3 | Canada |
| Nadg/Sg Riverdale VIllage LP | c/o Centrecorp Management Services Lllp | 12761 Riverdale Blvd Nw | | Coon Rapids | MN | 55448 | |
| New Prague Mill LLC | | 7401 Bush Lake Rd | | Edina | MN | 55439 | |
| Pontus Net Lease Advisors, LLC | | 875 Prospect St | #303 | Lajolla | CA | 92037 | |
| Tanger Branson LLC | | PO Box 414225 | | Boston | MA | 02241-4225 | |
| The State Teachers Retirement | | System of Ohio | Strs of Ohio-Grand Avenue | CIncinnati | OH | 45263-8989 | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 1

# **<u>Exhibit F</u>**



**Exhibit F**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Cbl & Associates LP | Kris Swanson, Teresa Kaye, Ach | Cbl - Westmoreland LP | kris.swanson@cblproperties.com<br>teresa.kaye@cblproperties.com |
| Cbl-Westmoreland, LP | Matt Schoonmaker | | matt.schoonmaker@cblproperties.com |
| D&s Capital Real Estate LLC | Domenic Romeo | | domenic@cedarlanddev.com |
| Jones Lang Lasalle Real Estate Services Inc | Karen Wood, Project Mgr | Or Itf Manulife Canadian Pool Real Estate Fund | karen.wood@jll.com |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 1