**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

**<u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>**

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On or before September 19, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**:

- **Notice of Dates by Which Parties Must File Proofs of Claim and Requests for Payment and Procedures for Filing Proofs of Claim, Including Claims Under 11 U.S.C. § 503(b)(9) Against the Debtors** (attached hereto as **<u>Exhibit B</u>**)

- **[Customized] Official Form 410 Proof of Claim Form** (attached hereto as **<u>Exhibit C</u>**)

- **Instructions for Proof of Claim** (attached hereto as **<u>Exhibit D</u>**)

Dated: September 25, 2023

Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

STEPHANIE MORALES
Notary Public · California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Acendas | Attn Accounting | 6300 Glenwood St Ste 200 | Mission | KS | 66202-4017 |
| Ada Hall | | Address on File | | | |
| Adam Callahan | | Address on File | | | |
| Adelina Brann | | Address on File | | | |
| Adrian Collier | | Address on File | | | |
| Adriana Gonzalez | | Address on File | | | |
| Adriunna Walton | | Address on File | | | |
| Agnes Culpepper | | Address on File | | | |
| Agnes J Mcclearin | | Address on File | | | |
| Akumalla James | | Address on File | | | |
| Al J Vaughn | | Address on File | | | |
| Alethia Wilkerson | | Address on File | | | |
| Alexander Maldonado | | Address on File | | | |
| Alexander, Janaya R. | | Address on File | | | |
| Alexandra Ramos | | Address on File | | | |
| Algolia Inc | | 3790 El Camino Real | Palo Alto | CA | 94306-3314 |
| Alice Clark | | Address on File | | | |
| Alice Suiter | | Address on File | | | |
| Alicia Avlon | | Address on File | | | |
| Allan Lambert | | Address on File | | | |
| Alletha Dansbie | | Address on File | | | |
| Amalia Almeida | | Address on File | | | |
| Ameilia Gallegos | | Address on File | | | |
| Amelia Howard | | Address on File | | | |
| Amie Smithey | | Address on File | | | |
| Amy Meeks | | Address on File | | | |
| Amy Wright | | Address on File | | | |
| Andrea Van Pelt | | Address on File | | | |
| Angela Valliere | | Address on File | | | |
| Angela Williams | | Address on File | | | |
| Angella Bishop | | Address on File | | | |
| Angelo Jennings | | Address on File | | | |
| Anita Barnes | | Address on File | | | |
| Anita Bjornstad | | Address on File | | | |
| Ann Charette | | Address on File | | | |
| Ann Dean | | Address on File | | | |
| Ann Lizak | | Address on File | | | |
| Anne Griego | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 1 of 20



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Anne Mohrbacher | | Address on File | | | |
| Annette Carlis | | Address on File | | | |
| Anthony Guillen | | Address on File | | | |
| Anthony Hardy | | Address on File | | | |
| Anthony Ruiz | | Address on File | | | |
| Antoinette Whitlow | | Address on File | | | |
| Antonia Torrence | | Address on File | | | |
| Antonio James | | Address on File | | | |
| Anyse Mellott | | Address on File | | | |
| Apex Ministries DBA Vision40Media | | 6929 E Greenway Pkwy Ste 120 | Scottsdale | AZ | 85254-2170 |
| April Thiel | | Address on File | | | |
| Arelene Mcdonald | | Address on File | | | |
| Arlene Cieslewicz | | Address on File | | | |
| Arlene Galicki | | Address on File | | | |
| Arlene Mccracken | | Address on File | | | |
| Arlene Paukert | | Address on File | | | |
| Arnold, Yvonne | | Address on File | | | |
| Audrey Serpica | | Address on File | | | |
| Austin Kirk | | Address on File | | | |
| Austin Smts | | Address on File | | | |
| Avdic, Behka | | Address on File | | | |
| Bailey, Patricia | | Address on File | | | |
| Barb Booth | | Address on File | | | |
| Barbara A Dziczek | | Address on File | | | |
| Barbara Arms | | Address on File | | | |
| Barbara Contino | | Address on File | | | |
| Barbara Juzwiak | | Address on File | | | |
| Barbara Porter | | Address on File | | | |
| Begin, Loryn | | Address on File | | | |
| Bell, Doris | | Address on File | | | |
| Benjamin Nicholas | | Address on File | | | |
| Best Babie Inc | Jerry Jimenez, Wayne Wang | 2030 Main St Ste 1300 | Irvine | CA | 92614-7220 |
| Beth Verser | | Address on File | | | |
| Beth Warnick | | Address on File | | | |
| Betty Henley | | Address on File | | | |
| Betty J. Greer | | Address on File | | | |
| Beverly Neville | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 2 of 20



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Blanca Delgado | | Address on File | | | |
| Bobbie Euseary | | Address on File | | | |
| Bobbie Martin | | Address on File | | | |
| Bomhoff, Belinda | | Address on File | | | |
| Bonnie Jean Mcendre | | Address on File | | | |
| Bonnie Yale | | Address on File | | | |
| Bray, Matthew | | Address on File | | | |
| Brenda Bunten | | Address on File | | | |
| Brenda Jennings | | Address on File | | | |
| Brenda Morgan | | Address on File | | | |
| Brenda Neumiller | | Address on File | | | |
| Brenda Powell | | Address on File | | | |
| Brian Blatterman | | Address on File | | | |
| Brooks, Hayden | | Address on File | | | |
| Buhr, Laurel E. | | Address on File | | | |
| Burks, Tamera M. | | Address on File | | | |
| Burress, Paige K. | | Address on File | | | |
| Burton, Heather N. | | Address on File | | | |
| Byon, Esther | | Address on File | | | |
| Candace Talbot-Scheibe | | Address on File | | | |
| Carmela Mazzitelli | | Address on File | | | |
| Carmen Bryant | | Address on File | | | |
| Carmen C Bass | | Address on File | | | |
| Carol Aldine | | Address on File | | | |
| Carol Caldwell | | Address on File | | | |
| Carol Healey | | Address on File | | | |
| Carol Pfenning | | Address on File | | | |
| Carol Treadway | | Address on File | | | |
| Carole Galloy | | Address on File | | | |
| Carole H Psak | | Address on File | | | |
| Carolyn Dunham | | Address on File | | | |
| Carrie Daniel | | Address on File | | | |
| Catherine Foote | | Address on File | | | |
| Cathy Difilippo | | Address on File | | | |
| Cecilia Joseph | | Address on File | | | |
| Celeste Lee-Treadwell | | Address on File | | | |
| Chavez, Albert | | Address on File | | | |
| Cherie Mckenzie | | Address on File | | | |
| Cherry, Megan | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 3 of 20

 STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Cheryl Jenkins-Prescott | | Address on File | | | |
| Cheryl Johnson | | Address on File | | | |
| Cheryl Martin | | Address on File | | | |
| Cheryl Whitcum | | Address on File | | | |
| Childers, Zachary A. | | Address on File | | | |
| Chris Roda | | Address on File | | | |
| Chrislee Stephens | | Address on File | | | |
| Christina Graham | | Address on File | | | |
| Christine White | | Address on File | | | |
| Christy Thomas | | Address on File | | | |
| Cindy Kramer | | Address on File | | | |
| Clara Huffaker | | Address on File | | | |
| Clara Smith | | Address on File | | | |
| Claudette Burnett | | Address on File | | | |
| Claudia Serafin | | Address on File | | | |
| Clint Wilson | | Address on File | | | |
| Cochran, Cathy | | Address on File | | | |
| Coleen Lindsey | | Address on File | | | |
| Colleen Donaldson | | Address on File | | | |
| Colleen Updegraff | | Address on File | | | |
| Collins, Joan | | Address on File | | | |
| Connie Allen | | Address on File | | | |
| Conrey Blankenship | | Address on File | | | |
| Convergent Outsourcing Inc | Vaily Borishkevich | PO Box 15283 | Wilmington | DE | 19850-5283 |
| Cornwell, Nicholas B. | | Address on File | | | |
| Cotilla Rojas, Alejandro D. | | Address on File | | | |
| Crawford, Ashley L. | | Address on File | | | |
| Crystal Smalls | | Address on File | | | |
| Cuevas, Paula | | Address on File | | | |
| Cybernoor Corporation | | PO Box 40 | Southfield | MI | 48037-0040 |
| Cyslyn Rigby | | Address on File | | | |
| Dail Green | | Address on File | | | |
| Dandy Ruiz | | Address on File | | | |
| Darian Mcclendon | | Address on File | | | |
| Darlene J Rodriguez | | Address on File | | | |
| David Kish | | Address on File | | | |
| David Lemus | | Address on File | | | |
| David Rojas | | Address on File | | | |
| David Smith | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| David Washington | | Address on File | | | |
| David Zaccagnini | | Address on File | | | |
| Dawna Tervo | | Address on File | | | |
| Deanna Bailey | | Address on File | | | |
| Debbie Howard | | Address on File | | | |
| Debbie Paynich | | Address on File | | | |
| Debora Reilly | | Address on File | | | |
| Deborah Bandiola | | Address on File | | | |
| Deborah Brawn | | Address on File | | | |
| Deborah C Reid | | Address on File | | | |
| Deborah Ellis | | Address on File | | | |
| Deborah Fryar | | Address on File | | | |
| Deborah Laiskonis | | Address on File | | | |
| Deborah Robinson | | Address on File | | | |
| Deborah Snow | | Address on File | | | |
| Debra Morgan | | Address on File | | | |
| Debra Oconnor | | Address on File | | | |
| Debroah Stein | | Address on File | | | |
| Dee Theodore | | Address on File | | | |
| Dell Flenoid | | Address on File | | | |
| Denise Cappadona | | Address on File | | | |
| Denise Kaye Young | | Address on File | | | |
| Denise Laurence | | Address on File | | | |
| Denise Morton | | Address on File | | | |
| Derrick Felix | | Address on File | | | |
| Deskins, Kay | | Address on File | | | |
| Dexter Allen | | Address on File | | | |
| Diana Esteban | | Address on File | | | |
| Diana L Sanchez | | Address on File | | | |
| Diane Beasley | | Address on File | | | |
| Diane Erreca | | Address on File | | | |
| Diane Lester | | Address on File | | | |
| Dice, Kasondra | | Address on File | | | |
| Diego Ara | | Address on File | | | |
| Diver, Danica E. | | Address on File | | | |
| Dixiana Holter | | Address on File | | | |
| Dobratz, Sydney | | Address on File | | | |
| Domash, Joshua | | Address on File | | | |
| Donna Daft | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 5 of 20



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Donna Henderson | | Address on File | | | |
| Donna Neal | | Address on File | | | |
| Donna Thoresen | | Address on File | | | |
| Doris Hobbs | | Address on File | | | |
| Doris Kpakra | | Address on File | | | |
| Dorothy Adams | | Address on File | | | |
| Dorothy Clay | | Address on File | | | |
| Dorothy S Kehoe | | Address on File | | | |
| Dorothye Anthony | | Address on File | | | |
| Douglas Dolinar | | Address on File | | | |
| Douglas, Regina A. | | Address on File | | | |
| Downey, Ronesia | | Address on File | | | |
| Dr. Ricky Logue | | Address on File | | | |
| Dr. Susan Lavoy | | Address on File | | | |
| Dropship Vendor Group LLC | Jenny Tran, Pay | 21800 Opportunity Way | March Arb | CA | 92518-3100 |
| Dustin Berna | | Address on File | | | |
| Eddie Johnson | | Address on File | | | |
| Eden Felitiano | | Address on File | | | |
| Edna D White | | Address on File | | | |
| Edward Davison | | Address on File | | | |
| Edward Strack | | Address on File | | | |
| Edwin Vansprew | | Address on File | | | |
| Eileen Healy | | Address on File | | | |
| Elaine Dickstein | | Address on File | | | |
| Elaine Gerdser | | Address on File | | | |
| Elaine Kaye-Kellner | | Address on File | | | |
| Elaine Sawyer | | Address on File | | | |
| Eleanor Barrett | | Address on File | | | |
| Eleanor Mcgee | | Address on File | | | |
| Elizabeth Aroyo | | Address on File | | | |
| Elizabeth Buhlig | | Address on File | | | |
| Elizabeth Garazi | | Address on File | | | |
| Elizabeth Kerkula | | Address on File | | | |
| Elizabeth Lehman | | Address on File | | | |
| Elizabeth Moore | | Address on File | | | |
| Elizabeth Ragan | | Address on File | | | |
| Elizabeth Ryan | | Address on File | | | |
| Elizabeth Vollrath | | Address on File | | | |
| Ellen Jones | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Ellinger, Cara | | Address on File | | | |
| Elvia Gonzalez | | Address on File | | | |
| Emarketer DBA Insider Intelligence | | 1 Liberty Plz Fl 9 | New York | NY | 10006-1466 |
| Emily G Neitz | | Address on File | | | |
| Emma Cimino | | Address on File | | | |
| Eugenia Hogan | | Address on File | | | |
| Evangelia Wild | | Address on File | | | |
| Evelyn Agius | | Address on File | | | |
| Evelyn Coleman | | Address on File | | | |
| Fannie Jennings | | Address on File | | | |
| Felicia Smith | | Address on File | | | |
| Florence Harstine | | Address on File | | | |
| Frances Houston | | Address on File | | | |
| Frances Murphy | | Address on File | | | |
| Frank Muro | | Address on File | | | |
| Freeman, Breanna M. | | Address on File | | | |
| Gaetana Sciancalepore | | Address on File | | | |
| Gail Hatta | | Address on File | | | |
| Gary Rossow | | Address on File | | | |
| Gatewood, Alexus P. | | Address on File | | | |
| Gayle Applewhite | | Address on File | | | |
| Gea Jolley | | Address on File | | | |
| Genelle Rick | | Address on File | | | |
| George F Metz | | Address on File | | | |
| Georgia Storm | | Address on File | | | |
| Georgina Roye | | Address on File | | | |
| Gerry Griffith | | Address on File | | | |
| Gilbert Benitez | | Address on File | | | |
| Gilbert M Lonson | | Address on File | | | |
| Gilbes Rodriquez, Stephanie | | Address on File | | | |
| Gina Davidson | | Address on File | | | |
| Gladis Snyder | | Address on File | | | |
| Gladys Wooten | | Address on File | | | |
| Glendell J Nailing | | Address on File | | | |
| Glenn Maycumber | | Address on File | | | |
| Gloria Alvarado | | Address on File | | | |
| Gloria Ohta | | Address on File | | | |
| Glynn Thorton | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 7 of 20



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Gordon Hurst | | Address on File | | | |
| Gracie Ford | | Address on File | | | |
| Graciela Guzman | | Address on File | | | |
| Gwendolyn Peoples | | Address on File | | | |
| Hall, Linda | | Address on File | | | |
| Han Bum Park | | Address on File | | | |
| Harriet Keller | | Address on File | | | |
| Hasna Jabr | | Address on File | | | |
| Heather Bancroft | | Address on File | | | |
| Helen Young Carroll | | Address on File | | | |
| Henrietta Leak | | Address on File | | | |
| Hillary Caballero | | Address on File | | | |
| Hirsh, Amy F. | | Address on File | | | |
| Holly Mendoza | | Address on File | | | |
| Huber, Cassandra | | Address on File | | | |
| Hughes, Kimberly G. | | Address on File | | | |
| Hunt, Savanna | | Address on File | | | |
| Irene Chase | | Address on File | | | |
| Ivone V Ferreira | | Address on File | | | |
| Jacalyn I Baldassarre | | Address on File | | | |
| Jack C Parr | | Address on File | | | |
| Jackie Shank | | Address on File | | | |
| Jacqueline Ochoa | | Address on File | | | |
| James Rich | | Address on File | | | |
| James Spiotto | | Address on File | | | |
| James Zeiter | | Address on File | | | |
| Jamie Kryck | | Address on File | | | |
| Jamie Rigney | | Address on File | | | |
| Jane E Schrader | | Address on File | | | |
| Janet Liberty | | Address on File | | | |
| Janet Robin | | Address on File | | | |
| Janet Russo | | Address on File | | | |
| Janice R Mettlach | | Address on File | | | |
| Janice Reese | | Address on File | | | |
| Janis Scultz | | Address on File | | | |
| Jason Leseiko | | Address on File | | | |
| Jazmine Hamilton | | Address on File | | | |
| Jean Debroux | | Address on File | | | |
| Jeanette Spees | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 8 of 20



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Jeanne Popke | | Address on File | | | |
| Jeffrey Jernigan | | Address on File | | | |
| Jenna Young | | Address on File | | | |
| Jennifer Cook | | Address on File | | | |
| Jennifer Mcfarlane | | Address on File | | | |
| Jerome Hoeft | | Address on File | | | |
| Jerri Bain | | Address on File | | | |
| Jerry Roisentul | | Address on File | | | |
| Jessica Pendleton | | Address on File | | | |
| Jesus Delgado Parra | | Address on File | | | |
| Jim Kay | | Address on File | | | |
| Joan Archambeault | | Address on File | | | |
| Joan Powell | | Address on File | | | |
| Joann Coleman | | Address on File | | | |
| Joann Costa | | Address on File | | | |
| Joann Nowaski | | Address on File | | | |
| Joann Patterson | | Address on File | | | |
| Joe Evans | | Address on File | | | |
| Johanna Zimmerly | | Address on File | | | |
| Johma Thomas | | Address on File | | | |
| John Adams | | Address on File | | | |
| John Cedillo | | Address on File | | | |
| John Mceachran | | Address on File | | | |
| John Otero | | Address on File | | | |
| John Romero | | Address on File | | | |
| John Solverg | | Address on File | | | |
| Johnnie Addison | | Address on File | | | |
| Johnson, Abigail | | Address on File | | | |
| Johnson, Alice | | Address on File | | | |
| Johnson, Corbin | | Address on File | | | |
| Johnson, Janice | | Address on File | | | |
| Johnson, Randy J. | | Address on File | | | |
| Johnson-Hayes, Kiana | | Address on File | | | |
| Joi Baker | | Address on File | | | |
| Jon Gilbert | | Address on File | | | |
| Joneen G Connor | | Address on File | | | |
| Jones, Dee | | Address on File | | | |
| Joseph A Griffin | | Address on File | | | |
| Joseph Dinkins | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 9 of 20



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Joseph Giannetto | | Address on File | | | |
| Joseph Grano | | Address on File | | | |
| Joseph Miles | | Address on File | | | |
| Joseph Rivera | | Address on File | | | |
| Josephine Delapo | | Address on File | | | |
| Josephine Jose | | Address on File | | | |
| Joy Newkrk | | Address on File | | | |
| Joyce Dimitri | | Address on File | | | |
| Joyce Hightower | | Address on File | | | |
| Joyner, Panilla | | Address on File | | | |
| Judith Burnam | | Address on File | | | |
| Judith Carpenter | | Address on File | | | |
| Judith Sweet | | Address on File | | | |
| Judy Bockman | | Address on File | | | |
| Judy Griesse | | Address on File | | | |
| Judy Hale | | Address on File | | | |
| Judy Snead | | Address on File | | | |
| Julie Beutz | | Address on File | | | |
| Julie Buhmann | | Address on File | | | |
| Julie Umbehauer | | Address on File | | | |
| June Smith | | Address on File | | | |
| Justin Fox | | Address on File | | | |
| Karen Batzer | | Address on File | | | |
| Karen Domyan | | Address on File | | | |
| Karen Ellis | | Address on File | | | |
| Karen Flack | | Address on File | | | |
| Karen Girondo | | Address on File | | | |
| Karen Han | | Address on File | | | |
| Karen Hansard | | Address on File | | | |
| Karen Harvey | | Address on File | | | |
| Karen Moody | | Address on File | | | |
| Karen Ribolin | | Address on File | | | |
| Karen Spears | | Address on File | | | |
| Karen Tajima | | Address on File | | | |
| Karen Wlodyka | | Address on File | | | |
| Karla Decanio | | Address on File | | | |
| Katheryn Eykamp | | Address on File | | | |
| Kathi Ashburn | | Address on File | | | |
| Kathi Ashmore | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Kathleen Donovan | | Address on File | | | |
| Kathy Tucker | | Address on File | | | |
| Kathy Vaughn | | Address on File | | | |
| Katie Scott | | Address on File | | | |
| Kay Fear | | Address on File | | | |
| Kay Kenworthy | | Address on File | | | |
| Kayrene Brandom | | Address on File | | | |
| Kenneth Woods | | Address on File | | | |
| Kent, Jan | | Address on File | | | |
| Kevin Williams | | Address on File | | | |
| Kim Ashman | | Address on File | | | |
| Kim Russell | | Address on File | | | |
| Kimberly Roehm | | Address on File | | | |
| Kinzie Chandler | | Address on File | | | |
| Krisilyn Patton | | Address on File | | | |
| Kristi Segers-Franklin | | Address on File | | | |
| Kristie Chamberlain | | Address on File | | | |
| L Anne Kirkland | | Address on File | | | |
| Ladder LLC | Danny Epstein, Jonathan Yarmeisch, Patrick Noland, | 400 Continental Blvd Ste 400 | El Segundo | CA | 90245-5089 |
| Lana J Donoho | | Address on File | | | |
| Latain Veals | | Address on File | | | |
| Laura Horton | | Address on File | | | |
| Laurie Bozik | | Address on File | | | |
| Laurie Cherry | | Address on File | | | |
| Laurie J Pappenfuss | | Address on File | | | |
| Laurie Johnson | | Address on File | | | |
| Leailana Ginsberg | | Address on File | | | |
| Lena Bolden | | Address on File | | | |
| Leo Gagne | | Address on File | | | |
| Leslie Rubin | | Address on File | | | |
| Lewis, Laura | | Address on File | | | |
| Lillian Finley | | Address on File | | | |
| Lillian Lichtengerger | | Address on File | | | |
| Lillie W Daughety | | Address on File | | | |
| Linda G G Jones | | Address on File | | | |
| Linda G Langfels | | Address on File | | | |
| Linda Gay | | Address on File | | | |
| Linda Hernandez | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 11 of 20



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Linda Hogg | | Address on File | | | |
| Linda Morris | | Address on File | | | |
| Linda Schlichting | | Address on File | | | |
| Linda Thomas | | Address on File | | | |
| Linda Walton | | Address on File | | | |
| Lindi Hoffman | | Address on File | | | |
| Lisa Anderson | | Address on File | | | |
| Lisa Arcurio | | Address on File | | | |
| Lisa Harman | | Address on File | | | |
| Lisa Prickel | | Address on File | | | |
| Lisa Ruffolo | | Address on File | | | |
| Lisa Thompson | | Address on File | | | |
| Lisa Trice | | Address on File | | | |
| Lita Harris | | Address on File | | | |
| Loeb, Happi | | Address on File | | | |
| Loftren, Barbara | | Address on File | | | |
| Lois Conger-Moll | | Address on File | | | |
| Lois J Myers | | Address on File | | | |
| Lola Watkins | | Address on File | | | |
| Lore Headrick | | Address on File | | | |
| Lori Baker | | Address on File | | | |
| Lori Pelamati | | Address on File | | | |
| Lorna Hook | | Address on File | | | |
| Losinski, Whitney | | Address on File | | | |
| Louise Marshall | | Address on File | | | |
| Lourdes Margiljic | | Address on File | | | |
| Lourdes Woodside | | Address on File | | | |
| Lovering, Jessica | | Address on File | | | |
| Lovie Willis | | Address on File | | | |
| Lynette Borromeo | | Address on File | | | |
| Lynn Culpepper | | Address on File | | | |
| Lyntte Mcdonnell | | Address on File | | | |
| Mace Group Inc | Andrew Saldana, Fred Mu, , Justine Rangel, Sunny Sun, | 8620 Rochester Ave | Rch Cucamonga | CA | 91730-4905 |
| Maggie Witter-See 63558 | | 17655 Isleton Ave | Lakeville | MN | 55044-8717 |
| Malekia Calloway | | Address on File | | | |
| Mali Liu | | Address on File | | | |
| Malika Hobbs | | Address on File | | | |
| Manuel Solano | | Address on File | | | |
| Marceau, Megan | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 12 of 20



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Marcella Cecich Belum | | Address on File | | | |
| Margaret Block | | Address on File | | | |
| Margaret Donohue | | Address on File | | | |
| Margaret Freeman | | Address on File | | | |
| Margaret Howard | | Address on File | | | |
| Margaret Scharf | | Address on File | | | |
| Margaret Vilk | | Address on File | | | |
| Margie Polk | | Address on File | | | |
| Marguarita Contreras | | Address on File | | | |
| Marguerite Sognier | | Address on File | | | |
| Maria Acevedo | | Address on File | | | |
| Maria Auriema | | Address on File | | | |
| Maria Barron | | Address on File | | | |
| Maria Silecchia | | Address on File | | | |
| Marie Filozof | | Address on File | | | |
| Marie Violo | | Address on File | | | |
| Marilyn Matthews | | Address on File | | | |
| Marilyn Moss | | Address on File | | | |
| Marilyn Sinclair | | Address on File | | | |
| Marilyn Valdez | | Address on File | | | |
| Marion Thornton | | Address on File | | | |
| Marjorie Helger | | Address on File | | | |
| Marjorie Storer | | Address on File | | | |
| Mark Burks | | Address on File | | | |
| Mark Richardson | | Address on File | | | |
| Marshal Morgan | | Address on File | | | |
| Marta Proctor | | Address on File | | | |
| Martha Kitchen | | Address on File | | | |
| Martin O'Sullivan | | Address on File | | | |
| Mary Adkins | | Address on File | | | |
| Mary Ann Damore | | Address on File | | | |
| Mary Firment | | Address on File | | | |
| Mary Fisher | | Address on File | | | |
| Mary Gruber | | Address on File | | | |
| Mary Heglin | | Address on File | | | |
| Mary Hilton | | Address on File | | | |
| Mary J Carroll | | Address on File | | | |
| Mary Jane Mccartney | | Address on File | | | |
| Mary Jennings | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 13 of 20



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Mary Lou Witte | | Address on File | | | |
| Mary Sabatino | | Address on File | | | |
| Marybeth Harman | | Address on File | | | |
| Matthew Lange | | Address on File | | | |
| Maureen Genovese | | Address on File | | | |
| Maureen Newell | | Address on File | | | |
| Mayfield, Deidra | | Address on File | | | |
| McCoy, Shawn | | Address on File | | | |
| Mckoy, Patrice | | Address on File | | | |
| Megan Cherry | | Address on File | | | |
| Melissa High | | Address on File | | | |
| Michael Ames | | Address on File | | | |
| Michael Capasso | | Address on File | | | |
| Michael Carter | | Address on File | | | |
| Michael Kaddu | | Address on File | | | |
| Michael Kallis | | Address on File | | | |
| Michael Rauls | | Address on File | | | |
| Michele Goldstein | | Address on File | | | |
| Michele Roberts | | Address on File | | | |
| Michele Turner | | Address on File | | | |
| Michelle Keehfus | | Address on File | | | |
| Mickalea Reynolds | | Address on File | | | |
| Milagros Lopez | | Address on File | | | |
| Mildred Bogzaran | | Address on File | | | |
| Mills, Sharon | | Address on File | | | |
| Minisoft Inc | | 39120 Argonaut Way | Fremont | CA | 94538-1304 |
| Minnie L Wynn | | Address on File | | | |
| Miriam Gunter | | Address on File | | | |
| Monotype Imaging Inc | | 600 Unicorn Park Dr Ste 4 | Woburn | MA | 01801-3343 |
| Mony Chhoun-Johnson | | Address on File | | | |
| Moore, Brittany A. | | Address on File | | | |
| Musa Kamara | | Address on File | | | |
| Mykel Munoz | | Address on File | | | |
| Nadine Kagan | | Address on File | | | |
| Nancy Baquial | | Address on File | | | |
| Nancy Elkins | | Address on File | | | |
| Nancy Fauver | | Address on File | | | |
| Nancy Nelson | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 14 of 20

 **STRETTO**

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Nannette Ward | | Address on File | | | |
| Narvie Mccreary | | Address on File | | | |
| Nasrudeen, Shameena | | Address on File | | | |
| Nikia Seay | | Address on File | | | |
| Nikki King-Barrett | | Address on File | | | |
| Nisimov Watch Co Inc | Alon Nisimov, Acct Exec, Contact | 911 S Primrose Ave Ste H | Monrovia | CA | 91016-8403 |
| Nisimov Watch Co Inc | Aileen Roz, Amir Nisimov, | 911 S Primrose Ave Ste H | Monrovia | CA | 91016-8403 |
| Nora Estrella | | Address on File | | | |
| Noreen Foster | | Address on File | | | |
| Nurys Rodriguez | | Address on File | | | |
| Olacio, Julliet S. | | Address on File | | | |
| Olivencia Perez, David | | Address on File | | | |
| Olivia Ontiveros | | Address on File | | | |
| Ortiz, Marissa A. | | Address on File | | | |
| Ouida Richard | | Address on File | | | |
| Pamela Bell | | Address on File | | | |
| Pamela Elliott | | Address on File | | | |
| Pamela Jagucki | | Address on File | | | |
| Pamela Lara | | Address on File | | | |
| Pamela Radermacher | | Address on File | | | |
| Pamela S Potts | | Address on File | | | |
| Pamela Williams | | Address on File | | | |
| Pat Beekley | | Address on File | | | |
| Pat Byas | | Address on File | | | |
| Pat Johnson | | Address on File | | | |
| Patricia Carr | | Address on File | | | |
| Patricia Jordan | | Address on File | | | |
| Patricia O'Connell | | Address on File | | | |
| Patricia Seaman | | Address on File | | | |
| Patricia Stansfield | | Address on File | | | |
| Patricia Willis | | Address on File | | | |
| Patti Harbuck | | Address on File | | | |
| Patton, Dylan | | Address on File | | | |
| Patty Elkins | | Address on File | | | |
| Peggy Volponi | | Address on File | | | |
| Perlyn Medina | | Address on File | | | |
| Pettway, Beverly | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 15 of 20



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Phyliss Wosencrost | | Address on File | | | |
| Phyu, May H. | | Address on File | | | |
| PLM Brands Corp | Elizabeth Kost, Liz Kost, | 1054 Kendale Way | Vista | CA | 92081-7986 |
| Portillo, Rosa M. | | Address on File | | | |
| Potter, Amber N. | | Address on File | | | |
| Priscilla Jones | | Address on File | | | |
| Rachel Bingham | | Address on File | | | |
| Randall, Laura R. | | Address on File | | | |
| Ray, Blanca N. | | Address on File | | | |
| Rebecca Gallagher | | Address on File | | | |
| Rebecca Salvani | | Address on File | | | |
| Rebekah Stuart | | Address on File | | | |
| Reed, Linda L. | | Address on File | | | |
| Regina Moffett | | Address on File | | | |
| Renee Chamberlain | | Address on File | | | |
| RhythmOne, LLC | | 1037 NE 65th St | Seattle | WA | 98115-6655 |
| Richard B Landers | | Address on File | | | |
| Richard Balcar | | Address on File | | | |
| Ricky Rogers | | Address on File | | | |
| Rita Buhler | | Address on File | | | |
| Rita Stancin | | Address on File | | | |
| Rob Call | | Address on File | | | |
| Robert Estrada | | Address on File | | | |
| Robert Fleets | | Address on File | | | |
| Robert Mulvaine | | Address on File | | | |
| Robert Scott | | Address on File | | | |
| Robin Carmona | | Address on File | | | |
| Robin Cronk | | Address on File | | | |
| Robyn E Keane | | Address on File | | | |
| Robyn Keith | | Address on File | | | |
| Rollin, Benjamin | | Address on File | | | |
| Romach, Jameson | | Address on File | | | |
| Roman, Diana | | Address on File | | | |
| Ron Long | | Address on File | | | |
| Ronald Doyle | | Address on File | | | |
| Rosalie Miele | | Address on File | | | |
| Rosario Harej | | Address on File | | | |
| Rosemary Matos | | Address on File | | | |
| Roxane Thorp | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 16 of 20



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Roxanne Skoko | | Address on File | | | |
| Ruby Thomas | | Address on File | | | |
| Sally Grele | | Address on File | | | |
| Sally Valentine | | Address on File | | | |
| Samie Martin | | Address on File | | | |
| Sandra Baugh | | Address on File | | | |
| Sandra Daisher | | Address on File | | | |
| Sandra Davies | | Address on File | | | |
| Sandra Maikon | | Address on File | | | |
| Sandra Oneal | | Address on File | | | |
| Sandra Perdue | | Address on File | | | |
| Sandra Raymond | | Address on File | | | |
| Sandra Schultz | | Address on File | | | |
| Sandy Rittenbaugh | | Address on File | | | |
| Sandy Stearns | | Address on File | | | |
| Sara S Scheuren | | Address on File | | | |
| Sarah Buckley | | Address on File | | | |
| Sbm Wong | | Address on File | | | |
| Schwartz, Shelly | | Address on File | | | |
| Scott Goynes | | Address on File | | | |
| Scott, Maria | | Address on File | | | |
| Shafirov, Mark | | Address on File | | | |
| Shanesha Moore | | Address on File | | | |
| Sharlene Lavender | | Address on File | | | |
| Sharon Bailey | | Address on File | | | |
| Sharon Brekke | | Address on File | | | |
| Sharon Harmon | | Address on File | | | |
| Sharon J Hinton | | Address on File | | | |
| Sharon Montandon | | Address on File | | | |
| Sharon Sweeney | | Address on File | | | |
| Shelly Whitaker | | Address on File | | | |
| Sherri Hagerty | | Address on File | | | |
| Shirlean Barnes | | Address on File | | | |
| Shirley J Searcy | | Address on File | | | |
| Shirley Smith | | Address on File | | | |
| Singh, Sarika | | Address on File | | | |
| Sofia Byrne | | Address on File | | | |
| Sonia Sanchez | | Address on File | | | |
| Sonja Gullickson | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 17 of 20



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Soraya Shaver | | Address on File | | | |
| Spencer, Marbeth | | Address on File | | | |
| Spin Digital Media LLC | Jimmy Hutcheson | 2847 S Ingram Mill Rd Ste C100 | Springfield | MO | 65804-4013 |
| Stephanie Wimbs | | Address on File | | | |
| Steven Adler, Jr | | Address on File | | | |
| Steven Ingram | | Address on File | | | |
| Steven Willis | | Address on File | | | |
| Stiles, Pamela E. | | Address on File | | | |
| Strow, ShiAngela | | Address on File | | | |
| Susan Atwell | | Address on File | | | |
| Susan Back | | Address on File | | | |
| Susan Craigue | | Address on File | | | |
| Susan Crowe | | Address on File | | | |
| Susan Lidretti | | Address on File | | | |
| Susan Lundgreen | | Address on File | | | |
| Susan Rita Guillen | | Address on File | | | |
| Susan Rogers | | Address on File | | | |
| Susan Ross | | Address on File | | | |
| Susan Simpson | | Address on File | | | |
| Susan Wantuch | | Address on File | | | |
| Sutmar, Ann | | Address on File | | | |
| Suzanne Pashnick | | Address on File | | | |
| Swift Media Entertainment Inc | | 6080 Center Dr Fl 12 | Los Angeles | CA | 90045-9205 |
| Sylvia Evans | | Address on File | | | |
| Synacor Inc | | 505 Ellicott St Ste 39 | Buffalo | NY | 14203-1547 |
| Syvilla Ariana | | Address on File | | | |
| Taryn Rhodes | | Address on File | | | |
| Teeples, Kimberly K. | | Address on File | | | |
| Teresa Samuelson-Pyne | | Address on File | | | |
| Terri Duttine | | Address on File | | | |
| Terry Canuel | | Address on File | | | |
| Theresa Wojciechowski | | Address on File | | | |
| Theresita M Khazaian | | Address on File | | | |
| Thomas (TJ) R Jensen | | Address on File | | | |
| Thomas Goss | | Address on File | | | |
| Thompson, Kristina | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Tibco Software Inc | | 3307 Hillview Ave | Santa Clara | CA | 95054-1200 |
| Toni Anderson | | Address on File | | | |
| Toni K King | | Address on File | | | |
| Torres, Jackie | | Address on File | | | |
| Tracy Best | | Address on File | | | |
| Tribby, Amity S. | | Address on File | | | |
| TVU Networks Corporation | | 20370 Town Center Ln Ste 100 | Cupertino | CA | 95014-3226 |
| Underdog Media LLC | | 1616 Anacapa St | Santa Barbara | CA | 93101-1910 |
| Urdialez, Veronica | | Address on File | | | |
| Valerie Messmer | | Address on File | | | |
| Vallrugo, Christine M. | | Address on File | | | |
| Vanessa Carmichael | | Address on File | | | |
| VanOverbeke, Caitlin | | Address on File | | | |
| Vaught, Roshona | | Address on File | | | |
| Vera Jordan | | Address on File | | | |
| Vera Perry | | Address on File | | | |
| Versia Woods | | Address on File | | | |
| Vi Booker | | Address on File | | | |
| Vicki Foote-Galvani | | Address on File | | | |
| Vicki Maner | | Address on File | | | |
| Vicky Robertson | | Address on File | | | |
| Viola Stalter | | Address on File | | | |
| Virginia Dalby | | Address on File | | | |
| Virginia Reid | | Address on File | | | |
| Vivian Marchese-Grisanti | | Address on File | | | |
| Wade Taylor | | Address on File | | | |
| Wand Delong | | Address on File | | | |
| Wanda Henderson | | Address on File | | | |
| Ward, Kyra T. | | Address on File | | | |
| Wasp, Earline | | Address on File | | | |
| Wayne Helmus | | Address on File | | | |
| Webb, Tina M. | | Address on File | | | |
| Wehmann Models and Talent Inc | | 2909 Wayzata Blvd | Minneapolis | MN | 55405-2126 |
| Wesley Walther | | Address on File | | | |
| Weusi Berry | | Address on File | | | |
| Whittinghill, Brittany M. | | Address on File | | | |
| Wilkins, Latasha L. | | Address on File | | | |
| Willaert, Yevette | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| William Kimmel | | Address on File | | | |
| Windels, Carol | | Address on File | | | |
| Winnie Fields | | Address on File | | | |
| Winnie Rey | | Address on File | | | |
| WR Group Inc | Adeline Azumi-Stark, Adeline,Carey Williams, Renee Niles, Robert Tuxbury, Terri Emerson, | 2675 S 16th St Ste 100 | Phoenix | AZ | 85034-6744 |
| Yolanda Crawford | | Address on File | | | |
| Young Jr., Boyd G. | | Address on File | | | |
| Zalguirio Sousa | | Address on File | | | |
| Zamora, Michelle Lea | | Address on File | | | |

In re: iMedia Brands, Inc., et al.
Case No. 23-10852 (KBO)

Page 20 of 20

# **Exhibit B**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DATES BY WHICH PARTIES
### MUST FILE PROOFS OF CLAIM AND REQUESTS FOR
### PAYMENT AND PROCEDURES FOR FILING PROOFS OF CLAIM,
### INCLUDING CLAIMS UNDER 11 U.S.C. § 503(B)(9) AGAINST THE DEBTORS

**PLEASE TAKE NOTICE** that on June 28, 2023 (the "Petition Date"), iMedia Brands, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on August 14, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Establishing Deadlines to File Proofs of Claim and Requests for Payment and Procedures Related Thereto; and (II) Granting Related Relief* [Docket No. 452] (the "Bar Date Motion") with the Court. On September 5, 2023, the Court entered an order approving the Bar Date Motion [Docket No. 512] (the "Bar Date Order") and establishing certain dates (each, a "Bar Date," and collectively, the "Bar Dates") by which parties holding claims against the Debtors arising prior to the Petition Date, including claims arising under section 503(b)(9) of the Bankruptcy Code must file proofs of claim ("Proofs of Claim" and each a "Proof of Claim") or requests for payment ("Requests for Payment" and each a "Request for Payment") against the Debtors. Each date is expressly set forth below.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU MAY BE
HOLDING A CLAIM AGAINST ONE OR MORE OF THE DEBTORS
IN THE ABOVE-CAPTIONED CHAPTER 11 CASES.  THEREFORE, YOU SHOULD
READ THIS NOTICE CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY.
IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

## BACKGROUND TO THE DEBTORS' CHAPTER 11 CASES

A.    **General Information About the Debtors' Cases.**  The Debtors' cases are being jointly administered under case number 23-10852 (KBO).  No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases.[2]

B.    **Individual Debtor Information.**  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.  The table below lists the respective case numbers for each Debtor:

| DEBTOR | CASE NO. |
|---|---|
| iMedia Brands, Inc. | 23-10852 (KBO) |
| ValueVision Media Acquisitions, Inc. | 23-10851 (KBO) |
| ValueVision Interactive, Inc. | 23-10853 (KBO) |
| Portal Acquisition Company | 23-10854 (KBO) |
| VVI Fulfillment Center, Inc. | 23-10855 (KBO) |
| ValueVision Retail Inc. | 23-10856 (KBO) |
| JWH Acquisition Company | 23-10857 (KBO) |
| PW Acquisition Company, LLC | 23-10858 (KBO) |
| EP Properties, LLC | 23-10859 (KBO) |
| FL Acquisition Company | 23-10860 (KBO) |
| Norwell Television, LLC | 23-10861 (KBO) |
| 867 Grand Avenue, LLC | 23-10862 (KBO) |

C.    **Access to Proof of Claim Forms and Additional Information.**  If you have any questions regarding the claims processing and/or if you wish to obtain a copy of the Bar Date Motion, Bar Date Order, proof of claim form ("Proof of Claim Form"), or related documents (and/or

---

[2]    Except as otherwise defined herein, in the Bar Date Motion, or in the Bar Date Order, all terms used herein that are specifically defined in the Bankruptcy Code shall have the meanings ascribed to such terms in the Bankruptcy Code. In particular, as used herein: (a) the term "claim" has the meaning given to it in section 101(5) of the Bankruptcy Code; (b) the term "entity" has the meaning given to it in section 101(15) of the Bankruptcy Code; (c) the term "governmental unit" has the meaning given to it in section 101(27) of the Bankruptcy Code; and (d) the term "person" has the meaning given to it in section 101(41) of the Bankruptcy Code.

any other pleadings filed in the Debtors' Chapter 11 Cases) you may do so by: (i) visiting the website of the Debtors' notice and claims agent, Stretto, Inc. ("Stretto") at: https://cases.stretto.com/iMediaBrands, (ii) calling Stretto at (855) 794-3801 (US & Canada toll free) or +1 (949) 340-0398 (International), or (iii) inquiring via email at iMediaInquiries@stretto.com.  Please note that Stretto **cannot** advise you on how to file, or whether you should file, a proof of claim (a "Proof of Claim").

### Schedules of Assets and Liabilities

On August 10, 2023, each of the Debtors filed their statement of financial affairs and schedules of assets and liabilities with the Court (collectively, the "Schedules").  The Debtors' Schedules and the Bar Date Order is also available and free of charge on Stretto's website at https://cases.stretto.com/iMediaBrands.

### Bar Dates Approved by the Court

The Court has established the following Bar Dates as those dates by which parties holding claims against the Debtors that arose (or that are deemed to have arisen) before June 28, 2023 must file Proofs of Claim so that they are **actually received** by Stretto:

| | |
|---|---|
| **General Bar Date:** | **October 13, 2023 at 4:00 p.m. prevailing Eastern Time**, is the date by which all entities (which includes individual persons, estates, trust, partnerships, and corporations, among others (but not Governmental Units)) must file Proofs of Claim, including claims under section 503(b)(9) of the Bankruptcy Code. |
| **Governmental Bar Date:** | **December 26, 2023 at 4:00 p.m. prevailing Eastern Time**, is the date by which all Governmental Units holding claims (whether secured, unsecured priority, or unsecured non-priority) must file Proofs of Claim, including claims for unpaid taxes, whether such claims arise from prepetition tax years or periods, or prepetition transactions to which any of the Debtors were a party, and Requests for Payment, as applicable. |
| **Administrative Claims Bar Date:** | **October 13, 2023 at 4:00 p.m. prevailing Eastern Time**, is the date by which all entities (including individuals, partnerships, corporations, joint ventures, trusts, but not including Governmental Units) must file with the Court and serve on the Debtors Requests for Payment for administrative claims pursuant to section 503 of the Bankruptcy Code arising between the Petition Date (as defined below) and August 31, 2023 (the "Administrative Claims Deadline"), excluding (i) claims for |

professional fees and expenses in these proceedings; (ii) claims arising under section 503(b)(9) of the Bankruptcy Code against any of the Debtors; and (iii) claims for which Governmental Units are exempt from filing Requests for Payment pursuant to section 503(b)(1)(D) of the Bankruptcy Code (the "<u>Administrative Claims</u>"), against any of the Debtors.

**Parties Required to File Claims Forms**

A.   **Definition of Claim.**  Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (i) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

B.   **Parties Who Must File Proofs of Claim or Requests for Payment.**  Except as otherwise set forth herein, any person or entity that holds General Claims or Governmental Claims against the Debtors that arose (or are deemed to have arisen) before the Petition Date <u>must</u> file Proofs of Claim on or before the applicable Bar Date, including requests for payment under section 503(b)(9) of the Bankruptcy Code.  All other administrative claims under section 503(b) of the Bankruptcy Code must be made by filing separate Requests for Payment in accordance with section 503(a) of the Bankruptcy Code and the Bar Date Order and shall not be deemed proper if made by Proof of Claim.

C.   **Parties Who Do Not Need to File Proof of Claim Forms.**  Certain parties are not required to file Proofs of Claim.  The Court may, however, enter one or more separate orders at a later time requiring holders of claims to file Proofs of Claim for some kinds of the following claims and setting related deadlines.  If the Court does enter such an order, you will receive notice of it.  The following persons or entities holding claims that would otherwise be subject to the applicable Bar Date need **<u>not</u>** file Proofs of Claim:

    (a)   any person or entity that has already filed a Proof of Claim against the Debtors in the above-captioned cases in a form substantially similar to Official Form 410 so long as the claimant does not wish to assert such Claim against a Debtor who was not named in the original Claim, in which case another Proof of Claim must be filed;

    (b)   any person or entity whose claim is listed on the Schedules; provided, that (i) the Claim is not listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not disagree with the amount, nature, or priority of the Claim as set forth in the Schedules, and (iii) the person or entity does not dispute that the Claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(c)     any holder of a Claim that heretofore has been allowed by order of this Court;

(d)     any holder of a Claim that has been paid in full by any of the Debtors;

(e)     any holder of a Claim for which different specific deadlines have previously been fixed by the Court prior to entry of the Bar Date Order;

(f)     any Claim by a Debtor against another Debtor;

(g)     any person or entity that holds an equity security interest in the Debtors, which interest exclusively is based upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such a security or interest; *provided*, that if any such holder asserts a General Claim (as opposed to an ownership interest) against a Debtor (including a claim relating to an equity interest or the purchase or sale of such equity interest), a Proof of Claim must be filed on or before the applicable Bar Date pursuant to the Procedures;

(h)     with respect to any Claim, any person or entity who is not required to file a Proof of Claim pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate Protection to Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, 506, 507 and 552, and (V) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 and Local Rule 4001-2* [Docket No. 116];

(i)     any party that is exempt from filing a Proof of Claim pursuant to an order of this Court in these Chapter 11 Cases;

(j)     the Office of the United States Trustee for any claim for quarterly fees;

(k)     any holder of an Administrative Claim for professional fees and expenses in these proceedings;

(l)     any holder of an Administrative Claim for which Governmental Units are exempt from filing Requests for Payment pursuant to section 503(b)(1)(D) of the Bankruptcy Code; and

(m)     any holder of a Claim allowable under section 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense that arises after the Administrative Claims Deadline.

**INSTRUCTIONS FOR FILING PROOF OF CLAIM OR REQUEST FOR PAYMENT**

A.  **Contents of Proof of Claim.**  Each Proof of Claim must: (i) be written in English; (ii) include a claim amount denominated in United States dollars (and to the extent such claim is converted to United States dollars, the conversion rate used); (iii) conform substantially with Official Form 410; (iv) be signed by the holder of the claim or by an authorized agent of the holder of the claims; and (v) be an original Proof of Claim Form (photocopies or facsimiles will **not** be accepted).

B.  **Contents of Request for Payment.**  Each Request for Payment must: (i) be written in English); (ii) include a claim amount denominated in United States dollars (and to the extent such claim is converted to United States dollars, the conversion rate used); (iii) be signed by the holder of the claim or by an authorized agent of the holder of the claims; (iv) not include an objection deadline or be set for hearing; (v) specify by name and case number of the Debtor(s) against which the Claim is filed; and (vi) file with the Court in Case No. 23-10852 (KBO).

C.  **Claims Against Multiple Debtors.**  Except as otherwise provided by the Bar Date Order, each Proof of Claim and Request for Payment must state a claim against only one Debtor and clearly indicate the Debtor against which the claim is asserted.  To the extent more than one Debtor is listed on the Proof of Claim or Request for Payment, such claim will be treated as if filed only against the first-listed Debtor.  If a claimant files a Proof of Claim without identifying a Debtor, such Proof of Claim will be deemed as filed only against iMedia Brands, Inc.

D.  **Supporting Documentation.**  Each Proof of Claim and Request for Payment must include supporting documentation in accordance with Bankruptcy Rules 3001(c) and 3001(d) (or, if such documentation is voluminous, include a summary of such documentation) or an explanation as to why such documentation is not available; provided, however, that a Proof of Claim Form may only be filed without supporting documentation upon the prior written consent of the Debtors' counsel; provided further, however, that any creditor that received such written consent shall be required to transmit such writings to the Debtors' counsel upon request no later than fourteen (14) days from the date of such request.

E.  **Timely Service for Proofs of Claim.**  Each Proof of Claim must be filed, including supporting documentation, by United States mail or other hand delivery system, so as to be **actually received** by Stretto on or before the applicable Bar Date (or, where applicable, on or before any other Bar Dates set forth in the Bar Date Order) (i) via the electronic filing interface available at https://cases.stretto.com/iMediaBrands/file-a-claim/, or (ii) at the following address:

> For First-Class Mail or Overnight Mail to:
>
> **iMedia Brands, Inc., et al. Claims Processing**
> **c/o Stretto**
> **410 Exchange, Suite 100**

**Irvine, CA 92602**

---

**PROOFS OF CLAIM SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL <u>NOT</u> BE ACCEPTED.**

---

F.    **Timely Service for Administrative Claims.**  Requests for Payment must be filed with the Court and served on the Debtors on or before the Administrative Claims Bar Date or Governmental Bar Date, as applicable.

G.    **Receipt of Service.**  Holders of Claims wishing to receive acknowledgement that their Proofs of Claim were received by Stretto must submit (i) a copy of the Proof of Claim, and (ii) a self-addressed, stamped envelope.

<u>CONSEQUENCES OF FAILING TO TIMELY FILE</u>
<u>YOUR PROOF OF CLAIM OR REQUEST FOR PAYMENT</u>

Pursuant to the Bar Date Order and in accordance with Bankruptcy Rule 3003(c)(2), if you or any party or entity who is required, but fails, to file a Proof of Claim or Request for Payment in accordance with the Bar Date Order on or before the applicable Bar Date, please be advised that:

➢    **YOU WILL BE FOREVER BARRED FROM ASSERTING THAT CLAIM (OR FILING A PROOF OF CLAIM REQUEST FOR PAYMENT WITH RESPECT TO SUCH CLAIM);**

➢    **YOU WILL NOT RECEIVE ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF THAT CLAIM; AND**

➢    **YOU WILL NOT BE ENTITLED TO ANY VOTE IN THESE CHAPTER 11 CASES ON ACCOUNT OF THAT CLAIM.**

<u>Amendments to the Debtors' Schedules</u>

A.    **Amendments to Schedules.**  In the event that the Debtors amend their Schedules after the date of this notice, the Debtors will provide holders of claims that are affected by any such amendment notice of the amendment, and such parties will be given an opportunity to file Proofs of Claim before a new deadline that will be specified in that future notice.

B.    **Amended Schedules Bar Date.**  The Court has approved the later of (i) the Bar Date, or (ii) thirty (30) days from the date on which the Debtors provided notice of the amendment to the Schedules (or another time period as may be fixed by the Court) as the date by which

7

holders of claims affected by the amendment must file Proofs of Claim with respect to such claim.

## Parties to the Debtors' Leases and Executory Contracts

**A.**    **Rejection of Leases and Contracts.**  The Bankruptcy Code provides that Debtors may, at any time before a plan of reorganization is confirmed by the Court, choose to reject certain executory contracts or unexpired leases.  If your contract or lease is rejected, you may have a claim resulting from that rejection.

**B.**    **Proofs of Claim Relating to Rejection Damages.**  The deadline to file a Proof of Claim for damages relating to the rejection of the contract or lease is the alter of (a) the date set forth in an order authorizing the Debtors to reject contracts or leases pursuant to section 365 of the Bankruptcy Code (including any order confirming a plan of reorganization in the Debtors' Chapter 11 Cases), (b) the General Bar Date, and (c) thirty (30) days from the later of the date the rejection order is entered or notice of rejection is provided at 4:00 p.m. prevailing Eastern Time.

## Reservation of Rights

Nothing contained in this notice is intended to or should be construed as a waiver of the Debtors' rights to: (a) dispute, or assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules as to the nature, amount, liability, or classification thereof; (b) subsequently designate any claim listed or reflected in the Schedules as disputed, contingent, or unliquidated; or (c) otherwise amend or supplement the Schedules.

# **Exhibit C**

**Fill in this information to identify the case:**

Name of Debtor & Case Number:

- [ ] iMedia Brands, Inc. (Case No. 23-10852)
- [ ] ValueVision Media Acquisitions, Inc. (Case No. 23-10851)
- [ ] ValueVision Interactive, Inc. (Case No. 23-10853)
- [ ] Portal Acquisition Company (Case No. 23-10854)
- [ ] VVI Fulfillment Center, Inc (Case No. 23-10855)
- [ ] ValueVision Retail Inc. (Case No. 23-10856)

- [ ] PJWH Acquisition Company (Case No. 23-10857)
- [ ] PW Acquisition Company, LLC (Case No. 23-10858)
- [ ] EP Properties, LLC (Ccase No. 23-10859)
- [ ] FL Acquisition Company (Case No. 23-10860)
- [ ] Norwell Television, LLC (Case No. 23-10861)
- [ ] 867 Grand Avenue, LLC (Case No. 23-10862)

**United States Bankruptcy Court for the District of Delaware**

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense *(other than a claim entitled to priority under 11 U.S.C. § 503(b)(9))*. Make such a request according to 11 U.S.C. § 503.

Filers **must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

- [ ] No
- [ ] Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name _____

Number    Street _____

City          State          ZIP Code

Contact phone _____

Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____

Number    Street _____

City          State          ZIP Code

Contact phone _____

Contact email _____

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

- [ ] No
- [ ] Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

- [ ] No
- [ ] Yes.  Who made the earlier filing? _____

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

---

**6.** **Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

---

**7.** **How much is the claim?**   $_____. **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

---

**9.** **Is all or part of the claim secured?**

☐ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                        $_____

**Amount of the claim that is secured:**     $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

---

**10.** **Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

---

**11.** **Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

---

Official Form 410                                **Proof of Claim**                                page 2

| | | Amount entitled to priority |
|---|---|---|
| **12.** **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No ☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☐ No ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                  MM / DD  / YYYY


_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        _____
            First name          Middle name          Last name

Title       _____

Company     _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     _____
            Number       Street

            _____
            City                          State    ZIP Code

Contact phone  _____    Email  _____

# **<u>Exhibit D</u>**

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure  (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or go to https://cases.stretto.com/iMediaBrands/claims/

### Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured  claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**