# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| IMEDIA BRANDS, INC., *et al.*,[1] | ) ) | Case No. 23-10852 (KBO) |
|  | ) ) | (Jointly Administered) |
| Debtors | ) |  |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Courtney J. Hull
Assistant Attorney General
bk-chull@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        GRANT DORFMAN
        Deputy First Assistant Attorney General

        JAMES LLOYD
        Acting Deputy Attorney General for Civil Litigation

        RACHEL R. OBALDO
        Chief for Bankruptcy & Collections Division

        */s/ Courtney J. Hull*
        COURTNEY J. HULL
        Assistant Attorney General
        bk-chull@oag.texas.gov
        Texas State Bar No. 24061297
        Bankruptcy & Collections Division
        P.O. Box 12548
        Austin, TX  78711-2548
        tel: (512) 475-4862
        fax: (512) 936-1409

        ATTORNEYS FOR THE TEXAS
        COMPTROLLER OF PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

I certify that on September 29, 2023, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

iMedia Brands, Inc.
6740 Shady Oak Road
Eden Prairie, MN 55344 3433

By Electronic Means as listed on the Court's ECF Noticing System:

- **Aaron S. Applebaum** aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com
- **Daniel B. Besikof** dbesikof@loeb.com, mjackson@loeb.com;gshi@loeb.com
- **Michael G. Busenkell** mbusenkell@gsbblaw.com
- **Timothy P. Cairns** tcairns@pszjlaw.com
- **Mary F. Caloway** mcaloway@pszjlaw.com
- **Kevin M. Capuzzi** kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Shawn M. Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **Daniel J. DeFranceschi** defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **John M. Debbeler** MDebbeler@brickergraydon.com
- **Robert J. Dehney** rdehney@mnat.com, robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Katherine Devanney** kdevanney@polsinelli.com
- **Andrew Glenn Devore** andrew.devore@ropesgray.com
- **Amish R. Doshi** amish@doshilegal.com
- **David L. Gay** dgay@carltonfields.com, cguzman@carltonfields.com
- **Ronald S. Gellert** rgellert@gsbblaw.com
- **Alessandra Glorioso** glorioso.alessandra@dorsey.com, alessandra-glorioso-9339@ecf.pacerpro.com
- **Rochelle Gumapac** gumapacr@whiteandwilliams.com
- **Bryan J Hall** bjhall@archerlaw.com
- **Melissa M. Hartlipp** mhartlipp@bk-legal.com
- **Nathan Haynes** haynesn@gtlaw.com
- **Adam Hiller** ahiller@adamhillerlaw.com
- **Brian W. Hockett** bhockett@thompsoncoburn.com
- **David R. Hurst** dhurst@mwe.com, dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;mpreusker@mwe.com;ekeil@mwe.com
- **Laura Davis Jones** ljones@pszjlaw.com, efile1@pszjlaw.com
- **Jenny Kasen** jkasen@kasenlaw.com

3

- **Regina S. Kelbon** kelbon@blankrome.com
- **David M. Klauder** dklauder@bk-legal.com, DE17@ecfcbis.com
- **Carl N. Kunz** ckunz@morrisjames.com, rsalotto@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com
- **Tara L. Lattomus** tlattomus@eckertseamans.com, tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com
- **Raymond Howard Lemisch** rlemisch@klehr.com
- **Zhao Liu** liu@teamrosner.com
- **John E. Lucian** john.lucian@blankrome.com
- **Emily Rae Mathews** mathews@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Chantelle D'nae McClamb** cmcclamb@gibbonslaw.com
- **Laura L. McCloud** agbankdelaware@ag.tn.gov
- **Hugh Robert McCullough** hughmccullough@dwt.com, sherriparsons@dwt.com;seadocket@dwt.com
- **Garvan F. McDaniel** gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com
- **Drew McGehrin** dsmcgehrin@duanemorris.com
- **Marcy J. McLaughlin Smith** Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com
- **Dennis A. Meloro** melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
- **Bruce N. Menkes** bmenkes@mandellmenkes.com
- **John A. Moe** john.moe@dentons.com, Glenda.spratt@dentons.com
- **Eric J. Monzo** emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Martin A. Mooney** Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com
- **Lucian Borders Murley** luke.murley@saul.com, robyn.warren@saul.com
- **Michael R. Nestor** bankfilings@ycst.com
- **Daniel A. O'Brien** daobrien@venable.com
- **Tara C Pakrouh** tpakrouh@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Daniel Michael Pereira** dpereira@stradley.com
- **David T Queroli** Queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Andrew R. Remming** aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Laurel D. Roglen** roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Frederick Brian Rosner** rosner@teamrosner.com
- **Richard L. Schepacarter** richard.schepacarter@usdoj.gov
- **Eric Lopez Schnabel** de.ecf@Dorsey.com
- **William L. Siegel** bsiegel@cowlesthompson.com, brodela@cowlesthompson.com
- **Michael A. Stephani** mstephani@bestlaw.com
- **Matthew G. Summers** summersm@ballardspahr.com, hartlt@ballardspahr.com

- **Damien Nicholas Tancredi** damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com
- **Stanley B. Tarr** stanley.tarr@blankrome.com
- **Lawrence Raymond Thomas** lorenzo.thomas@blankrome.com
- **Curtis L. Tuggle** curtis.tuggle@thompsonhine.com, ECFDocket@Thompsonhine.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Margaret A. Vesper** vesperm@ballardspahr.com
- **Steven Walsh** SWalsh@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Christopher A. Ward** cward@polsinelli.com
- **Martin J. Weis** mweis@dilworthlaw.com, ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com
- **Jeffrey C. Wisler** jwisler@connollygallagher.com

> */s/ Courtney J. Hull*
> COURTNEY J. HULL