IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMEDIA BRANDS, INC., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Morris James LLP and Davis Wright Tremaine LLP hereby withdraws its appearance as counsel for Synchrony Bank ("Synchrony"), in these bankruptcy cases, and requests that Morris James LLP and Davis Wright Tremaine LLP be removed from any applicable service lists herein on behalf of Synchrony, including the Court's CM/ECF electronic notification list.

Synchrony has no controversy currently pending before the Court, and the undersigned certifies that Synchrony consents to this withdrawal of appearance.

**PLEASE TAKE FURTHER NOTICE** that all future notices, papers and pleadings related to Synchrony should be forwarded to them directly, as follows:

Synchrony Bank
Attn: General Counsel
777 Long Ridge Rd
Stamford, CT 06902

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax-identification number, are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

16332295/1

| | |
|---|---|
| Dated September 29, 2023 | **MORRIS JAMES LLP** |
| | /s/ *Carl N. Kunz, III* |
| | Carl N. Kunz, III (DE Bar No. 3201) |
| | 500 Delaware Avenue, Suite 1500 |
| | P.O. Box 2306 |
| | Wilmington, DE 19899-2306 |
| | Telephone: 302.888.6800 |
| | Facsimile: 302.571.1750 |
| | ckunz@morrisjames.com |
| | and |
| | Ragan L. Powers, Esq. |
| | Hugh R. McCullough, Esq. |
| | Davis Wright Tremaine LLP |
| | 920 Fifth Avenue, Suite 3300 |
| | Seattle, Washington 98104-1610 |
| | Telephone: 206.622.3150 |
| | raganpowers@dwt.com |
| | hughmccullough@dwt.com |
| | *Withdrawing Counsel for Synchrony Bank* |