# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 10, 2023 AT 1:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801

This hearing will be conducted in person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.  Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances:  (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.[2]

If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom.  All individuals participating by video must register at least two (2) hours prior to the hearing.  After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

https://debuscourts.zoomgov.com/meeting/register/vJItc-yorzotGdyf4HCcxSsrQdnxKXYQ4Ag

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] See Chambers Procedures of the Honorable Karen B. Owens dated October 3, 2022. https://www.deb.uscourts.gov/content/judge-karen-b-owens.

> **Topic: iMedia Brands, Inc., *et al*. – Case No. 23-10852 (KBO)**
> **When: October 10, 2023 at 1:00 p.m. (Prevailing Eastern Time)**
>
> **You must use your full name when registering and logging into Zoom or you will not be granted access to the hearing.**
> **CourtCall will NOT be used for this hearing.**

## RESOLVED MATTERS

1.  **PNC Bank Stay Motion** – Motion of PNC Bank, National Association for Relief from the Automatic Stay [Filed: 8/23/23] ([Docket No. 478](#)).

    Response Deadline:  August 30, 2023 at 4:00 p.m. (Eastern Time).  Extended to October 3, 2023 for the Debtors, IV Media, LLC and the Committee.

    Responses Received:  None.

    Related Documents:

    a)  Certification of Counsel Regarding Order Approving Stipulation for Resolution of Motion of PNC Bank, National Association for Relief from the Automatic Stay [Filed: 10/3/23] ([Docket No. 558](#)).

    b)  [Signed] Order Approving Stipulation for Resolution of Motion of PNC Bank, National Association for Relief from the Automatic Stay [Filed: 10/4/23] ([Docket No. 561](#)).

    Status:  The order has been entered.  No hearing will be necessary.

2.  **Removal Extension Motion** – Debtors' Motion for Entry of Order (I) Further Extending the Deadline By Which the Debtors May Remove Certain Actions and (II) Granting Related Relief [Filed: 9/15/23] ([Docket No. 530](#)).

    Response Deadline:  September 29, 2023 at 4:00 p.m. (Eastern Time).

    Responses Received:  None.

    Related Documents:

    a)  Certification of No Objection Regarding Debtors' Motion for Entry of Order (I) Further Extending the Deadline By Which the Debtors May Remove Certain Actions and (II) Granting Related Relief [Filed: 10/2/23] ([Docket No. 555](#)).

    b)  [Signed] Order (I) Further Extending the Deadline By Which the Debtors May Remove Certain Actions and (II) Granting Related Relief [Filed: 10/4/23] ([Docket No. 559](#)).

    Status:  The order has been entered.  No hearing will be necessary.

3. **OCP Motion** – Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Employ Professionals Utilized in the Ordinary Course of Business, (II) Waiving Certain Information Requirements of Local Rule 2016-2, and (III) Granting Related Relief [Filed: 9/15/23] (Docket No. 531).

   Response Deadline:  September 29, 2023 at 4:00 p.m. (Eastern Time).

   Responses Received:  None.

   Related Documents:

   a) Certification of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Employ Professionals Utilized in the Ordinary Course of Business, (II) Waiving Certain Information Requirements of Local Rule 2016-2, and (III) Granting Related Relief [Filed: 10/2/23] (Docket No. 556).

   b) [Signed] Order (I) Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, (II) Waiving Certain Information Requirements of Local Rule 2016-2, and (III) Granting Related Relief [Filed: 10/4/23] (Docket No. 560).

   Status:  The order has been entered.  No hearing will be necessary.

**MATTERS FOR WHICH CNOS HAVE BEEN FILED**

4. **Motion to Amend Case Caption** – Motion of Debtors for an Order Amending Case Caption [Filed: 9/22/23] (Docket No. 542).

   Response Deadline:  October 3, 2023 at 4:00 p.m. (Eastern Time).

   Responses Received:  None.

   Related Documents:

   a) Certification of No Objection Regarding Motion of Debtors for an Order Amending Case Caption [Filed: 10/4/23] (Docket No. 563).

   Status:  A certification of no objection has been filed.  The Debtors request entry of the order attached to the certification of no objection.  No hearing will be necessary unless the Court has any questions.

5. **365(d)(4) Extension Motion** – Debtors' Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which Any of the Debtors Is a Lessee [Filed: 9/22/23] (Docket No. 543).

   Response Deadline:  October 3, 2023 at 4:00 p.m. (Eastern Time).

   Responses Received:  None.

Related Documents:

a) Certification of No Objection Regarding Debtors' Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which Any of the Debtors Is a Lessee [Filed: 10/4/23] ([Docket No. 564](#)).

Status: A certification of no objection has been filed. The Debtors request entry of the order attached to the certification of no objection. No hearing will be necessary unless the Court has any questions.

## FINAL FEE APPLICATION MATTER

6. Final Fee Application of Lincoln Partners Advisors LLC for Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Debtors for the Period from June 28, 2023 through August 31, 2023 [Filed: 9/7/23] ([Docket No. 519](#)).

Response Deadline: September 28, 2023 at 4:00 p.m. Eastern Time. Extended to seven (7) days before the rescheduled hearing for the Official Committee of Unsecured Creditors.

Responses Received: None as of the date hereof.

Related Documents: The Debtors previously submitted to chambers the index of the fee application pursuant to the Court's Chambers' Procedures.

Status: This matter is continued to the next omnibus hearing in these cases (to be scheduled). The parties are in discussion regarding a resolution and if a resolution is reached, a form of order will be submitted under certification of counsel.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: October 5, 2023<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>E-mail:  ljones@pszjlaw.com<br>           tcairns@pszjlaw.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Cristine Pirro Schwarzman (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-mail:  ryan.dahl@ropesgray.com<br>           cristine.schwarzman@ropesgray.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Stephen L. Iacovo (admitted *pro hac vice*)<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (212) 845-5500<br>E-mail:  stephen.iacovo@ropesgray.com<br><br>*Counsel to the Debtors and Debtors in Possession* |