## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iMedia Brands, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
OCTOBER 10, 2023 AT 1:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE
KAREN B. OWENS IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 6TH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801

### AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION

## RESOLVED MATTERS

1. **PNC Bank Stay Motion** – Motion of PNC Bank, National Association for Relief from the Automatic Stay [Filed: 8/23/23] ([Docket No. 478](#)).

   Response Deadline:  August 30, 2023 at 4:00 p.m. (Eastern Time).  Extended to October 3, 2023 for the Debtors, IV Media, LLC and the Committee.

   Responses Received:  None.

   Related Documents:

   a) Certification of Counsel Regarding Order Approving Stipulation for Resolution of Motion of PNC Bank, National Association for Relief from the Automatic Stay [Filed: 10/3/23] ([Docket No. 558](#)).

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2]  **Amended items appear in bold.**

b) [Signed] Order Approving Stipulation for Resolution of Motion of PNC Bank, National Association for Relief from the Automatic Stay [Filed: 10/4/23] ([Docket No. 561](#)).

Status: The order has been entered. No hearing will be necessary.

2. **Removal Extension Motion** – Debtors' Motion for Entry of Order (I) Further Extending the Deadline By Which the Debtors May Remove Certain Actions and (II) Granting Related Relief [Filed: 9/15/23] ([Docket No. 530](#)).

Response Deadline: September 29, 2023 at 4:00 p.m. (Eastern Time).

Responses Received: None.

Related Documents:

a) Certification of No Objection Regarding Debtors' Motion for Entry of Order (I) Further Extending the Deadline By Which the Debtors May Remove Certain Actions and (II) Granting Related Relief [Filed: 10/2/23] ([Docket No. 555](#)).

b) [Signed] Order (I) Further Extending the Deadline By Which the Debtors May Remove Certain Actions and (II) Granting Related Relief [Filed: 10/4/23] ([Docket No. 559](#)).

Status: The order has been entered. No hearing will be necessary.

3. **OCP Motion** – Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Employ Professionals Utilized in the Ordinary Course of Business, (II) Waiving Certain Information Requirements of Local Rule 2016-2, and (III) Granting Related Relief [Filed: 9/15/23] ([Docket No. 531](#)).

Response Deadline: September 29, 2023 at 4:00 p.m. (Eastern Time).

Responses Received: None.

Related Documents:

a) Certification of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Employ Professionals Utilized in the Ordinary Course of Business, (II) Waiving Certain Information Requirements of Local Rule 2016-2, and (III) Granting Related Relief [Filed: 10/2/23] ([Docket No. 556](#)).

b) [Signed] Order (I) Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, (II) Waiving Certain Information Requirements of Local Rule 2016-2, and (III) Granting Related Relief [Filed: 10/4/23] ([Docket No. 560](#)).

Status: The order has been entered. No hearing will be necessary.

**MATTERS FOR WHICH CNOS HAVE BEEN FILED**

4. **Motion to Amend Case Caption** – Motion of Debtors for an Order Amending Case Caption [Filed: 9/22/23] (Docket No. 542).

   Response Deadline:  October 3, 2023 at 4:00 p.m. (Eastern Time).

   Responses Received:  None.

   Related Documents:

   a) Certification of No Objection Regarding Motion of Debtors for an Order Amending Case Caption [Filed: 10/4/23] (Docket No. 563).

   **b)  [Signed] Order Amending Case Caption [Filed: 10/5/23] (Docket No. 566).**

   Status:  **The order has been entered.  No hearing will be necessary.**

5. **365(d)(4) Extension Motion** – Debtors' Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which Any of the Debtors Is a Lessee [Filed: 9/22/23] (Docket No. 543).

   Response Deadline:  October 3, 2023 at 4:00 p.m. (Eastern Time).

   Responses Received:  None.

   Related Documents:

   a) Certification of No Objection Regarding Debtors' Motion for an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which Any of the Debtors Is a Lessee [Filed: 10/4/23] (Docket No. 564).

   b) **[Signed] Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which Any of the Debtors Is a Lessee [Filed: 10/5/23] (Docket No. 567).**

   Status:  **The order has been entered.  No hearing will be necessary.**

**FINAL FEE APPLICATION MATTER**

6. Final Fee Application of Lincoln Partners Advisors LLC for Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Debtors for the Period from June 28, 2023 through August 31, 2023 [Filed: 9/7/23] (Docket No. 519).

fourteen

<u>Response Deadline</u>:    September 28, 2023 at 4:00 p.m. Eastern Time.  Extended to seven (7) days before the rescheduled hearing for the Official Committee of Unsecured Creditors.

<u>Responses Received</u>:  None as of the date hereof.

<u>Related Documents</u>:    The Debtors previously submitted to chambers the index of the fee application pursuant to the Court's Chambers' Procedures.

<u>Status</u>:  This matter is continued to the next omnibus hearing in these cases (to be scheduled). The parties are in discussion regarding a resolution and if a resolution is reached, a form of order will be submitted under certification of counsel.

*[Remainder of Page Intentionally Left Blank]*

Dated:  October **6**, 2023
       Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
E-mail:  ljones@pszjlaw.com
       tcairns@pszjlaw.com

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Cristine Pirro Schwarzman (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail:  ryan.dahl@ropesgray.com
       cristine.schwarzman@ropesgray.com

-and-

**ROPES & GRAY LLP**
Stephen L. Iacovo (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (212) 845-5500
E-mail:  stephen.iacovo@ropesgray.com

*Counsel to the Debtors and Debtors in Possession*