# EXHIBIT A

**Rejection Order**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Legacy IMBDS, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. \_\_\_** |

## ORDER (I) AUTHORIZING DEBTORS TO REJECT EXECUTORY CONTRACT AND (II) GRANTING RELATED RELIEF

Pursuant to and in accordance with the *Order Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases* [Docket No. 516] (the "Rejection Procedures Order")[2] entered in the above-caption chapter 11 cases of Legacy IMBDS, Inc. and its debtor affiliates (collective, the "Debtors"); and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice (the "Rejection Notice") of their intent to reject a certain executory contract (the "Contract") identified on **Annex A** hereto; in accordance with the terms of the Rejection Procedures Order, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order.

1. The Contract is hereby rejected as set forth herein, effective as of the date set forth for such Contract on **Annex A** (the "Rejection Date").

2. Nothing contained in this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's right to dispute the amount of, basis for, or validity of any claim against the Debtors; or (iii) a waiver of any claims or causes of action that might exist against any creditor or interest holder.

3. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

4. Consistent with the limitations of section 362 of the Bankruptcy Code, and any other applicable law, counterparties to the Contract are prohibited from setting off or otherwise utilizing any amounts deposited by the Debtors with any of the counterparties to the Contract a security deposit or pursuant to another similar arrangement, or owed to the Debtors by any of the counterparties under the Contract or other agreements between the same parties, without further order of this Court.

5. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

6. Any proofs of claim for rejection damages or other related claims if any, asserted by counterparties to the Contract shall be filed on or before the later of (i) the claims bar date established by the Court in these chapter 11 cases, if any, and (ii) thirty (30) days after entry of this Order.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

2
DOCS_DE:245627.1 40543/001

## ANNEX A

## Contract

| Title/Description of Contract | Name | Address | Effective Date of Rejection |
|---|---|---|---|
| Affiliation and Distribution Agreement, dated March 1, 2009 | Comcast Cable Communications, LLC | One Comcast Center, Philadelphia, PA 19103 | October 31, 2023 |