**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 529, 537, 547, 562, 593, 626, 639** |

**NOTICE OF EXTENSION OF THE SYNACOR**
**CHALLENGE PERIOD THROUGH NOVEMBER 8, 2023**

**PLEASE TAKE NOTICE** that, on September 14, 2023, the Court entered the *Order Approving the Stipulation Among the Debtors, the Official Committee of Unsecured Creditors, and Synacor, Inc. Extending the Initial Challenge Period Through September 20, 2023* [Docket No. 529] (the "Stipulation Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 3 of the Stipulation Order, the Synacor Challenge Period may be further extended upon the written consent of the Stipulation Parties.

**PLEASE TAKE FURTHER NOTICE** that the Stipulation Parties have each consented in writing to a further extension of the Synacor Challenge Period from November 1, 2023 to **November 8, 2023** solely for Challenges (as defined in the Final DIP Order) brought by the Debtors or the Official Committee of Unsecured Creditors with respect to the amount, validity,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] Capitalized terms used in this Notice but not defined herein shall have the meanings ascribed to them in the Stipulation Order.

enforceability, priority, or extent of the Synacor Promissory Note Obligations, the liens of Synacor on the Pre-Petition Synacor Collateral securing the Synacor Promissory Note Obligations, or any other claims, counterclaims, causes of action, objections, contests, or defenses against Synacor on behalf of the Debtors' Estates.

| | |
|---|---|
| Dated:  November 1, 2023<br>           Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>Email:  ljones@pszjlaw.com<br>           tcairns@pszjlaw.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Cristine Pirro Schwarzman (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-mail:  ryan.dahl@ropesgray.com<br>            cristine.schwarzman@ropesgray.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Stephen L. Iacovo (admitted *pro hac vice*)<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (312) 845-5500<br>E-mail:  stephen.iacovo@ropesgray.com<br><br>*Counsel to the Debtors and Debtors in Possession* |