IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., *et al.,* | Case No. 23-10852 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket No. 609 |

**NOTICE OF FILING OF UPLOADED PROPOSED ORDER FOR APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS**

PLEASE TAKE NOTICE that, on October 13, 2023, DIRECTV, LLC ("**DIRECTV**"), filed the *Application of DIRECTV, LLC for Allowance and Payment of Administrative Claims and Reservation of Rights* [Docket No. 609] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). **You were previously served with a copy of the Application**.

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Application, DIRECTV uploaded a proposed form of order granting the relief requested in the Application (the "**Proposed Order**").

PLEASE TAKE FURTHER NOTICE that a copy of the Proposed Order previously uploaded with the Court on October 13, 2023 is attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

RLF1 29780130v.1

Dated: November 9, 2023
Wilmington, Delaware

                    Respectfully submitted,

                    */s/ David T. Queroli*
                    Daniel J. DeFranceschi (No. 2732)
                    David T. Queroli (No. 6318)
                    Emily R. Mathews (No. 6866)
                    **RICHARDS, LAYTON & FINGER, P.A.**
                    One Rodney Square
                    920 North King Street
                    Telephone: 302-651-7700
                    Facsimile: (302) 651-7701
                    Email:    defranceschi@rlf.com
                                  queroli@rlf.com
                                  mathews@rlf.com

                    *Counsel for DIRECTV, LLC*