# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., *et al.*, | Case No. 23-10852 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket No. 609 |

**ORDER APPROVING APPLICATION OF DIRECTV, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS AND RESERVATION OF RIGHTS**

Upon the *Application of DIRECTV, LLC for Allowance and Payment of Administrative Claims and Reservation of Rights* (the "**Application**") filed by DIRECTV, LLC ("**DIRECTV**") seeking allowance and payment of administrative claims pursuant to sections 503 and 507 of title 11 of the United States Code (the "**Bankruptcy Code**"), in the aggregate amount of $1,185,180.53 (the "**DIRECTV Administrative Claim**"); and upon consideration of the Application and the relief requested therein being core proceedings pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Application having been given under the circumstances; and the Court having determined that the legal and factual basis set forth in the Application establish good cause for the relief granted herein, it is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

ORDERED, ADJUDGED AND DECREED THAT:

1. The Application is GRANTED as set forth herein.

2. The DIRECTV Administrative Claim shall be allowed as an administrative expense claim in the amount of $1,185,180.53 pursuant to section 503(b)(1) of the Bankruptcy Code, with such claim having the priority afforded to administrative expenses under section 507(a)(2) of the Bankruptcy Code.

3. The Debtors are authorized and directed to pay to DIRECTV the DIRECTV Administrative Claim in the amount of $1,185,180.53 within 7 calendar days of the entry of this Order.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.