# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., *et al.*, | Case No. 23-10852 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, David T. Queroli, hereby certify that on November 9, 2023, I caused copies of the *Notice of Filing of Uploaded Proposed Order for Application for Allowance and Payment of Administrative Claims* to be served upon the parties identified in the attached service list in the manner indicated.

                                                    */s/   David T. Queroli*
                                                    David T. Queroli (No. 6318)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); iMedia Brands, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

RLF1 29785428v.1

**Legacy IMBDS, Inc., Case No. 23-10852 (KBO)**
**Service List**

*Via CM/ECF, Email & First-Class Mail*
Richard Schepacarter
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov

*Via CM/ECF & Email*
Ryan Preston Dahl
Cristine Pirro Schwarzman
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 1
Email: Ryan.Dahl@ropesgray.com
        Cristine.Schwarzman@ropesgray.com

Stephen L. Iacovo
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Email: Stephen.Iacovo@ropesgray.com

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899
Email: Ljones@pszjlaw.com
        Tcairns@pszjlaw.com

Regina Stango Kelbon, Esq.
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, Delaware 19801
Email: Regina.Kelbon@blankrome.com

*Via Email:*
Dennis A. Meloro
Greenberg Traurig, LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
E-mail: Dennis.Meloro@gtlaw.com

Oscar N. Pinkas
Nathan A. Haynes
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, New York 10017
E-mail: PinkasO@gtlaw.com
       HaynesN@gtlaw.com

Darren Azman
Kristin Going
Stacy A. Lutkus
Lucas B. Barrett
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, New York 10017-3852
E-mail: dazman@mwe.com
       kgoing@mwe.com
       salutkus@mwe.com
       lbarrett@mwe.com

David R. Hurst
McDermott Will & Emery LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
E-mail: dhurst@mwe.com