**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Legacy IMBDS, Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On October 19, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on Socora Village Company at 245 N Waco St, Ste 400, Wichita, KS 67202-1117:

- **Notice of Extension of the Synacor Challenge Period Through October 18, 2023** (Docket No. 593)

Furthermore, on October 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Axis Insurance at 233 S Wacker Dr, Ste 3510, Chicago, IL 60606-6335, pursuant to USPS forwarding instructions:

- **Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (II) Authorizing Continuation of Insurance Premium Financing Agreement, (III) Authorizing Continuation and Renewal of Surety Bond Program, and (IV) Granting Related Relief** (Docket No. 86)

Furthermore, on October 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief** (Docket No. 260)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

Furthermore, on October 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Tibco Software Inc at 4980 Great America Pkwy, Santa Clara, CA 95054-1200, pursuant to USPS forwarding instructions:

- **Order (I) Approving Bidding Procedures, the Form and Manner of Notice Thereof and (II) Granting Related Relief** (Docket No. 345)

Furthermore, on October 26, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Notice of Winning Bidder and Back-Up Bidder and Adequate Assurance of Future Performance with Respect to Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases of the Debtors** (Docket No. 438)

- **Notice of Filing of Revised Proposed Sale Order** (Docket No. 439)

Furthermore, on October 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Alorica Business Solutions, Tammy Bergeron at 5161 California Ave, Ste 100, Irvine, CA 92617-8002, pursuant to USPS forwarding instructions:

- **Final Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Liens and Superpriority Administrative Expense Claims to Post-Petition Lenders and (C) Utilize Cash Collateral, (II) Providing Adequate Protection to Pre-Petition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, 506, 507 and 552** (Docket No. 454)

Furthermore, on October 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, pursuant to USPS forwarding instructions:

- **Debtors' Motion Seeking Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief** (Docket No. 474)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on or before October 30, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit D**:

- **Order (I) Authorizing Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property and (B) Abandon Property in Connection Therewith and (II) Granting Related Relief** (Docket No. 598)

Dated: November 10, 2023

_____
Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 10th day of November, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Carlton Bauer | | Address on File | | | |
| D A Davidson & Co as Cust FBO | Evan Lawler IRA | 8347 Medway Ln NE | Bainbridge Is | WA | 98110-1233 |
| Jeffrey Landin | | Address on File | | | |
| Kristina Tuma | | Address on File | | | |
| Kristine L Kvanli | | Address on File | | | |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# Exhibit B



**Exhibit B**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| JW Player | 530 Fashion Ave | Fl 16 | New York | NY | 10018-4856 |
| Minisoft Inc | 39120 Argonaut Way | | Fremont | CA | 94538-1304 |
| Tibco Software Inc | 4980 Great America Pkwy | | Santa Clara | CA | 95054-1200 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# Exhibit C



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Belden Mall LLC | c/o Pacific Retail Coast Properties | 2029 Century Park E | Ste 1550 | | Los Angeles | CA | 90067-3000 |
| Convergent Outsourcing Inc | Vaily Borishkevich | PO Box 15283 | | | Wilmington | DE | 19850-5283 |
| Edgecast Inc | | PMB 1191 | 11811 N Tatum Blvd | Ste 3031 | Phoenix | AZ | 85028-1621 |
| Edgecast Inc. DBA Verizon Digital Media Services, Inc. | | PMB 1191 | 11811 N Tatum Blvd | Ste 3031 | Phoenix | AZ | 85028-1621 |
| EMX Digital, Inc. | | 301 Carnegie Ctr | Ste 301 | | Princeton | NJ | 08540-6588 |
| Janae Moore | c/o Wehmann Models & Talent, Inc. | 2909 Wayzata Blvd | | | Minneapolis | MN | 55405-2126 |
| LongTail Ad Solutions, Inc. DBA JW Player | | 530 Fashion Ave | Fl 16 | | New York | NY | 10018-4856 |
| Pitney Bowes Inc | Attn Customer SVC Dept | 55 Jewelers Park Dr | Ste 300 | | Neenah | WI | 54956-3707 |
| RhythmOne, LLC | | PMB 81938 | 1037 NE 65th St | | Seattle | WA | 98115-6655 |
| TIBCO Software Inc. | | 4980 Great America Pkwy | | | Santa Clara | CA | 95054-1200 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# Exhibit D



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Edgecast Inc | | 11811 N Tatum Blvd | Ste 3031 | Phoenix | AZ | 85028-1621 |
| Belden Mall LLC | c/o Pacific Retail Coast Properties | 2029 Century Parke | Ste 1550 | Los Angeles | CA | 90067-3000 |
| Socora Village Company | | 245 N Waco St | Ste 400 | Wichita | KS | 67202-1117 |
| Socora Village Corporation | Attn: Legal Department | 245 N Waco St | Ste 400 | Wichita | KS | 67202-1117 |
| Janae Moore | c/o Wehmann Models & Talent, Inc. | 2909 Wayzata Blvd | | Seymour | TN | 37865-5955 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1