# UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., et al.,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On November 9, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Internal Revenue Service at PO Box 409101, Ogden, UT 84409:

- **[*Customized*] Class 4 – Unsecured Claims General Ballot to Accept or Reject Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc. and Its Debtor Affiliates** (substantially in the form of **Exhibit 4-A** to the Solicitation Procedures Order filed at Docket No. 701)

- **Order (I) Granting Interim Approval of the Disclosures in the Combined Plan and Disclosure Statement; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief** (Docket No. 701 excluding Exhibits)

- **Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates** (Docket No. 706)

- **Notice of (I) Interim Approval of Disclosures; (II) Hearing to Consider Confirmation of the Combined Plan and Disclosure Statement; (III) Deadline for Filing Objections to Confirmation of the Combined Plan and Disclosure Statement; and (IV) Deadline for Voting on the Combined Plan and Disclosure Statement** (Docket No. 708)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

- **Postage Pre-Paid Business Reply Envelope**

    In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: November 10, 2023                  *Serina Tran*
                                                                                     Serina Tran

State of Colorado     )
                            ) SS.
County of Denver     )

Subscribed and sworn before me this 10th day of November 2023 by Serina Tran.

*Kerrie Lynne Darby*
(Notary's official signature)

> KERRIE LYNNE DARBY
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20234021580
> MY COMMISSION EXPIRES JUN. 8, 2027