**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
: 
In re : Chapter 11
: 
Legacy IMBDS, Inc., *et al.*, : Case No. 23-10852 (KBO)
: 
          Debtors. : (Jointly Administered)
: 
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| December 7, 2023 | 9:30 a.m. prevailing Eastern Time |

Dated: November 15th, 2023
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:243838.4 40543/001
DE:4863-3434-5614.5 40543.001