**UNITED STATES BANKRUPTCY**
**COURT DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Legacy IMBDS, Inc., et al.,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On November 30, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Plan Supplement** (Docket No. 779)

Furthermore, on November 30, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Fourth Monthly Application of Ropes & Gray LLP for Allowance of Compensation for Services Rendered as Attorneys for the Debtors and Debtors in Possession for the Period from October 1, 2023 Through and Including October 31, 2023** (Docket No. 780)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 1, 2023

_Serina Tran_
Serina Tran

State of Colorado        )
                                      ) SS.
County of Denver         )

Subscribed and sworn before me this 1st day of December 2023 by Serina Tran.

_Danielle Harnden_
(Notary's official signature)

```
DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04
```

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

# Exhibit A



# Exhibit A

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Accertify, Inc | c/o Becket & Lee LLP | Attn: Shraddha Bharatia | PO Box 3002 | Malvern | PA | 19355-0702 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400, Brookfield Place | New York | NY | 10281-1022 |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 |
| State Of Indiana | Office Of The Attorney General | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 |
| State Of Kansas | Office Of The Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 |
| State Of Mississippi | Office Of The Attorney General | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 |
| State Of Nevada | Office Of The Attorney General | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 |
| State Of New Jersey | Office Of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| State Of New York | Office Of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 |
| State Of Ohio | Office Of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 02903 |
| State Of South Carolina | Office Of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 |
| State Of Wisconsin | Office Of The Attorney General | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 |
| State Of Wyoming | Office Of The Attorney General | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 |
| U.S. Bank, N.A | Attn: General Counsel | 2800 Tamarack Rd | | Owensboro | KY | 42301 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# Exhibit B



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Aerofund Holdings, Inc. | Attn: Ginger L. Sotelo, Esq. | | gsotelo@pahl-mccay.com |
| Apparel Solutions, Inc. | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & Steven L. Walsh | kcapuzzi@beneschlaw.com<br>swalsh@beneschlaw.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder, Esq., Melissa M. Hartlipp, Esq. | dklauder@bk-legal.com<br>mhartlipp@bk-legal.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R. Winters, Esq., Brendan M. Scott, Esq | iwinters@klestadt.com<br>bscott@klestadt.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Riemer & Braunstein LLP | Attn: Steven E. Fox | sfox@riemerlaw.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Douglas D. Herrmann, Evelyn Meltzer | douglas.herrmann@troutman.com<br>evelyn.meltzer@troutman.com |
| ChannelAdvisor Corporation | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Clarus Commerce LLC d/b/a Ebbo | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch, Sally E. Veghte | rlemisch@klehr.com<br>sveghte@klehr.com |
| Comcast Cable Communications, LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers, Laurel D. Roglen, Margaret A. Vesper | summersm@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com |
| Commerce Technologies LLC d/b/a CommerceHub | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Blank Rome LLP | Attn: Stanley B. Tarr | stanley.tarr@blankrome.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan Lewis & Bockius, LLP | Attn: Julia Frost-Davies | julia.frost-davies@morganlewis.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan, Lewis & Bockius LLP | Attn: T. Charlie Liu | charlie.liu@morganlewis.com |
| DIRECTV, LLC | c/o Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi, David T. Queroli, Emily R. Mathews | defranceschi@rlf.com<br>queroli@rlf.com<br>mathews@rlf.com |
| District Of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Exorigos Ltd. | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| Gemporia Limited | c/o Best and Flanagan, LLC | Attn: Michael A. Stephani | mstephani@bestlaw.com |
| GG Software LP d/b/a NitroPay | c/o Carlton Fields, P.A. | Attn: David L. Gay, Esq. | dgay@carltonfields.com<br>namer@carltonfields.com |
| GG Software LP d/b/a NitroPay | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Esq. | mbusenkell@gbblaw.com |
| G-III Leather Fashions, Inc. | c/o Loeb & Loeb LLP | Attn: Daniel B. Besikof | dbesikof@loeb.com |
| G-III Leather Fashions, Inc. | c/o Loeb & Loeb LLP | Attn: Guy Macarol | gmacarol@loeb.com |
| Isomers Laboratories Inc. | Attn: Manuela Marcheggiani | | mmarcheggiani@isomers.ca<br>manuela@isomers.ca |
| Korber Supply Chain US, Inc. | c/o Cowles & Thompson, P.C. | Attn: William L. Siegel | bsiegel@cowlesthompson.com |
| Michigan Department of Treasury | c/o Cammie O. Anderson | Attn: Heather L. Donald, Assistant Attorney General | donaldh@michigan.gov |
| Milor S.P.A. | Attn: Joseph Mouhadab | | jm@milor.it |
| Missouri Department of Revenue | c/o Bankruptcy Unit | Attn: Don G. Cosper | bankruptcy@dor.mo.gov |
| New York State Department of Taxation and Finance | Attn: Martin A. Mooney, Esq. | Office of the New York State Attorney General, Civil Recoveries Bureau, Bankruptcy Litigation Unit | martin.mooney@ag.ny.gov |
| Numaco Packaging, LLC | c/o Cameron & Mittleman LLP | Attn: Bruce W. Gladstone | bgladstone@cm-law.com |
| Numaco Packaging, LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus, Esq. | tlattomus@eckertseamans.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | richard.schepacarter@usdoj.gov |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Attn: Ryan Starnowsky | | ra-li-ucts-bankrupt@state.pa.us |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)<br>Case No. 23-10852 (KBO)

Page 1 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman, Kristin Going, Stacy A. Lutkus, Lucas B. Barrett | dazman@mwe.com<br>kgoing@mwe.com<br>salutkus@mwe.com<br>lbarrett@mwe.com |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: David R. Hurst | dhurst@mwe.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Pontus IMB Portfolio, LLC | c/o Levene, Neale, Bender, Yoo & Golubchik LLP | Attn: Juliet Y. Oh | jyo@lnbyg.com |
| Pontus IMB Portfolio, LLC | c/o Polsinelli PC | Attn: Christopher A. Ward, Katherine M. Devanney | cward@polsinelli.com<br>kdevanney@polsinelli.com |
| Real Decoy, Inc. | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| RNN-TV Licensing Co. LLC | c/o Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Jennifer Rodburg, Philip Richter, Andrew Minear | jennifer.rodburg@friedfrank.com<br>philip.richter@friedfrank.com<br>andrew.minear@friedfrank.com |
| RNN-TV Licensing Co. LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Andrew R. Remming | rdehney@morrisnichols.com<br>aremming@morrisnichols.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Amy E. Vulpio | vulpioa@whiteandwilliams.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Rochelle Gumapac | gumapacr@whiteandwilliams.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: John Lucian | john.lucian@blankrome.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com |
| State Of Alabama | Office Of The Attorney General | | consumerinterest@alabamaag.gov |
| State Of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State Of Arizona | Office Of The Attorney General | | bceintake@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | | dor_tac_bankruptcy@state.co.us |
| State Of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State Of Delaware | Department Of Justice | | attorney.general@state.de.us |
| State Of Florida | Office Of The Attorney General | | ashley.moody@myfloridalegal.com |
| State Of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State Of Idaho | Office Of The Attorney General | | lawrence.wasden@ag.idaho.gov |
| State Of Illinois | Office Of The Attorney General | | michelle@lisamadigan.org |
| State Of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State Of Kansas | Office Of The Attorney General | | derek.schmidt@ag.ks.gov |
| State Of Kentucky | Office Of The Attorney General | | kyoagor@ky.gov |
| State Of Louisiana | Office Of The Attorney General | | constituentservices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State Of Massachusetts | Office Of The Attorney General | | ago@state.ma.us |
| State Of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State Of Minnesota | Office Of The Attorney General | | attorney.general@ag.state.mn.us |
| State Of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State Of New Hampshire | Office Of The Attorney General | Nh Department Of Justice | attorneygeneral@doj.nh.gov |
| State Of New Mexico | Office Of The Attorney General | | hbalderas@nmag.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| State Of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State Of Utah | Office Of The Attorney General | | uag@utah.gov |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | | uag@utah.gov |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)<br>Case No. 23-10852 (KBO)

Page 2 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State Of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State Of Virginia | Office Of The Attorney General | | mail@oag.state.va.us |
| State Of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| Sterling Group Holdings Limited dba Sterling Apparel of Hong Kong | c/o Bricker Graydon LLP | Attn: J. Michael Debbeler | mdebbeler@brickergraydon.com |
| Synacor, Inc. | c/o Gibbons P.C. | Attn: Chantelle D. McClamb, Esq. | cmcclamb@gibbonslaw.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Curtis L. Tuggle, Esq. | curtis.tuggle@thompsonhine.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Jonathan Hawkins, Esq. | jonathan.hawkins@thompsonhine.com |
| The Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Courtney J. Hull, Assistant Attorney General | bk-chull@oag.texas.gov |
| Type A Holdings LTD | c/o Venable LLP | Attn: Andrew J. Currie, Frederick W. H. Carter | ajcurrie@venable.com fwcarter@venable.com |
| Type A Holdings LTD | c/o Venable LLP | Attn: Daniel A. O'Brien, Esq. | daobrien@venable.com |
| U.S. Bank | c/o Dorsey & Whitney LLP | Attn: Alessandra Glorioso, Eric Lopez Schnabel | glorioso.alessandra@dorsey.com schnabel.eric@dorsey.com |
| U.S. Bank Equipment Finance, a division of U.S. Bank, National Association | c/o Morris James LLP | Attn: Eric J. Monzo, Tara C. Pakrouh | emonzo@morrisjames.com tpakrouh@morrisjames.com |
| U.S. Bank Trust Company NA | Attn: Laura L. Moran | MA-Global Corporate Trust | laura.moran@usbank.com |
| U.S. Bank Trust Company National Association | c/o Dorsey & Whitney (Delaware) LLP | Attn: Eric Lopez Schnabel, Alessandra Glorioso | schnabel.eric@dorsey.com glorioso.alessandra@dorsey.com |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 3 of 3

# Exhibit C



**Exhibit C**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel Crystal Financial LLC | c/o Morgan Lewis & Bockius LLP | One Federal St | Attn: Julia Frost-Davies | Boston | MA | 02110 |
| Counsel to the Prepetition Agent | c/o Blank Rome LLP | 1201 N Market St Ste 800 | Attn: Regina Stango Kelbon Esq. | Wilmington | DE | 19801 |
| iMedia Brands Inc. et al. | Attn: Alex Wasserburger | 6740 Shady Oak Rd | | Eden Prairie | MN | 55344-3433 |
| Co-Counsel to the Debtors | c/o Ropes & Gray | 1211 Avenue of the Americas | R Preston D Cristine P Schwarzman | New York | NY | 10036 |
| Co-Counsel to the Debtors | c/o Ropes & Gray | 191 N Wacker Dr 32nd Fl | Attn: Stephen L. Iacovo | Chicago | IL | 60606 |
| Co-Counsel to the Debtors | Pachulski Stang Ziehl & Jones LLP | 919 N Market St 17th Fl | Attn L Jones T Cairns | Wilmington | DE | 19801 |
| Proposed Counsel to the Committee | c/o McDermott Will & Emery LLP | One Vanderbilt Ave | Attn: Kristin Going Darren Azman | New York | NY | 10017-3852 |
| US Trustee District of Delaware | Attn: Richard L. Schepacarter | 844 N King St Rm 2207 | | Wilmington | DE | 19801 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# Exhibit D



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Counsel to Crystal Financial LLC d/b/a SLR Creditor Solutions | c/o Morgan Lewis & Bockius, LLP | Attn: Julia Frost-Davies | julia.frost-davies@morganlewis.com |
| Counsel to the Prepetition Agent | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq. | regina.kelbon@blankrome.com |
| iMedia Brands, Inc. et al. | Attn: Alex Wasserburger | | awasserburger@imediabrands.com |
| Co-Counsel to the Debtors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Timothy P. Cairns | ljones@pszjlaw.com<br>tcairns@pszjlaw.com |
| Co-Counsel to the Debtors | c/o Ropes & Gray | Attn: Ryan Preston Dahl, Cristine Pirro Schwarzman | ryan.dahl@ropesgray.com<br>cristine.schwarzman@ropesgray.com |
| Co-Counsel to the Debtors | c/o Ropes & Gray | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| Proposed Counsel to the Committee | c/o McDermott Will & Emery LLP | Attn: Kristin Going, Darren Azman | kgoing@mwe.com<br>dazman@mwe.com |
| United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | richard.schepacarter@usdoj.gov |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1