**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Legacy IMBDS, Inc., *et al.*,[1]<br>               Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 635** |

**ORDER APPROVING STIPULATION FOR ADJOURNMENT OF HEARING ON REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE OF WRNN-TV ASSOCIATES LIMITED PARTNERSHIP**

This Court having considered the *Request for Payment of Administrative Expense of WRNN-TV Associates Limited Partnership* [Docket No. 635] (the "Admin Expense Request"); and this Court having considered the *Stipulation for Adjournment of Hearing on Request for Payment of Administrative Expense of WRNN-TV Associates Limited Partnership* (the "Stipulation"), attached hereto as **Exhibit 1**, between the Debtors, WRNN-TV Associates Limited Partnership ("RNN"), IV Media, LLC ("Buyer"), and the Official Committee of Unsecured Creditors (the "Committee") (collectively, the "Stipulation Parties"); and this Court having determined that good and adequate cause exists for approval of the Stipulation; and upon submission of this Order under certification filed by counsel for the Debtors;[2]

IT IS HEREBY ORDERED THAT:

1. The Stipulation is hereby approved.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Admin Expense Request.

2. The Stipulation Parties are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order and to perform their respective obligations under the Stipulation.

3. The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

4. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order and the Stipulation.

*[Signature: Ka B. O.]*

**Dated: December 6th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**