UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Legacy IMBDS, Inc., *et al.*,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON DECEMBER 7, 2023 AT
9:30 A.M. (EASTERN TIME) BEFORE THE HONORABLE KAREN B.
OWENS IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 6TH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801**

**THE BELOW LISTED MATTER HAS BEEN ADJOURNED.
THE COURT HAS CANCELLED THE HEARING.**

**MATTER GOING FORWARD**

1. Request for Payment of Administrative Expense of WRNN-TV Associates Limited Partnership [Filed: 10/24/23] ([Docket No. 635](#)).

   Response Deadline:   November 7, 2023 at 4:00 p.m. Eastern Time.

   Responses Received:

   a) DirecTV, LLC's Statement and Reservation of Rights Regarding Administrative Expenses Incurred in Chapter 11 Cases [Filed: 10/25/23] ([Docket No. 643](#)).

   b) Limited Objection of IV Media, LLC to Request for Payment of Administrative Expense of WRNN-TV Associates Limited Partnership [Filed: 11/7/23] ([Docket No. 712](#)).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] **Amended items appear in bold.**

c) Debtors' Limited Objection to Request for Payment of Administrative Expense of WRNN-TV Associates Limited Partnership [Filed: 11/16/23] ([Docket No. 749](#)).

   (i) Reply of IV Media, LLC to Debtors' Limited Objection to Request for Payment of Administrative Expense of WRNN-TV Associates Limited Partnership[Filed: 11/30/23] ([Docket No. 777](#)).

d) Joinder of the Official Committee of Unsecured Creditors to Debtors' Limited Objection to Request for Payment of Administrative Expense of WRNN-TV Associates Limited Partnership [Filed: 11/16/23] ([Docket No. 750](#)).

Replies Filed:

a) Reply of WRNN-TV Associates Limited Partnership in Further Support of Its Request for Payment of Administrative Expense [Filed: 12/4/23] ([Docket No. 785](#)).

Related Documents:

a) Amended Notice of Hearing for Request for Payment of Administrative Expense of WRNN-TV Associates Limited Partnership [Filed: 11/20/23] ([Docket No. 754](#)).

b) **Certification of Counsel Regarding Order Approving Stipulation for Adjournment of Hearing on Request for Payment of Administrative Expense of WRNN-TV Associates Limited Partnership [Filed: 12/6/23] ([Docket No. 793](#)).**

c) [**Signed**] Order Approving Stipulation for Adjournment of Hearing on Request for Payment of Administrative Expense of WRNN-TV Associates Limited Partnership [Filed: 12/6/23] ([Docket No. 794](#)).

Status: **An order has been entered adjourning this matter to the hearing scheduled for December 21, 2023 at 2:00 p.m. Eastern Time.**

*[Remainder of Page Intentionally Left Blank]*

DE:4891-6361-1028.2 40543.001

| | |
|---|---|
| Dated:  December **6**, 2023<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>E-mail:  ljones@pszjlaw.com<br>            tcairns@pszjlaw.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Cristine Pirro Schwarzman (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-mail:  ryan.dahl@ropesgray.com<br>            cristine.schwarzman@ropesgray.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Stephen L. Iacovo (admitted *pro hac vice*)<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (312) 845-5500<br>E-mail:  stephen.iacovo@ropesgray.com<br><br>*Counsel to the Debtors and Debtors in Possession* |