# EXHIBIT A



PACHULSKI
STANG
ZIEHL &
JONES

919 North Market Street
17th Floor
Wilmington, DE  19801

iMedia Brands Inc.
J. Alex Wasserburger
iMedia Brands Inc.
6740 Shady Oak Road
Eden Prairie, MN  55344

December 8, 2023
Invoice    135188
Client      40543.00001

RE:  Debtor Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2023

| | |
|---|---|
| FEES | $57,187.50 |
| EXPENSES | $572.60 |
| **TOTAL CURRENT CHARGES** | **$57,760.10** |
| **BALANCE FORWARD** | **$577,438.74** |
| **LAST PAYMENT** | **-$454,434.50** |
| **TOTAL BALANCE DUE** | **$180,764.32** |

Pachulski Stang Ziehl & Jones LLP

iMedia Brands Inc.

Client 40543.00001

Page:    2

Invoice 135188

December 8, 2023

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| LDJ | Jones, Laura Davis | Partner | 1,745.00 | 5.90 | $10,295.50 |
| TPC | Cairns, Timothy P. | Partner | 1,125.00 | 7.70 | $8,662.50 |
| MFC | Caloway, Mary F. | Counsel | 1,350.00 | 15.50 | $20,925.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 495.00 | 0.20 | $99.00 |
| KKY | Yee, Karina K. | Paralegal | 545.00 | 21.90 | $11,935.50 |
| ARP | Paul, Andrea R. | Case Management Assistant | 425.00 | 4.70 | $1,997.50 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 425.00 | 7.70 | $3,272.50 |
| | | | | 63.60 | $57,187.50 |

Pachulski Stang Ziehl & Jones LLP

iMedia Brands Inc.

Client 40543.00001

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation | 30.70 | $26,479.50 |
| CA | Case Administration | 9.30 | $4,504.50 |
| CO | Claims Administration and Objections | 2.10 | $3,388.00 |
| CPO | Other Professional Compensation | 5.30 | $4,846.50 |
| EC | Contract and Lease Matters | 2.00 | $1,814.50 |
| FF | Financial Filings | 2.70 | $2,811.50 |
| PD | Plan and Disclosure Statement | 7.10 | $8,572.50 |
| RPO | Other Professional Retention | 3.60 | $4,093.00 |
| SL | Stay Litigation | 0.80 | $677.50 |
| | | 63.60 | $57,187.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    4

iMedia Brands Inc.

Invoice 135188

Client 40543.00001

December 8, 2023

## Summary of Expenses

| Description | Amount |
|---|---|
| Pacer - Court Research | $176.30 |
| Reproduction Expense - @0.10 per page | $396.30 |
| | $572.60 |

Pachulski Stang Ziehl & Jones LLP
iMedia Brands Inc.
Client 40543.00001

Page:    5
Invoice 135188
December 8, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 10/02/2023 | KKY | BL | Draft 10/10/23 agenda | 0.80 | 545.00 | $436.00 |
| 10/02/2023 | KKY | BL | Draft (.1), file (.1), and prepare for filing (.1) certification of no objection re removal extension motion | 0.30 | 545.00 | $163.50 |
| 10/02/2023 | KKY | BL | Upload order (.1) and prepare for uploading same (.1) re removal extension order | 0.20 | 545.00 | $109.00 |
| 10/02/2023 | MFC | BL | Emails re CNOs to be filed. | 0.10 | 1,350.00 | $135.00 |
| 10/02/2023 | MFC | BL | Review draft CNOs and emails with KY re same. | 0.10 | 1,350.00 | $135.00 |
| 10/02/2023 | TPC | BL | Correspond with team re: CNO issues | 0.10 | 1,125.00 | $112.50 |
| 10/03/2023 | KKY | BL | Review and revise 10/10/23 agenda | 0.40 | 545.00 | $218.00 |
| 10/03/2023 | LDJ | BL | Teleconference with Steve Iacovo re: pending issues | 0.20 | 1,745.00 | $349.00 |
| 10/03/2023 | MFC | BL | Review draft agenda; email to chambers re Zoom and email to R&G re status. | 0.10 | 1,350.00 | $135.00 |
| 10/04/2023 | CJB | BL | Prepare hearing binders for hearing on 10/10/23. | 1.40 | 425.00 | $595.00 |
| 10/04/2023 | KKY | BL | Email to claims agent re service of [signed] removal extension order | 0.10 | 545.00 | $54.50 |
| 10/04/2023 | KKY | BL | Draft (.1), file (.1), and prepare for filing (.1) certification of no objection re motion to amend case caption | 0.30 | 545.00 | $163.50 |
| 10/04/2023 | KKY | BL | Upload order (.1) and prepare for uploading same (.1) re order to amend case caption | 0.20 | 545.00 | $109.00 |
| 10/04/2023 | KKY | BL | Review and revise 10/10/23 agenda | 1.00 | 545.00 | $545.00 |
| 10/04/2023 | KKY | BL | File (.1) and prepare for filing and service (.2) 3rd notice of challenge extension deadline | 0.30 | 545.00 | $163.50 |
| 10/04/2023 | KKY | BL | Email to claims agent re service of 3rd notice of challenge extension deadline | 0.10 | 545.00 | $54.50 |
| 10/04/2023 | MFC | BL | Review updated draft agenda and emails to R&G re same. | 0.10 | 1,350.00 | $135.00 |
| 10/04/2023 | MFC | BL | Emails with R&G re hearing and agenda. | 0.10 | 1,350.00 | $135.00 |
| 10/04/2023 | MFC | BL | Emails re challenge stipulation to be filed. | 0.20 | 1,350.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP
iMedia Brands Inc.
Client 40543.00001

Page:    6
Invoice 135188
December 8, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/2023 | MFC | BL | Review draft COCs and emails with KY re edits. | 0.10 | 1,350.00 | $135.00 |
| 10/05/2023 | CJB | BL | Prepare hearing binders for hearing on 10/10/23. | 0.20 | 425.00 | $85.00 |
| 10/05/2023 | KKY | BL | File (.1) and prepare for filing and service (.2) 10/10/23 agenda | 0.30 | 545.00 | $163.50 |
| 10/05/2023 | KKY | BL | Email to claims agent re service of 10/10/23 agenda | 0.10 | 545.00 | $54.50 |
| 10/05/2023 | KKY | BL | Draft amended 10/10/23 agenda | 0.20 | 545.00 | $109.00 |
| 10/05/2023 | LDJ | BL | Review status, agenda for 10/10 hearing | 0.10 | 1,745.00 | $174.50 |
| 10/05/2023 | MFC | BL | Revise agenda (.2); emails with R&G re same (.1). | 0.30 | 1,350.00 | $405.00 |
| 10/05/2023 | MFC | BL | Emails with R&G and KY re agenda updates (.2); revise and finalize same (.2). | 0.40 | 1,350.00 | $540.00 |
| 10/05/2023 | MFC | BL | Emails with chambers re agenda. | 0.10 | 1,350.00 | $135.00 |
| 10/05/2023 | MFC | BL | Emails re orders entered and cancellation of hearing. | 0.10 | 1,350.00 | $135.00 |
| 10/05/2023 | MFC | BL | Review and edit draft amended agenda. | 0.10 | 1,350.00 | $135.00 |
| 10/06/2023 | KKY | BL | File (.1) and prepare for filing and service (.2) amended 10/10/23 agenda | 0.30 | 545.00 | $163.50 |
| 10/06/2023 | KKY | BL | Email to claims agent re service of amended 10/10/23 agenda | 0.10 | 545.00 | $54.50 |
| 10/06/2023 | KKY | BL | Email to claims agent re service of [signed] order amending case caption | 0.10 | 545.00 | $54.50 |
| 10/07/2023 | LDJ | BL | Review docket, critical dates memo | 0.20 | 1,745.00 | $349.00 |
| 10/09/2023 | TPC | BL | Correspond with interested parties re: upcoming iMedia hearing | 0.20 | 1,125.00 | $225.00 |
| 10/10/2023 | MFC | BL | Multiple emails re scheduling issues. | 0.20 | 1,350.00 | $270.00 |
| 10/10/2023 | TPC | BL | Correspond with team re: scheduling issues | 0.40 | 1,125.00 | $450.00 |
| 10/11/2023 | KKY | BL | Draft (.1), file (.1), and prepare for filing (.1) certification of counsel re omnibus hearing date order | 0.30 | 545.00 | $163.50 |
| 10/11/2023 | MFC | BL | Emails with R&G re filings. | 0.20 | 1,350.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP

iMedia Brands Inc.

Client 40543.00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/2023 | MFC | BL | Emails with TC and KY re omni hearing COC and review same. | 0.10 | 1,350.00 | $135.00 |
| 10/11/2023 | TPC | BL | Correspond with team re: various scheduling issues | 0.20 | 1,125.00 | $225.00 |
| 10/11/2023 | TPC | BL | Review and file challenge period extension | 0.20 | 1,125.00 | $225.00 |
| 10/14/2023 | LDJ | BL | Review docket, critical dates memo | 0.20 | 1,745.00 | $349.00 |
| 10/18/2023 | MFC | BL | Emails re challenge deadline extension. | 0.10 | 1,350.00 | $135.00 |
| 10/21/2023 | LDJ | BL | Review critical dates memo | 0.10 | 1,745.00 | $174.50 |
| 10/24/2023 | CJB | BL | Prepare hearing binders for hearing on 11/1/23. | 0.80 | 425.00 | $340.00 |
| 10/25/2023 | MFC | BL | Review, revise and finalize challenge stip for filing. | 0.20 | 1,350.00 | $270.00 |
| 10/26/2023 | CJB | BL | Prepare hearing binders for hearing on 11/1/23. | 0.90 | 425.00 | $382.50 |
| 10/26/2023 | KKY | BL | Draft 11/1/23 agenda | 2.00 | 545.00 | $1,090.00 |
| 10/27/2023 | CJB | BL | Prepare hearing binders for hearing on 11/1/23. | 0.20 | 425.00 | $85.00 |
| 10/27/2023 | KKY | BL | Review and revise 11/1/23 agenda | 0.40 | 545.00 | $218.00 |
| 10/28/2023 | LDJ | BL | Review docket, critical dates memo | 0.20 | 1,745.00 | $349.00 |
| 10/29/2023 | MFC | BL | Review and edit draft agenda for 11/1 hearing (.3); emails re zoom link and sealed pleadings (.1). | 0.40 | 1,350.00 | $540.00 |
| 10/30/2023 | CJB | BL | Prepare hearing binders for hearing on 11/1/23. | 1.70 | 425.00 | $722.50 |
| 10/30/2023 | KKY | BL | Review and revise 11/1/23 agenda | 0.50 | 545.00 | $272.50 |
| 10/30/2023 | KKY | BL | File (.1) and prepare for filing and service (.2) 11/1/23 agenda | 0.30 | 545.00 | $163.50 |
| 10/30/2023 | KKY | BL | Email to claims agent re service of 11/1/23 agenda | 0.10 | 545.00 | $54.50 |
| 10/30/2023 | KKY | BL | Draft amended 11/1/23 agenda | 0.30 | 545.00 | $163.50 |
| 10/30/2023 | KKY | BL | File (.1) and prepare for filing and service (.2) amended 11/1/23 agenda | 0.30 | 545.00 | $163.50 |
| 10/30/2023 | KKY | BL | Email to claims agent re service of amended 11/1/23 agenda | 0.10 | 545.00 | $54.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    8

iMedia Brands Inc.

Invoice 135188

Client 40543.00001

December 8, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/30/2023 | LDJ | BL | Teleconference with Ropes re: pending issues, 11/1 hearing | 0.30 | 1,745.00 | $523.50 |
| 10/30/2023 | LDJ | BL | Review matters scheduled, status re: 11/1 hearing | 0.20 | 1,745.00 | $349.00 |
| 10/30/2023 | LDJ | BL | Preparation, strategy, pending issues  re: 10/1 hearing | 0.80 | 1,745.00 | $1,396.00 |
| 10/30/2023 | MFC | BL | Emails re Zoom link and agenda/binder issues. | 0.20 | 1,350.00 | $270.00 |
| 10/30/2023 | MFC | BL | Emails with chambers re omnibus hearing timing. | 0.10 | 1,350.00 | $135.00 |
| 10/30/2023 | MFC | BL | Emails with R&G re agenda and hearing issues. | 0.20 | 1,350.00 | $270.00 |
| 10/30/2023 | MFC | BL | Review and edit draft agenda (,2); emails with group re same (.1). | 0.30 | 1,350.00 | $405.00 |
| 10/30/2023 | MFC | BL | Emails and call with Laura Davis Jones re Wednesday hearing. | 0.10 | 1,350.00 | $135.00 |
| 10/30/2023 | MFC | BL | Emails re witness and exhibit issues (.2); emails with chambers re hearing issues (.1); calls with Laura Davis Jones and SI re same (.2); emails with KY re finalization and filing of agenda (.1). | 0.60 | 1,350.00 | $810.00 |
| 10/30/2023 | MFC | BL | Emails with chambers and parties re hearing time changes. | 0.20 | 1,350.00 | $270.00 |
| 10/30/2023 | MFC | BL | Emails re amended agenda. | 0.10 | 1,350.00 | $135.00 |
| 10/30/2023 | MFC | BL | Review amended agenda and emails with KY re same. | 0.10 | 1,350.00 | $135.00 |
| 10/30/2023 | MFC | BL | Review further amended agenda. | 0.10 | 1,350.00 | $135.00 |
| 10/30/2023 | MFC | BL | Emails re logistics for Wednesday's hearing. | 0.10 | 1,350.00 | $135.00 |
| 10/30/2023 | MFC | BL | Emails with Sidley counsel re agenda and hearing. | 0.10 | 1,350.00 | $135.00 |
| 10/30/2023 | MFC | BL | Emails with group re Zoom registrations. | 0.20 | 1,350.00 | $270.00 |
| 10/30/2023 | TPC | BL | Work with team re: address various issues related to agenda for upcoming hearing | 0.40 | 1,125.00 | $450.00 |
| 10/30/2023 | TPC | BL | Various items of correspondence re: upcoming hearing | 0.50 | 1,125.00 | $562.50 |

Pachulski Stang Ziehl & Jones LLP
iMedia Brands Inc.
Client 40543.00001

Page:    9
Invoice 135188
December 8, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/2023 | CAK | BL | Assist in preparation of November 1, 2023 hearing | 0.20 | 495.00 | $99.00 |
| 10/31/2023 | CJB | BL | Prepare hearing binders for hearing on 11/1/23. | 2.50 | 425.00 | $1,062.50 |
| 10/31/2023 | KKY | BL | Draft 2nd amended 11/1/23 agenda | 0.60 | 545.00 | $327.00 |
| 10/31/2023 | KKY | BL | Review and revise hearing binders for 11/1/23 hearing | 0.40 | 545.00 | $218.00 |
| 10/31/2023 | MFC | BL | Emails re stip extending challenge deadline. | 0.10 | 1,350.00 | $135.00 |
| 10/31/2023 | MFC | BL | Emails with R&G re tomorrow's hearing. | 0.10 | 1,350.00 | $135.00 |
| 10/31/2023 | MFC | BL | Emails with KY re pleadings docketed and amended agenda (.1); review same (.1). | 0.20 | 1,350.00 | $270.00 |
| 10/31/2023 | MFC | BL | Emails with R&G re tomorrow's hearing. | 0.20 | 1,350.00 | $270.00 |
| 10/31/2023 | MFC | BL | Preparing for tomorrow's hearing. | 1.20 | 1,350.00 | $1,620.00 |
| 10/31/2023 | MFC | BL | Emails re Comcast sealing motion. | 0.20 | 1,350.00 | $270.00 |
| 10/31/2023 | MFC | BL | Call with T. Cairns re tomorrows hearing issues. | 0.20 | 1,350.00 | $270.00 |
| 10/31/2023 | MFC | BL | Review additional pleadings docketed (.3); revise second amended agenda (.5) | 0.80 | 1,350.00 | $1,080.00 |
| | | | | **30.70** | | **$26,479.50** |

**Case Administration**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2023 | ARP | CA | Manage data/files | 0.20 | 425.00 | $85.00 |
| 10/05/2023 | ARP | CA | Manage data/files | 0.30 | 425.00 | $127.50 |
| 10/05/2023 | KKY | CA | Review and revise critical dates | 0.80 | 545.00 | $436.00 |
| 10/09/2023 | ARP | CA | Manage data/files | 0.30 | 425.00 | $127.50 |
| 10/10/2023 | ARP | CA | Manage data/files | 0.30 | 425.00 | $127.50 |
| 10/11/2023 | ARP | CA | Manage data/files | 0.40 | 425.00 | $170.00 |
| 10/12/2023 | ARP | CA | Manage data/files | 0.40 | 425.00 | $170.00 |
| 10/13/2023 | ARP | CA | Manage data/files | 0.20 | 425.00 | $85.00 |
| 10/16/2023 | ARP | CA | Manage data/files | 0.30 | 425.00 | $127.50 |
| 10/17/2023 | ARP | CA | Manage data/files | 0.30 | 425.00 | $127.50 |
| 10/18/2023 | ARP | CA | Manage data/files | 0.40 | 425.00 | $170.00 |

Pachulski Stang Ziehl & Jones LLP

iMedia Brands Inc.

Client 40543.00001

Page:    10

Invoice 135188

December 8, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/2023 | ARP | CA | Manage data/files | 0.30 | 425.00 | $127.50 |
| 10/20/2023 | KKY | CA | Review and revise critical dates | 0.50 | 545.00 | $272.50 |
| 10/23/2023 | KKY | CA | Review and revise critical dates | 2.00 | 545.00 | $1,090.00 |
| 10/24/2023 | ARP | CA | Manage data/files | 0.20 | 425.00 | $85.00 |
| 10/26/2023 | KKY | CA | Review and revise critical dates | 1.00 | 545.00 | $545.00 |
| 10/27/2023 | ARP | CA | Manage data/files | 0.30 | 425.00 | $127.50 |
| 10/30/2023 | ARP | CA | Manage data/files | 0.40 | 425.00 | $170.00 |
| 10/30/2023 | KKY | CA | Review and revise critical dates | 0.30 | 545.00 | $163.50 |
| 10/31/2023 | ARP | CA | Manage data/files | 0.40 | 425.00 | $170.00 |
| | | | | 9.30 | | $4,504.50 |

**Claims Administration and Objections**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/2023 | LDJ | CO | Respond to creditor inquiries | 0.30 | 1,745.00 | $523.50 |
| 10/06/2023 | LDJ | CO | Respond to numerous creditor inquiries | 0.80 | 1,745.00 | $1,396.00 |
| 10/14/2023 | LDJ | CO | Respnd to creditor inquiries | 0.30 | 1,745.00 | $523.50 |
| 10/18/2023 | MFC | CO | Call with C. Joh re admin claims issues. | 0.10 | 1,350.00 | $135.00 |
| 10/18/2023 | MFC | CO | Reviewing admin claim tming issues. | 0.20 | 1,350.00 | $270.00 |
| 10/23/2023 | MFC | CO | EMails re hearing on admin claim motions. | 0.10 | 1,350.00 | $135.00 |
| 10/25/2023 | MFC | CO | Emails re objection to admin claim and review same. | 0.10 | 1,350.00 | $135.00 |
| 10/25/2023 | MFC | CO | Finalize objection for filing and emails re same. | 0.20 | 1,350.00 | $270.00 |
| | | | | 2.10 | | $3,388.00 |

**Other Professional Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/07/2023 | MFC | CPO | Finalize Lincoln fee app for filing (.2); emails with DP re filing and service of same (.1). | 0.50 | 1,350.00 | $675.00 |
| 10/02/2023 | KKY | CPO | Prepare fee chart | 0.50 | 545.00 | $272.50 |
| 10/02/2023 | MFC | CPO | Review draft fee app binder index and emails with KY re same. | 0.10 | 1,350.00 | $135.00 |
| 10/02/2023 | TPC | CPO | Correspond with co-counsel and team re: fee issues | 0.20 | 1,125.00 | $225.00 |

Pachulski Stang Ziehl & Jones LLP
iMedia Brands Inc.
Client 40543.00001

Page:    11
Invoice 135188
December 8, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2023 | KKY | CPO | Email (.1) to Chamber re final fee app binder (10/10/23 hearing); and prepare (.1) attachment to same | 0.20 | 545.00 | $109.00 |
| 10/03/2023 | MFC | CPO | Emails re Lincoln fee app status. | 0.10 | 1,350.00 | $135.00 |
| 10/04/2023 | KKY | CPO | Draft amended index to final fee binder (10/10/23 hearing) | 0.10 | 545.00 | $54.50 |
| 10/05/2023 | MFC | CPO | Call with Ropes re Lincoln fee app issues. | 0.20 | 1,350.00 | $270.00 |
| 10/12/2023 | KKY | CPO | Draft re-notice re Lincoln final fee app | 0.30 | 545.00 | $163.50 |
| 10/12/2023 | MFC | CPO | Finalize notice of hearing on Lincoln fee app. | 0.10 | 1,350.00 | $135.00 |
| 10/12/2023 | MFC | CPO | Emails re re-notice of hearing on Lincoln fee app. | 0.20 | 1,350.00 | $270.00 |
| 10/17/2023 | TPC | CPO | Review and file Ropes fee application | 0.40 | 1,125.00 | $450.00 |
| 10/19/2023 | MFC | CPO | Emails with R&G and with KY re filing and service of Huron staffing report. | 0.20 | 1,350.00 | $270.00 |
| 10/20/2023 | KKY | CPO | Prepare for filing and service monthly staffing report of Huron for August 2023 | 0.30 | 545.00 | $163.50 |
| 10/20/2023 | KKY | CPO | File (.1) and prepare for filing (.1) certification of counsel re Lincoln final fee application | 0.20 | 545.00 | $109.00 |
| 10/20/2023 | KKY | CPO | Upload order (.1) and prepare for uploading same (.1) re Lincoln final fee order | 0.20 | 545.00 | $109.00 |
| 10/20/2023 | MFC | CPO | Emails re resolution of Lincoln fee app issues. | 0.10 | 1,350.00 | $135.00 |
| 10/20/2023 | MFC | CPO | Prepare COC for Lincoln fee order. | 0.40 | 1,350.00 | $540.00 |
| 10/23/2023 | KKY | CPO | Review and revise fee chart | 0.30 | 545.00 | $163.50 |
| 10/24/2023 | KKY | CPO | Draft (.1), file (.1), and prepare for filing (.1) certification of no objection re 2nd fee app of Ropes & Gray for August 2023 | 0.30 | 545.00 | $163.50 |
| 10/24/2023 | KKY | CPO | Review and revise fee chart | 0.10 | 545.00 | $54.50 |
| 10/24/2023 | MFC | CPO | Emails re CNO for R&G 2nd monthly. | 0.10 | 1,350.00 | $135.00 |
| 10/26/2023 | KKY | CPO | Review and revise fee chart | 0.10 | 545.00 | $54.50 |
| 10/27/2023 | KKY | CPO | Email to claims agent re service of [signed] Lincoln final fee order | 0.10 | 545.00 | $54.50 |
| | | | | 5.30 | | $4,846.50 |

Pachulski Stang Ziehl & Jones LLP
iMedia Brands Inc.
Client 40543.00001

Page:    12
Invoice 135188
December 8, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Contract and Lease Matters** | | | | | | |
| 10/04/2023 | KKY | EC | Draft (.1), file (.1), and prepare for filing (.1) certification of no objection re 365(d)(4) extension motion | 0.30 | 545.00 | $163.50 |
| 10/04/2023 | KKY | EC | Upload order (.1) and prepare for uploading same (.1) re 365(d)(4) extension order | 0.20 | 545.00 | $109.00 |
| 10/06/2023 | KKY | EC | Email to claims agent re service of [signed] 365(d)(4) extension order | 0.10 | 545.00 | $54.50 |
| 10/10/2023 | MFC | EC | Emails re comments to lease rejection motion. | 0.10 | 1,350.00 | $135.00 |
| 10/12/2023 | KKY | EC | File (.1) and prepare for filing (.1) certification of counsel re contract and lease rejection order | 0.20 | 545.00 | $109.00 |
| 10/12/2023 | KKY | EC | Upload order (.1) and prepare for uploading same (.1) re contract and lease rejection order | 0.20 | 545.00 | $109.00 |
| 10/12/2023 | MFC | EC | Prepare COC for rejection stipulation, | 0.40 | 1,350.00 | $540.00 |
| 10/13/2023 | KKY | EC | Email to claims agent re service of [signed] contract and lease rejection order | 0.10 | 545.00 | $54.50 |
| 10/31/2023 | MFC | EC | Emails re motion to reject Comcast agreement. | 0.10 | 1,350.00 | $135.00 |
| 10/31/2023 | MFC | EC | Revise and finalize rejection notice for filing. | 0.30 | 1,350.00 | $405.00 |
| | | | | **2.00** | | **$1,814.50** |
| **Financial Filings** | | | | | | |
| 10/06/2023 | KKY | FF | Prepare for filing and service monthly operating reports for August 2023 | 0.50 | 545.00 | $272.50 |
| 10/06/2023 | KKY | FF | Prepare for filing and service amended monthly operating report for June 2023 | 0.10 | 545.00 | $54.50 |
| 10/06/2023 | KKY | FF | Prepare for filing and service amended monthly operating report for July 2023 | 0.10 | 545.00 | $54.50 |
| 10/06/2023 | MFC | FF | Review and finalize MORs for filing (.2); call with Timothy P. Cairns and emails with KY re same (.2). | 0.40 | 1,350.00 | $540.00 |
| 10/11/2023 | MFC | FF | Emails with R&G re amended SOFA (.1); review issues related to same (.3). | 0.40 | 1,350.00 | $540.00 |
| 10/11/2023 | TPC | FF | Correspond with team re: schedule amendment issues | 0.30 | 1,125.00 | $337.50 |
| 10/31/2023 | TPC | FF | Review and file MORs | 0.90 | 1,125.00 | $1,012.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    13

iMedia Brands Inc.

Invoice 135188

Client 40543.00001

December 8, 2023

|  |  |  |  | 2.70 |  | $2,811.50 |
|---|---|---|---|---|---|---|

**Plan and Disclosure Statement**

| Date | Init | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/06/2023 | LDJ | PD | Review plan issues, scheduling | 1.00 | 1,745.00 | $1,745.00 |
| 10/06/2023 | MFC | PD | Emails with R&G, Laura Davis Jones and Timothy P. Cairns  re Plan scheduling. | 0.20 | 1,350.00 | $270.00 |
| 10/10/2023 | TPC | PD | Review plan for filing | 0.60 | 1,125.00 | $675.00 |
| 10/10/2023 | TPC | PD | Review and file motion for interim approval of DS | 0.50 | 1,125.00 | $562.50 |
| 10/11/2023 | MFC | PD | Emails with R&G re exclusivity motion. | 0.10 | 1,350.00 | $135.00 |
| 10/11/2023 | MFC | PD | Review and finalize exclusivity motion for filing | 0.20 | 1,350.00 | $270.00 |
| 10/12/2023 | KKY | PD | File (.1) and prepare for filing and service (.2) exclusivity extension motion | 0.30 | 545.00 | $163.50 |
| 10/12/2023 | KKY | PD | Email to claims agent re service of exclusivity extension motion | 0.30 | 545.00 | $163.50 |
| 10/12/2023 | KKY | PD | Draft notice re exclusivity extension motion | 0.20 | 545.00 | $109.00 |
| 10/12/2023 | MFC | PD | Emails with KY re notice for exclsuivty motion and review draft of same. | 0.10 | 1,350.00 | $135.00 |
| 10/18/2023 | MFC | PD | Emails re solicitation issues. | 0.10 | 1,350.00 | $135.00 |
| 10/27/2023 | KKY | PD | Upload order (.1) and prepare for uploading same (.1) re exclusivity extension order | 0.20 | 545.00 | $109.00 |
| 10/27/2023 | KKY | PD | Draft (.1), file (.1) and prepare for filing (.1) certification of no objection re exclusivity extension motion | 0.30 | 545.00 | $163.50 |
| 10/27/2023 | LDJ | PD | Review revised plan, Disclosure Statement, reply | 0.60 | 1,745.00 | $1,047.00 |
| 10/27/2023 | MFC | PD | Multiple emails re Disclosure Statement Reply to be filed and exclusivity motion. | 0.50 | 1,350.00 | $675.00 |
| 10/27/2023 | TPC | PD | Draft notice of blackline of plan; correspond with team re: same | 0.40 | 1,125.00 | $450.00 |
| 10/27/2023 | TPC | PD | Review and file omnibus reply ISO motion to approve interim DS | 0.50 | 1,125.00 | $562.50 |
| 10/27/2023 | TPC | PD | Review and file amended plan and blackline | 0.30 | 1,125.00 | $337.50 |
| 10/31/2023 | KKY | PD | Email to claims agent re service of [signed] exclusivity extension order | 0.10 | 545.00 | $54.50 |

Pachulski Stang Ziehl & Jones LLP
iMedia Brands Inc.
Client 40543.00001

Page:    14
Invoice 135188
December 8, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/2023 | MFC | PD | EMails re liquidation analysis (.2); review same (.1); prepare notice for same (.2); emails with DP re filing and service of same (.1). | 0.60 | 1,350.00 | $810.00 |
| | | | | 7.10 | | $8,572.50 |

**Other Professional Retention**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2023 | KKY | RPO | Draft (.1), file (.1), and prepare for filing (.1) certification of no objection re OCP motion | 0.30 | 545.00 | $163.50 |
| 10/02/2023 | KKY | RPO | Upload order (.1) and prepare for uploading same (.1) re OCP order | 0.20 | 545.00 | $109.00 |
| 10/04/2023 | KKY | RPO | Email to claims agent re service of [signed] OCP order | 0.10 | 545.00 | $54.50 |
| 10/05/2023 | LDJ | RPO | Correspondence with PSZJ re: Sidley retention | 0.20 | 1,745.00 | $349.00 |
| 10/05/2023 | MFC | RPO | Emails and call with Laura Davis Jones re Sidley retention app. | 0.20 | 1,350.00 | $270.00 |
| 10/08/2023 | MFC | RPO | Emails re Sidley retention app and scheduling. | 0.10 | 1,350.00 | $135.00 |
| 10/11/2023 | TPC | RPO | Draft notice, review and file re: Sidley retention | 0.60 | 1,125.00 | $675.00 |
| 10/19/2023 | TPC | RPO | Review UST comments to Sidley Austin retention | 0.20 | 1,125.00 | $225.00 |
| 10/26/2023 | MFC | RPO | EMails re Sidley retention app. | 0.10 | 1,350.00 | $135.00 |
| 10/27/2023 | LDJ | RPO | Review Sidley retention, strategy | 0.40 | 1,745.00 | $698.00 |
| 10/27/2023 | TPC | RPO | Draft certification re Sidley retention | 0.40 | 1,125.00 | $450.00 |
| 10/27/2023 | TPC | RPO | Review and file supplemental declaration and proposed order re: Sidley retention | 0.40 | 1,125.00 | $450.00 |
| 10/30/2023 | KKY | RPO | Upload order (.1) and prepare for uploading same (.1) re Sidley retention order | 0.20 | 545.00 | $109.00 |
| 10/30/2023 | MFC | RPO | Emails from chambers and to group re hearing on Sidley retention app. | 0.20 | 1,350.00 | $270.00 |
| | | | | 3.60 | | $4,093.00 |

**Stay Litigation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2023 | MFC | SL | EMails re resolution of PNC motion to lift stay. | 0.10 | 1,350.00 | $135.00 |

Pachulski Stang Ziehl & Jones LLP
iMedia Brands Inc.
Client 40543.00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2023 | KKY | SL | File (.1) and prepare for filing (.1) certification of counsel re order approving PNC relief from stay stipulation | 0.20 | 545.00 | $109.00 |
| 10/03/2023 | KKY | SL | Upload order (.1) and prepare for uploading same (.1) re order approving PNC relief from stay stipulation | 0.20 | 545.00 | $109.00 |
| 10/03/2023 | MFC | SL | Emails re PNC stipulation and filing/service of same. | 0.20 | 1,350.00 | $270.00 |
| 10/04/2023 | KKY | SL | Email to claims agent re service of [signed] PNC relief stay order | 0.10 | 545.00 | $54.50 |
| | | | | **0.80** | | **$677.50** |

**TOTAL SERVICES FOR THIS MATTER:**                              **$57,187.50**

Pachulski Stang Ziehl & Jones LLP                                          Page:    16
iMedia Brands Inc.                                                        Invoice 135188
Client 40543.00001                                                       December 8, 2023

---

**Expenses**

| | | | |
|---|---|---|---:|
| 10/03/2023 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 10/03/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/03/2023 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 10/12/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/12/2023 | RE2 | SCAN/COPY ( 138 @0.10 PER PG) | 13.80 |
| 10/12/2023 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 10/12/2023 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 10/13/2023 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | 4.80 |
| 10/13/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/13/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/13/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/16/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/16/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2023 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 10/16/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/16/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/16/2023 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 10/16/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/16/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/16/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/16/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/16/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/16/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/16/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/17/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |

Pachulski Stang Ziehl & Jones LLP
iMedia Brands Inc.
Client 40543.00001

Page:    17
Invoice 135188
December 8, 2023

| | | | |
|---|---|---|---|
| 10/17/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/17/2023 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 10/17/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/17/2023 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 10/17/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/17/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 10/17/2023 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 10/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/18/2023 | RE2 | SCAN/COPY ( 152 @0.10 PER PG) | 15.20 |
| 10/20/2023 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 10/20/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/20/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/20/2023 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 10/24/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/24/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/24/2023 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/24/2023 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 10/24/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/24/2023 | RE2 | SCAN/COPY ( 122 @0.10 PER PG) | 12.20 |
| 10/24/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/24/2023 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 10/24/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |

Pachulski Stang Ziehl & Jones LLP                          Page:    18
iMedia Brands Inc.                                         Invoice 135188
Client 40543.00001                                         December 8, 2023

---

| 10/24/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
|---|---|---|---|
| 10/24/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/24/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/24/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/24/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/24/2023 | RE2 | SCAN/COPY ( 160 @0.10 PER PG) | 16.00 |
| 10/24/2023 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 10/24/2023 | RE2 | SCAN/COPY ( 146 @0.10 PER PG) | 14.60 |
| 10/24/2023 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 10/24/2023 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 10/24/2023 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/24/2023 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 10/24/2023 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 10/24/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/24/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/24/2023 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 10/24/2023 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 10/26/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/26/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/26/2023 | RE2 | SCAN/COPY ( 118 @0.10 PER PG) | 11.80 |
| 10/26/2023 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/26/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/26/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/27/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/27/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/27/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/27/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/30/2023 | RE2 | ( 5 @0.10 PER PG) | 0.50 |
| 10/30/2023 | RE2 | SCAN/COPY ( 100 @0.10 PER PG) | 10.00 |

Pachulski Stang Ziehl & Jones LLP                                  Page:    19
iMedia Brands Inc.                                                 Invoice 135188
Client 40543.00001                                                 December 8, 2023

---

| | | | |
|---|---|---|---:|
| 10/30/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/30/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/30/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/30/2023 | RE2 | SCAN/COPY ( 87 @0.10 PER PG) | 8.70 |
| 10/30/2023 | RE2 | SCAN/COPY ( 92 @0.10 PER PG) | 9.20 |
| 10/30/2023 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 10/30/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/30/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/30/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/30/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/30/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/30/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/30/2023 | RE2 | SCAN/COPY ( 348 @0.10 PER PG) | 34.80 |
| 10/30/2023 | RE2 | SCAN/COPY ( 93 @0.10 PER PG) | 9.30 |
| 10/30/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/30/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/30/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/30/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/30/2023 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | 7.40 |
| 10/30/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/30/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/30/2023 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 10/30/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/30/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/30/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/30/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/30/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/30/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/30/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP

Page:    20

iMedia Brands Inc.

Invoice 135188

Client 40543.00001

December 8, 2023

---

| | | | |
|---|---|---|---:|
| 10/30/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/30/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/30/2023 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 10/31/2023 | RE2 | ( 16 @0.10 PER PG) | 1.60 |
| 10/31/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/31/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/31/2023 | RE2 | SCAN/COPY ( 123 @0.10 PER PG) | 12.30 |
| 10/31/2023 | RE2 | SCAN/COPY ( 144 @0.10 PER PG) | 14.40 |
| 10/31/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/31/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/31/2023 | RE2 | SCAN/COPY ( 147 @0.10 PER PG) | 14.70 |
| 10/31/2023 | RE2 | SCAN/COPY ( 120 @0.10 PER PG) | 12.00 |
| 10/31/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/31/2023 | RE2 | SCAN/COPY ( 147 @0.10 PER PG) | 14.70 |
| 10/31/2023 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 10/31/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/31/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/31/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/31/2023 | RE2 | SCAN/COPY ( 80 @0.10 PER PG) | 8.00 |
| 10/31/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 10/31/2023 | PAC | Pacer - Court Research | 176.30 |

**Total Expenses for this Matter**                    **$572.60**

Pachulski Stang Ziehl & Jones LLP                                    Page:    21
iMedia Brands Inc.                                                   Invoice 135188
Client 40543.00001                                                   December 8, 2023

---

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  10/31/2023**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135032 | 07/31/2023 | $56,473.70 | $0.00 | $56,473.70 |
| 135033 | 08/31/2023 | $41,718.49 | $0.00 | $41,718.49 |
| 135041 | 09/30/2023 | $24,310.00 | $502.03 | $24,812.03 |

**Total Amount Due on Current and Prior Invoices:**                  **$180,764.32**