## Exhibit A

**Panagos Deposition Excerpt**
**(Pages 115–16)**

1    A.       Yes.

2    Q.       And was that vote unanimous?

3    A.       Yes.

4    Q.       Prior to the vote, was there any

5  disagreement among the board members as to whether or

6  not Mr. Peterman should be carved out of the scope of

7  the release in the Chapter 11 plan?

8    A.       I think there was a very lengthy

9  discussion regarding people trying to make sure that

10  they fully understood what -- what it was.  Everybody

11  had their individual level of understanding and

12  ultimately everybody voted to exclude Mr. Peterman.

13    Q.       Has the board taken any votes with

14  respect to whether any other individuals should be

15  carved out of the scope of the release?

16    A.       No votes had been taken that I'm

17  aware of or remember.

18    Q.       Based upon your understanding of the

19  plan, do you have a -- do you have knowledge as to

20  what the plan projects the recoveries would be for

21  unsecured creditors to be?

22    A.       Very de minimis recoveries to

23  unsecureds and, you know, the primary source of

24  recovery would be litigation claims against either

25  the D&O or other.



1        Q.        And are you aware that there's a

2    chance that unsecured creditors can see zero

3    recovery --

4        A.        Yes.

5        Q.        I was just going to complete -- under

6    the terms of the proposed plan?

7        A.        If litigation is ultimately

8    unsuccessful, yes.

9        Q.        This is a yes-or-no question as well,

10   but have any current or former directors, managers or

11   officers or employees other than Tim Peterman been

12   discussed as being potentially carved out from the

13   scope of the release?

14                 MR. DEVORE:  Discussed by who?

15                 MR. HUTTENLOCHER:  By the board.

16       A.        There was some discussion, yes.  I

17   don't recall exactly what it was, though.

18   BY MR. HUTTENLOCHER:

19       Q.        Do you recall who was discussed --

20       A.        I do not.

21       Q.        Was discussed at the board level?

22       A.        The names were unfamiliar to me.  I

23   don't recall them.

24       Q.        Did the Investigation Committee

25   investigate whether the company has any claims or

