## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., et al., | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Betty Nowland-Hurlock, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 12, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the methods indicated on the service lists attached hereto as Exhibit A & B:

| 12/12/2023 | 812 | Objection to Confirmation of Plan // Objection of the Official Committee of Unsecured Creditors to Confirmation of the Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates (related document(s)706) Filed by Official Committee of Unsecured Creditors of Legacy IMBDS, Inc., et al. (f/k/a iMedia Brands, Inc., et al.) (Attachments: # 1 Exhibit A - Panagos Deposition Excerpt (Pages 115-16) # 2 Exhibit B - Panagos Deposition Excerpt (Pages 68-105; 116-17)) (Hurst, David) (Entered: 12/12/2023) |
|---|---|---|

X _____
Betty Nowland-Hurlock

Dated: December 13, 2023
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 13h day of December 2023, by Betty Nowland-Hurlock, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

DAVID TYLER KITTO
MY COMMISSION
EXPIRES
OCT. 10, 2025
NOTARY PUBLIC
STATE OF DELAWARE

# EXHIBIT A

**VIA ELECTRONIC MAIL:**
State Of Vermont
Office Of The Attorney General
109 State St.
Montpelier VT 05609
ago.info@vermont.gov

**VIA ELECTRONIC MAIL:**
State Of Massachusetts
Office Of The Attorney General
1 Ashburton Place, 20Th Floor
Boston MA 02108
ago@state.ma.us

**VIA ELECTRONIC MAIL:**
Type A Holdings LTD
c/o Venable LLP
Attn: Andrew J. Currie, Frederick W. H. Carter
600 Massachusetts Ave NW
Washington DC 20001
ajcurrie@venable.com; fwcarter@venable.com

**VIA ELECTRONIC MAIL:**
Oracle America, Inc.
c/o Doshi Legal Group, P.C.
Attn: Amish R. Doshi
1979 Marcus Avenue, Suite 210E
Lake Success NY 11042
amish@doshilegal.com

**VIA ELECTRONIC MAIL:**
State Of Alaska
Office Of The Attorney General
1031 W 4th Ave, Ste 200
Anchorage AK 99501
attorney.general@alaska.gov

**VIA ELECTRONIC MAIL:**
State Of Connecticut
Office Of The Attorney General
165 Capitol Ave
Hartford CT 06106
attorney.general@ct.gov

**VIA ELECTRONIC MAIL:**
State of Delaware
Department of Justice
Carvel State Office Building
820 N French Street
Wilmington DE 19801
attorney.general@state.de.us

**VIA ELECTRONIC MAIL:**
State Of New Hampshire
Office Of The Attorney General
Nh Department Of Justice
33 Capitol St.
Concord NH 03301
attorneygeneral@doj.nh.gov

**VIA ELECTRONIC MAIL:**
Missouri Department of Revenue
c/o Bankruptcy Unit
Attn: Don G. Cosper
301 W High St, Rm 670, PO Box 475
Jefferson City MO 65105-0475
bankruptcy@dor.mo.gov

**VIA ELECTRONIC MAIL:**
State Of Arizona
Office Of The Attorney General
2005 N Central Ave
Phoenix AZ 85004
BCEIntake@azag.gov

**VIA ELECTRONIC MAIL:**
Numaco Packaging, LLC
c/o Cameron & Mittleman LLP
Attn: Bruce W. Gladstone
301 Promenade St
Providence RI 02908
bgladstone@cm-law.com

**VIA ELECTRONIC MAIL:**
The Texas Comptroller of Public Accounts, Revenue
Accounting Division
c/o Bankruptcy & Collections Division
Attn: Courtney J. Hull, Assistant Attorney General
PO Box 12548
Austin TX 78711-2548
bk-chull@oag.texas.gov

**VIA ELECTRONIC MAIL:**
Korber Supply Chain US, Inc.
c/o Cowles & Thompson, P.C.
Attn: William L. Siegel
901 Main St, Ste 3900
Dallas TX 75202
bsiegel@cowlesthompson.com

**VIA ELECTRONIC MAIL:**
Crystal Financial LLC d/b/a SLR Credit Solutions LLC
c/o Morgan, Lewis & Bockius LLP
Attn: T. Charlie Liu
101 Park Avenue
New York NY 10178-0060
charlie.liu@morganlewis.com

**VIA ELECTRONIC MAIL:**
Synacor, Inc.
c/o Gibbons P.C.
Attn: Chantelle D. McClamb, Christopher Viceconte
300 Delaware Ave, Ste 1015
Wilmington DE 19801-1671
cmcclamb@gibbonslaw.com; cviceconte@gibbonslaw.com

**VIA ELECTRONIC MAIL:**
State Of Louisiana
Office Of The Attorney General
1885 N. Third St
Baton Rouge LA 70802
ConstituentServices@ag.louisiana.gov

**VIA ELECTRONIC MAIL:**
State Of Missouri
Office Of The Attorney General
Supreme Court Building
207 W High St
Jefferson City MO 65101
consumer.help@ago.mo.gov

**VIA ELECTRONIC MAIL:**
State Of Iowa
Office Of The Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines IA 50319
consumer@ag.iowa.gov

**VIA ELECTRONIC MAIL:**
State Of West Virginia
Office Of The Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston WV 25305
consumer@wvago.gov

**VIA ELECTRONIC MAIL:**
State Of Alabama
Office Of The Attorney General
501 Washington Ave
Montgomery AL 36104
consumerinterest@Alabamaag.gov

**VIA ELECTRONIC MAIL:**
Synacor, Inc.
c/o Thompson Hine LLP
Attn: Curtis L. Tuggle, Esq., Jonathan S. Hawkins, Esq.
3900 Key Center, 127 Public Square
Cleveland OH 44144
curtis.tuggle@thompsonhine.com;
jonathan.hawkins@thompsonhine.com

**VIA ELECTRONIC MAIL:**
Pontus IMB Portfolio, LLC
c/o Polsinelli PC
Attn: Christopher A. Ward, Katherine M. Devanney
222 Delaware Ave, Ste 1101
Wilmington DE 19801
cward@polsinelli.com; kdevanney@polsinelli.com

**VIA ELECTRONIC MAIL:**
Type A Holdings LTD
c/o Venable LLP
Attn: Daniel A. O'Brien, Esq.
1201 N Market St, Ste 1400
Wilmington DE 19801
daobrien@venable.com

**VIA ELECTRONIC MAIL:**
Official Committee of Unsecured Creditors
c/o McDermott Will & Emery LLP
Attn: Darren Azman, Kristin Going, Stacy A. Lutkus, Lucas B. Barrett
One Vanderbilt Ave
New York NY 10017-3852
dazman@mwe.com; kgoing@mwe.com;
salutkus@mwe.com; lbarrett@mwe.com

**VIA ELECTRONIC MAIL:**
G-III Leather Fashions, Inc.
c/o Loeb & Loeb LLP
Attn: Daniel B. Besikof
345 Park Avenue
New York NY 10154
dbesikof@loeb.com

**VIA ELECTRONIC MAIL:**
DIRECTV, LLC
c/o Richards, Layton & Finger, P.A.
Attn: Daniel J. DeFranceschi, David T. Queroli, Emily R. Mathews
One Rodney Square
920 N King St
Wilmington DE 19801
defranceschi@rlf.com; queroli@rlf.com; mathews@rlf.com

**VIA ELECTRONIC MAIL:**
GG Software LP d/b/a NitroPay
c/o Carlton Fields, P.A.
Attn: David L. Gay, Esq.
2 MiamiCentral, 700 NW 1st Ave, Ste 1200
Miami FL 33136
dgay@carltonfields.com; namer@carltonfields.com

**VIA ELECTRONIC MAIL:**
Official Committee of Unsecured Creditors
c/o McDermott Will & Emery LLP
Attn: David R. Hurst
The Nemours Bldg, 1007 N Orange St, 10th Fl
Wilmington DE 19801
dhurst@mwe.com

**VIA ELECTRONIC MAIL:**
B.H. Multi Com Corp and B.H. Multi Color Corp.
c/o Bielli & Klauder, LLC
Attn: David M. Klauder, Esq., Melissa M. Hartlipp, Esq.
1204 N King St
Wilmington DE 19801
dklauder@bk-legal.com; mhartlipp@bk-legal.com

**VIA ELECTRONIC MAIL:**
Michigan Department of Treasury
c/o Cammie O. Anderson
Attn: Heather L. Donald, Assistant Attorney General
3030 W. Grand Blvd.
Ste. 10-200
Detroit MI 48202
donaldh@michigan.gov

**VIA ELECTRONIC MAIL:**
State Of Colorado
Office Of The Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10Th Fl
Denver CO 80203
DOR_TAC_Bankruptcy@state.co.us

**VIA ELECTRONIC MAIL:**
C&B Newco, LLC and C&B IPCO, LLC
c/o Troutman Pepper Hamilton Sanders LLP
Attn: Douglas D. Herrmann, Evelyn Meltzer
Hercules Plaza, Ste 5100, 1313 N Market St, PO Box 1709
Wilmington DE 19899-1709
douglas.herrmann@troutman.com;
Evelyn.Meltzer@troutman.com

**VIA ELECTRONIC MAIL:**
ChannelAdvisor Corporation
c/o Stradley Ronon Stevens & Young, LLP
Attn: Daniel M. Pereira
1000 N West St, Ste 1200
Wilmington DE 19801
dpereira@stradley.com

**VIA ELECTRONIC MAIL:**
Commerce Technologies LLC d/b/a CommerceHub
c/o Stradley Ronon Stevens & Young, LLP
Attn: Daniel M. Pereira
1000 N West St, Ste 1200
Wilmington DE 19801
dpereira@stradley.com

**VIA ELECTRONIC MAIL:**
State Of Oregon
Office Of The Attorney General
1162 Court St Ne
Salem OR 97301
ellen.rosenblum@dog.state.or.us

**VIA ELECTRONIC MAIL:**
U.S. Bank Equipment Finance, a division of U.S. Bank, National Association
c/o Morris James LLP
Attn: Eric J. Monzo, Tara C. Pakrouh
500 Delaware Ave, Ste 1500
Wilmington DE 19801
emonzo@morrisjames.com; tpakrouh@morrisjames.com

**VIA ELECTRONIC MAIL:**
U.S. Bank
c/o Dorsey & Whitney LLP
Attn: Alessandra Glorioso, Eric Lopez Schnabel
51 West 52nd Street
New York NY 10019-6119
glorioso.alessandra@dorsey.com;
schnabel.eric@dorsey.com

**VIA ELECTRONIC MAIL:**
G-III Leather Fashions, Inc.
c/o Loeb & Loeb LLP
Attn: Guy Macarol
35 Music Square East, Ste 310
Nashville TN 37203
gmacarol@loeb.com

**VIA ELECTRONIC MAIL:**
Aerofund Holdings, Inc.
Attn: Ginger L. Sotelo, Esq.
225 W Santa Clara St, Ste 1500
San Jose CA 95113-1752
gsotelo@pahl-mccay.com

**VIA ELECTRONIC MAIL:**
Salesforce, Inc.
c/o White and Williams LLP
Attn: Rochelle Gumapac
600 N. King Street, Suite 800
Wilmington DE 19801-3722
gumapacr@whiteandwilliams.com

**VIA ELECTRONIC MAIL:**
State Of Hawaii
Office Of The Attorney General
425 Queen Street
Honolulu HI 96813
hawaiiag@hawaii.gov

**VIA ELECTRONIC MAIL:**
B.H. Multi Com Corp and B.H. Multi Color Corp.
c/o Klestadt Winters Jureller Southard & Stevens, LLP
Attn: Ian R. Winters, Esq., Brendan M. Scott, Esq
200 W 41st St, 17th Fl
New York NY 10036
IWinters@klestadt.com; BScott@klestadt.com

**VIA ELECTRONIC MAIL:**
RNN-TV Licensing Co. LLC
c/o Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Jennifer Rodburg, Philip Richter, Andrew Minear
One New York Plaza
New York NY 10004
Jennifer.Rodburg@friedfrank.com;
Philip.Richter@friedfrank.com;
andrew.minear@friedfrank.com

**VIA ELECTRONIC MAIL:**
Exorigos Ltd.
c/o Kasen & Kasen, P.C.
Attn: Jenny R. Kasen, Esq.
Society Hill Office Park, 1874 E Marlton Pike, Ste 3
Cherry Hill NJ 08003
jkasen@kasenlaw.com

**VIA ELECTRONIC MAIL:**
Real Decoy, Inc.
c/o Kasen & Kasen, P.C.
Attn: Jenny R. Kasen, Esq.
Society Hill Office Park, 1874 E Marlton Pike, Ste 3
Cherry Hill NJ 08003
jkasen@kasenlaw.com

**VIA  ELECTRONIC MAIL:**
Real Decoy, Inc.
c/o Kasen & Kasen, P.C.
Attn: Jenny R. Kasen, Esq.
1213 N King St, Ste 2
Wilmington DE 19801
jkasen@kasenlaw.com

**VIA ELECTRONIC MAIL:**
Milor S.P.A.
Attn: Joseph Mouhadab
Via Dei Gracchi, 35 Milano
20146
Italy
jm@milor.it

**VIA ELECTRONIC MAIL:**
Siena Lending Group LLC
c/o Blank Rome LLP
Attn: John Lucian
One Logan Square, 130 North 18th St
Philadelphia PA 19103
john.lucian@blankrome.com

**VIA ELECTRONIC MAIL:**
Synacor, Inc.
c/o Thompson Hine LLP
Attn: Jonathan Hawkins, Esq.
10050 Innovation Dr
#400
Miamisburg OH 45342
jonathan.hawkins@thompsonhine.com

**VIA ELECTRONIC MAIL:**
Crystal Financial LLC d/b/a SLR Credit Solutions LLC
c/o Morgan Lewis & Bockius, LLP
Attn: Julia Frost-Davies
One Federal Street
Boston MA 21110
julia.frost-davies@morganlewis.com

**VIA ELECTRONIC MAIL:**
Pontus IMB Portfolio, LLC
c/o Levene, Neale, Bender, Yoo & Golubchik LLP
Attn: Juliet Y. Oh
2818 La Cienega Ave
Los Angeles CA 90034
jyo@lnbyg.com

**VIA ELECTRONIC MAIL:**
Apparel Solutions, Inc.
c/o Benesch, Friedlander, Coplan & Aronoff LLP
Attn: Kevin M. Capuzzi & Steven L. Walsh
1313 N. Market St., Suite 1201
Wilmington DE 19801
kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com

**VIA ELECTRONIC MAIL:**
State Of Kentucky
Office Of The Attorney General
Capitol Building
700 Capitol Ave Ste 118
Frankfort KY 40601
KyOAGOR@ky.gov

**VIA ELECTRONIC MAIL:**
U.S. Bank Trust Company NA
Attn: Laura L. Moran
MA-Global Corporate Trust
1 Federal St
Boston MA 02110
laura.moran@usbank.com

**VIA ELECTRONIC MAIL:**
New York State Department of Taxation and Finance
Attn: Martin A. Mooney, Esq.
Office of the New York State Attorney General, Civil
Recoveries Bureau, Bankruptcy Litigation Unit
The Capital
Albany NY 12224-0341
martin.mooney@ag.ny.gov

**VIA ELECTRONIC MAIL:**
Sterling Group Holdings Limited
dba Sterling Apparel of Hong Kong
c/o Bricker Graydon LLP
Attn: J. Michael Debbeler
312 Walnut St
Suite 1800
Cincinnati OH 45202-4060
mdebbeler@brickergraydon.com

**VIA ELECTRONIC MAIL:**
State Of Michigan
Office Of The Attorney General
G. Mennen Williams Building, 7Th Floor
525 W Ottawa St
Lansing MI 48909
miag@michigan.gov

**VIA ELECTRONIC MAIL:**
State Of Illinois
Office Of The Attorney General
James R. Thompson Center
100 W. Randolph St
Chicago IL 62706
michelle@lisamadigan.org

**VIA ELECTRONIC MAIL:**
Isomers Laboratories Inc.
Attn: Manuela Marcheggiani
105 Tycos Drive
North York ON M6B 1W3
Canada
mmarcheggiani@isomers.ca; manuela@isomers.ca

**VIA ELECTRONIC MAIL:**
Gemporia Limited
c/o Best and Flanagan, LLC
Attn: Michael A. Stephani
60 South Sixth Street, Suite 2700
Minneapolis MN 55402
mstephani@bestlaw.com

**VIA ELECTRONIC MAIL:**
State Of North Dakota
Office Of The Attorney General
State Capitol, 600 E Boulevard Ave
Dept. 125
Bismarck ND 58505
ndag@nd.gov

**VIA ELECTRONIC MAIL:**
District Of Columbia
Office Of The Attorney General
441 4Th St Nw, Ste 1100S
Washington DC 20001
oag@dc.gov

**VIA ELECTRONIC MAIL:**
State Of Maryland
Office Of The Attorney General
200 St. Paul Pl
Baltimore MD 21202
oag@oag.state.md.us

**VIA ELECTRONIC MAIL:**
State Of Oklahoma
Office Of The Attorney General
313 Ne 21St St
Oklahoma City OK 73105
questions@oag.ok.gov

**VIA ELECTRONIC MAIL:**
ffice of Unemployment Compensation Tax Services (UCTS),
Department of Labor and Industry, Commonwealth of
Pennsylvania
Attn: Ryan Starnowsky
PO Box 68568
Harrisburg PA 17106-8568
ra-li-ucts-bankrupt@state.pa.us

**VIA ELECTRONIC MAIL:**
RNN-TV Licensing Co. LLC
c/o Morris, Nichols, Arsht & Tunnell LLP
Attn: Robert J. Dehney, Andrew R. Remming
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington DE 19899-1347
rdehney@morrisnichols.com;
aremming@morrisnichols.com

**VIA ELECTRONIC MAIL:**
Siena Lending Group LLC
c/o Blank Rome LLP
Attn: Regina Stango Kelbon, Stanley B. Tarr
1201 North Market Street, Suite 800
Wilmington DE 19801
regina.kelbon@blankrome.com;
stanley.tarr@blankrome.com

**VIA ELECTRONIC MAIL:**
Office of the United States Trustee for the District of
Delaware
Attn: Richard L. Schepacarter
844 N King St
Room 2207
Wilmington DE 19801
richard.schepacarter@usdoj.gov

**VIA ELECTRONIC MAIL:**
Clarus Commerce LLC d/b/a Ebbo
c/o Klehr Harrison Harvey Branzburg LLP
Attn: Raymond H. Lemisch, Sally E. Veghte
919 N Market St
Ste 1000
Wilmington DE 19801-3062
rlemisch@klehr.com; sveghte@klehr.com;
kdickson@ebbo.com

**VIA ELECTRONIC MAIL:**
U.S. Bank Trust Company National Association
c/o Dorsey & Whitney (Delaware) LLP
Attn: Eric Lopez Schnabel, Alessandra Glorioso
300 Delaware Avenue, Ste 1010
Wilmington DE 19801
schnabel.eric@dorsey.com;
glorioso.alessandra@dorsey.com

**VIA ELECTRONIC MAIL:**
Oracle America, Inc.
c/o Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
425 Market Street, Suite 2900
San Francisco CA 94105-3493
schristianson@buchalter.com

**VIA ELECTRONIC MAIL:**
C&B Newco, LLC and C&B IPCO, LLC
c/o Riemer & Braunstein LLP
Attn: Steven E. Fox
Times Square Tower, Seven Times Square, Ste 2506
New York NY 10036
sfox@riemerlaw.com

**VIA ELECTRONIC MAIL:**
Crystal Financial LLC d/b/a SLR Credit Solutions LLC
c/o Blank Rome LLP
Attn: Stanley B. Tarr
1201 N Market St, Ste 800
Wilmington DE 19801
stanley.tarr@blankrome.com

**VIA ELECTRONIC MAIL:**
Comcast Cable Communications, LLC
c/o Ballard Spahr LLP
Attn: Matthew G. Summers, Laurel D. Roglen, Margaret A. Vesper
919 N Market St, 11th Fl
Wilmington DE 19801-3034
summersm@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com

**VIA ELECTRONIC MAIL:**
Numaco Packaging, LLC
c/o Eckert Seamans Cherin & Mellott, LLC
Attn: Tara L. Lattomus, Esq.
222 Delaware Ave, 7th Fl
Wilmington DE 19801
tlattomus@eckertseamans.com

**VIA ELECTRONIC MAIL:**
State Of Utah
Office Of The Attorney General, Sean D. Reyes
State Capitol, Room 236
Salt Lake City UT 84114
uag@utah.gov

**VIA ELECTRONIC MAIL:**
State Of Utah
Office Of The Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City UT 84114
uag@utah.gov

**VIA ELECTRONIC MAIL:**
Office of the United States Attorney for the District of Delaware
1313 N Market Street
Wilmington DE 19801
usade.ecfbankruptcy@usdoj.gov

**VIA ELECTRONIC MAIL:**
Salesforce, Inc.
c/o White and Williams LLP
Attn: Amy E. Vulpio
1650 Market Street, Suite 1800
One Liberty Place
Philadelphia PA 19103-7395
vulpioa@whiteandwilliams.com

**VIA ELECTRONIC MAIL:**
State Of California
Office Of The Attorney General
P.O. Box 944255
Sacramento CA 94244-2550
xavier.becerra@doj.ca.gov

# EXHIBIT B

**VIA FIRST CLASS MAIL:**
Accertify, Inc
c/o Becket & Lee LLP
Attn: Shraddha Bharatia
PO Box 3002
Malvern PA 19355-0702

**VIA FIRST CLASS MAIL:**
GG Software LP d/b/a NitroPay
c/o Gellert Scali Busenkell & Brown, LLC
Attn: Michael Busenkell, Esq.
1201 N Orange St, Ste 300
Wilmington DE 19801

**VIA FIRST CLASS MAIL:**
Internal Revenue Service
Attn: Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346

**VIA FIRST CLASS MAIL:**
Securities and Exchange Commission
100 F Street, NE
Washington DC 20549

**VIA FIRST CLASS MAIL:**
Securities and Exchange Commission
Attn: Regional Director
New York Regional Office
200 Vesey Street, Suite 400, Brookfield Place
New York NY 10281-1022

**VIA FIRST CLASS MAIL:**
State Of Arkansas
Office Of The Attorney General
323 Center St, Ste 200
Little Rock AR 72201

**VIA FIRST CLASS MAIL:**
State Of Florida
Office Of The Attorney General
The Capitol Pl-01
Tallahassee FL 32399

**VIA FIRST CLASS MAIL:**
State Of Georgia
Office Of The Attorney General
40 Capitol Sq Sw
Atlanta GA 30334

**VIA FIRST CLASS MAIL:**
State Of Idaho
Office Of The Attorney General
700 W. Jefferson St, Suite 210
Boise ID 83720

**VIA FIRST CLASS MAIL:**
State Of Indiana
Office Of The Attorney General
Indiana Government Center South
302 W Washington St 5Th Fl
Indianapolis IN 46204

**VIA FIRST CLASS MAIL:**
State Of Kansas
Office Of The Attorney General
120 SW 10Th Ave, 2nd Fl
Topeka KS 66612

**VIA FIRST CLASS MAIL:**
State Of Maine
Office Of The Attorney General
6 State House Station
Augusta ME 04333

**VIA FIRST CLASS MAIL:**
State Of Minnesota
Office Of The Attorney General
445 Minnesota St, Ste 1400
St. Paul MN 55101

**VIA FIRST CLASS MAIL:**
State Of Mississippi
Office Of The Attorney General
Walter Sillers Building
550 High St Ste 1200
Jackson MS 39201

**VIA FIRST CLASS MAIL:**
State Of Montana
Office Of The Attorney General
215 N. Sanders
Justice Building, Third Fl
Helena MT 59601

**VIA FIRST CLASS MAIL:**
State Of Nebraska
Office Of The Attorney General
2115 State Capitol
Lincoln NE 68509

**VIA FIRST CLASS MAIL:**
State Of Nevada
Office Of The Attorney General
Old Supreme Court Building
100 N Carson St
Carson City NV 89701

**VIA FIRST CLASS MAIL:**
State Of New Jersey
Office Of The Attorney General
Richard J. Hughes Justice Complex
25 Market St 8Th Fl, West Wing
Trenton NJ 08611

**VIA FIRST CLASS MAIL:**
State Of New Mexico
Office Of The Attorney General
408 Galisteo Street
Villagra Building
Santa Fe NM 87501

**VIA FIRST CLASS MAIL:**
State Of New York
Office Of The Attorney General
The Capitol
2nd Floor
Albany NY 12224

**VIA FIRST CLASS MAIL:**
State Of North Carolina
Office Of The Attorney General
114 W Edenton St
Raleigh NC 27603

**VIA FIRST CLASS MAIL:**
State Of Ohio
Office Of The Attorney General
State Office Tower
30 E Broad St 14Th Fl
Columbus OH 43215

**VIA FIRST CLASS MAIL:**
State Of Pennsylvania
Office Of The Attorney General
Strawberry Square 16Th Fl
Harrisburg PA 17120

**VIA FIRST CLASS MAIL:**
State Of Rhode Island
Office Of The Attorney General
150 S Main St
Providence RI 02903

**VIA FIRST CLASS MAIL:**
State Of South Carolina
Office Of The Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia SC 29201

**VIA FIRST CLASS MAIL:**
State Of South Dakota
Office Of The Attorney General
1302 E Highway 14, Ste 1
Pierre SD 57501

**VIA FIRST CLASS MAIL:**
State Of Tennessee
Office Of The Attorney General
301 6Th Ave N
Nashville TN 37243

**VIA FIRST CLASS MAIL:**
State Of Texas
Office Of The Attorney General
300 W. 15Th St
Austin TX 78701

**VIA FIRST CLASS MAIL:**
State Of Virginia
Office Of The Attorney General
202 N. Ninth St.
Richmond VA 23219

**VIA FIRST CLASS MAIL:**
State Of Washington
Office Of The Attorney General
1125 Washington St Se
Olympia WA 98501

**VIA FIRST CLASS MAIL:**
State Of Washington
Office Of The Attorney General
PO Box 40100
Olympia WA 98504-00

**VIA FIRST CLASS MAIL:**
State Of Wisconsin
Office Of The Attorney General
17 West Main Street, Room 114 East P
Madison WI 53702

**VIA FIRST CLASS MAIL:**
State Of Wyoming
Office Of The Attorney General
Kendrick Building
2320 Capitol Ave
Cheyenne WY 82002

**VIA FIRST CLASS MAIL:**
U.S. Bank, N.A
Attn: General Counsel
2800 Tamarack Rd
Owensboro KY 42301