**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., *et al.*[1] | Case No. 23-10852 (KBO) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Christopher Viceconte, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing *Objection of Synacor, Inc. to the Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates* to be filed and served via CM/ECF on all parties requesting electronic notification in this case and via electronic mail to the parties set forth on the attached service list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 14, 2023                                     */s/ Christopher Viceconte*
                                                                              Christopher Viceconte, Esq. (No. 5568)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

## **SERVICE LIST**

**Counsel to the Debtors**
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036
Attn: Ryan Preston Dahl (Ryan.Dahl@ropesgray.com)
Cristine Pirro Schwarzman (Cristine.Schwarzman@ropesgray.com)

Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Attn: Stephen L. Iacovo (Stephen.Iacovo@ropesgray.com)
Jeramy D. Webb (Jeramy.Webb@ropesgray.com)

**Co-Counsel to the Debtors**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Attn: Laura Davis Jones (Ljones@pszjlaw.com)
Timothy P. Cairns (Tcairns@pszjlaw.com)

**Counsel to the Committee**
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, New York 10017-3852
Attn: Darren Azman (dazman@mwe.com)
Kristin Going (kgoing@mwe.com)
Stacy A. Lutkus (salutkus@mwe.com)
Lucas B. Barrett (lbarrett@mwe.com)

-and-

McDermott Will & Emery LLP
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Attn: David Hurst (dhurst@mwe.com)

**Office of the United States Trustee**
844 King Street, Suite 2207
Wilmington, DE 19081
Attn: Richard Schepacarter, Esq.
(Richard.Schepacarter@usdoj.gov)