**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
:
In re : Chapter 11
:
Legacy IMBDS, Inc., *et al.*, : Case No. 23-10852 (KBO)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| January 8, 2024 | 10:00 a.m. prevailing Eastern Time |
| January 23, 2024 | 9:30 a.m. prevailing Eastern Time |

Dated: December 19th, 2023
Wilmington, Delaware

*Ka B. O*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:243838.4 40543/001
DE:4863-3434-5614.6 40543.001