**EXHIBIT A**

| Professional and Role in Case | Compensation Period / D.I. No. | Fees Requested | Expenses Requested | UST Fee Reductions | UST Expense Reductions | Fees Approved[1] | Expenses Approved |
|---|---|---|---|---|---|---|---|
| Ropes & Gray LLP (Co-Counsel for the Debtors and Debtors in Possession) | 06/28/2023 – 09/30/2023 D.I. 737 | $4,295,714.00 | $48,949.31 | $75,404.65 | $80.00 | $4,220,309.35 | $48,869.31 |
| Pachulski Stang Ziehl & Jones LLP (Co-Counsel for the Debtors and Debtors in Possession) | 06/28/2023 – 09/30/2023 D.I. 738 | $515,343.00 | $8,345.24 | N/A | N/A | $515,343.00 | $8,345.24 |
| Sidley Austin LLP (Corporate Counsel for the for the Debtors and Debtors in Possession) | 06/28/2023 – 09/30/2023 D.I. 739 | $669,703.00 | $3,571.73 | N/A | N/A | $666,832.00 | $3,571.73 |
| Stretto, Inc. (Administrative Agent for the for the Debtors and Debtors in Possession) | 06/29/2023 – 09/30/2023 D.I. 731 | $38,674.80 | $0.00 | N/A | N/A | $38,674.80 | $0.00 |

---

[1] The approved amounts reflect the reductions as requested by the Court and the United States Trustee.

| Professional and Role in Case | Compensation Period / D.I. No. | Fees Requested | Expenses Requested | UST Fee Reductions | UST Expense Reductions | Fees Approved[1] | Expenses Approved |
|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP (Counsel to the Official Committee of Unsecured Creditors) | 07/11/2023 – 09/30/2023 D.I. 725 | $1,759,320.50 | $14,583.88 | N/A | N/A | $1,759,320.50 | $14,583.88 |
| AlixPartners, LLP (Financial Advisors to the Official Committee of Unsecured Creditors) | 07/12/2023 – 09/30/2023 D.I. 723 | $682,291.00 | $2,387.23 | N/A | N/A | $682,291.00 | $2,387.23 |