**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Legacy IMBDS, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 587 and 701** |

**SUPPLEMENTAL AGREED ORDER EXTENDING CERTAIN
DATES UNDER THE ORDER (I) GRANTING INTERIM APPROVAL
OF THE DISCLOSURES IN THE COMBINED PLAN AND DISCLOSURE
STATEMENT; (II) SCHEDULING A COMBINED CONFIRMATION HEARING
AND SETTING DEADLINES RELATED THERETO; (III) APPROVING
SOLICITATION PACKAGES AND PROCEDURES; (IV) APPROVING
THE FORMS OF BALLOTS; AND (V) GRANTING RELATED RELIEF**

The Court having entered the *Order (I) Granting Interim Approval of the Disclosures in the Combined Plan and Disclosure Statement; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief* [Docket No. 701] (the "Scheduling Order");[2] and the Combined Hearing having been adjourned to January 8, 2024 at 10:00 a.m. (Eastern Time),

**IT IS HEREBY ORDERED THAT:**

1.      Notwithstanding anything to the contrary in the Scheduling Order, the deadline for any party supporting the Combined Plan and Disclosure Statement to file a statement in support

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are:  ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642).  The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2]    Capitalized terms not defined herein shall have the same meanings ascribed to them in the Scheduling Order.

or a reply to any objection to confirmation of the Combined Plan and Disclosure Statement is hereby extended to **January 4, 2024 at 4:00 p.m. (Eastern Time)**.

2.       Notwithstanding anything to the contrary in the Scheduling Order, the deadline to file the voting certification in respect of the Combined Plan and Disclosure Statement is hereby extended to **January 4, 2024 at 4:00 p.m. (Eastern Time)**.

3.       Except as otherwise set forth herein, the terms of the Scheduling Order shall remain in full force and effect.

4.       This Court shall retain jurisdiction over all matters related to or arising from the Scheduling Order or the interpretation or implementation of this Order.

**Dated: December 20th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

2