**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JANUARY 8, 2024 AT**
**10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE KAREN B.**
**OWENS IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET**
**STREET, 6TH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801**

> **THE BELOW LISTED MATTERS HAVE BEEN ADJOURNED.**
> **THE COURT HAS CANCELLED THE HEARING.**

**ADJOURNED MATTERS**

1. **Combined Plan and Disclosure Statement** – Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc. and Its Debtor Affiliates [Filed: 12/20/23] (Docket No. 850).

    Response Deadline:  December 14, 2023 at 4:00 p.m. (Eastern Time).

    Responses Received:

    a) Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates [Filed: 10/27/23] (Docket No. 650).

    b) Objection of the Official Committee of Unsecured Creditors to Confirmation of the Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates [Filed: 12/12/23] (Docket No. 812).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

c) Objection of the United States Trustee to the Confirmation of the Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates [Filed: 12/14/23] ([Docket No. 816](#)).

d) Objection of the Chubb Companies to the Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates [Filed: 12/14/23] ([Docket No. 820](#)).

e) Statement of IV Media LLC in Respect of the Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc. and Its Debtor Affiliates [Filed: 12/14/23] ([Docket No. 821](#)).

f) Objection of Synacor, Inc. to the Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates [Filed: 12/14/23] ([Docket No. 823](#)).

Related Documents:

a) Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates [Filed: 10/10/23] ([Docket No. 586](#)).

b) [REVISED] Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates [Filed: 10/27/23] ([Docket No. 655](#)).

c) Notice of Filing of Blackline of Revised Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates [Filed: 10/27/23] ([Docket No. 656](#)).

d) Notice of Filing of Exhibit A to Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and its Debtor Affiliates [Filed: 10/31/23] ([Docket No. 673](#)).

e) Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates [Filed: 11/1/23] ([Docket No. 695](#)).

f) Notice of Filing of Blackline of Revised Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates [Filed: 11/1/23] ([Docket No. 696](#)).

g) Certification of Counsel Submitting Revised Order (I) Granting Interim Approval of the Adequacy of the Disclosures in the Combined Plan and Disclosure Statement; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Filed: 11/1/23] ([Docket No. 698](#)).

h) [Signed] Order (I) Granting Interim Approval of the Disclosures in the Combined Plan and Disclosure Statement; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and

      Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Filed: 11/2/23] ([Docket No. 701](#)).

   i) [Solicitation Version] Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates [Filed: 11/2/23] ([Docket No. 706](#)).

   j) Notice of (I) Interim Approval of Disclosures; (II) Hearing to Consider Confirmation of the Combined Plan and Disclosure Statement; (III) Deadline for Filing Objections to Confirmation of the Combined Plan and Disclosure Statement; and (IV) Deadline for Voting on the Combined Plan and Disclosure Statement [Filed: 11/2/23] ([Docket No. 708](#)).

   k) Notice of Filing of Plan Supplement [Filed: 11/30/23] ([Docket No. 779](#)).

   l) Notice of Adjournment of Combined Hearing [Filed: 12/19/23] ([Docket No. 834](#)).

   m) Certification of Counsel Regarding Supplemental Agreed Order Extending Certain Dates Under the Order (I) Granting Interim Approval of the Disclosures in the Combined Plan and Disclosure Statement; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief [Filed: 12/19/23] ([Docket No. 836](#)).

   n) Supplemental Agreed Order Extending Certain Dates Under the Order (I) Granting Interim Approval of the Disclosures in the Combined Plan and Disclosure Statement; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving [Filed: 12/20/23] ([Docket No. 846](#)).

   o) Notice of Filing of Blackline of Revised Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc. and Its Debtor Affiliates [Filed: 12/20/23] ([Docket No. 851](#)).

   p) Notice of Filing of Amended Plan Supplement [Filed: 12/20/23] ([Docket No. 852](#)).

Status:  This matter has been adjourned to the omnibus hearing scheduled for January 23, 2024 at 9:30 a.m. Eastern Time.

2. **DIP Agent's Disbursement Motion** – Motion of DIP Agent for an Order Authorizing Disbursement of DIP Expense Advance [Filed: 12/7/23] ([Docket No. 802](#)).

Response Deadline:  December 14, 2023 at 4:00 p.m. (Eastern Time).

<u>Responses Received</u>:

a) Objection of the Official Committee of Unsecured Creditors to Motion of DIP Agent for an Order Authorizing Disbursement of DIP Expense Advance [Filed: 12/14/23] ([Docket No. 819](#)).

<u>Replies Filed</u>:

a) Reply of DIP Agent in Response to Objection of the Official Committee of Unsecured Creditors to Motion of DIP Agent for an Order Authorizing Disbursements of DIP Expense Advance [Filed: 12/18/23] ([Docket No. 832](#)).

<u>Related Documents</u>:  None as of the date hereof.

<u>Status</u>:  This matter has been adjourned to the omnibus hearing scheduled for January 23, 2024 at 9:30 a.m. Eastern Time.

*[Remainder of Page Intentionally Left Blank]*

DE:4865-9587-6505.2 40543.001

| | |
|---|---|
| Dated:  January 3, 2024<br>　　　　Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>E-mail:  ljones@pszjlaw.com<br>　　　　　tcairns@pszjlaw.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Ryan Preston Dahl (admitted *pro hac vice*)<br>Cristine Pirro Schwarzman (admitted *pro hac vice*)<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-mail:  ryan.dahl@ropesgray.com<br>　　　　　cristine.schwarzman@ropesgray.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Stephen L. Iacovo (admitted *pro hac vice*)<br>191 North Wacker Drive, 32nd Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 845-1200<br>Facsimile: (312) 845-5500<br>E-mail:  stephen.iacovo@ropesgray.com<br><br>*Counsel to the Debtors and Debtors in Possession* |