**UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Legacy IMBDS, Inc., et al.,[1]<br><br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered) |

<div align="center">

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

</div>

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On January 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Weiland, Christopher at a redacted address, pursuant to USPS forwarding instructions:

- **[*Customized*] Class 4 – Unsecured Claims General Ballot to Accept or Reject Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc. and Its Debtor Affiliates** (substantially in the form of **Exhibit 4-A** to the Solicitation Procedures Order filed at Docket No. 701)

- **Order (I) Granting Interim Approval of the Disclosures in the Combined Plan and Disclosure Statement; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief** (Docket No. 701 excluding Exhibits)

- **Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc., and Its Debtor Affiliates** (Docket No. 706)

- **Notice of (I) Interim Approval of Disclosures; (II) Hearing to Consider Confirmation of the Combined Plan and Disclosure Statement; (III) Deadline for Filing Objections to Confirmation of the Combined Plan and Disclosure Statement; and (IV) Deadline for Voting on the Combined Plan and Disclosure Statement** (Docket No. 708)

<div align="center">

[THIS SPACE INTENTIONALLY LEFT BLANK]

</div>

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

- **Postage Pre-Paid Business Reply Envelope**

Dated: January 9, 2024


Monica Arellano

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 9th day of January, 2024, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027