IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Legacy IMBDS, Inc., *et al.*,[1]<br><br>                           Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 859** |

**CERTIFICATION OF NO OBJECTION REGARDING FOURTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

The undersigned counsel hereby certifies that he is aware of no formal or informal objection or response to the *Fourth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 through November 30, 2023* [Docket No. 859] (the "Application"), filed by counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors on December 21, 2023. The undersigned counsel further certifies that he has reviewed the Court's docket and no objection to the Application appears thereon.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 436] (the "Interim Compensation Order"), the notice of Application set a deadline of January

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

DM_US 203043152-1.121575.0011

11, 2024 at 4:00 p.m. (Eastern Time) (the "Objection Deadline") for receipt of objections to the Application, and no extension of the Objection Deadline was granted.

Accordingly, pursuant to the Interim Compensation Order, the Debtors are authorized to pay 80% of the fees requested in the Application, or $34,772.00.

| | |
|---|---|
| Dated: January 16, 2024<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>E-Mail: dhurst@mwe.com<br><br>*- and -*<br><br>Darren Azman (admitted *pro hac vice*)<br>Kristin Going (admitted *pro hac vice*)<br>Stacy A. Lutkus (admitted *pro hac vice*)<br>Lucas B. Barrett<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>E-mail: dazman@mwe.com<br>         kgoing@mwe.com<br>         salutkus@mwe.com<br>         lbarrett@mwe.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |