**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                    :
In re                                          :        Chapter 11
                                                    :
Legacy IMBDS, Inc., *et al.*,              :        Case No. 23-10852 (KBO)
                                                    :
                  Debtors.              :        (Jointly Administered)
                                                    :
------------------------------------------------------------ x

**ORDER SCHEDULING OMNIBUS HEARING DATE**

      IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned cases:

| **DATE** | **TIME** |
|---|---|
| February 21, 2024 | 9:30 a.m. prevailing Eastern Time |

**Dated: January 18th, 2024**
**Wilmington, Delaware**

*(signed)* Ka B. O—.
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DE:4863-3434-5614.7 40543.001