**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 587, 701, 846, and 869 |

**THIRD SUPPLEMENTAL AGREED ORDER EXTENDING CERTAIN
DATES UNDER THE ORDER (I) GRANTING INTERIM APPROVAL
OF THE DISCLOSURES IN THE COMBINED PLAN AND DISCLOSURE
STATEMENT; (II) SCHEDULING A COMBINED CONFIRMATION HEARING
AND SETTING DEADLINES RELATED THERETO; (III) APPROVING
SOLICITATION PACKAGES AND PROCEDURES; (IV) APPROVING
THE FORMS OF BALLOTS; AND (V) GRANTING RELATED RELIEF**

The Court having entered (i) the *Order (I) Granting Interim Approval of the Disclosures in the Combined Plan and Disclosure Statement; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief* [Docket No. 701] (the "Initial Scheduling Order") and (ii) supplemental agreed orders extending certain dates under the Initial Scheduling Order [Docket Nos. 846 and 869] (together with the Initial Scheduling Order, the "Scheduling Orders");[2] and the Combined Hearing having been adjourned to February 21, 2024 at 9:30 a.m. (Eastern Time),

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] Capitalized terms not defined herein shall have the same meanings ascribed to them in the Scheduling Orders, as applicable.

**IT IS HEREBY ORDERED THAT:**

1. Notwithstanding anything to the contrary in the Scheduling Orders, the deadline for any party supporting the Combined Plan and Disclosure Statement to file a statement in support or a reply to any objection to confirmation of the Combined Plan and Disclosure Statement is hereby extended to **February 16, 2024 at 4:00 p.m. (Eastern Time)**.

2. Notwithstanding anything to the contrary in the Scheduling Orders, the deadline to file the voting certification in respect of the Combined Plan and Disclosure Statement is hereby extended to **February 16, 2024 at 4:00 p.m. (Eastern Time)**.

3. Except as otherwise set forth herein, the terms of the Scheduling Orders shall remain in full force and effect.

4. This Court shall retain jurisdiction over all matters related to or arising from the Scheduling Orders or the interpretation or implementation of this Order.

**Dated: January 22nd, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**