UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Legacy IMBDS, Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On February 2, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Sixth Monthly Application of Ropes & Gray LLP for Allowance of Compensation for Services Rendered as Attorneys for the Debtors and Debtors in Possession for the Period from December 1, 2023 Through and Including December 31, 2023** (Docket No. 947)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

Furthermore, on February 3, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit B**:

- **Sixth Monthly Application of Ropes & Gray LLP for Allowance of Compensation for Services Rendered as Attorneys for the Debtors and Debtors in Possession for the Period from December 1, 2023 Through and Including December 31, 2023** (Docket No. 947)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: February 5, 2024

*Serina Tran*
Serina Tran

State of Colorado  )
                   )  SS.
County of Denver   )

Subscribed and sworn before me this 5th day of February 2024 by Serina Tran.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **<u>Exhibit A</u>**



# Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Co-Counsel to the Debtors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Timothy P. Cairns | ljones@pszjlaw.com tcairns@pszjlaw.com |
| Co-Counsel to the Debtors | c/o Ropes & Gray | Attn: Ryan Preston Dahl, Cristine Pirro Schwarzman | ryan.dahl@ropesgray.com cristine.schwarzman@ropesgray.com |
| Co-Counsel to the Debtors | c/o Ropes & Gray | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| Counsel to the Prepetition Agent | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Esq. | regina.kelbon@blankrome.com |
| iMedia Brands, Inc. et al. | Attn: Alex Wasserburger | | awasserburger@imediabrands.com |
| Proposed Counsel to the Committee | c/o McDermott Will & Emery LLP | Attn: Kristin Going, Darren Azman | kgoing@mwe.com dazman@mwe.com |
| United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | richard.schepacarter@usdoj.gov |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Co-Counsel to the Debtors | c/o Ropes & Gray | 1211 Avenue of the Americas | R Preston D Cristine P Schwarzman | New York | NY | 10036 |
| Co-Counsel to the Debtors | c/o Ropes & Gray | 191 N Wacker Dr 32nd Fl | Attn: Stephen L. Iacovo | Chicago | IL | 60606 |
| Co-Counsel to the Debtors | Pachulski Stang Ziehl & Jones LLP | 919 N Market St 17th Fl | Attn L Jones T Cairns | Wilmington | DE | 19801 |
| Counsel Crystal Financial LLC | c/o Morgan Lewis & Bockius LLP | One Federal St | Attn: Julia Frost-Davies | Boston | MA | 02110 |
| Counsel to the Prepetition Agent | c/o Blank Rome LLP | 1201 N Market St Ste 800 | Attn: Regina Stango Kelbon Esq. | Wilmington | DE | 19801 |
| iMedia Brands Inc. et al. | Attn: Alex Wasserburger | 6740 Shady Oak Rd | | Eden Prairie | MN | 55344-3433 |
| Proposed Counsel to the Committee | c/o McDermott Will & Emery LLP | One Vanderbilt Ave | Attn: Kristin Going Darren Azman | New York | NY | 10017-3852 |
| US Trustee District of Delaware | Attn: Richard L. Schepacarter | 844 N King St Rm 2207 | | Wilmington | DE | 19801 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1