## ANNEX A

### Contracts

| Title/Description of Contract | Name | Address | Effective Date of Rejection |
|---|---|---|---|
| Licensed Data Agreement, dated November 5, 2021 | Gracenote Media Services LLC | 675 6th Ave, New York, NY 10010 | 1/18/2024 |
| Master Consulting Services Agreement, dated, September 7, 2021 | Korber Supply Chain Software FAP LLC | 5600 West 83rd Street, #600, Minneapolis, MN 55437 | 1/18/2024 |
| Management Services Agreement | Pitney Bowes | 3001 Summer Street, Stamford, CT | 1/18/2024 |
| Returns Management Services Agreement, dated October 18, 2004, as amended | Pitney Bowes Inc | 3001 Summer Street, Stamford, CT | 1/18/2024 |
| Postal Services Agreement | UPS | 55 Glenlake, NE, Atlanta, GA 30328 | 1/18/2024 |
| Postal Services Agreement | UPS Mail Innovations | 55 Glenlake, NE, Atlanta, GA 30328 | 1/18/2024 |
| Incentive Agreement, dated December 14, 2021 | UPS Supply Chain Solutions | 55 Glenlake, NE, Atlanta, GA 30328 | 1/18/2024 |