UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Legacy IMBDS, Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On February 9, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Hearing on Vidazoo Ltd's Objection to Sixth Notice of Rejection of Certain Executory Contracts and Unexpired Leases** (Docket No. 959)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: February 12, 2024

                                                                                     *Serina Tran*
                                                                                     Serina Tran

State of Colorado    )
                           ) SS.
County of Denver   )

Subscribed and sworn before me this 12th day of February 2024 by Serina Tran.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

# **Exhibit A**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Accertify, Inc | c/o Becket & Lee LLP | Attn: Shraddha Bharatia | PO Box 3002 | Malvern | PA | 19355-0702 |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan Lewis & Bockius, LLP | Attn: Julia Frost-Davies | One Federal Street | Boston | MA | 21110 |
| GG Software LP d/b/a NitroPay | c/o Gellert Scali Busenkell & Brown, LLC | Attn: Michael Busenkell, Esq. | 1201 N Orange St, Ste 300 | Wilmington | DE | 19801 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey Street, Suite 400, Brookfield Place | New York | NY | 10281-1022 |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 |
| State Of Indiana | Office Of The Attorney General | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 |
| State Of Kansas | Office Of The Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 |
| State Of Massachusetts | Office Of The Attorney General | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 |
| State Of Mississippi | Office Of The Attorney General | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 |
| State Of Nevada | Office Of The Attorney General | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 |
| State Of New Jersey | Office Of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| State Of New York | Office Of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 |
| State Of Ohio | Office Of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 02903 |
| State Of South Carolina | Office Of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 |
| State Of Wisconsin | Office Of The Attorney General | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 |
| State Of Wyoming | Office Of The Attorney General | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 |
| U.S. Bank, N.A | Attn: General Counsel | 2800 Tamarack Rd | | Owensboro | KY | 42301 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Aerofund Holdings, Inc. | c/o Pahl & McCay | Attn: Ginger L. Sotelo, Esq. | gsotelo@pahl-mccay.com |
| Apparel Solutions, Inc. | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & Steven L. Walsh | kcapuzzi@beneschlaw.com swalsh@beneschlaw.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder, Esq. | dklauder@bk-legal.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R. Winters, Esq., Brendan M. Scott, Esq | iwinters@klestadt.com bscott@klestadt.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Riemer & Braunstein LLP | Attn: Steven E. Fox | sfox@riemerlaw.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Douglas D. Herrmann, Evelyn Meltzer | douglas.herrmann@troutman.com evelyn.meltzer@troutman.com |
| ChannelAdvisor Corporation | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Clarus Commerce LLC d/b/a Ebbo | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch, Sally E. Veghte | rlemisch@klehr.com sveghte@klehr.com kdickson@ebbo.com |
| Comcast Cable Communications, LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers, Laurel D. Roglen, Margaret A. Vesper | summersm@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| Commerce Technologies LLC d/b/a CommerceHub | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Blank Rome LLP | Attn: Stanley B. Tarr | stanley.tarr@blankrome.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan, Lewis & Bockius LLP | Attn: T. Charlie Liu | charlie.liu@morganlewis.com |
| DIRECTV, LLC | c/o Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi, David T. Queroli, Emily R. Mathews | defranceschi@rlf.com queroli@rlf.com mathews@rlf.com |
| District Of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Gemporia Limited | c/o Best and Flanagan, LLC | Attn: Michael A. Stephani | mstephani@bestlaw.com |
| GG Software LP d/b/a NitroPay | c/o Carlton Fields, P.A. | Attn: David L. Gay, Esq. | dgay@carltonfields.com namer@carltonfields.com |
| G-III Leather Fashions, Inc. | c/o Loeb & Loeb LLP | Attn: Daniel B. Besikof | dbesikof@loeb.com |
| G-III Leather Fashions, Inc. | c/o Loeb & Loeb LLP | Attn: Guy Macarol | gmacarol@loeb.com |
| Isomers Laboratories Inc. | Attn: Manuela Marcheggiani | | mmarcheggiani@isomers.ca manuela@isomers.ca |
| Korber Supply Chain US, Inc. | c/o Cowles & Thompson, P.C. | Attn: William L. Siegel | bsiegel@cowlesthompson.com |
| Michigan Department of Treasury | c/o Cammie O. Anderson | Attn: Heather L. Donald, Assistant Attorney General | donaldh@michigan.gov |
| Milor S.P.A. | Attn: Joseph Mouhadab | | jm@milor.it |
| Missouri Department of Revenue | c/o Bankruptcy Unit | Attn: Don G. Cosper | bankruptcy@dor.mo.gov |
| New York State Department of Taxation and Finance | Attn: Martin A. Mooney, Esq. | Office of the New York State Attorney General, Civil Recoveries Bureau, Bankruptcy Litigation Unit | martin.mooney@ag.ny.gov |
| Numaco Packaging, LLC | c/o Cameron & Mittleman LLP | Attn: Bruce W. Gladstone | bgladstone@cm-law.com |
| Numaco Packaging, LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus, Esq. | tlattomus@eckertseamans.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | richard.schepacarter@usdoj.gov |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Attn: Ryan Starnowsky, Collections Support Unit | | ra-li-ucts-bankrupt@state.pa.us |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 3



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman, Kristin Going, Stacy A. Lutkus, Lucas B. Barrett | dazman@mwe.com kgoing@mwe.com salutkus@mwe.com lbarrett@mwe.com |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: David R. Hurst | dhurst@mwe.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Pontus IMB Portfolio, LLC | c/o Levene, Neale, Bender, Yoo & Golubchik LLP | Attn: Juliet Y. Oh | jyo@lnbyg.com |
| Pontus IMB Portfolio, LLC | c/o Polsinelli PC | Attn: Christopher A. Ward, Katherine M. Devanney | cward@polsinelli.com kdevanney@polsinelli.com |
| Real Decoy, Inc. | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| RNN-TV Licensing Co. LLC | c/o Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Jennifer Rodburg, Philip Richter, Andrew Minear | jennifer.rodburg@friedfrank.com philip.richter@friedfrank.com andrew.minear@friedfrank.com |
| RNN-TV Licensing Co. LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Andrew R. Remming | rdehney@morrisnichols.com aremming@morrisnichols.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Amy E. Vulpio | vulpioa@whiteandwilliams.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Rochelle Gumapac | gumapacr@whiteandwilliams.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: John Lucian | john.lucian@blankrome.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr | regina.kelbon@blankrome.com stanley.tarr@blankrome.com |
| State Of Alabama | Office Of The Attorney General | | consumerinterest@alabamaag.gov |
| State Of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State Of Arizona | Office Of The Attorney General | | bceintake@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | | dor_tac_bankruptcy@state.co.us |
| State Of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| State Of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State Of Illinois | Office Of The Attorney General | | michelle@lisamadigan.org |
| State Of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State Of Kentucky | Office Of The Attorney General | | kyoagor@ky.gov |
| State Of Louisiana | Office Of The Attorney General | | constituentservices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State Of Massachusetts | Office Of The Attorney General | | ago@state.ma.us |
| State Of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State Of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State Of New Hampshire | Office Of The Attorney General | Nh Department Of Justice | attorneygeneral@doj.nh.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| State Of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State Of Utah | Office Of The Attorney General | | bankruptcy@agutah.gov |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | | bankruptcy@agutah.gov |
| State Of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State Of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| Sterling Group Holdings Limited dba Sterling Apparel of Hong Kong | c/o Bricker Graydon LLP | Attn: J. Michael Debbeler | mdebbeler@brickergraydon.com |
| Sunset Advisors LLC | Attn: Richard M Fels | | richardfelssa@gmail.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Synacor, Inc. | c/o Gibbons P.C. | Attn: Chantelle D. McClamb, Christopher Viceconte | cmcclamb@gibbonslaw.com cviceconte@gibbonslaw.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Curtis L. Tuggle, Esq., Jonathan S. Hawkins, Esq. | curtis.tuggle@thompsonhine.com jonathan.hawkins@thompsonhine.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Jonathan Hawkins, Esq. | jonathan.hawkins@thompsonhine.com |
| The Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Courtney J. Hull, Assistant Attorney General | bk-chull@oag.texas.gov |
| Type A Holdings LTD | c/o Venable LLP | Attn: Andrew J. Currie, Frederick W. H. Carter | ajcurrie@venable.com fwcarter@venable.com |
| Type A Holdings LTD | c/o Venable LLP | Attn: Daniel A. O'Brien, Esq. | daobrien@venable.com |
| U.S. Bank | c/o Dorsey & Whitney LLP | Attn: Alessandra Glorioso, Eric Lopez Schnabel | glorioso.alessandra@dorsey.com schnabel.eric@dorsey.com |
| U.S. Bank Equipment Finance, a division of U.S. Bank, National Association | c/o Morris James LLP | Attn: Eric J. Monzo, Tara C. Pakrouh | emonzo@morrisjames.com tpakrouh@morrisjames.com |
| U.S. Bank Trust Company NA | Attn: Laura L. Moran | MA-Global Corporate Trust | laura.moran@usbank.com |
| U.S. Bank Trust Company National Association | c/o Dorsey & Whitney (Delaware) LLP | Attn: Eric Lopez Schnabel, Alessandra Glorioso | schnabel.eric@dorsey.com glorioso.alessandra@dorsey.com |
| Vidazoo Ltd | c/o Bernstein Cherney LLP | Attn: Hartley T. Bernstein | hbernstein@bernsteincherney.com |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 3 of 3