## ANNEX A

### Designated Contract

| Debtor Party | Designated Contract | Counterparty Name | Cure Cost |
|---|---|---|---|
| Legacy IMBDS, Inc. | Master Lease Agreement, dated April 7, 2023, by and between Pontus IMB Portfolio, LLC and the Company | Pontus IMB Portfolio, LLC | $40,534.03 |