**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., *et al.*,[1] | Case No. 23-10852 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 924** |

### ORDER (I) AUTHORIZING DEBTORS TO ASSUME AND ASSIGN DESIGNATED CONTRACTS AND (II) GRANTING RELATED RELIEF

Pursuant to and in accordance with the *Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities; (II) Approving the Debtors' Entry into the Asset Purchase Agreement; (III) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [Docket No. 461] (the "Sale Order")[2] entered in the above-captioned chapter 11 cases of Legacy IMBDS, Inc. and its debtor affiliates (collective, the "Debtors"); and the Debtors having properly filed with this Court and served on the notice parties a notice (the "Designation Notice") of their intent to assume and assign to Buyer the Designated Contracts identified on **Annex A** hereto (the "Designated Contracts"); and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Designation Notice; and the Court having found and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1. Effective upon payment of the applicable Cure Costs set forth on **Annex A** to this Order, the Designated Contracts shall be deemed assumed by the Debtors and assigned to IV Media, LLC in accordance with the terms of the Sale Order, as further set forth herein. Thereafter, the Designated Contracts shall be Purchased Contracts under the Asset and Equity Purchase Agreement approved by the Sale Order.

2. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: February 12th, 2024
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE