## ANNEX A

## Designated Contracts

| Debtor Party | Designated Contract | Counterparty Name | Cure Cost |
|---|---|---|---|
| Legacy IMBDS, Inc. | Data Services Agreement | COLOGIX INC | $750.00 |
| Legacy IMBDS, Inc. | VAR Service Agreement | EVOLVING SOLUTIONS INC | $54,001.00 |
| Legacy IMBDS, Inc. | Verizon Wireless Major Account Agreement, dated May 13, 2021 | VERIZON WIRELESS | $533.12 |