## ANNEX A

### Contracts

| Title/Description of Contract | Name | Address | Effective Date of Rejection |
|---|---|---|---|
| Advertiser Insertion Order, dated December 30, 2019 | Aniview Inc | 79 Madison Ave, New York, New York 10016 | 1/24/2024 |
| Sales Order Terms and Conditions for Avalara Services, dated July 25, 2022 | Avalara Inc | 255 South King Street, Suite 1200 Seattle, Washington 98104 | 1/24/2024 |
| Bazaarvoice Service Order #00080337, dated May 21, 2021 | Bazaarvoice Inc | 10901 Stonelake Blvd., Austin, Texas 78759 | 1/24/2024 |
| Software Agreement | Bottomline Technologies | 100 International Drive, Suite 200, Portsmouth, New Hampshire 03801 | 1/24/2024 |
| Purchase Order Number 958715, dated May 27, 2022 | CDW Direct | 200 N. Milwaukee Ave, Vernon, Hills, Illinois 60061 | 1/24/2024 |
| Publishing Agreement | Decido LLC | 1925 Palomar Oaks Way, #200, Carlsbad, California 92008 | 1/24/2024 |
| Advertiser Insertion Order dated on or around December 15, 2021 | Exorigos Ltd | 6 Beit Hillel, 3rd Floor, Tel Aviv, 6701706, Israel | 1/24/2024 |
| Confidential Vendor Exclusivity Agreement | Famjams Trading LLC | 2361 Nostrand Ave, Suite 803, Brooklyn, New York 11210 | 1/24/2024 |
| Advertiser Insertion Order | GG Software LP Dba Nitro Pay | 14205 SE 36th Street, Suite 100, Bellevue, Washington 98006 | 1/24/2024 |
| Membership Agreement | Interactive Advertising Bureau | 116 East 27th Street, 6th Floor, New York, New York 10016 | 1/24/2024 |
| Confidential Vendor Exclusivity Agreement, dated June 9, 2021 | Invicta Watch Company of America, Inc. | 1 Invicta Way, Hollywood, Florida 33021 | 1/24/2024 |
| Services Agreement | R Systems International Ltd | 5000 Windplay Drive, Suite 5, El | 1/24/2024 |

| | | | |
|---|---|---|---|
| | | Dorado Hills, California 95762 | |
| Service Agreement 24017, dated May 1, 2021 | Service Express Inc. | 3855 Sparks Drive SE, Grand Rapids, MI 49546 | 1/24/2024 |
| Agreement, dated July 22, 2022 | Staq Inc | 270 Cobb Parkway S, Suite 140 Unit 421, Marietta, Georgia | 1/24/2024 |
| Vendor Exclusivity Agreement, dated May 2, 2019 | Sterling Time, LLC | 2361 Nostrand Ave, Suite 803, Brooklyn, New York | 1/24/2024 |
| Publishing Agreement | Type A Holdings Ltd | Azrieli Sarona Tower 12th Floor, Derech Menachem Begin 121, Tel Aviv, 6701318, Israel | 1/24/2024 |

**UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASE**

| Address of Subject Property | Landlord Name and Address | Rejection Date | Description of Abandoned Property | Effective Date of Rejection |
|---|---|---|---|---|
| 50 Lakefront Boulevard, Suite 300, Buffalo, New York 14202 | D&S Capital Real Estate, LLC/Cedarland Development Group | 1/24/2024 | | 1/24/2024 |