## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy IMBDS, Inc., et al.,[1] | Case No. 23-10852 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On February 16, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Second Amended Plan Supplement** (Docket No. 975)

- **Notice of Agenda of Matters Scheduled for Hearing on February 21, 2024 at 9:30 a.m. (Eastern Time) Before the Honorable Karen B. Owens in the U.S. Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801** (Docket No. 978)

- **Memorandum of Law in Support of an Order (I) Approving the Debtors' Disclosure Statement on a Final Basis and (II) Confirming the Debtors' Joint Chapter 11 Plan of Liquidation** (Docket No. 979)

- **Declaration of James Alt in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Liquidation** (Docket No. 980)

- **Declaration of Aileen Daversa Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc. and Its Debtor Affiliate** (Docket No. 981)

- **Order Pursuant to 11 U.S.C. § 1121(d) Extending Exclusive Periods** (Docket No. 982)

- **Order Approving the Settlement Agreement Among the Debtors, Synacor, Inc., and IV Media, LLC, and Granting Related Relief** (Docket No. 983)

- **Notice of Filing of Proposed Confirmation Order** (Docket No. 984)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

- **Amended Notice of Agenda of Matters Scheduled for Hearing on February 21, 2024 at 9:30 a.m. (Eastern Time) Before the Honorable Karen B. Owens in the U.S. Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801** (Docket No. 985)

Furthermore, on February 16, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Synacor Inc., c/o Gibbons P.C., Robert K. Malone Brett S. Theisen at One Gateway Center, Newark, NJ 07102, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Filing of Second Amended Plan Supplement** (Docket No. 975)

- **Memorandum of Law in Support of an Order (I) Approving the Debtors' Disclosure Statement on a Final Basis and (II) Confirming the Debtors' Joint Chapter 11 Plan of Liquidation** (Docket No. 979)

- **Declaration of James Alt in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Liquidation** (Docket No. 980)

- **Declaration of Aileen Daversa Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Combined Joint Chapter 11 Plan of Liquidation and Disclosure Statement of Legacy IMBDS, Inc. and Its Debtor Affiliate** (Docket No. 981)

- **Notice of Filing of Proposed Confirmation Order** (Docket No. 984)

Furthermore, on February 16, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **Notice of Agenda of Matters Scheduled for Hearing on February 21, 2024 at 9:30 a.m. (Eastern Time) Before the Honorable Karen B. Owens in the U.S. Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801** (Docket No. 978)

- **Amended Notice of Agenda of Matters Scheduled for Hearing on February 21, 2024 at 9:30 a.m. (Eastern Time) Before the Honorable Karen B. Owens in the U.S. Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801** (Docket No. 985)

Furthermore, on February 16, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit F**, and via electronic mail on the service list attached hereto as **Exhibit G**:

- **Order Pursuant to 11 U.S.C. § 1121(d) Extending Exclusive Periods** (Docket No. 982)

- **Order Approving the Settlement Agreement Among the Debtors, Synacor, Inc., and IV Media, LLC, and Granting Related Relief** (Docket No. 983)

Furthermore, on February 16, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit H**, and via electronic mail on the service list attached hereto as **Exhibit I**:

- **Order Approving the Settlement Agreement Among the Debtors, Synacor, Inc., and IV Media, LLC, and Granting Related Relief** (Docket No. 983)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: February 20, 2024

_Serina Tran_
Serina Tran

State of Colorado    )
                       ) SS.
County of Denver     )

Subscribed and sworn before me this 20th day of February 2024 by Serina Tran.

_Kerrie Lynne Darby_
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# Exhibit A

 STRETTO

**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Accertify Inc | c/o Becket & Lee LLP | PO Box 3002 | Attn: Shraddha Bharatia | Malvern | PA | 19355-0702 |
| Crystal Financial LLC dba SLR Cred | c/o Morgan Lewis & Bockius LLP | 1 Federal Street | Attn: Julia Frost-Davies | Boston | MA | 21110 |
| GG Software LP d/b/a NitroPay | Gellert Scali Busenkell Brown LLC | 1201 N Orange St Ste 300 | Attn: Michael Busenkell Esq. | Wilmington | DE | 19801 |
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Securities and Exchange Commission | Attn: Andrew Calamari Rd | 200 Vesey St Ste 400 Brookfield Pl | New York Regional Office | New York | NY | 10281-1022 |
| Securities and Exchange Commission | Office/Director or Legal Dept | 100 F Street, NE | | Washington | DC | 20549 |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 |
| State Of Florida | Office Of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 |
| State Of Indiana | Office Of The Attorney General | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 |
| State Of Kansas | Office Of The Attorney General | 120 Sw 10Th Ave, 2nd Fl | | Topeka | KS | 66612 |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 |
| State Of Massachusetts | Office Of The Attorney General | 1 Ashburton Place, 20Th Floor | | Boston | MS | 02108 |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 |
| State Of Mississippi | Office Of The Attorney General | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 |
| State Of Nevada | Office Of The Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 |
| State Of New Jersey | Office Of The Attorney General | 25 Market St 8Th Fl, West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| State Of New York | Office Of The Attorney General | The Capitol | | Albany | NY | 12224 |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 |
| State Of Ohio | Office Of The Attorney General | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 2903 |
| State Of South Carolina | Office Of The Attorney General | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 |
| State Of Wisconsin | Office Of The Attorney General | 114 E State Capitol | | Madison | WI | 53702 |
| State Of Wyoming | Office Of The Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 |
| U.S. Bank N.A | Attn: General Counsel | 2800 Tamarack Rd | | Owensboro | KY | 42301 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# Exhibit B



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Aerofund Holdings, Inc. | c/o Pahl & McCay | Attn: Ginger L. Sotelo, Esq. | gsotelo@pahl-mccay.com |
| Apparel Solutions, Inc. | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi & Steven L. Walsh | kcapuzzi@beneschlaw.com swalsh@beneschlaw.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Bielli & Klauder, LLC | Attn: David M. Klauder, Esq. | dklauder@bk-legal.com |
| B.H. Multi Com Corp and B.H. Multi Color Corp. | c/o Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Ian R. Winters, Esq., Brendan M. Scott, Esq | iwinters@klestadt.com bscott@klestadt.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Riemer & Braunstein LLP | Attn: Steven E. Fox | sfox@riemerlaw.com |
| C&B Newco, LLC and C&B IPCO, LLC | c/o Troutman Pepper Hamilton Sanders LLP | Attn: Douglas D. Herrmann, Evelyn Meltzer | douglas.herrmann@troutman.com evelyn.meltzer@troutman.com |
| ChannelAdvisor Corporation | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Clarus Commerce LLC d/b/a Ebbo | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch, Sally E. Veghte | rlemisch@klehr.com sveghte@klehr.com kdickson@ebbo.com |
| Comcast Cable Communications, LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers, Laurel D. Roglen, Margaret A. Vesper | summersm@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com |
| Commerce Technologies LLC d/b/a CommerceHub | c/o Stradley Ronon Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Blank Rome LLP | Attn: Stanley B. Tarr | stanley.tarr@blankrome.com |
| Crystal Financial LLC d/b/a SLR Credit Solutions LLC | c/o Morgan, Lewis & Bockius LLP | Attn: T. Charlie Liu | charlie.liu@morganlewis.com |
| DIRECTV, LLC | c/o Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi, David T. Queroli, Emily R. Mathews | defranceschi@rlf.com queroli@rlf.com mathews@rlf.com |
| District Of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Gemporia Limited | c/o Best and Flanagan, LLC | Attn: Michael A. Stephani | mstephani@bestlaw.com |
| GG Software LP d/b/a NitroPay | c/o Carlton Fields, P.A. | Attn: David L. Gay, Esq. | dgay@carltonfields.com namer@carltonfields.com |
| G-III Leather Fashions, Inc. | c/o Loeb & Loeb LLP | Attn: Daniel B. Besikof | dbesikof@loeb.com |
| G-III Leather Fashions, Inc. | c/o Loeb & Loeb LLP | Attn: Guy Macarol | gmacarol@loeb.com |
| Isomers Laboratories Inc. | Attn: Manuela Marcheggiani | Attn: William L. Siegel | mmarcheggiani@isomers.ca manuela@isomers.ca |
| Korber Supply Chain US, Inc. | c/o Cowles & Thompson, P.C. | | bsiegel@cowlesthompson.com |
| Michigan Department of Treasury | c/o Cammie O. Anderson | Attn: Heather L. Donald, Assistant Attorney General | donaldh@michigan.gov |
| Milor S.P.A. | Attn: Joseph Mouhadab | | jm@milor.it |
| Missouri Department of Revenue | c/o Bankruptcy Unit | Attn: Don G. Cosper | bankruptcy@dor.mo.gov |
| New York State Department of Taxation and Finance | Attn: Martin A. Mooney, Esq. | Office of the New York State Attorney General, Civil Recoveries Bureau, Bankruptcy Litigation Unit | martin.mooney@ag.ny.gov |
| Numaco Packaging, LLC | c/o Cameron & Mittleman LLP | Attn: Bruce W. Gladstone | bgladstone@cm-law.com |
| Numaco Packaging, LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus, Esq. | tlattomus@eckertseamans.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Richard L. Schepacarter | | richard.schepacarter@usdoj.gov |
| Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Attn: Ryan Starnowsky, Collections Support Unit | | ra-li-ucts-bankrupt@state.pa.us |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: Darren Azman, Kristin Going, Stacy A. Lutkus, Lucas B. Barrett | dazman@mwe.com<br>kgoing@mwe.com<br>salutkus@mwe.com<br>lbarrett@mwe.com |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: David R. Hurst | dhurst@mwe.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Oracle America, Inc. | c/o Doshi Legal Group, P.C. | Attn: Amish R. Doshi | amish@doshilegal.com |
| Pontus IMB Portfolio, LLC | c/o Levene, Neale, Bender, Yoo & Golubchik LLP | Attn: Juliet Y. Oh | jyo@lnbyg.com |
| Pontus IMB Portfolio, LLC | c/o Polsinelli PC | Attn: Christopher A. Ward, Katherine M. Devanney | cward@polsinelli.com<br>kdevanney@polsinelli.com |
| Real Decoy, Inc. | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| RNN-TV Licensing Co. LLC | c/o Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Jennifer Rodburg, Philip Richter, Andrew Minear | jennifer.rodburg@friedfrank.com<br>philip.richter@friedfrank.com<br>andrew.minear@friedfrank.com |
| RNN-TV Licensing Co. LLC | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Andrew R. Remming | rdehney@morrisnichols.com<br>aremming@morrisnichols.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Amy E. Vulpio | vulpioa@whiteandwilliams.com |
| Salesforce, Inc. | c/o White and Williams LLP | Attn: Rochelle Gumapac | gumapacr@whiteandwilliams.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: John Lucian | john.lucian@blankrome.com |
| Siena Lending Group LLC | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com |
| State Of Alabama | Office Of The Attorney General | | consumerinterest@alabamaag.gov |
| State Of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State Of Arizona | Office Of The Attorney General | | bceintake@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | | dor_tac_bankruptcy@state.co.us |
| State Of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State Of Delaware | Department of Justice | | attorney.general@state.de.us |
| State Of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State Of Illinois | Office Of The Attorney General | | michelle@lisamadigan.org |
| State Of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State Of Kentucky | Office Of The Attorney General | | kyoagor@ky.gov |
| State Of Louisiana | Office Of The Attorney General | | constituentservices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State Of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State Of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State Of New Hampshire | Office Of The Attorney General | Nh Department Of Justice | attorneygeneral@doj.nh.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| State Of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State Of Utah | Office Of The Attorney General | | bankruptcy@agutah.gov |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | | bankruptcy@agutah.gov |
| State Of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State Of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| Sterling Group Holdings Limited dba Sterling Apparel of Hong Kong | c/o Bricker Graydon LLP | Attn: J. Michael Debbeler | mdebbeler@brickergraydon.com |
| Sunset Advisors LLC | Attn: Richard M Fels | | richardfelssa@gmail.com |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 2 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Synacor, Inc. | c/o Gibbons P.C. | Attn: Chantelle D. McClamb, Christopher Viceconte | cmcclamb@gibbonslaw.com<br>cviceconte@gibbonslaw.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Curtis L. Tuggle, Esq., Jonathan S. Hawkins, Esq. | curtis.tuggle@thompsonhine.com<br>jonathan.hawkins@thompsonhine.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Jonathan Hawkins, Esq. | jonathan.hawkins@thompsonhine.com |
| The Texas Comptroller of Public Accounts, Revenue Accounting Division | c/o Bankruptcy & Collections Division | Attn: Courtney J. Hull, Assistant Attorney General | bk-chull@oag.texas.gov |
| Type A Holdings LTD | c/o Venable LLP | Attn: Andrew J. Currie, Frederick W. H. Carter | ajcurrie@venable.com<br>fwcarter@venable.com |
| Type A Holdings LTD | c/o Venable LLP | Attn: Daniel A. O'Brien, Esq. | daobrien@venable.com |
| U.S. Bank | c/o Dorsey & Whitney LLP | Attn: Alessandra Glorioso, Eric Lopez Schnabel | glorioso.alessandra@dorsey.com<br>schnabel.eric@dorsey.com |
| U.S. Bank Equipment Finance, a division of U.S. Bank, National Association | c/o Morris James LLP | Attn: Eric J. Monzo, Tara C. Pakrouh | emonzo@morrisjames.com<br>tpakrouh@morrisjames.com |
| U.S. Bank Trust Company NA | Attn: Laura L. Moran | MA-Global Corporate Trust | laura.moran@usbank.com |
| U.S. Bank Trust Company National Association | c/o Dorsey & Whitney (Delaware) LLP | Attn: Eric Lopez Schnabel, Alessandra Glorioso | schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 3 of 3

# Exhibit C



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Chubb Companies | c/o Duane Morris LLP | Attn: Drew S. McGehrin | dsmcgehrin@duanemorris.com |
| Chubb Companies | c/o Duane Morris LLP | Attn: Wendy M. Simkulak | wmsimkulak@duanemorris.com |
| Official Committee of Unsecured Creditors | c/o McDermott Will & Emery LLP | Attn: David R. Hurst | dhurst@mwe.com |
| Synacor, Inc. | c/o Gibbons P.C. | Attn Chris Viceconte | cviceconte@gibbonslaw.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Ryan Blackney, Esq. | ryan.blackney@thompsonhine.com |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# Exhibit D



**Exhibit D**
Served via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Verizon Wireless | PO Box 16810 | Newark | NJ | 07101-6810 |
| Verizon Wireless | PO Box 25505 | Lehigh Valley | PA | 18002-5505 |
| Verizon Wireless | PO Box 25506 | Lehigh Valley | PA | 18002-5506 |
| Verizon Wireless | PO Box 790406 | St Louis | MO | 63179-0406 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# Exhibit E



**Exhibit E**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| DIP Agent | c/o Blank Rome LLP | Attn: John Lucian | john.lucian@blankrome.com |
| DIP Agent | c/o Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr, Lawrence R. Thomas III | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com<br>lorenzo.thomas@blankrome.com |
| IV Media, LLC | c/o Greenberg Trauric, LLP | Attn: Dennis A. Meloro | dennis.meloro@gtlaw.com |
| IV Media, LLC | c/o Greenberg Traurig, LLP | Attn: Oscar N. Pinkas & Nathan A. Haynes | pinkaso@gtlaw.com<br>haynesn@gtlaw.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Ryan Blackney, Esq. | ryan.blackney@thompsonhine.com |
| Vidazoo Ltd | c/o Bernstein Cherney LLP | Attn: Hartley T. Bernstein | hbernstein@bernsteincherney.com |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# Exhibit F



**Exhibit F**
Served via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| ADP Inc | | PO Box 842875 | Boston | MA | 02284-2875 |
| Alabama Department of Revenue | | 50 North Ripley Street | Montgomery | AL | 36130 |
| Alabama Department of Revenue | | PO Box 327790 | Montgomery | AL | 36132-7790 |
| Aon Risk Services Central Inc | | 5600 West 83rd 8200 Tower, Suite 1100 | Minneapolis | MN | 55437 |
| Arizona Department of Revenue | | 1600 West Monroe Street | Phoenix | AZ | 85007 |
| Arizona Department of Revenue | | PO Box 29086 | Phoenix | AZ | 85038-9086 |
| Arkansas Department of Finance & Administraton | | 1515 W 7th St, Ste 600 | Little Rock | AR | 72201 |
| Arkansas Department of Finance & Administraton | | PO Box 2485 | Little Rock | AR | 72203 |
| California Dept of Tax & Fee Admin | | 4820 Mcgrath St Ste 260 | Ventura | CA | 93003 |
| California Dept of Tax & Fee Admin | | PO Box 942879 | Sacramento | CA | 94279 |
| City & County of Denver | Denver Department of Finance | 201 West Colfax Avenue | Denver | CO | 80202 |
| City & County of Denver | Denver Department of Finance | PO Box 660860 | Dallas | TX | 75266 |
| City of Aurora | Revenue Division | 15151 E Alameda Pkway | Aurora | CO | 80012 |
| City of Aurora | Revenue Division | PO Box 913200 | Denver | CO | 80291-3200 |
| City Of Branson Missouri | | 110 W Maddux St, Suite 200 | Branson | MO | 65616 |
| City of Colorado Springs | | 30 S Nevada Ave Ste 203 | Colorado Springs | CO | 80903 |
| City Of Franklin | | PO Box 2805 | Frankin | KY | 42135-2805 |
| Colorado Department of Revenue | | 1881 Pierce St | Lakewood | CO | 80214 |
| Commonwealth of Massachusetts | Massachusetts Department of Revenue | 200 Arlington St | Chelsea | MA | 02150 |
| Commonwealth of Massachusetts | Massachusetts Department of Revenue | PO Box 7025 | Boston | MA | 02204 |
| Connecticut Department of Revenue Services | | 450 Columbus Boulevard, Suite 1 | Hartford | CT | 06103 |
| Connecticut Department of Revenue Services | | PO Box 15047 | Hartford | CT | 06115-0470 |
| District of Columbia | Office of Tax and Revenue | 1101 4th Street SW, Suite W270 | Washington | DC | 20024 |
| District of Columbia | Office of Tax and Revenue | PO Box 96384 | Washington | DC | 20090-6384 |
| Florida Department of Revenue | | 5050 W Tennessee St | Tallahassee | FL | 32399 |
| Georgia Department of Revenue | | 3700 Atlanta Hwy Ste 268 | Athens | GA | 30606 |
| Georgia Department of Revenue | | PO Box 105408 | Atlanta | GA | 30348-5408 |
| Hawaii Department of Taxation | | 830 Punchbowl St Ste 126 | Honolulu | HI | 96813 |
| Hawaii Department of Taxation | | PO Box 1425 | Honolulu | HI | 96806-1425 |
| Hennepin County | | A-600 Government Center; 300 S. Sixth Street | Minneapolis | MN | 55487 |
| Idaho State Tax Commission | | 11321 W Chinden Blvd. | Boise | ID | 83714 |
| Idaho State Tax Commission | | PO Box 76 | Boise | ID | 83707 |
| Illinois Department of Revenue | | 9511 Harrison St | Des Plaines | IL | 60016 |
| Indiana Department of Revenue | | 100 N Senate Ave IGCN Ste N105 | Indianapolis | IN | 46204 |
| Indiana Department of Revenue | | PO Box 7218 | Indianapolis | IN | 46207-7218 |
| Iowa Department of Revenue | | 1305 E Walnut St Ste 3000 | Des Moines | IA | 50319 |
| Iowa Department of Revenue | | PO Box 10412 | Des Moines | IA | 50306-0412 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 3



**Exhibit F**
Served via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Kansas Department of Revenue | | 915 SW Harrison St Ste 300 | Topeka | KS | 66612 |
| Kansas Department of Revenue | | PO Box 3506 | Topeka | KS | 66625-3506 |
| Kentucky State Treasurer | | 501 High St | Frankfort | KY | 40601 |
| Licenselogix LLC | | 140 Grand St., Suite 300 | White Plains | NY | 10601 |
| Louisiana Department of Revenue | | 617 N 3rd St | Baton Rouge | LA | 70802 |
| Louisiana Department of Revenue | | Post Office Box 201 | Baton Rouge | LA | 70821-0201 |
| Maine Revenue Services | | 51 Commerce Dr | Augusta | ME | 04330 |
| Maine Revenue Services | | PO Box 1065 | Augusta | ME | 04332-1065 |
| Maryland Department of Revenue | | 110 Carroll Street | Annapolis | MD | 21411-0001 |
| Massachusetts Department of Revenue | | PO Box 7000 | Boston | MA | 02204 |
| Michigan Department of Treasury | | 430 W Allegan S | Lansing | MI | 48933 |
| Michigan Department of Treasury | | PO Box 30324 | Lansing | MI | 48909-7824 |
| Midwest One Financial Group Inc. | | 102 South Clinton Street | Iowa City | IA | 52240 |
| Minnesota Department of Revenue | | 600 Robert St N | Saint Paul | MN | 55146 |
| Minnesota Department of Revenue | | Mail Revenue Station 1250 | Saint Paul | MN | 55145 |
| Minnesota Secretary Of State | | 180 State Office Bldg, 100 Dr Martin Luther King Jr Blvd | St. Paul | MN | 55155 |
| Mississippi Department of Revenue | | 500 Clinton Center | Clinton | MS | 39056 |
| Mississippi Department of Revenue | | PO Box 1033 | Jackson | MS | 39215-1033 |
| Missouri Department of Revenue | | 301 W High St Ste 330 | Jefferson City | MO | 65101 |
| Missouri Department of Revenue | | PO Box 840 | Jefferson City | MO | 65105-0840 |
| Mona Cope | | PO Box 278 | Forsyth | MO | 65653 |
| Nebraska Department of Revenue | | 301 Centennial Mall S | Lincoln | NE | 68509-4818 |
| Nebraska Department of Revenue | | PO Box 98923 | Lincoln | NE | 68509-8923 |
| Nevada Department of Taxation | | 4600 Kietzke Ln Ste L235 | Reno | NV | 89502 |
| Nevada Department of Taxation | | PO Box 51107 | Los Angeles | CA | 90051-5407 |
| New Mexico Taxation and Revenue Department | | 1220 S Saint Francis Dr Ste 220 | Santa Fe | NM | 87505 |
| New Mexico Taxation and Revenue Department | | PO Box 25128 | Santa Fe | NM | 87504-5128 |
| New York Department of Taxation and Finance | | W A Harriman Campus | Albany | NY | 12227 |
| New York State Corporate Tax | | PO Box 1909 | Albany | NY | 12201 |
| New York State Sales Tax | | PO Box 15172 | Albany | NY | 12212 |
| North Carolina Department of Revenue | | 301 Mccullough Dr Ste 300 | Charlotte | NC | 28262 |
| North Carolina Department of Revenue | | PO Box 25000 | Raleigh | NC | 27640-0700 |
| North Dakota Department of Revenue | | 600 E Boulevard Ave | Bismarck | ND | 58505 |
| North Dakota Department of Revenue | | PO Box 5623 | Bismarck | ND | 58506-5623 |
| NYC Department of Finance | | PO Box 3646 | New York | NY | 10008 |
| Ohio Department of Taxation | | 313 E Warren St | Lebanon | OH | 45036 |
| Ohio Department of Taxation | | PO Box 16560 | Columbus | OH | 43216-6560 |
| Oklahoma Tax Commission | | PO Box 26860 | Oklahoma City | OK | 73126-0860 |
| Oklaoma Tax Commission | | 2501 N Lincoln Blvd | Oklahoma City | OK | 73194 |
| Oregon Department of Revenue | | PO Box 14950 | Salem | OR | 97309 |
| Pennsylvania Department of Revenue | | 555 Union Blvd | Allentown | PA | 18109-3389 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 2 of 3



**Exhibit F**
Served via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Pennsylvania Department of Revenue | | PO Box 280905 | Harrisburg | PA | 17128-0905 |
| PNC Bank, National Association | Attn: Mark A. Gittelman, Esq. | 1600 Market St, 8th Fl | Philadelphia | PA | 19103 |
| Rhode Island Division of Taxation | | One Capitol Hill | Providence | RI | 02908 |
| South Carolina Department of Revenue | | PO Box 100193 | Columbia | SC | 29202 |
| South Dakota Department of Revenue | | 445 E. Capitol Ave. | Pierre | SD | 57501-3100 |
| State of New Jersey | New Jersey Division of Taxation | 3 John Fitch Way, 1st Floor Lobby | Trenton | NJ | 08695 |
| State of New Jersey | New Jersey Division of Taxation | PO Box 999 | Trenton | NJ | 08646-0999 |
| State of Tennessee | Tennessee Department of Revenue | 500 Deaderick Street | Nashville | TN | 37242 |
| Texas Comptroller of Public Accounts | | 111 East 17th Street | Austin | TX | 78774 |
| Texas Comptroller of Public Accounts | | PO Box 149348 | Austin | TX | 78714 |
| Texas Department of Revenue | | PO Box 149354 | Austin | TX | 78714-9354 |
| US Bank, NA | | PO Box 1600 | Saint Paul | MN | 55101-0800 |
| Utah State Tax Commission | | 210 N 1950 W | Salt Lake City | UT | 84134-0400 |
| Vermont Department of Taxes | | 133 State Street, 1st Floor | Montpelier | VT | 05633-1401 |
| Vermont Department of Taxes | | PO Box 547 | Montpelier | VT | 05601-0547 |
| Virginia Department of Taxation | | 1957 Westmoreland Street | Richmond | VA | 23230 |
| Virginia Department of Taxation | | PO Box 26627 | Richmond | VA | 23261-6627 |
| Washington State Department of Revenue | | 2101 4th Ave, Suite 1400 | Seattle | WA | 98121 |
| Washington State Department of Revenue | | PO Box 47464 | Olympia | WA | 98504-7464 |
| West Virginia State Tax Department | Tax Account Administration Div | PO Box 1826 | Charleston | WV | 25327-1826 |
| West Virginia Tax Division | | 1001 Lee Street East | Charleston | WV | 25301 |
| Westmoreland County | | 2 North Main Street | Greensburg | PA | 15601 |
| Wisconsin Department of Revenue | | 2135 Rimrock Rd | Madison | WI | 53713 |
| Wisconsin Department of Revenue | | PO Box 8921 | Madison | WI | 53708-8921 |
| Wyoming Department of Revenue | | 122 W 25th St, Suite E301 | Cheyenne | WY | 82002 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 3 of 3

# Exhibit G



**Exhibit G**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Bank of America, NA | Cardi Dalla Rosa | cardi.dallarosa@bofa.com |
| Central Bancompany Inc. -Central Bank Of Branson | Attn: Brandi Tipton | brandi.tipton@centralbank.net |
| PNC Bank, NA | Trea Mgmt Client care - Melissa Munger David Levin | david.levin@pnc.com |
| South Carolina Department of Revenue | Attn: Rose Steward | bankruptcyclaims@dor.sc.gov |
| State of Tennessee | Tennessee Department of Revenue | jalessa.johnson@tn.gov |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# Exhibit H



**Exhibit H**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Synacor, Inc. | Attn: Ellen Purdy | 505 Ellicot St | Ste A39 | Buffalo | NY | 14203 |
| Synacor, Inc. | c/o Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen | One Gateway Center | Newark | NJ | 07102 |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1

# **Exhibit I**

 STRETTO

**Exhibit I**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| IV Media, LLC | c/o Greenberg Trauric, LLP | Attn: Dennis A. Meloro | dennis.meloro@gtlaw.com |
| IV Media, LLC | c/o Greenberg Traurig, LLP | Attn: John D. Elrod, Esq. | elrodj@gtlaw.com |
| IV Media, LLC | c/o Greenberg Traurig, LLP | Attn: Oscar N. Pinkas & Nathan A. Haynes | pinkaso@gtlaw.com haynesn@gtlaw.com |
| IV Media, LLC | c/o iMedia Brands, Inc. | Attn: Alex Wasserburger | awasserburger@imediabrands.com |
| Synacor, Inc. | c/o Thompson Hine LLP | Attn: Ryan Blackney, Esq. | ryan.blackney@thompsonhine.com |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 1