UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Legacy IMBDS, Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10852 (KBO)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On or before February 13, 2024, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Debtors' Motion for (I) Entry of an Order Approving the Settlement Agreement Among the Debtors, Synacor, Inc., and IV Media, LLC and (II) Granting Related Relief** (Docket No. 932-1)

Dated: February 20, 2024

*Monica Arellano*
Monica Arellano

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 20th day of February 2024 by Monica Arellano.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: ValueVision Media Acquisitions, Inc. (8670); Legacy IMBDS, Inc. (3770); ValueVision Interactive, Inc. (8730); Portal Acquisition Company (3403); VVI Fulfillment Center, Inc. (5552); ValueVision Retail Inc. (2155); JWH Acquisition Company (3109); PW Acquisition Company, LLC (0154); EP Properties, LLC (3951); FL Acquisition Company (3026); Norwell Television, LLC (6011); and 867 Grand Avenue, LLC (2642). The Debtors' service address is 6740 Shady Oak Road, Eden Prairie, MN 55344-3433.

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| All City Elevator Inc | | 1301 Washington Ave N | Minneapolis | MN | 55411-3414 |
| Anderson, Shannon | | Address on File | | | |
| Ann Lynch | | Address on File | | | |
| Athleen Baker | | Address on File | | | |
| Baumgarner, Rebecca D | | Address on File | | | |
| Beyersdorf, Jesse G. | | Address on File | | | |
| Cecelia A Atherton | | Address on File | | | |
| Charlotte Giles | | Address on File | | | |
| Curry, Michelle M. | | Address on File | | | |
| Dan Dempsey | | Address on File | | | |
| Daniels, Marilyn | | Address on File | | | |
| Donna Alexander | | Address on File | | | |
| Francis, Adetutu | | Address on File | | | |
| Freeman, Breanna M. | | Address on File | | | |
| Fuller, Onahka D. | | Address on File | | | |
| Georgianna Ricketts | | Address on File | | | |
| Gloria Ofobeze | | Address on File | | | |
| Griffith, Taylor | | Address on File | | | |
| Henry ODonnell DBA GW Health Inc | Henry/Tony Odonnell, Lorraine Delgado | 29488 Malibu View Ct | Agoura Hills | CA | 91301-6237 |
| Khaliah Ali-Wertheimer | | Address on File | | | |
| Kraemer, Hildegard | | Address on File | | | |
| Lewis, Denzell W. | | Address on File | | | |
| Linda Byassee | | Address on File | | | |
| Loeb, Happi | | Address on File | | | |
| Lois Petrocelli | | Address on File | | | |
| Lynn Sallee | | Address on File | | | |
| Mari Clifford | | Address on File | | | |
| Maria C Vizcaino | | Address on File | | | |
| Mary Scheffres | | Address on File | | | |
| Mary Wiley | | Address on File | | | |
| Mayer, Susan | | Address on File | | | |
| Mcdaniel, Helga | | Address on File | | | |
| Mezi, Baita | | Address on File | | | |
| Mildred E Smith | | Address on File | | | |
| Molly Beard | | Address on File | | | |
| Ortiz, Marissa A. | | Address on File | | | |
| Patricia S Martin | | Address on File | | | |
| Pettinelli, Christina | | Address on File | | | |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 1 of 2



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Rena Smith | | Address on File | | | |
| Richardson, Marva | | Address on File | | | |
| Samuel, Micheline | | Address on File | | | |
| Shannon Affleck | | Address on File | | | |
| Shaw, Christian | | Address on File | | | |
| Silva, Sherie | | Address on File | | | |
| Southern Enterprises Inc | Beth Garry | PO Box 59996 | Dallas | TX | 75229-1996 |
| Tod Lomax | | Address on File | | | |
| Wagner, Domonique | | Address on File | | | |
| William Dorsey | | Address on File | | | |
| Yohnke, Danielle | | Address on File | | | |
| Young, Nancy J. | | Address on File | | | |
| Yvonne E Halliday | | Address on File | | | |

In re: Legacy IMBDS, Inc. et al (f/k/a Imedia Brands, Inc. et al.)
Case No. 23-10852 (KBO)

Page 2 of 2