## ANNEX A

**Vidazoo Contract**

| Title/Description of Contract | Name | Address | Effective Date of Rejection |
|---|---|---|---|
| Publishing Agreement dated October 10, 2021 as amended and supplemented by Publishing Agreement dated June 20, 2023 | Vidazoo Ltd | 114 Yigal Alon Street, Tel Aviv, 6744320, Israel | 1/24/2024 |