**EXHIBIT A**

**January Time Detail**



Invoice: 3862040
Client: 121575

iMedia Brands Inc. Chapter 11 - Official Committee of Unsecured Creditors
for iMedia B
1 Federal St.
Boston, MA  02110

For Services Rendered in Connection with:

Matter: 0011          iMedia Brands, Inc. Official Committee of Unsecured Creditors

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
| B110 | 01/03/24 | L. Foody | 0.70 | Participate in weekly update conference with Debtors' counsel (.7). |
| B110 | 01/03/24 | S. Lutkus | 0.50 | Participate in weekly call with MWE and Ropes teams re key case issues (.5). |
| B110 | 01/03/24 | D. Hurst | 0.80 | Prepare for and call with S. Iacovo, J. Webb, K. Going, et al., re status of various case matters, next steps (.8). |
| B110 | 01/03/24 | D. Northrop | 0.20 | Review Debtors' notice of agenda of matters scheduled for hearing on 1/8/24 (.1); e-mail correspondence with MWE team regarding same (.1). |
| B110 | 01/04/24 | D. Hurst | 0.30 | Prepare for and call with D. MacGreevey, K. Going, et al., re case status (.3). |
| B110 | 01/04/24 | L. Foody | 0.20 | Participate in conference with UCC advisors (.2). |
| B110 | 01/05/24 | D. Northrop | 0.20 | Communicate with MWE team regarding new case dates and deadlines (.2). |
| B110 | 01/08/24 | D. Northrop | 0.20 | Communicate with MWE team regarding new case dates and deadlines (.2). |
| B110 | 01/12/24 | D. Thomson | 0.90 | Conference with MWE team re workstreams (.9). |
| B110 | 01/16/24 | D. Hurst | 0.10 | Draft correspondence to S. Iacovo re rescheduling of case update call, timing for confirmation hearing (.1). |
| B110 | 01/17/24 | D. Northrop | 0.10 | Review certification of counsel for order establishing omnibus hearing date in February, and e-mail correspondence with MWE team regarding same (.1). |
| B110 | 01/18/24 | D. Northrop | 0.90 | Review November monthly operating reports for all twelve (12) Debtors (.8); e-mail correspondence with MWE team regarding same (.1). |
| B110 | 01/18/24 | D. Northrop | 0.20 | Communications with MWE team regarding new case dates and deadlines (.2). |
| B110 | 01/18/24 | D. Northrop | 0.10 | Review order setting omnibus hearing date for |



| | | | | |
|---|---|---|---|---|
| iMedia Brands Inc. Chapter 11 - Official Committee of Unsecured Creditors for iMedia B | | | Client:<br>Invoice:<br>Invoice Date: | 121575<br>3862040<br>02/16/2024 |

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
| | | | | 2/21/24 at 9:30 a.m., and e-mail correspondence with MWE team regarding same (.1). |
| B110 | 01/19/24 | D. Northrop | 0.20 | Communicate with MWE team regarding new case dates and deadlines (.2). |
| B110 | 01/19/24 | D. Northrop | 0.10 | Review notice of agenda of matters not going forward on 1/23/2024 (hearing cancelled), and e-mail correspondence with MWE team regarding same (.1). |
| B110 | 01/22/24 | D. Northrop | 0.10 | Communication with MWE team regarding new case dates and deadlines (.1). |
| B110 | 01/23/24 | D. Northrop | 0.10 | Review notice of withdrawal of claims and assumption and assignment agreement filed by DIRECTV, LLC, and e-mail correspondence with MWE team regarding same (.1). |
| B110 | 01/23/24 | D. Northrop | 0.10 | Communicate with MWE team regarding new case dates and deadlines (.1). |
| B110 | 01/24/24 | D. Northrop | 0.10 | Communication with MWE team regarding new case dates and deadlines (.1). |
| B110 | 01/26/24 | D. Hurst | 0.30 | Draft correspondence to S. Iacovo re status of certain case matters (.2); draft correspondence to K. Going re same (.1). |
| B110 | 01/30/24 | D. Hurst | 1.10 | Prepare for and call with S. Iacovo, J. Alt, K. Going, et al., re status of various case matters, next steps (1.1). |
| B110 | 01/30/24 | L. Foody | 0.70 | Participate in conference with MWE, Huron, AlixPartners, and Ropes re next steps in case (.7). |
| B110 | 01/31/24 | D. Northrop | 0.20 | Communications with MWE team regarding new case dates and deadlines (.2). |
| B110 | 01/31/24 | D. Northrop | 0.20 | Review new court filings, including Sidley Austin LLP's November 2023 monthly fee application and periodic report regarding value, operations and profitability of entities in which the Debtors' estates hold a substantial or controlling interest pursuant to Bankruptcy Rule 2015.3 (.1); e-mail correspondence with MWE team regarding same (.1). |
| B130 | 01/25/24 | D. Northrop | 0.20 | Review two (2) designation notices filed by the Debtors regarding Debtors' intent to assume and assign designated contracts to buyer designee IV Media Properties LLC (.1): e-mail correspondence with MWE team regarding same (.1). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



| | | | | |
|---|---|---|---|---|
| iMedia Brands Inc. Chapter 11 - Official Committee of Unsecured Creditors for iMedia B | | | | Client: 121575<br>Invoice: 3862040<br>Invoice Date: 02/16/2024 |

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
| B130 | 01/26/24 | D. Northrop | 0.10 | Review notice of excluded contracts filed pursuant to paragraph 9 of the sale order, and e-mail correspondence with MWE team regarding same (.1). |
| B150 | 01/04/24 | D. Hurst | 1.60 | Draft and revise correspondence to Committee re recent case developments (1.2); draft multiple correspondence to K. Going, S. Lutkus, et al., re same (.4). |
| B150 | 01/04/24 | L. Foody | 0.50 | Draft Committee meeting agenda and outline (.5). |
| B150 | 01/04/24 | S. Lutkus | 0.10 | Review D. Hurst update to Committee in lieu of regular weekly meeting (.1). |
| B150 | 01/10/24 | L. Foody | 1.10 | Telephone call with creditor re case status (.3); draft update to Committee members in lieu of meeting (.8). |
| B150 | 01/10/24 | S. Lutkus | 0.20 | Review and revise draft e-mail update to Committee in lieu of regular weekly meeting (.2). |
| B150 | 01/17/24 | L. Foody | 0.50 | Telephone call with creditor re case developments (.5). |
| B150 | 01/18/24 | D. Hurst | 0.10 | Draft correspondence to K. Going, S. Lutkus re upcoming call with Committee (.1). |
| B150 | 01/18/24 | S. Lutkus | 0.10 | E-mail update to Committee in lieu of meeting and multiple e-mail correspondence in connection with same (.1). |
| B150 | 01/24/24 | D. Hurst | 0.30 | Review draft correspondence to Committee (.1); draft multiple correspondence to K. Going, S. Lutkus re same (.2). |
| B150 | 01/24/24 | L. Foody | 0.40 | Correspondence with UCC re settlement update (.4). |
| B150 | 01/24/24 | S. Lutkus | 0.90 | Prepare e-mail summary to Committee re counsel recommendation in connection with proposed Synacor settlement (.8); multiple internal e-mails in connection with same (.1). |
| B150 | 01/29/24 | L. Foody | 0.30 | Telephone call with creditor re case status (.3). |
| B160 | 01/12/24 | D. Northrop | 0.30 | Review docket for any objections filed to AlixPartners, LLP's fourth monthly fee application (.1); draft CNO for AlixPartners, LLP's fourth monthly fee application (.1); e-mail correspondence with D. Hurst regarding finalizing and filing CNO for AlixPartners, LLP's fourth monthly fee application (.1). |
| B160 | 01/16/24 | D. Hurst | 0.20 | Review and revise certification of no objection re AlixPartners fee application in preparation for filing |



| | | | | |
|---|---|---|---|---|
| iMedia Brands Inc. Chapter 11 - Official Committee of Unsecured Creditors for iMedia B | | | Client:<br>Invoice:<br>Invoice Date: | 121575<br>3862040<br>02/16/2024 |

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
| | | | | (.1); draft correspondence to D. Northrop re filing and service of same (.1). |
| B160 | 01/16/24 | L. Foody | 1.40 | Draft MWE sixth monthly fee application (1.4). |
| B160 | 01/16/24 | L. Foody | 1.30 | Review and revise time entries for privileged and confidential information (1.3). |
| B160 | 01/16/24 | D. Northrop | 0.20 | File CNO for AlixPartners, LLP's fourth monthly fee application on the ECF case docket (.2). |
| B160 | 01/22/24 | D. Hurst | 3.10 | Review McDermott December time detail for privilege and compliance with local rules (.9); review and revise draft McDermott December fee application (1.2); draft correspondence to L. Foody re same (.1); review AlixPartners December fee application in preparation for filing (.6); draft multiple correspondence to D. Northrop re filing and service of professional fee applications (.2); draft correspondence to L. Foody re preparation of second interim fee application (.1). |
| B160 | 01/22/24 | D. Northrop | 1.60 | Review MWE sixth monthly fee application (.1); e-mail correspondence with D. Hurst regarding revision to same (.1); file same (.4); review AlixPartners, LLP's fifth monthly fee application (.1); revise formatting issue with respect to same (.2); file same (.4); coordinate service of MWE sixth monthly fee application and AlixPartners, LLP's fifth monthly fee application, per the interim compensation procedures order (.3). |
| B160 | 01/23/24 | D. Hurst | 0.30 | Draft correspondence to L. Bonito re AlixPartners' December fee application (.1); review and revise certificate of no objection for McDermott November monthly fee application (.1); draft multiple correspondence to D. Northrop re filing of same (.1). |
| B160 | 01/23/24 | D. Northrop | 0.50 | Review docket for any objections filed to MWE's fifth monthly fee application (.1); draft CNO for MWE's fifth monthly fee application (.2); file same (.2). |
| B160 | 01/29/24 | L. Foody | 0.30 | Multiple correspondence with MWE team and billing department re fee estimates (.3). |
| B160 | 01/30/24 | L. Foody | 4.50 | Multiple correspondence with MWE team re fee estimates (.2); correspondence with Huron team re |

One Vanderbilt Avenue  New York, NY  10017-3852   Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



| | | | | Client: | 121575 |
|---|---|---|---|---|---|
| iMedia Brands Inc. Chapter 11 - Official Committee of Unsecured Creditors for iMedia B | | | | Invoice: | 3862040 |
| | | | | Invoice Date: | 02/16/2024 |

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
| | | | | the same (.1); begin drafting second interim fee application (4.2). |
| B185 | 01/17/24 | D. Northrop | 0.30 | Review certificates of no objection for Debtors' second, third and fourth contract rejection notices (.2); e-mail correspondence with MWE team regarding same (.1). |
| B185 | 01/18/24 | D. Northrop | 0.50 | Review orders entered 1/18/2024 granting Debtors' second, third and fourth contract rejection notices (.3); review Debtors' fifth contract rejection notice filed 1/18/2024 (.1); e-mail correspondence with MWE team regarding same (.1). |
| B185 | 01/24/24 | L. Foody | 0.40 | Review Debtors' sixth contract rejection notice (.4). |
| B185 | 01/25/24 | D. Northrop | 0.10 | Review Debtors' sixth contract rejection notice and e-mail correspondence with MWE team regarding same (.1). |
| B190 | 01/03/24 | D. Hurst | 0.30 | Telephone call with K. Going re potential Synacor settlement terms (.3). |
| B190 | 01/08/24 | S. Lutkus | 0.20 | Review Debtors' motion to extend deadline to remove causes of action (.1); e-mail correspondence with Ropes team re matters relevant to same (.1). |
| B190 | 01/08/24 | D. Northrop | 0.10 | Review Debtors' second motion for entry of order extending time to remove certain actions, and e-mail correspondence with MWE team regarding same (.1). |
| B190 | 01/10/24 | S. Lutkus | 0.30 | E-mail correspondence with S. Iacovo re matters relevant to ongoing discussions with Synacor and their effect on plan confirmation (.2); multiple e-mail correspondence in connection with same (.1). |
| B190 | 01/12/24 | D. Hurst | 0.80 | Prepare for and call with S. Iacovo, D. MacGreevey, K. Going, et al., re potential Synacor settlement terms (.8). |
| B190 | 01/12/24 | K. Going | 0.70 | Participate in conference with Debtors on Synacor proposed settlement (.7). |
| B190 | 01/12/24 | S. Lutkus | 0.30 | Review Debtor presentation re matters relevant to ongoing settlement discussions with Synacor (.3). |
| B190 | 01/12/24 | L. Foody | 0.50 | Participate in conference with Debtors' advisors and UCC advisors re Synacor (.5). |
| B190 | 01/17/24 | D. Northrop | 0.10 | Review certificate of no objection for Debtors' motion to further extend deadline to remove certain actions, and e-mail correspondence with MWE team |



| | | | | Client: | 121575 |
|---|---|---|---|---|---|
| iMedia Brands Inc. Chapter 11 - Official Committee of Unsecured Creditors for iMedia B | | | | Invoice: | 3862040 |
| | | | | Invoice Date: | 02/16/2024 |

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
| | | | | regarding same (.1). |
| B190 | 01/18/24 | L. Foody | 0.20 | Participate in conference with AlixPartners team re Synacor updates (.2). |
| B190 | 01/18/24 | S. Lutkus | 2.60 | Zoom conference with AlixPartners and MWE teams re matters relevant to ongoing Synacor settlement discussions (.2); follow up e-mail correspondence from K. Going in connection with same (.1); e-mail correspondence from S. Iacovo re matters relevant to same (.1); conference with K. Going re same (.2); conference with L. Foody re research issues relevant to same (.3); review and analyze relevant background materials in connection with same (1.4); conference with K. Going re same (.3). |
| B190 | 01/18/24 | D. Northrop | 0.10 | Review order entered 1/18/2024 granting Debtors' motion to further extend deadline to remove certain actions, and e-mail correspondence with MWE team regarding same (.1). |
| B190 | 01/23/24 | S. Lutkus | 1.00 | Zoom conference with J. Hawkins and MWE team re matters relevant to Synacor settlement (.3); follow up internal correspondence in connection with same (.1); review L. Foody's research relevant to same (.6). |
| B190 | 01/23/24 | K. Going | 1.00 | Prepare for and participate in call with Synacor's counsel (1.0). |
| B190 | 01/23/24 | L. Foody | 3.80 | Review and analyze sale and disclosures documents re Synacor dispute (3.5); participate in conference with Thompson Hines re the same (.3). |
| B190 | 01/23/24 | L. Foody | 1.40 | Review settlement agreement re IV Media and Synacor (1.4). |
| B190 | 01/23/24 | D. Hurst | 0.40 | Prepare for and telephone call with J. Hawkins, C. Tuggle, K. Going, et al., re potential Synacor settlement (.4). |
| B190 | 01/25/24 | D. Hurst | 0.60 | Prepare for and call with S. Iacovo, J. Webb, S. Lutkus, et al., re potential Synacor settlement, related matters (.3); draft multiple correspondence to K. Going, S. Lutkus re same (.3). |
| B190 | 01/25/24 | L. Foody | 0.20 | Participate in conference with Debtors' counsel re Synacor (.2). |
| B190 | 01/25/24 | S. Lutkus | 0.20 | Telephone conference with Ropes team re matters relevant to ongoing Synacor settlement discussions |



McDermott Will & Emery

| | | | | |
|---|---|---|---|---|
| iMedia Brands Inc. Chapter 11 - Official Committee of Unsecured Creditors for iMedia B | | | Client:<br>Invoice:<br>Invoice Date: | 121575<br>3862040<br>02/16/2024 |

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
| | | | | (.2). |
| B190 | 01/26/24 | L. Foody | 1.20 | Review draft settlement agreement re Synacor (1.2). |
| B190 | 01/26/24 | S. Lutkus | 0.10 | E-mail correspondence from J. Hawkins re matters relevant to Synacor settlement (.1). |
| B190 | 01/26/24 | D. Hurst | 0.60 | Prepare for and telephone call with J. Hawkins re Synacor settlement terms (.3); draft multiple correspondence to J. Hawkins re same (.2); draft correspondence to S. Lutkus re same (.1). |
| B190 | 01/28/24 | D. Hurst | 1.40 | Review and analyze draft Synacor settlement agreement, and draft comments re same (1.4). |
| B190 | 01/29/24 | D. Hurst | 1.40 | Draft multiple correspondence to K. Going, S. Lutkus re proposed Synacor settlement agreement (.6); telephone calls with S. Iacovo re same (.8). |
| B190 | 01/29/24 | S. Lutkus | 0.60 | Review Synacor/IV Media/Debtor draft settlement agreement (.4); review D. Hurst's proposed comments to same (.1); multiple e-mails with D. Hurst and K. Going in connection with same (.1). |
| B190 | 01/30/24 | D. Hurst | 1.60 | Review and analyze draft motion to approve Synacor settlement, and draft notes re same (1.2); draft multiple correspondence to K. Going, S. Lutkus re same (.3); draft correspondence to S. Iacovo re same (.1). |
| B190 | 01/30/24 | S. Lutkus | 1.00 | Review Debtors' draft motion to approve Synacor settlement and proposed order (.3); multiple e-mails in connection with same (.3); review Synacor and IV Media comments to same (.2); follow up e-mail correspondence from S. Iacovo, then K. Going in connection with same (.2). |
| B190 | 01/31/24 | D. Hurst | 1.10 | Review and analyze revised Synacor settlement pleadings and related correspondence (.8); draft multiple correspondence to K. Going, S. Lutkus re same (.3). |
| B190 | 01/31/24 | D. Northrop | 0.10 | Review Debtors' motion for entry of an order approving settlement agreement among Debtors, Synacor, Inc., and IV Media, LLC, and e-mail correspondence with MWE team regarding same (.1). |
| B190 | 01/31/24 | L. Foody | 0.50 | Review revised settlement agreement (.5). |
| B230 | 01/03/24 | S. Lutkus | 0.20 | Review draft stipulation extending Synacor challenge period (.1); e-mail correspondence with Ropes and |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



| | | | | |
|---|---|---|---|---|
| iMedia Brands Inc. Chapter 11 - Official Committee of Unsecured Creditors for iMedia B | | | Client:<br>Invoice:<br>Invoice Date: | 121575<br>3862040<br>02/16/2024 |

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
| | | | | Thompson Hine teams re same (.1). |
| B230 | 01/03/24 | D. Northrop | 0.20 | Review notice of further extension of Synacor challenge period (.1); e-mail correspondence with MWE team regarding same (.1). |
| B230 | 01/09/24 | S. Lutkus | 0.20 | Review draft stipulation extending Synacor challenge period (.1); e-mail correspondence with Ropes and Thompson Hine teams re same (.1). |
| B230 | 01/16/24 | S. Lutkus | 0.20 | Review draft stipulation extending Synacor challenge period (.1); e-mail correspondence with Ropes and Thompson Hine teams re same (.1). |
| B230 | 01/17/24 | D. Northrop | 0.10 | Review notice of further extension of Synacor challenge period, and e-mail correspondence with MWE team regarding same (.1). |
| B230 | 01/23/24 | S. Lutkus | 0.20 | Review draft stipulation extending Synacor challenge period (.1); e-mail correspondence with Ropes and Thompson Hine teams re same (.1). |
| B230 | 01/23/24 | L. Foody | 0.10 | Review draft extension stipulation re ongoing Synacor discussions (.1). |
| B230 | 01/24/24 | D. Northrop | 0.10 | Review notice of further extension of Synacor challenge period through 1/31/2024, and e-mail correspondence with MWE team regarding same (.1). |
| B230 | 01/30/24 | S. Lutkus | 0.20 | Review revised notice extension of Synacor challenge period, and multiple e-mails with Ropes and Thompson Hine teams in connection with same (.2). |
| B230 | 01/31/24 | D. Northrop | 0.10 | Review notice of extension of the Synacor challenge period through 2/29/24, and e-mail correspondence with MWE team regarding same (.1). |
| B230 | 01/31/24 | L. Foody | 0.10 | Review Synacor challenge period extension (.1). |
| B320 | 01/03/24 | K. Going | 0.80 | Conference with Debtors on plan confirmation (.5); internal discussion regarding same (.3). |
| B320 | 01/03/24 | D. Hurst | 0.20 | Review second supplemental order extending certain plan-related deadlines (.1); draft correspondence to J. Webb re same (.1). |
| B320 | 01/04/24 | D. Hurst | 0.20 | Review motion to extend Debtors' exclusive plan filing and solicitation periods (.2). |
| B320 | 01/04/24 | L. Foody | 1.30 | Review and comment on Debtors' motion to extend exclusivity period (1.3). |
| B320 | 01/08/24 | S. Lutkus | 0.20 | Review Debtors' motion seeking exclusivity |



| | | | | |
|---|---|---|---|---|
| iMedia Brands Inc. Chapter 11 - Official Committee of Unsecured Creditors for iMedia B | | | Client:<br>Invoice:<br>Invoice Date: | 121575<br>3862040<br>02/16/2024 |

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
| | | | | extension (.1); multiple e-mail correspondence with S. Iacovo re same (.1). |
| B320 | 01/08/24 | D. Northrop | 0.10 | Review Debtors' second motion pursuant to 11 U.S.C. section 1121(d) for entry of an order extending exclusive periods, and e-mail correspondence with MWE team regarding same (.1). |
| B320 | 01/17/24 | D. Northrop | 0.10 | Review certificate of no objection for Debtors' motion to further extend their exclusive periods to file a Chapter 11 plan and to solicit acceptances thereto, and e-mail correspondence with MWE team regarding same (.1). |
| B320 | 01/18/24 | D. Hurst | 0.20 | Review third supplemental order extending certain plan-related deadlines (.1); draft correspondence to J. Webb re same (.1). |
| B320 | 01/18/24 | D. Northrop | 0.10 | Review order granting Debtors' motion to further extend their exclusive periods to file a Chapter 11 plan and to solicit acceptances thereto, and e-mail correspondence with MWE team regarding same (.1). |
| B320 | 01/19/24 | D. Northrop | 0.30 | Review (i) certification of counsel regarding proposed third supplemental agreed order extending certain dates under the order granting interim approval of disclosures in the combined plan and disclosure statement, and (ii) notice of adjournment of combined hearing to consider final approval of disclosures in the disclosure statement and confirmation of the plan (.2); e-mail correspondence with MWE team regarding same (.1). |
| B320 | 01/23/24 | D. Northrop | 0.10 | Review third supplemental agreed order extending certain dates under the order granting interim approval of disclosures in the combined plan and disclosure statement, and e-mail correspondence with MWE team regarding same (.1). |
| B320 | 01/29/24 | S. Lutkus | 2.60 | Review background documentation in connection with finalization of Liquidating Trust Agreement (.8); conference with K. Going in connection with same (.1); correspondence with L. Foody re matters relevant to same (.1); revise most recent draft of Liquidating Trust Agreement in accordance with prior discussions with Liquidating Trustee and |



| | | | | |
|---|---|---|---|---|
| iMedia Brands Inc. Chapter 11 - Official Committee of Unsecured Creditors for iMedia B | | | Client:<br>Invoice:<br>Invoice Date: | 121575<br>3862040<br>02/16/2024 |

| Task | Date | Name | Hours | Description |
|---|---|---|---|---|
| | | | | Committee (1.6). |
| B320 | 01/29/24 | L. Foody | 0.90 | Multiple correspondence with MWE, AlixPartners, and Ropes teams re conference with Debtors regarding confirmation (.5); research re liquidating trustee oversight Committee (.4). |
| B320 | 01/30/24 | S. Lutkus | 3.10 | Continue to revise Liquidating Trust Agreement (2.2); participate in zoom conference with AlixPartners, MWE, Ropes and Huron teams re matters relevant to plan confirmation (.7); review background materials provided by Debtors' professionals in preparation for same (.2). |
| | | **Total Hours** | **66.30** | |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| L. Foody | 22.50 | 750.00 | 16,875.00 |
| K. Going | 2.50 | 1,395.00 | 3,487.50 |
| D. Hurst | 17.00 | 1,395.00 | 23,715.00 |
| S. Lutkus | 15.00 | 1,305.00 | 19,575.00 |
| D. Northrop | 8.40 | 605.00 | 5,082.00 |
| D. Thomson | 0.90 | 1,035.00 | 931.50 |
| **Totals** | **66.30** | | **$69,666.00** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 8.60 | 8,226.00 |
| B130 | Asset Disposition | 0.30 | 181.50 |
| B150 | Mtgs/Communications w/Creditor | 6.10 | 6,586.50 |
| B160 | Fee/Employment Applications | 13.70 | 12,220.00 |
| B185 | Assumption/Rejection of Leases | 1.30 | 844.50 |
| B190 | Other Contested Matters | 24.40 | 28,124.00 |
| B230 | Financing/Cash Collections | 1.70 | 1,757.50 |
| B320 | Plan and Disclosure Statement | 10.20 | 11,726.00 |
| | | 66.30 | $69,666.00 |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*