**EXHIBIT B**

**January Expense Detail**



| | Client: | 121575 |
|---|---|---|
| iMedia Brands Inc. Chapter 11 - Official Committee of Unsecured Creditors for iMedia B | Invoice: | 3862040 |
| | Invoice Date: | 02/16/2024 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Computer Research | 133.40 |
| VENDOR: Pacer; INVOICE#: 4841559-Q42023; Date 1/4/24 - Pacer Q4 2023 charges for Dallas | |
| Computer Research | 3.10 |
| VENDOR: Pacer; INVOICE#: 4841559-Q42023; Date 1/4/24 - Pacer Q4 2023 charges for Dallas | |
| Computer Research | 15.10 |
| VENDOR: Pacer; INVOICE#: 4841559-Q42023; Date 1/4/24 - Pacer Q4 2023 charges for Dallas | |
| Express Mail | 26.65 |
| FedEx #839298067 - 774897115045, EDEN PRAIRIE | |
| Express Mail | 31.80 |
| FedEx #839298067 - 774897527359, NEW YORK | |
| Express Mail | 26.65 |
| FedEx #839298067 - 774897544020, CHICAGO | |
| Express Mail | 27.19 |
| FedEx #839298067 - 774897554319, WILMINGTON | |
| Express Mail | 27.19 |
| FedEx #839298067 - 774897571583, WILMINGTON | |
| Express Mail | 27.19 |
| FedEx #839298067 - 774897585075, WILMINGTON | |
| Express Mail | 30.20 |
| FedEx #839298067 - 774897597907, BOSTON | |
| **Total Costs and Other Charges** | **$348.47** |

**One Vanderbilt Avenue  New York, NY  10017-3852   Tel +1 212 547 5400**

US practice conducted through McDermott Will & Emery LLP.