

Joshua Rogaczewski
Attorney at Law
jrogaczewski@mwe.com
+1 202 756 8195

December 3, 2025

United States Bankruptcy Court for the District of Delaware
Attention: Chief Judge Karen B. Owens
824 North Market Street
6th Floor, Courtroom 3
Wilmington, DE 19801

Re:    Delaware Rule of Professional Conduct Rule 1.12(c)(1) and (2) (Joshua Berland)

To Whom it May Concern:

McDermott Will & Schulte LLP represents Legacy IMBDS Liquidating Trust in *In re Legacy IMBDS, Inc. (f/k/a iMedia Brands, Inc.), et al.* under Case No. 1:2023bk10852 before the Honorable Karen B. Owens ("the Matter"). Joshua Berland ("Mr. Berland") recently joined McDermott as an Associate. Mr. Berland previously clerked for Judge Karen B. Owens of the United States Bankruptcy Court for the District of Delaware.

In compliance with the relevant rules of professional conduct, McDermott has screened Mr. Berland from the Matter. The screening restriction prohibits Mr. Berland from disclosing relevant confidential information to McDermott. In particular, the screening restriction:

- Bars Mr. Berland from working on the Matter;

- Prohibits communications between Mr. Berland and McDermott lawyers and staff handling the Matter, or witnesses in the Matter about the Matter or Mr. Berland's prior, relevant work; and

- Restricts Mr. Berland's access to documents or other information related to the Matter.

I attest that McDermott's attorneys are aware of this screening restriction. Further, McDermott will apportion Mr. Berland no part of the fee from the Matter.

**McDermott Will & Schulte**    500 North Capitol Street, N.W.  Washington D.C.  20001-1531  Tel +1 202 756 8000   Fax +1 202 756 8087

*US practice conducted through McDermott Will & Schulte LLP.*

December 3, 2025
Page 2

If you have any questions about the screening restriction, do not hesitate to contact me.

Very truly yours,

*Joshua Rogaczewski*

Joshua Rogaczewski
Deputy General Counsel

CC:

Jeremy Douglas Anderson
Baker & Hostetler LLP
1201 N. Market Street
Ste #1407
Wilmington, DE 19801
302-319-2799
jdanderson@bakerlaw.com

Aaron S. Applebaum
DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, DE 19801
302.468.5662
302.397.2462 (fax)
aaron.applebaum@us.dlapiper.com

Ian J Bambrick
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue
Wilmington, DE 19801
302-467-4223
ian.bambrick@faegredrinker.com

Joseph M. Barry
Young, Conaway, Stargatt & Taylor
1000 North King Street
Wilmington, DE 19801
302-571-6600

**McDermott Will & Schulte**

December 3, 2025
Page 3

jbarry@ycst.com

Hartley T Bernstein
Bernstein Cherney LLP
955 Park Ave, Fifth Floor West
New York, NY 10028
212-381-9684
hbernstein@bernsteincherney.com

Daniel B. Besikof
Lowenstein Sandler LLP
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
212-204-8693
dbesikof@lowenstein.com

Ori S. Blumenfeld
Levinson, Arshonsky, Kurtz & Komsky, LLP
15303 Ventura Blvd.
Suite 1650
Sherman Oaks, CA 91403
818-382-3434
818-382-3433 (fax)
blumenfeld@lakklawyers.com

Andrew C. Brown
Klestadt Winters Jureller Southard & Ste
200 West 41st Street, 17th Floor
New York, NY 10036
(212) 972-3000
abrown@klestadt.com

Lucas W. Brown
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
212-596-9000
212-596-9090 (fax)
lucas.brown@ropesgray.com

**McDermott Will & Schulte**

December 3, 2025
Page 4

Rahmon J. Brown
ROPES & GRAY LLP
191 N. Wacker
32nd Floor
Chicago, IL 60606
312-845-1200
rahmon.brown@ropesgray.com

Michael G. Busenkell
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange St.
3rd Floor
Wilmington, DE 19801
302-425-5812
302-425-5814 (fax)
mbusenkell@gsbblaw.com

Timothy P. Cairns
Pachulski Stang Young & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19801
302-652-4100
302-652-4400 (fax)
tcairns@pszjlaw.com

Mary F. Caloway
Pachulski Stang Ziehl & Jones
919 North Market Street, Suite 1700
Wilmington, DE 19801
302-778-6464
302-652-4400 (fax)
mcaloway@pszjlaw.com

Kevin M. Capuzzi
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE 19801
(302) 442-7010

**McDermott Will & Schulte**

December 3, 2025
Page 5

(302) 442-7012 (fax)
kcapuzzi@beneschlaw.com

Frederick W. H. Carter
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4000
(202) 344-8300 (fax)
fwcarter@venable.com

Shawn M. Christianson
Buchalter PC
425 Market St.
Suite 2900
San Francisco, CA 94105
415-227-0900
schristianson@buchalter.com

Don G. Cosper
Missouri Department of Revenue
301 W High St
PO Box 475
65105
Jefferson City, MO 65101
573-751-5531
573-751-7232 (fax)
deecf@dor.mo.gov

Andrew J. Currie
VENABLE LLP
600 Massachusetts Avenue
NW
New York, NY 10020
212-307-5500
ajcurrie@venable.com

Ryan Preston Dahl
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor

**McDermott Will & Schulte**

December 3, 2025
Page 6

Chicago, IL 60606
(312) 845-1200
ryan.Dahl@ropesgray.com

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
302 651-7700
302-651-7701 (fax)
defranceschi@rlf.com

John M. Debbeler
Debbeler Law LLC
1339 Suncrest Drive
Cincinnati, OH 45208
513-484-2704
jmichaeldebbeler@gmail.com

Robert J. Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
(302) 658-3989 (fax)
rdehney@morrisnichols.com

Katherine M. Devanney
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
302-252-0920
302-252-0921 (fax)
kdevanney@polsinelli.com

Andrew Glenn Devore
Ropes & Gray LLP
Prudential Tower
800 Boylston Street

**McDermott Will & Schulte**

December 3, 2025
Page 7

Boston, MA 02199-3600
617-951-7618
617-235-9715 (fax)
andrew.devore@ropesgray.com

Sarah E. Doerr
Moss & Barnett
150 S. 5th Street
Suite 1200
Minneapolis, MN 55402
612-877-5297
612-877-5999 (fax)
sarah.doerr@lawmoss.com

Heather L. Donald
State of Michigan
Department of Attorney General
3030 W. Grand Blvd.
Suite 10-200
Detroit, MI 48202
313-456-0140
313-456-0141 (fax)
donaldh@michigan.gov

Amish R. Doshi
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
516-622-2335
866-222-0162 (fax)
amish@doshilegal.com

Jacqueline Doyle
Hackett Feinberg P.C.
155 Federal Street
Suite 9
Boston, MA 02110
610-716-0070
jmp@bostonbusinesslaw.com

**McDermott Will & Schulte**

December 3, 2025
Page 8

Steven E. Fox
Riemer & Braunstein LLP
7 Times Sq., Suite 2506, Times Sq. Tower
25th Floor
New York, NY 10036-6524
212-789-3100
212-719-0140 (fax)
sfox@riemerlaw.com

Julia Frost-Davies
Morgan Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
617341-7700
julia.frost-davies@morganlewis.com

David L. Gay
Carlton Fields, P.A.
2 MiamiCentral
700 NW 1st Avenue, Ste. 1200
Miami, FL 33136
305-539-7265
dgay@carltonfields.com

Ronald S. Gellert
Gellert Seitz Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, DE 19801
302-425-5806
302-425-5814 (fax)
rgellert@gsbblaw.com

Bruce W. Gladstone
Cameron & Mittleman, LLC
301 Promenade Street
Providence, RI 02908
401-331-5700 x313
401-331-5787 (fax)
bgladstone@cm-law.com

**McDermott Will & Schulte**

December 3, 2025
Page 9


Alessandra Glorioso
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
302-425-7171
302-425-7177 (fax)
glorioso.alessandra@dorsey.com

Rochelle Gumapac
White & Williams LLP
600 N. King Street
Suite 800
Wilmington, DE 19801-3722
302.467.4531
302.467.4559 (fax)
gumapacr@whiteandwilliams.com

Bryan J Hall
Chipman Brown Cicero & Cole, LLP
1313 N. Market Street
Suite 400
Wilmington, DE 19801
302-414-8906
hall@chipmanbrown.com

Melissa M. Hartlipp
Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
302-652-3131
MHartlipp@coleschotz.com

Jonathan S. Hawkins
Thompson Hine LLP
Austin Landing I
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342-4934


**McDermott Will & Schulte**

December 3, 2025
Page 10

(937) 443-6860
(937) 443-6635 (fax)
jonathan.hawkins@thompsonhine.com

Nathan Haynes
Greenberg Traurig
One Vanderbilt Ave.
New York, NY 10017
(212) 801-9200
haynesn@gtlaw.com

Douglas D. Herrmann
Troutman Pepper Locke LLP
Hercules Plaza
1313 N. Market Street
P.O. Box 1709, Suite 1000
Wilmington, DE 19899-1709
302-777-6552
302-421-8390 (fax)
Douglas.Herrmann@troutman.com

Adam Hiller
Hiller Law, LLC
300 Delaware Avenue
Suite 210, #227
Wilmington, DE 19801
302-442-7677
ahiller@adamhillerlaw.com

Brian W. Hockett
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101
314-552-6000
314-552-7000 (fax)
bhockett@thompsoncoburn.com

Courtney J Hull
c/o Office of the Attorney General
Bankruptcy & Collections Division

**McDermott Will & Schulte**

December 3, 2025
Page 11

P. O. Box 12548 MC-008
Austin, TX 78711-2548
512-475-4862
512-936-1409 (fax)
bk-chull@oag.texas.gov

Stephen L. Iacovo
ROPES & GRAY LLP
191 N. Wacker Drive
32nd Floor
Chicago, IL 60606
312-845-1200
stephen.iacovo@ropesgray.com

Michael Ingrassia
White and Williams LLP
Courthouse Square
600 N. King Street, Suite 800
Wilmington, DE 19899-1347
302-467-4503
ingrassiam@whiteandwilliams.com

Christine Joh
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
212-596-9000
212-596-9090 (fax)
christine.joh@ropesgray.com

Laura Davis Jones
Pachulski, Stang, Ziehl & Jones LLP
919 North Market St, 17th Floor
Wilmington, DE 19801
302-778-6401
ljones@pszjlaw.com

Jenny Kasen
Kasen & Kasen
1213 N. King Street

**McDermott Will & Schulte**

December 3, 2025
Page 12

Suite 2
Wilmington, DE 19801
302-652-3300
856-424-7565 (fax)
jkasen@kasenlaw.com

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
302-803-4600
302-397-2557 (fax)
dklauder@bk-legal.com

Steven N. Kurtz
Levinson Arshonsky Kurtz & Komsky, LLP
15303 Ventura Blvd
Suite 1650
Sherman Oaks, CA 91403
818-382-3434
skurtz@lakklawyers.com

Tara L. Lattomus
Eckert Seamans Cherin & Mellott LLC
222 Delaware Avenue
Suite 700
Wilmington, DE 19801
302-574-7403
302-574-7401 (fax)
tlattomus@eckertseamans.com

Raymond Howard Lemisch
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street
Suite 1000
Wilmington, DE 19801
302-552-5530
302-426-9193 (fax)
rlemisch@klehr.com

**McDermott Will & Schulte**

December 3, 2025
Page 13

T. Charlie Liu
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
212-309-6000
212-309-6001 (fax)
charlie.liu@morganlewis.com

Zhao Liu
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801
302-777-1111
liu@teamrosner.com

John E. Lucian
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
215-569-5442
john.lucian@blankrome.com

Guy Macarol
Loeb & Loeb LLP
35 Music Square, Suite 310
Nashville, TN 37203
612-749-8313
gmacarol@loeb.com

Ian S. Marx
Greenberg Traurig, LLP
500 Campus Drive
Suite 400
Florham Park, NJ 07932
(973) 360-7951
marxi@gtlaw.com

Emily Rae Mathews
Richards, Layton & Finger

**McDermott Will & Schulte**

December 3, 2025
Page 14

One Rodney Square
920 King Street
Wilmington, DE 19801
302-651-7655
mathews@rlf.com

Jared i. Mayer
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
212-596-9000
jared.mayer@ropesgray.com

Chantelle D'nae McClamb
Gibbons, P.C.
300 Delaware Ave
Suite 1015
Wilmington, DE 19801
302-518-6300
cmcclamb@gibbonslaw.com

Laura L. McCloud
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
615-373-7514
615-741-3334 (fax)
agbankdelaware@ag.tn.gov

Hugh Robert McCullough
Davis Wright Tremaine LLP
920 Fifth Avenue Suite 3300
Seattle, WA 98104-1610
206-757-8189
206-757-7189 (fax)
hughmccullough@dwt.com

Garvan F. McDaniel
Hogan McDaniel
1311 Delaware Avenue

**McDermott Will & Schulte**

December 3, 2025
Page 15

Wilmington, DE 19806
302-656-7540
302-656-7599 (fax)
gfmcdaniel@dkhogan.com

Drew McGehrin
c/o Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103-4196
215-979-1000
dsmcgehrin@duanemorris.com

Michael F Medved
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
973-538-4006
973-538-5146 (fax)
mfmedved@pbnlaw.com

Dennis A. Meloro
Greenberg Traurig, P.A
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
302-661-7000
melorod@gtlaw.com

Bruce N. Menkes
Mandell Menkes LLC
1 N. Franklin Street
Suite 900
Chicago, IL 60606
312-251-1003
bmenkes@mandellmenkes.com

Andrew Minear
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza

**McDermott Will & Schulte**

December 3, 2025
Page 16

New York, NY 10004
212-859-8000
212-859-4000 (fax)
andrew.minear@friedfrank.com

John A. Moe, II
Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017
213-623-9300
213-623-9924 (fax)
john.moe@dentons.com

Eric J. Monzo
Morris James LLP
3205 Avenue North Blvd.
Suite 100
Wilmington, DE 19803
302-888-6800
302-571-1750 (fax)
emonzo@morrisjames.com

Martin A. Mooney
Office of NYS Attorney General
The Capitol
Albany, NY 12224
518-776-2000
Martin.Mooney@ag.ny.gov

Lucian Borders Murley
Saul Ewing LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
302-421-6898
302-421-6813 (fax)
luke.murley@saul.com

Michael R. Nestor

**McDermott Will & Schulte**

December 3, 2025
Page 17

Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
302-571-1253 (fax)
mnestor@ycst.com

Daniel A. O'Brien
Venable LLP
1201 N. Market St.
Suite 1400
Wilmington, DE 19801
302-298-3523
302-298-3550 (fax)
daobrien@venable.com

Juliet Y. Oh
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L
2818 La Cienega Avenue
Los Angeles, CA 90034
3102291244
jyo@lnbyg.com

Tara C Pakrouh
Morris James LLP
3205 Avenue North Blvd.
Suite 100
Wilmington, DE 19803
302-888-6800
302-571-1750 (fax)
tpakrouh@morrisjames.com

Daniel Michael Pereira
Stradley Ronon Stevens & Young, LLP
1000 N. West Street
Suite 1200
Wilmington, DE 19801
302-295-3805
302-295-4801 (fax)

**McDermott Will & Schulte**

December 3, 2025
Page 18

dpereira@stradley.com

Oscar N. Pinkas
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
212.801.9214
PinkasO@gtlaw.com

David T Queroli
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
302-651-7701 (fax)
Queroli@rlf.com

Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200
302-658-3989 (fax)
aremming@mnat.com

Deirdre M Richards
Elliott Greenleaf, P.C.
1105 North Market Street
Suite 1700
19801
Wilmington, DE 19801
302-384-9402
302-384-9399 (fax)
dmr@elliottgreenleaf.com

Jennifer L. Rodburg
Fried Frank Harris Shriver Jacobson LLP
One New York Plaza

**McDermott Will & Schulte**

December 3, 2025
Page 19

New York, NY 10004
212-859-8000
212-859-4000 (fax)
jennifer.rodburg@friedfrank.com

Laurel D. Roglen
Ballard Spahr LLP
919 N. Market Street
11th Floor
Wilmington, DE 19801
302-252-4465
302-252-4466 (fax)
roglenl@ballardspahr.com

Frederick Brian Rosner
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801
302-777-1111
rosner@teamrosner.com

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
302-573-6491
302-573-6497 (fax)
richard.schepacarter@usdoj.gov

Eric Lopez Schnabel
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
302-425-7171
302-425-7177 (fax)
schnabel.eric@dorsey.com

**McDermott Will & Schulte**

December 3, 2025
Page 20

Cristine Pirro Schwarzman
1211 Avenue of the Americas
New York, NY 10036-8704
212-596-9000
212-596-9090 (fax)
cristine.schwarzman@ropesgray.com

Brendan Scott
Klestadt & Winters, LLP
200 West 41st Street
17th Floor
New York, NY 10036
212-972-3000
bscott@klestadt.com

William L. Siegel
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202
214-672-2126
214-672-2326 (fax)
bsiegel@cowlesthompson.com

Ginger L. Sotelo
Pahl & McCay
225 West Santa Clara
Suite 1500
San Jose, CA 95113-1752
408-286-5100
408-256-5722 (fax)
gsotelo@pahl-mccay.com

Regina Stango Kelbon
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
302-425-6424
302-428-5133 (fax)
kelbon@blankrome.com

**McDermott Will & Schulte**

December 3, 2025
Page 21


Michael A. Stephani
Winthrop & Weinstine, P.A.
225 South Sixth Street
Ste 3500
Minneapolis, MN 55402
612-604-6400
612-604-6800 (fax)
mstephani@winthrop.com

Matthew G. Summers
Ballard Spahr LLP
919 North Market Street
11th Floor
Wilmington, DE 19801
302-252-4465
302-252-4466 (fax)
summersm@ballardspahr.com

Matthew O Talmo
Morris, Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200
302-658-3989 (fax)
mtalmo@mnat.com

Damien Nicholas Tancredi
Flaster/Greenberg P.C.
1201 N. Orange Street
Suite 301
Wilmington, DE 19801
302-351-1910
damien.tancredi@flastergreenberg.com

Stanley B. Tarr
Blank Rome LLP
1201 North Market Street
Suite 800


**McDermott Will & Schulte**

December 3, 2025
Page 22

Wilmington, DE 19801
302-425-6479
313-428-5104 (fax)
stanley.tarr@blankrome.com

Lawrence Raymond Thomas, III
Blank Rome LLP
1201 N. Market Street
Suite 800
Wilmington, DE 19146
302-425-6439
302-425-6464 (fax)
lorenzo.thomas@blankrome.com

Curtis L. Tuggle
Thompson Hine, LLP
3900 Key Center
Cleveland, OH 44114
216-566-5904
216-566-5800 (fax)
curtis.tuggle@thompsonhine.com

Margaret A. Vesper
Ballard Spahr LLP
919 North Market Street
11th Floor
Wilmington, DE 19801
302-252-4465
302-252-4466 (fax)
vesperm@ballardspahr.com

Christopher Viceconte
Gibbons P.C.
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801
302-518-6322
302-397-2050 (fax)
cviceconte@gibbonslaw.com

**McDermott Will & Schulte**

December 3, 2025
Page 23

Amy E. Vulipo
WHITE AND WILLIAMS LLP
1650 Market Stree
One Liberty Place, Suite 1800
Philadelphia, PA 19103
(215) 864-7000
(215) 864-7123 (fax)
vulpioa@whiteandwilliams.com

Steven Walsh
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE 19801
302-442-7059
SWalsh@beneschlaw.com

Christopher A. Ward
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
302-252-0920
302-252-0921 (fax)
cward@polsinelli.com

Jeramy Webb
ROPES & GRAY LLP
191 N. Wacker Drive
32nd Floor
Chicago, IL 60606
312-845-1200
jeramy.webb@ropesgray.com

Martin J. Weis
Dilworth Paxson LLP
800 King Street
Suite 202
Wilmington, DE 19801
215-575-7136
215-575-7200 (fax)

**McDermott Will & Schulte**

December 3, 2025
Page 24

mweis@dilworthlaw.com

Ian Winters
Klestadt Winters Jureller Southhard
200 West 41st Street, 17th Floor
New York, NY 10036
212-972-3000
212-972-2245 (fax)
iwinters@klestadt.com


Jeffrey C. Wisler
Connolly Gallagher LLP
1201 North Market Street
20th Floor
Wilmington, DE 19801
302-888-6258
302-658-0380 (fax)
jwisler@connollygallagher.com

**McDermott Will & Schulte**



McDermott
Will & Schulte

500 North Capitol St., N.W.
Washington, D.C. 20001-1531



United States Bankruptcy Court for the
District of Delaware
Attention:  Chief Judge Karen B. Owens
824 North Market Street
6th Floor, Courtroom 3
Wilmington, DE  19801